UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------

**ROBERT S. STONE JR.**

                          Plaintiff,

      -against

                                     **COMPLAINT FOR DECLARATORY, INJUNCTIVE, & QUASI-CONTRACTUAL RELIEF**

                                     Civil Action No.

**THE STATE OF NEW YORK,
THE STATE OF NEW JERSEY,
THE COMMONWEALTH OF PENNSYLVANIA,
THE STATE OF MICHIGAN, and
DONALD J. TRUMP**

                        **CV 24 7600**

                                  **AZRACK, J.**

                     Defendants.

                                    **TISCIONE, M.J.**

-----------------------------------------------------------------------------

**Robert S. Stone Jr.,** an Attorney and Counselor-at-Law admitted to practice in the State of New York, and Plaintiff in the above titled action, affirms the following under penalties of Perjury and Misprision of Treason:[1]

## INTRODUCTION

1.  Since *"shame derives its power from being unspeakable,"*[2] Plaintiff brings this action to call out the elephant in the room.  Namely, that the States of **New York, New Jersey, Pennsylvania,** and **Michigan** murdered their nursing home residents as a matter of logic. Accordingly, **DEDUCTIVE—*sans counterfactual premises*—PROOF** of said democide of U.S. Citizens, from which **Donald J. Trump** personally profited, will constrain this Court to enjoin all of the above-captioned Defendants from participating in the 2024 Presidential Election.

2.  While that may sound like an extraordinary claim requiring extraordinary evidence, it's just the shamefully obvious truth hidden in plain sight requiring a brief description of the unique circumstances leading to its discovery.

---

[1] "Though this be madness, yet there is method in't."—Polonius, *Hamlet*
[2] Brené Brown, Ph.D., LMSW, *Daring Greatly*

REC'D IN PRO SE OFFICE
OCT 30 '24 PM3:14

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 3 0 2024 ★

LONG ISLAND OFFICE

**RECEIVED**

OCT 3 0 2024

EDNY PRO SE OFFICE

## *"Well, how did I get here?"*
—David Byrne

3. Between 1996-1997, I spent my third year at St. John's Law School working in the Elder Law Clinic.  After graduating St. John's in 1997, I spent the next five years working for a sole practitioner in Locust Valley doing Elder Law and Real Estate.

4. In the Spring of 2002, I left Locust Valley and flew solo doing primarily motion and appellate work until early 2006, when my father was diagnosed with vascular dementia.  Since my mother had a stroke in the early 1990's, she was partially paralyzed on her left side and therefore physically incapable of taking care of my father alone.  So, feeling I'd sooner wrap my lips around a revolver than turn my back on my mother, I put off my life and career to help her care for him at home.

5. As my father descended into madness, the never-ending scenes of changing his diapers while he kicked and screamed like a child for his *"mommy"* drove me to drown out self-awareness with television and food.   No future, no past; just a perpetually urgent need to erase myself from the dementia-ridden present.  The weight gain (+165 lbs.), diabetes, and congestive heart failure from sitting vigil at his bedside for years nearly killed me.

6. After my father passed away in 2010, I took care of my mother until she passed away in mid-December of 2016.  Shortly after her funeral, I found this in one of her Diaries:

   > **9/23/08 2:22 am:**
   >
   > Ever since Bob retired in 2006, Bobby has insisted on cutting down on his law practice and staying here with Bob & I—just in case I need him! And I need him—God do I!!  If it weren't for Bobby with all his legal advice, companionship, and help, Bob and I probably would be out on the streets God knows where!
   >
   > I know I've told him over and over what a wonderful son he is and that I'm so grateful for him—but I can't help feeling I'm keeping him from going out and finding a family of his own.

7. Having buried both my parents, the ten-year gap in my employment history made piecing together what was left of my life a daunting task.  I spent the next few years doing part-time legal work, getting back in shape, and preparing for a career teaching law to college students.

8. So, on April 20, 2020, when I learned that Governor Cuomo had been mandating COVID patients into nursing homes, I took it as a personal insult—as if he said to my face: *"You wasted ten years of your life. Your parents were nothing but disposable elderly trash."*

9. As the body count in nursing homes kept rising—and Governor Cuomo kept insisting *"they don't have the right to object"*—by the time July rolled around I suspected the NY Attorney General's Office might have been intentionally overlooking his negligence for partisan reasons. Since New York is a highly regulated state, I figured if Governor Cuomo did anything wrong, it would stand out like blood on freshly fallen snow in his Executive Orders.

10. Then, around mid-July of 2020, my mind kept drifting back to a moment in St. John's Law School when Professor Vincent Alexander said: *"Never rely on a summary of a statute. If your case involves a statute, then **sit your butt down and READ it until you understand it completely.** I call it **Butt Power.**"*

11. Since I'd always considered Professor Alexander to be the quintessence of legal professionalism with the moral sense of Atticus Finch, I *'sat my butt down'* and read through Governor Cuomo's COVID Executive Orders. Once I read **Executive Order 202.5**, I realized the NY Attorney General's Office never lifted a finger to investigate anything; since ***any 2nd year law school intern*** assigned to analyze Governor Cuomo's COVID Executive Orders for evidence of wrongdoing ***would have found it in less than an hour.***

12. However, since the evidence was buried in thick bureaucratese, I spent the next four years not only simplifying how **Executive Order 202.5 *read in tandem with*** the **March 25th Nursing Home Directive** slaughtered more than 15,000 nursing home residents but analyzing the underlying motive. After all, you don't **suspend admission regulations that protect nursing home residents from exposure to communicable disease during a *"pandemic emergency,"*** only to **mandate COVID patients into nursing homes a week later**, unless you intend to kill them.

13. *"No. That's not true. That's impossible,"* I hear you say. Well, logic doesn't care about your feelings.

14. In fact, allow me to disabuse you of the notion to *"trust your feelings"* **in this case** by showing you the glaringly obvious **proof** **of murder** that took me *five months* to notice after discovering Governor Cuomo's intent to kill within **Executive Order 202.5**.

**I.** ***"LOCKING DOWN"*** **AN ENTIRE STATE TO** ***"PROTECT THE VULNERABLE ELDERLY POPULATION"*** **FROM COVID** *WHILE SIMULTANEOUSLY* **MANDATING COVID PATIENTS** *INTO* **NURSING HOMES WITHOUT COMMITTING DEPRAVED INDIFFERENCE MURDER IS** *LOGICALLY IMPOSSIBLE.*

If you think that sounds like *"misinformation," "disinformation,"* or *"conspiracy theory,"* you're not thinking logically.

To wit:

A person is guilty of Depraved Indifference Murder when, under circumstances evincing a depraved indifference to human life, he recklessly engages in *conduct which creates a grave and unjustifiable risk of death* to another person, knowingly disregards such risk, and thereby *causes the death of that person.*

"Depraved indifference to human life" means a wicked, evil, or inhuman state of mind, as manifested by brutal, heinous, and despicable acts.  We're talking about conduct that is so devoid of regard for the life or lives of others that it's just as malicious and criminal as the person who intentionally kills.

The phrase "recklessly engages in *conduct which creates a grave and unjustifiable risk of death* to another person" means:

- Engaging in conduct which creates a grave and unjustifiable risk that another person's death will occur,
- AND consciously disregarding that risk in a way that constitutes a gross deviation from the standard of conduct that a reasonable person would observe in the situation.

No reasonable person would ever take two completely contradictory courses of action within a life *or* death situation while claiming both were *simultaneously* intended to save lives. The truth of one necessitates the falsity of the other.  More particularly: *The safety of one course* of action *necessitates the lethality of the other.*

Thus, no reasonable person or State would lockdown the entire healthy population for the alleged purpose of keeping the COVID virus as far from the vulnerable elderly as possible *while simultaneously* creating a grave and unjustifiable risk of their deaths by mandating COVID patients into nursing homes.

If one truly believed *"the necessary precautions"*—i.e., the CMS and CDC "transmission based precautions"—would keep the elderly safe enough to justify the nursing home mandate, then the lockdown was never necessary and all deaths resulting therefrom were Depraved Indifference Murder.

Likewise, if one truly believed the "novel" virus was so lethal and difficult to contain as to warrant locking down the entire healthy population for the ostensible purpose of protecting the elderly from COVID, then mandating COVID patients into nursing homes during the lockdown was Depraved Indifference Murder.

Thus, because mandating COVID patients into nursing homes during the lockdown violates the law of noncontradiction, it is **DEDUCTIVE—*sans counterfactual premises*— PROOF** of Depraved Indifference Murder.  Incredible as it may sound, there is no triable issue of fact because any conceivable defense is a logical impossibility—making *both* the lockdown and the nursing home mandate acts of malice necessarily.  Thus, every death resulting from the nursing home mandate *and* the statewide lockdown—while both were simultaneously in effect—was Depraved Indifference Murder.

5

*And now, let's get on with the…*

# PARTIES

<u>**Defendants**</u>[3]

15. **NEW YORK:** On March 25, 2020, the State of New York issued <u>a directive</u> mandating COVID patients ***into*** nursing homes while ***simultaneously*** *"locking down"* the entire state to *"protect the vulnerable elderly population"* from COVID, and thereby committed Depraved Indifference Murder of U.S. Citizens as a matter of logic.

16. **NEW JERSEY:** On March 31, 2020, the State of New Jersey issued <u>a directive</u> mandating COVID patients ***into*** nursing homes while ***simultaneously*** *"locking down"* the entire state to *"protect the vulnerable elderly population"* from COVID, and thereby committed Depraved Indifference Murder of U.S. Citizens as a matter of logic.

17. **MICHIGAN:** On April 15, 2020, the State of Michigan, by <u>Executive Orders,</u> mandated COVID patients ***into*** nursing homes while ***simultaneously*** *"locking down"* the entire state to *"protect the vulnerable elderly population"* from COVID, and thereby committed Depraved Indifference Murder of U.S. Citizens as a matter of logic.

18. **PENNSYLVANIA:** <u>On March 18</u>, the Commonwealth of Pennsylvania issued a <u>Directive</u> mandating COVID patients ***into*** nursing homes while ***simultaneously*** *"locking down"* the entire state to *"protect the vulnerable elderly population"* from COVID, and thereby committed Depraved Indifference Murder of U.S. Citizens as a matter of logic.

19. **DEFENDANT DONALD J. TRUMP** personally profited from the aforesaid STATE-ORDERED murders of U.S. Citizens and is thereby prohibited by the U.S. Constitution from appearing on any Presidential election ballots.

<u>**Plaintiff**</u>

20. **ROBERT S. STONE JR.** is an "Attorney and Counselor-at-Law" duly sworn to "support the constitution of the United States, and the constitution of the State of New York, and … faithfully discharge the duties of [his] office."

---

[3] See Schedule "B" for Defendants' addresses for service of process.

## JURISDICTION AND VENUE

21. Plaintiff derives standing analytically from his oath of office as an "Attorney and Counselor-at-Law" compelling him to bring this action.

> NY Judiciary Law § 466, entitled "Attorney's oath of office," provides in relevant part that:
>
> > Each person, admitted as prescribed in this chapter must, upon his [or her] admission, take the constitutional oath of office in open court, and subscribe the same in a roll or book, to be kept in the office of the clerk of the appellate division of the supreme court for that purpose.
>
> The text of the oath is set forth in § 1 of Article XIII of the New York State Constitution, as follows:
>
> > I do solemnly swear (or affirm) that I will support the constitution of the United States, and the constitution of the State of New York, and that I will faithfully discharge the duties of the office of [attorney and counselor-at-law], according to the best of my ability.
>
> The deceptively simple 47 words of the attorney's oath contain a pledge of such gravity and importance that the Legislature has seen fit to require that it be administered orally in a public court proceeding and to provide that the taking of the oath and the assumption of its obligations be evidenced by the newly admitted attorney's signature in a book specially kept for that purpose. The administration of the oath takes less than one minute, but its obligations endure for the life of the attorney's career at the bar. […]
>
> Usually administered under circumstances intended to impress the person who takes it with the importance of the occasion, an oath of office is a solemn declaration, accompanied by a swearing to God, that he or she will be bound to a promise. The person making the oath implicitly invites punishment if the promise is broken (*Black's Law Dictionary* [8th ed 2004], at 1101 [hereinafter *Black's*]). […]
>
> Upon taking the oath, an applicant becomes an officer of the courts of the State of New York. The formal title of the office is "Attorney and Counselor-at-Law." An office, in this sense, is a position of duty, trust, and authority, conferred by governmental authority for a public purpose (*Black's*, at 1115). […][4]

---

[4] *ORIENTATION TO THE PROFESSION*, by the Office of the Executive Director for Attorney Matters, Appellate Division, 2nd Department, Feb. 2017

22. Belaboring the obvious:

> The oath is plain, straightforward and unequivocal. A person taking it is not left in doubt as to his undertaking. The obligation assumed is one of simple recognition that **ours is a government of laws and not of men.**  Such an oath was upheld in *Knight v. Regents of the University of the State of New York*, 269 F. Supp. 339, 341 (S.D.N.Y. 1967) wherein it was said:
>
>> **"The statutory language of support of the constitutional governments can be substantially equated to that allegiance which, by the common law, every citizen was understood to owe his sovereign."**
>
> (*Hosack v. Smiley*, 276 F. Supp. 876, 878 [D. Colo. 1967])

23. Treason occurs when a person betrays the sovereign charged with protecting the organized society in which he lives.  Tyranny occurs when the sovereign betrays the people by withdrawing the protection of rule of law to which their loyalty entitles them. This correlation between one's duty of allegiance to the sovereign and the sovereign's duty of allegiance to the laws of the land is best summed up by the maxim: *__"protection draws allegiance, just as allegiance draws protection."__*

> The basis of one's duty of allegiance is that everyone who receives the protection of an organized society owes a return or debt for the benefits received, and this debt is only discharged by observance of allegiance or loyalty to those institutions which give him his protection. This idea of a quid pro quo was the historical approach to the problem. According to Blackstone, the English law from earliest times was that so long as a prince affords protection to his subjects, so long each subject owes a debt of allegiance to the prince. Although this early idea of protection had a feudal colouring, the fundamental meaning has not changed today.   *__It means the protection of the laws of the land.__*  … [This] protection and duty of allegiance appear as co-relative things, as reciprocal things.   In the words of one of our great judges of the past, *__"protection draws allegiance, just as allegiance draws protection."__*[5]  Accordingly, … those who are placed or place themselves under the protection of the [sovereign] owe the [sovereign] a duty of allegiance *__as long as that protection continues.__*[6]

---

[5] Calvin's Case, (1608) 7 Co. Rep. 1a.
[6] *Treason and the Trial of William Joyce*, By: S. C. Biggs, Univ. of Toronto L.J. Vol. 7, No. 1 (1947), pp. 162-195

24. Thus, because *'protection draws allegiance, just as allegiance draws protection,'* [7] an Attorney soliciting the Court's *protection* of our "**government of laws**, **and not of men"** derives standing analytically[8] from the very oath demanding his *allegiance*.

25. The Court, in turn, is obligated to afford *protection*—i.e., take jurisdiction—pursuant to its Article VI, Cl. 3 duty of *allegiance*:

> **[all] judicial Officers**, both of the United States and of the several States, **shall be bound by Oath** or Affirmation, **to support this Constitution**

26. While "the law of Art. III standing is built on a single basic idea -- the idea of separation of powers," (*Allen v. Wright*, 468 U.S. 737, 752 [1984]), no branch of government is empowered to abrogate its Article VI duty of *allegiance*.

27. Thus, the threshold issue is not whether Plaintiff's complaint is justiciable under Article III, but **whether the dire circumstances demonstrated herein** necessitate the Court's exercise of jurisdiction pursuant to the power implicit within its explicit duty prescribed by Article VI.

Put another way:

> Why does [an attorney] swear to ["support the constitution of the United States"] if that [oath] forms no [standing] for [upholding it]?

Likewise…

> Why does a judge swear to discharge his duties agreeably to the constitution of the United States, if that [oath vests no implicit power] for [upholding it]?
>
> If such be the real state of things, this is worse than solemn mockery. To prescribe, or, to take this oath, becomes equally a crime. (*Marbury v. Madison*, 5 U.S. 137, 180 [1803])

28. Accordingly, the Court has jurisdiction under 28 U.S.C § 1331 and Article III, clause 3 of the U.S. Constitution; and venue is proper under 28 U.S. Code § 1391 (c) (1).

---

[7] *Calvin's Case,* (1608) 7 Co. Rep. 1a.
[8] See Kant's description of analytic judgments in his *Critique of Pure Reason*

# 11TH AMENDMENT IMMUNITY

29. Since 11th Amendment Immunity flows from a state's existence as a legitimate sovereign, Deductive—sans counterfactual premises—PROOF that the states of New York, New Jersey, Pennsylvania, and Michigan murdered U.S. Citizens renders them illegitimate dominions bereft of capacity to raise the defense.

## RELIEF SOUGHT

### Against the States of New York, New Jersey, Pennsylvania, and Michigan

30. Article II, Section 1, Clause 2 of the U.S. Constitution provides in pertinent part:

> Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be ***entitled*** in the Congress….

31. As established by the *Declaration of Independence,* the United States owes its inception and continued existence as a legitimate sovereign nation to its dedication to the principle of contradicting tyranny.  And since a state that murders its citizens is tyrannical per se, then a nation dedicated to the principle of contradicting tyranny logically excludes states that murder its citizens.

32. Accordingly, since Deductive—sans counterfactual premises—Proof that the States of New York, New Jersey, Pennsylvania, and Michigan murdered U.S. Citizens renders them illegitimate dominions, the Court is bound by Article VI to **(1) enjoin them from sending any electors to the Capitol on January 6, 2025,** and **(2) award compensatory damages to all the families of U.S. Citizens slaughtered by their tyranny.**

### Against Donald J. Trump

33. Plaintiff seeks:

   a) A Declaratory Judgment that the U.S. Constitution has prohibited **Donald J. Trump** from appearing on ***any*** Presidential election ballots since January 6, 2021, and

   b) Restitution from **Donald J. Trump** in quasi contract for proving his disqualification from running for president ***ever*** again.

34. I know, you're thinking: *"How could Donald Trump be unjustly enriched by proving his disqualification from the 2024 Presidential election?"* Well, it's a crazy story—almost as crazy as Trump staging an assassination attempt on July 13th, 2024.

35. However, the <u>one in three Democrats</u> believing that Trump <u>staged</u> an assassination attempt to divert attention from the fact that what happened on January 6, 2021 disqualified him from running for President are not *entirely* crazy.

36. According to a bipartisan House select Committee, on <u>January 6</u>, 2021, Donald Trump summoned <u>a mob of neo-Nazi-provocateurs</u> to the Capitol with wild conspiratorial claims that he won the 2020 presidential election instead of President Biden—undermining the legitimacy of the Biden Administration and the entire U.S. Government with calls for a "forensic audit" of the 2020 presidential election after Congress certified the results.

37. And since the 2020 Presidential election was <u>officially</u> declared <u>*"the most secure election in U.S. history,"*</u> we can *<u>safely</u>* conclude that the U.S. Constitution has prohibited **Donald J. Trump** from appearing on *<u>any</u>* Presidential election ballots since January 6, 2021.

38. After all, if 2020 wasn't <u>*"the most secure election in U.S. history,"*</u> we could not precisely conclude that **DEDUCTIVE—*sans counterfactual premises*—<u>PROOF</u>** of New York, New Jersey, Pennsylvania, and Michigan's **<u>murdering</u>** of U.S. Citizens rendered **their 76 votes** cast for Biden void *ab initio*—making **Donald J. Trump** "The Person having the greatest Number of Votes and [thus] **the President"** on January 6, 2021.

39. So, why would Donald Trump stage an assassination attempt to divert attention from the fact that the <u>22nd Amendment</u> has prohibited him from running for a third term of office since January 6, 2021?

40. Simply put, *"Orange Man bad"* because he's reneging on his promise to buy me a house in exchange for **DEDUCTIVE-sans counterfactual premises-PROOF** that he is the rightful President of the United States.

41. **N.B.** The following narrative recounting the formation of "My Contract with Trump" far surpasses the *"Orange man bad" standard* set by the Judiciary of New York while entertaining the cartoon complaints that E. Jean Carol, Alvin Bragg, and Letitia James brought against him.

# MY CONTRACT WITH TRUMP

So, it all began when I traveled into a future parallel universe where Donald Trump and his son Donald Jr. were at a McDonalds in the Molly Pitcher Rest Stop off the Jersey Turnpike for the launch of its Existential Angst Meal—helping people cope with their *"new normal"* of technocratic totalitarian mind-rape at the hands of their treasonous insect overlords.

After waiting in line to get a picture of myself next to "Orange Man" and Grimace, I asked Trump:

"If I travel back in time and prove that you are the President of the United States in a way that no one—not even the most diehard Trump-haters—would dare contradict for *fear of aligning themselves with remorseless mother killers*—as in *"careful nothin' out there bites ya"*—and do it all **before the Leftists allow Xi Jing Ping to complete his 4-year invasion of the United States,** will you buy me a house?"

"If you unified the country like that, I'd buy you any house you want," Trump said.

And I said, "6500 Solitude Drive, Chattanooga, Tennessee—and you pay all my expenses for living there for the rest of my life.  And Mets tickets."

"Done and done.  Where do I sign?"

"No worries.  Histrionic imagination trumps the statute of frauds in the state where all judicial proceedings against Donald Trump are decided by cartoon jurisprudence."

"Where in New York are you from?"

"Stony Brook.  So, you promise to buy me the house?"

"Pinky swear."

*"Thanks for the pepperoni,"* I said, and headed back to my universe.  Which is really a misnomer in this virtual reality game called *"A Life on Earth Well Lived;"* since switching between universes is just a matter of finding the right cheat codes.  Which is the reason I cheated my way into the universe where Trump was at the Molly Pitcher rest stop. Because that's where I knew I'd find the cheat code needed to contact the Earth Coincidence Control Office—tucked away in one those vending machines that sell plastic combs and key chains.  Legend has it that the ancient alien architects of this game wanted to keep players mindful that globalism (read: collectivism) is the contradiction of *"A Life on Earth Well Lived."*

Thus, they created something so absurd that it's completely unassimilable in every universe—**the smoking dog**. Which is why Locutus of Borg once said: *"Take the humans. Leave the smoking dog. Because what the fuck are we going to do with a smoking dog?"*

Anyway, I hastened myself to the vending machine, and in what felt like a mixture of Buddhist enlightenment and the basest of impulse—like the kind that made me buy that *"Pacman Joke Book"* in the early 1980's—I bought the smoking dog.

Thence, I walked out into the parking lot, holding the coveted smoking dog in both hands over my head ala *Say Anything*, and declared in a defiant tone of possessive individualism…

"I've got the smoking dog!"

Right on cue, one of Mr. Freeze's henchmen rolled up on a skateboard.

"Well, well, well. *'Time Walk.'* We meet again. What a coincidence," I said.

"The name's Pool, Tim Pool."

"And I'm Stone, Bob Stone, and I need you, *'Tim,'* or *'Time Walk,'* or *'Agent 846,'* or whatever you're calling yourself this time, to send me back to **August 12, 2022.**"

"How many times are you going to do this?"

"As many as it takes. You can't do anything for anyone without giving up something of your own. And I gave up 36 years getting back to the future *for this miracle and a life of my own.* So, utter the catchphrase and send me on my way so I can reclaim whatever time I have left."

Brandishing a Model 888 water pistol, he said: "Time is a marvelous plaything. Okay then, Arnold Schwarzenegger or Otto Preminger?"

"Your best Preminger, if you please."

Then he pointed the 888 at my right earlobe and said in an outrageous Austrian accent: *"Whhild."*

The next thing I know, it's **August 12, 2022**, and I'm having this conversation on Facebook Messenger:

> **Bob:** Cathy, can you promise me that if I prove to the world that Donald Trump is the equivalent of Boo Radley in "To Kill a Mockingbird," you won't hate me?
>
> **Cathy:** I read that book when I was in high school and not since nor have I seen the movie. I have vague recollection.
>
> **Bob:** I only remember the movie.
>
> **Cathy:** If you're going to prove Donald Trump to be anything other than an asshole then I won't be mad but I'm just not going to support.

**Bob:** Boo Radley was played by Robert Duvall as a kid.

**Cathy:** Sorry but he is trash. So you're going to prove Trump to be a piece of trash? Go for it! He needs to not come back in 2024 or it will be the end of the world I swear. Or am I getting this ass backwards?

**Bob:** What if I prove you wrong? That was the thing about Boo Radley... everybody believed the rumors about him.

**Cathy:** Nothing can change all the history of Donald Trump and his dealings in the '70s and '80s and '90s that I've been listening to on television and in newspapers since I was a little girl. Love him on The Apprentice, because he is funny. But he is loathsome. He is a bad human.

**Cathy:** You can try though. But nothing will work.

**Bob:** Well, it's not about Trump for me; it's about fairness and law. And since you know me better than anyone, you know I'm not lying.

**Cathy:** He's a criminal and that's why his place is being searched right now. Please don't tell me you think it's a Witch Hunt also. A federal judge has reason to believe that a crime was committed at Mar-A-Lago. That's why all this is happening. And Hillary's emails were scoured in the same way. So there's that. They all need to go the fuck away and New Blood needs to come in.

**Bob:** I stake my soul on it Cathy. He's being tyrannized by a lawless DOJ.

**Cathy:** That is because he deserves it. Why can't you see that?

**Cathy:** He made the bed he's lying in my friend.

**Bob:** What bed?

**Cathy:** He was crooked through our whole childhood. Do you not remember his face plastered all over the Daily News and Newsday when we were growing up and all the shit he did? It was outrageous. He should have gone to jail a long time ago.

**Bob:** Everything you were told about him: Russia collusion, the impeachment "evidence"—they were all setups by the FBI/DOJ, Hillary Clinton, Fusion GPS, and genocidal Ukrainian Nazis. Sounds cartoonish, but it's true.

**Cathy:** I'm not referring to any of those things. I'm referring to my own recollection of him throughout the history of my life.

**Bob:** Cathy, you're missing the target completely. We're living in a Banana Republic. You can't be okay with that simply because Donald Trump is an obnoxious memory from childhood.

**Cathy:** He's not an obnoxious memory from childhood he is a man that had control of our country for 4 years and we were completely ballistically out of control. And there's threat for him to come back. So nothing of this is an obnoxious memory from childhood. It is despicable reality.

**Bob:**  Hillary Clinton set up a private server to make sure she could keep her Clinton Foundation emails private... while using the State Department to make millions.   Nobody raided her house.

**Cathy:**  And that makes it right for the president to similarly engage in Criminal behavior?

**Bob:** He didn't.

**Cathy:** Bullshit.

**Bob:** Why would I lie to you?  Why would I give a fuck about winning a political argument with you?  I talk to you about eternal truths.

**Cathy:**  I don't think you're lying. I think that you have yet to see the light about him. Why don't you believe me?

**Cathy:** I know why. You believe that your knowledge overpowers what my knowledge is.

**Bob:** No.  I believe you were systematically lied to by a cognitive warfare apparatus set up in Ukraine in 2014.

**Cathy:** Or should I say your knowledge trumps mine.   My knowledge is different from yours but that doesn't make it any less valid.   It will come out in the wash. What a piece of shit he is. But I can guarantee that you probably won't believe it even then because you feel like he is being set up to begin with.

**Cathy:** This is just a place we'll never meet minds, I guess. But it doesn't matter. We're bonded way deeper than a political discussion.

**Bob:**  Okay, so we have a deal?   You'll still love me, no matter what?   Even if I make Joe Biden concede that Donald Trump is president?

**Cathy:**  If you change my mind about Donald I will be shocked. But I will always love you.

**Cathy:** If you make that happen, I will fly up the next day and take you out to dinner.

**Bob:**  Pinky swear on the Donald Trump being president?

**Bob:** LOL

**Bob:**  Or I'll fly down there.  Maybe even move there [to Tennessee].  Love those listings you post.   (**Cathy** reacted ❤ to your message)

**Cathy:** (*Cathy replied to: Pinky swear on the Donald Trump being president.*) Pinky swear what?

**Bob:** That you'll still love me if I put Donald Trump in the Whitehouse.

**Cathy:** Oh of course!  But I won't love the Donald no matter what. I can't.

**Bob:** How fucking funny would that be?

**Cathy:**  It actually wouldn't be funny. I would go directly from our dinner to Canada where my new home would be.   Get me some health insurance for free.

**Bob:** Okay, so.. maybe that's what was blocking me.... so we're good? You're giving me the okay to put Donald Trump in the White House? And you'll still love me? Pinky swear?

**Cathy:** Why wouldn't we be? I don't care about politics with you. It's only one dimension. We have so many more other interesting dimensions together.

**Bob:** All of America could be reading this right now. Sometime in the future. Then by now.

**Cathy:** Yes, just if you're going to use my words and your writing just make sure in all caps it states [HOW MUCH I CAN'T STAND THAT BLOATED TICK].

**Bob:** That's the piece I was working on. And you just broke me through the ice.

**Cathy:** Oh goodie! Lol

And *if everything I've told you isn't true, I hope I'm run over by a streetcar.*

42. Speaking of which, when the Court of Appeals had the unmitigated audacity to club Donald Trump like a baby seal by maintaining a lawless "gag order" from a lawless show trial ripped from the pages of *Darkness at Noon*, a certain cartoon rabbit informing my unity of apperception was heard to say: *"Oh brother, there goes me bread and butter. I gotta do something."*

*43.* 'Twas then I concluded with epistemic certainty that upholding my oath as "Attorney and Counselor-at-Law" constrains me to demonstrate how **the *interagency consensus* that facilitated the STATE-ORDERED Depraved Indifference Murder of U.S. Citizens residing in nursing homes** for the treasonable purpose of manipulating the whole-of-society towards *"a new social contract"* of technocratic totalitarianism considers a second Trump Presidency an existential  threat.

44. ***Dear State Department, CIA, Pentagon, and all other  remorseless mother killers deeming your "superior intellects" as*** license to Levy War Against the United States under the flag of the treasonable conspiracy calling itself *"the blob,"*  (See *Ex parte Bollman*, 8 U.S. [4 Cr.] 75, 126 [1807]; *see also Pinkerton v. United States*, 328 U.S. 640 [1946])

45. To paraphrase Forest Gump: *"I'm not a smart man, but I know what [legitimate sovereignty] is."*

46. Just as we know from Immanuel Kant that existence is the condition precedent for all possible predicates within the universe, so too we know from the *Declaration of Independence* that the contradiction of tyranny is the condition precedent for legitimate sovereignty.

47. And since legitimate sovereignty and tyranny are contradictories, when the United States gets caught red-handed exercising ***tyrannical*** power—***like murdering its nursing home residents***—the law of noncontradiction precludes it from holding sovereign title in the lands formerly comprising its territory; leaving it *res derelictae*—i.e., *unclaimed freight*.

48. And since *'what belongs to no one becomes by natural reason the property of the first taker,'* United States **sovereign title affirmatively abandoned through tyranny is ripe for claiming by discovery,** like a fumbled football, which I can lateral to the Judge Advocates General—duly vetted for CCP influence by the Combat Division and ***not the Garrison***—of the U.S. Military so they're free to kick ass and take names.

49. And because *all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to rightly inquire, 'How does fuck you sound?',* I will bring forth a new nation dedicated to the principle of contradicting said tyranny.

50. To such end, I will demonstrate how **DEDUCTIVE—*sans counterfactual premises*—PROOF of STATE-ORDERED Depraved Indifference Murder of U.S. Citizens**—in violation of a certain *Declaration of Covenants & Restrictions Against Tyranny,* dated July 4, 1776—renders the United States an illegitimate dominion as a matter of logic.

51. Thence, I will claim all sovereign title abandoned through willful violation of said *C&R* by 'discovering and occupying' **HOUSE OF STONE 76** (more particularly described within **Schedule "A"** below) as an independent sovereign nation *pro tempore*— governed by a demure, dare I say bashful, Kantian Autocracy—dedicated to the principle of contradicting said tyranny.

52. Namely, as will be shown, **until the United States acknowledges the state-ordered murders of its Citizens** *quae coram nobis resident* by correcting its Article II vote tally of 2021 *nunc pro tunc,* deeming the Biden presidency resulting from the fundamental error as void *ab initio,* and swearing in, **Donald J. Trump as** *"The Person having the greatest Number of Votes and [thus] the President"* to his full term of office, **it shall remain:** *an illegitimate dominion dedicated to the proposition of murdering its own people.*

53. Logic invites the Court—much less the *"superior intellects" comprising the treasonable conspiracy calling itself "the blob"*—to dismiss the foregoing as an exercise in frivolity and a waste of judicial resources **the moment it can demonstrate how** a state could *"lockdown"* its entire population to keep COVID *away* from the elderly while *simultaneously* mandating COVID patients *into* nursing homes without committing Depraved Indifference Murder.

54. And to paraphrase Aristotle: *"Good luck with that."*

55. **P.S.** No gag order in existence can prevent Defendant **DONALD J. TRUMP** from publicly quoting, discussing, or even *singing* the contents of this complaint against him— i.e., *"He can talk!"* [9]

---

[9] Out of respect for the dignity of all the nursing home residents murdered by their own government, the paragraphs of this brief are unnumbered to avoid even the appearance of treating their fates in a "business as usual" manner.

# TABLE OF CONTENTS

**INTRODUCTION**............................................................................................1

*"Well, how did I get here?"* —David Byrne.................................................. 2

**I.** *"LOCKING DOWN"* **AN ENTIRE STATE TO** *"PROTECT THE VULNERABLE ELDERLY POPULATION"* **FROM COVID** *WHILE SIMULTANEOUSLY* **MANDATING COVID PATIENTS** *INTO* **NURSING HOMES WITHOUT COMMITTING DEPRAVED INDIFFERENCE MURDER IS** *LOGICALLY IMPOSSIBLE.* ..........................................................4

**PARTIES** ......................................................................................................6
**JURISDICTION AND VENUE** .....................................................................7
**11TH AMENDMENT IMMUNITY** ...............................................................10
**RELIEF SOUGHT**.......................................................................................10

**Injunctive Relief Against the States of New York, New Jersey, Pennsylvania, and Michigan** ............................................................................................... 10
**Declaratory and Quasi-Contractual Relief Against Donald J. Trump**............................ 10
**MY CONTRACT WITH TRUMP** ................................................... 12

**TABLE OF CONTENTS** ...................................."You can't get 'there' from here."

**TABLE OF AUTHORITIES** ........................................................................22
**PRELIMINARY STATEMENT** ...................................................................25

**II. THE STATE OF NEW YORK, THROUGH FORMER GOVERNOR ANDREW M. CUOMO, COMMITTED MASS DEMOCIDE BY MANDATING COVID PATIENTS INTO NURSING HOMES** *AFTER HE SUSPENDED THE ADMISSION REGULATIONS THAT PROTECT RESIDENTS FROM EXPOSURE TO COMMUNICABLE DISEASE SEVEN DAYS EARLIER* **WITHIN EXECUTIVE ORDER 202.5.**.................................26

*A short time ago, in a parallel universe just next door…*........................................ 27
*"Build Back Better"* **Is Treason**.................................................................. 31
**COVID-19 is a Myth.**................................................................................. 32
**The Prevalence Myth: Drosten's PCR Protocol** ............................................. 32
**The Fatality Rate Myth** ........................................................................ 34
**COVID-19 is as Fictional as** *"Captain Trips"* .............................................. 36
**Fauci's Lie #1:** *"Captain Trips"* **Spreads Asymptomatically**............................. 37
**Fauci's Lie #2:** *"Captain Trips"* **is 10x More Lethal than Seasonal Flu**....................... 41
*"This Was No Boat Accident"* ..................................................................... 43
**Perfidy: The Weaponization of Human Compassion** ........................................ 44
*"It's About My Mother. It's About Your Mother."*.............................................. 44
**EXECUTIVE ORDER 202.5** ................................................................ 49
*Wish You Were Here*................................................................................ 59
**Targeting** *"Communities of Color"* **With Early Mechanical Ventilation Protocols**......... 61

**Recommendations For Early Mechanical Ventilation  Came from China.** .................. 62

*"A traitor's offense is that he conspires against the liberty of his fellow countrymen to choose their way of life."* ........................................................................................ 65

*"Didn't you get on a boat and check out these waters?"* ...................................... 71

*"Just When You Thought It Was Safe to Go Back In The Water…"  FAUCI* ..................... 72

**Dr. Anthony *'Perfidy'* Fauci or: How I Learned to Stop Worrying and Love the Shark** ....................................................................................................................... 73

*"This shark, swallow ya whole.  Little shakin', little tenderizin', down you go."* ............. 73

**Fauci's 'Principal Investigator' (PI) Racket** .................................................... 77

**Fauci's *"Octopus"* Merges with U.S. Military** ........................................................ 81

**How War Games Became Instruments for Imposing Obedience** ............................... 81

**SPARS 2017—The Template for COVID-19** ..................................................... 84

*"The Dream State of Recent History"* ................................................................... 85

**Redefining the American's Mind As  Property for the Taking** ...................................... 86

**NATO & Cognitive Warfare** ........................................................................... 87

**Levying Cognitive Warfare Against the U.S. From Ukraine** ........................................ 89

**The Trusted News Initiative** ........................................................................... 92

**The Fauci Family Murders** .................................................................................. 94

**HCQ Disinformation: The LaBianca Murders Congruency** ........................................ 96

**Vaccine Disinformation: The Tate Murders Congruency** ......................................... 98

**Redefining Herd Immunity** ........................................................................... 98

**Redefining "Vaccine" and "Vaccination"** ............................................................ 99

**<span style="color:red">Redefining The Vaccine Side Effects Presumption:  A Copernican Revolution in Vaccinology, Public Health & Medicine</span>** ........................................................<span style="color:red">101</span>

**Redefining *"Disaster"* to Link *"Captain Trips"* to *"Climate Change."*** ..........107

**Dedicated to the Principle of Contradicting Tyranny Or *"Why Things Work"* in America** ......................................................................................................................... 114

**Distinguishing Tyranny From Usurpation** ........................................................ 115

**Tyranny is the Most Grievous Form of Treason  Possible against the United States** .... 117

**The Fiduciary Relationship** ........................................................................... 118

**Revolution by Redefinition** ............................................................................. 121

**The Leftist** .................................................................................................... 122

**THE DECLARATION OF HOUSE OF STONE 76** ...................................................... 137

***Bush v. Gore*: The Stay of December 9th** ............................................................ 138

**A Rachel Maddow Show  In A Parallel Universe** ..................................................... 139

**The Ghost of Vincent Bugliosi:** ...................................................................... 140

**The NSA Omniscience Trust** ........................................................................... 147

**Glenn Simpson & Fusion GPS** ........................................................................ 149

**Generating False Evidence & Narratives  From Raw FISA Information** ................... 151

*"The Mud Shark Dancing Lesson."* ..................................................................... 153

*"What song is it you wanna hear?"* .................................................................... 157

**The Conclusion of *"The Mud Shark Dancing Lesson."*** .................................... 164

**Footnote 8 Cuts Hanlon's Razor** ..................................................................... 172

**The Gravity of Footnote 8** ............................................................................. 190

**Institutional Betrayal Trauma: A Bad Trip on Leftist Acid** ..........................195

*"When the going gets weird, the weird turn pro."* ............................................................ 199

Meet The Funster Family ................................................................................................ 206

Mystery Science Theater 3000 Presents: *"Maidan Coup II: Color Revolution Comes Home To Roost"* ...................................................................................................................... 221

*"Farewell and adieu to you fair Spanish ladies…."* ...................................................... 229

*"Smile, you son of a…"* ................................................................................................. 232

*" WE ARE AT WAR…* ...................................................................................................**233**

Antenor of America ........................................................................................................ 239

The Manchurian President .............................................................................................. 240

*"You have to make your reputation on being honest and unmerciful."* ........................ 250

Some Final Thoughts About Golfing Trophies ............................................................... 253

**III. HOUSE OF STONE 76 (SEE SCHEDULE "A") IS AN INDEPENDENT SOVEREIGN NATION PRO TEMPORE—ESTABLISHED BY DISCOVERY OF UNCLAIMED SOVEREIGN TITLE AFFIRMATIVELY ABANDONED BY VIOLATION OF THE DECLARATION OF COVENANTS AND RESTRICTIONS AGAINST TYRANNY, DATED JULY 4, 1776, RUNNING WITH ALL TERRITORY FORMERLY COMPRISING THE UNITED STATES.** ......................................................................................................**256**

**Chain of Title** ...............................................................................................................**256**

*"A Man's Got to Know His Limitations."* ..................................................................... 257

The American Social Compact: An Appeal to the *"Higher Law."* ................................ 259

Power Confers Rights: The Monarchy Model of Society ................................................ 260

Rights Confer Power: The American Social Compact Model. ........................................ 261

Mutual Obligation v. Illusory Promise .......................................................................... 261

Dedicated To the Principle of Contradicting Tyranny (Cont.) ....................................... 263

"Citizen Of," Not "Property Of." ................................................................................... 267

Contradicting Tyranny to Seize Sovereign Title ............................................................ 269

Enter the Law of Parsimony ........................................................................................... 270

Balancing the Equation of United States Sovereignty .................................................... 271

Seizing Title Subject to the Principle of Contradicting Tyranny Necessitates a Resultant Real Covenant Against Tyranny. ..................................................................................... 276

Wotan's Spear: *"A [sovereign]'s got to know [its] limitations."* .................................. 278

*Unclaimed Freight* ........................................................................................................ 279

**Discovery Of House of Stone 76** ................................................................................**283**

SCHEDULE "A" .............................................................................................................. 288

The House of Stone 76 World Colonization Act ............................................................. 291

**CONCLUSION** ............................................................................................................**292**

EXHIBIT "A" ................................................................................................................... 293

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Abbitt v. Gregory*, 160 S.E. 896, 906 (N.C. 1931)…………………………………………120

*Buck v. Bell,* 274 U.S. 200 (1927)…………………………………………………………304

*Bush v. Gore,* 531 U.S. 98 (2000), Order Granting Stay, Dec. 9, 2000…………………139, 141

*Calvin's Case,* (1608) 7 Co. Rep. 1a……………………………………………….8, 9, 119, 277

*Ex parte Bollman*, 8 U.S. (4 Cr.) 75 (1807) …………………………………...…16, 30, 84

*Gale v. Kessler*, 93 A.D.2d 744, 745 (1st Dept. 1983)…………………………………...36

*Jacobson v. Massachusetts,* 197 U.S. 11 (1905)…………………………………..297-304

*Kaiser Aetna* v. *United States,* 444 U. S. 164, 176 (1979)…………………………..268

*Lawton v. Steele,* 152 U.S. 133, 136 (1894)………………………………………….299

*Roman Catholic Diocese of Brooklyn V. Andrew Cuomo*, 592 U.S.__Nov. 25, 2020.…123, 302

*State v. Pennsylvania Railroad Company*, 228 A.2d 587, 591 (Del. 1967)…………………270

*State v. Phillips*, 305 A.2d 644, 649 (Del. Ch. 1973)…………………………………..270

*Stonemets v. Head*, 248 Mo. 260, 154 S.W. 108, 111, (1913)………………...…42, 154, 205

*Thorpe v. Rutland & Burlington Railroad Co*., 27 Vt. 140, 149 (1855).….…………..298-299

*United States v. Comprehensive Drug Testing, Inc.,* 621 F.3d 1162, 1178 (9th Cir. 2010)…174

*United States v. Hoxie*, 26 F. Cas. 397 (C.C.D. Vt. 1808)………………………………….29

**Federal Statutes, Guidelines**

18 U.S. Code § 4. Misprision of felony……………………………………………………163

50 U.S.C. § 1801(h)(1). – Definitions…………………………………………………..184

50 U.S.C. §1806(a), - Use of information…………………………………………………189

50 U.S.C. §l825(a) - Use of information…………………………………………………..189

*MINIMIZATION PROCEDURES USED BY THE FBI IN CONNECTION WITH ACQUISITIONS OF FOREIGN INTELLIGENCE INFORMATION PURSUANT TO SECTION 702 OF THE FOREIGN INTELLIGENCE SURVEILLANCE ACT OF 1978, AS AMENDED*, Sect. I.(C.),  September 21, 2016………………………….…184

*Presidential Memorandum --Climate Change and National Security,* Sept. 21, 2016…110-111

*Restatement (Third) of Foreign Relations Law of the United States* § 201 (1987)………….291

**State Statutes, Executive Orders**

Cuomo Executive Order 202.5……………………………………….....................26, 49-54

NY Pub Health L § 16—Summary Action………………………………………….…296

NY Pub Health L § 2120 - Communicable Diseases; Control of Dangerous
and Careless Patients; Commitment…………………………………………………296

"Section 400.12 of Title 10 of the NYCRR"……………………….....................49, 51

"Subdivision b of section 415.15 of Title 10 of the NYCRR"……………….…………49, 51

"Subdivision i of section 415.26 of Title 10 of the NYCRR"…………………………..50, 52

**Other Authorities**

Abraham Lincoln, *Fragment on the Constitution and the Union*, January 1861…..……….265

Abraham Lincoln, *Letter to Henry Pierce and others,* April 6, 1859……….266, 267, 274, 277

Alexander Hamilton, *Federalist 84* ……………………………………………...268

Aristotle, *Nichomachaean Ethics*, (W. D. Ross Translation)……………………….…264

Aristotle, *Metaphysics*; Book IV, (W.D. Ross translation)…………………………………267

C.G. Jung, *Man and His Symbols*……………………………………………….…..259

C.G. Jung, *The Undiscovered Self*………………………………………………68, 202, 263

Charles L. Black, *One Nation Indivisible: Unnamed Human Rights in the States*,
65 St. John's L. Rev. 17, (1991)…………………………………………..115, 138, 277, 287

David Hume, *An Inquiry Concerning Human Understanding*…..………….……..………32, 40

Earl R. Hoover, *Basic Principles Underlying Duty of Loyalty,*
5 Clev. Mar. L. Rev. 7 (1956)………………………………………………………..120

Edward S. Corwin, *The 'Higher Law' Background of American Constitutional Law*,
42 Harv. L. Rev. 149, 152 (1928)…………………………………………………..260

Erwin Chemerinsky, *Bush v. Gore Was Not Justiciable*,
76 Notre Dame L. Rev. 1093, (2001)………………………………………………….139

Hannah Arendt, *The Origins of Totalitarianism*…………………………..67, 237, 245-246

Immanuel Kant, *Critique of Pure Reason,* Kemp Smith translation…9, 32, 33, 89, 182, 205, 258

Immanuel Kant, *The Metaphysics of Morals,* Mary Gregor translation…………123, 138, 251

Immanuel Kant, *Groundwork for the Metaphysics of Morals*……………….……….…....269

J. A. C. Grant, *The Higher Law Background of the Law of Eminent Domain*,
6 Wis. L. Rev. 67, 68 (1931)………………………………………………………….260

James Madison, *Federalist, No. 43*……………………………………………………121

John C. Hamilton, *Life of Alexander Hamilton, p. 249* …………………………………270

John Locke, *Second Treatise of Government*…………………30, 66, 82, 84, 89, 116, 120, 144, 275, 279, 301, 304

Lauren Benton and Benjamin Straumann, *Acquiring Empire by Law: From Roman Doctrine to Early Modern European Practice,*
Law and History Review, Vol. 28, No. 1 (2010)…………………………………..257, 271, 275

Mitchell B. Simpson III (2018) *Treason and Terror: A Toxic Brew,*
Roger Williams University Law Review: Vol. 23: Iss. 1, Article 2…………………………...29

S. C. Biggs, *Treason and the Trial of William Joyce*,
Univ. of Toronto L.J. Vol. 7, No. 1 (1947)…………………………………………………8, 119

Thomas Jefferson, *The Object of the Declaration of Independence, Letter to Henry Lee, May 8, 1825* ………………………………………………………………………………….264

Thomas Jefferson, *Letter to James Madison,* 30 August 1823………………………………262

Thomas S. Kuhn, *The Structure of Scientific Revolutions*……………………………….…42

William Blackstone, *Commentaries on the Laws of England, Of The Absolute Rights of Individuals,* 1765……………………………………………………………………………67, 269

William Blackstone, *Commentaries on the Laws of England, - Of the Parliament* …………301

# PRELIMINARY STATEMENT

Unless the Court can demonstrate how a state could *"lockdown"* its entire population to keep COVID *away* from the elderly while *simultaneously* mandating COVID patients *into* nursing homes without committing Depraved Indifference Murder—excepting the particular dollar amount prayed for within point "A" below—the principles of pure reason necessitate an Order:

A.  Pursuant to 28 USC App Fed R Civ P Rule 56 (b), granting summary judgment against the **democidal illegitimate dominions of New York, New Jersey, Pennsylvania, and Michigan** in the amount of **$200,000,000,000.00** to be held in Trust for the benefit of the families of the U.S. Citizens they murdered—with a one percent (1%) 'contingency fee' of **$2,000,000,000.00** payable to Plaintiff.

B.  Pursuant to 28 USC App Fed R Civ P Rule 65, **enjoining the illegitimate dominions of New York, New Jersey, Pennsylvania, and Michigan** from sending any electoral votes to the Capital on January 6, 2025.

C.  Pursuant to 28 USC App Fed R Civ P Rule 57 acknowledging the state-ordered murders of U.S. Citizens *quae coram nobis resident* by **declaring the 76 votes cast by New York, New Jersey, Pennsylvania, and Michigan on January 6, 2021 void *ab initio*; making Donald J. Trump** "The Person having the greatest Number of Votes and [thus] **the President"**—entitled to his full second term of office—**lest the United States remain: *an illegitimate dominion dedicated to the proposition of murdering its own people.***

D.  Granting such other and further relief as may be just, proper, and equitable—like a declaratory judgment stating:

> That **Donald J. Trump** shall be deemed to have been ***unjustly enriched*** by the quashing of all criminal & civil cases against him with **'DEDUCTIVE-sans-counterfactual-premises-PROOF' that he is the rightful President of the United States—*until*** he purchases 6500 Solitude Drive, Chattanooga, TN 37416 outright in fee simple absolute for **Robert S. Stone Jr.,** through a buyer's agent of his choice (**Cathy**), and agrees to pay all his expenses related to living at the premises for the remainder of his life. (*"Mets tickets."*)

**II. THE STATE OF NEW YORK, THROUGH FORMER GOVERNOR ANDREW M. CUOMO, COMMITTED MASS DEMOCIDE BY MANDATING COVID PATIENTS INTO NURSING HOMES *AFTER HE SUSPENDED THE ADMISSION REGULATIONS THAT PROTECT RESIDENTS FROM EXPOSURE TO COMMUNICABLE DISEASE SEVEN DAYS EARLIER* WITHIN EXECUTIVE ORDER 202.5.**

Because **DEDUCTIVE PROOF of Depraved Indifference Murder** constitutes a highly anomalous characteristic of pandemic disease by even the most charitable of interpretations, it necessitated a Kantian *Critique* of the stories we were told about COVID-19 in light of Executive Order 202.5 & the March 25th Nursing Home Directive.

To begin with, since ***I felt no shame*** for overlooking the self-evident truth that mandating COVID patients into nursing homes during the lockdown is categorical proof of murder, it made me wonder: *"How could I miss something so obvious for so long (**five months**) and not feel a **burning sense of shame?*** Like the Summer of 1987, when I was 20 years old, driving cross-country on I-90 and passed the "Welcome to the State of Minnesota" sign. ***Up until that moment***, I'd always thought Minnesota was a city where the Vikings played.

It was the Jungian in me that intuited my lack of shame for overlooking such glaringly obvious proof of murder was my unconscious telling me I wasn't stupid; *I was deceived.* Like *"a glitch in the Matrix,"* it pointed me to the underlying motive for the nursing home murders.

After four years of investigation and analysis, the following allegory provides a 30,000 ft. view of what I found—namely, ***a multi-national campaign of bureaucratic mass senicide*** kicking off a globally coordinated cognitive warfare operation treasonably designed to shatter free society, destroy the economy, and *"build back better"* as a technocratic totalitarian satellite of Communist China.

# *A short time ago, in a parallel universe just next door…*

there was a town called "Liberty," where late one night, a nursing home in its central district caught fire.   As frightened and confused families rushed on scene to rescue their loved ones still inside the nursing home, they were stopped by a police barricade set up outside the building.

Speaking through a bullhorn from behind the barricade, Cloward Piven, the town's mayor, ordered an immediate evacuation.

> **MAYOR CLOWARD PIVEN:**  I just issued an Executive Order: Town of Liberty on **PAUSE**.  **P**olicies that **A**ssure **U**niform **S**afety for **E**veryone. Uniform Safety for Everyone. Why? Because we need everyone to be safe, otherwise, no one can be safe.  Which is why I've ordered a full evacuation of the town until we get this fire under control.
>
> I call it Matilda's Law. My mother's name is Matilda. Everybody's mother, father, grandmother, grandfather.  This is about protecting them. It's about protecting them. What you do highly affects their chances of survival. Be smart. My mother and your mother.

Wanting to be seen by others as 'smart,' 'law-abiding,' and 'loving'—as opposed to 'thoughtless,' 'lawless,' and 'remorseless mother-killers'—most of the townspeople did as they were told and evacuated immediately.   Those who objected—arguing that a full evacuation would cripple the infrastructure needed to keep the town from burning to the ground—were quickly labeled *"anti-Evackers"* and *"conspiracy theorists"* causing *"evacuation hesitancy,"* and told…

> **MAYOR CLOWARD PIVEN:** You don't have the right to object. That is the order, and you have to comply with it because it is basic common sense. **WE NEED EVERYONE TO BE SAFE, OTHERWISE, NO ONE CAN BE SAFE.**  You have a responsibility to act prudently vis-a-vis other people because you're not just putting your own life at risk, you're risking my life and my mother's life and you don't have that right.  It's not just about you. You have responsibility to me, right? It's about WE. Get your head around the WE concept. It's not all about you. It's about me too. It's about WE.

Like fire through dry grass, the holocaust spread throughout the nursing home—killing all 150 residents—and ultimately consumed the entire town just as the *"anti-Evackers"* predicted, sparing only the diner.

A couple of days after the fire, the mayor held a town meeting at the Liberty Diner to discuss plans for recovery and rebuilding.   The townspeople, wanting to resume their lives, demanded the town be rebuilt as quickly as possible.

But the mayor, without missing a beat, stepped up to the podium flanked by the town Trustees, known as *"deep staters,"* and delivered a presciently produced speech and PowerPoint presentation—replete with acronyms, mottos, and rhythmic sentences describing his unique recovery 'agenda' that clearly took months of planning and perfecting—and said:

> **MAYOR CLOWARD PIVEN:** People are restless. We have to talk about the rebuilding of the town. How do we do this? Let's say that where we're going, it's not a rebuilding in that we're going to rebuild what was. We're going to a different place. We should go to a different place. We should go to a better place. If we don't learn the lessons from this situation, then all of this will have been in vain. We learned a lot if we're willing to open our eyes and open our ears.
>
> We're going to a different place, which is *a new normal*. We talk about the *new normal*, we've been talking about the *new normal* for years. We're going to have *a new normal* in public health. By the way, the way we have *a new normal* on the environment, *a new normal in economics, a new normal in civil rights, **a new normal in social justice.** This is the way of the world now.*
>
> And by the way, if you went through this and you went through this pain and aggravation and suffering and you didn't learn, well, *then shame on us. Then shame on us.* Because there are so many lessons to learn and then you've come back better than you were…. You *build back better* than before.  And that's exactly what the *stakeholders* in our *"build back better" team* specialize in. *Who are these "stakeholders shaping our recovery?"* **They're the 0.5% elite** banking, military industrial, energy, telecommunication, social media, pharmaceutical, agro-industrial and corporate infrastructure conglomerates working hand in hand with the permanent bureaucracy of your government.  They're going to exploit (*coughs*). Excuse me.  They're going to help us exploit this *"unique window of **opportunity**"* to *"build back better."*

When the townspeople rejected the proposed *"new normal"* because of its erasure of *The Absolute Rights of Individuals* under their social contract, the mayor informed his captive audience:

> **MAYOR CLOWARD PIVEN:** Well, I'll just have to use those expanded emergency powers you gave me yesterday to create a *"new social contract."*

When the townspeople took to social media to discuss the multitude of other towns destroyed by suspicious nursing home fires and being *shamed* into *"building back better"* under a *"new social contract"* of technocratic totalitarianism, the *"deep staters"* *"shaped the cognitive infrastructure"* by censoring all posts contradicting the *"accidental fire"* narrative as *"misinformation," "disinformation,"* and *"conspiracy theories,"* while curating individual newsfeeds with AI to reinforce the *"accidental fire"* narrative.

## QUERY 1:

> If **MAYOR CLOWARD PIVEN** *deliberately set fire to the nursing home*, what would you call a conspiracy to exploit the massacre as *"a unique window of opportunity"* for manipulating the whole-of-society towards *"a new social contract"* by *"shaping the recovery"* and *"building back better"* to a *"New Normal"* of technocratic totalitarianism?

## ANSWER 1:

> To constitute ***treason*** under the Constitution, an act does not need to be performed in furtherance of the interests of another state. Rather, *all that is required is that the act amount to a levy of war against the United States*…. The first treason cases under the Constitution did not involve foreign states….[10]
>
> When the intention is universal or general, as to effect some object of a general, public nature,—[e.g., "having a direct tendency to destroy all property and all government,"]—***it will be treason,*** and cannot be considered, construed, or reduced, to [any lesser crime.]" (*United States v. Hoxie,* 26 F. Cas. 397 [C.C.D. Vt. 1808])

---

[10] Mitchell B. Simpson III (2018) *Treason and Terror: A Toxic Brew,* Roger Williams University Law Review: Vol. 23: Iss. 1, Article 2.

**QUERY 2:**

If **MAYOR CLOWARD PIVEN** *deliberately* set fire to the nursing home, *which members* of the *"build back better"* conspiracy *would be responsible for the murder of those 150 nursing home residents?*

**ANSWER 2**:

…[I]f war be actually levied, that is, if a body of men be actually assembled for the purpose of effecting by force a **treasonable** purpose, *all those who perform any part, however minute, or however remote from the scene of action, and who are actually leagued in the general conspiracy*, are to be considered as traitors. (*Ex parte Bollman*, 8 U.S. [4 Cr.] 75, 126 [1807])[11]

[A] combination or conspiracy to levy war against the United States is not **treason** unless combined with an attempt to carry such combination or conspiracy into execution; **some actual force** or violence **must be used in pursuance of such design to levy war**, but *it is altogether immaterial whether the force used is sufficient to effectuate the object* -- any force connected with the intention will constitute the crime of levying war.[12] (*Bollman* at 128)

As will be shown, former Governor Andrew M. Cuomo spearheaded a multi-national campaign of mass senicide by murdering more than 15,000 nursing home residents in furtherance of creating the illusion of a lethal pandemic emergency needed to kick off a globally coordinated cognitive warfare operation to *fundamentally transform* the *"legitimate authority of the [United States] in its sovereign capacity"* by shattering free society, destroying the economy, and *"building back better"* as a technocratic totalitarian satellite of Communist China.

Which is to say…

---

[11] *Cf.* "A party to a continuing conspiracy may be responsible for substantive offenses committed by a co-conspirator in furtherance of the conspiracy, even though he does not participate in the substantive offenses or have any knowledge of them." *Pinkerton v. United States*, 328 U.S. 640 (1946)

[12] N.B. The "actual force" is the sovereign's *"exercise of power beyond right, which nobody can have a right to."* Locke's *Second Treatise, §199*.

# *"Build Back Better"* Is Treason

A few years ago, if you would have told me that the United Nations would provide moral cover for *a multi-national campaign of bureaucratic mass senicide* kicking off a globally coordinated cognitive warfare operation designed to *subvert* human liberty, human dignity and the institutions sustaining our free world in order to *"shape the recovery"* and *"build back better"* as technocratic totalitarian satellites of Communist China, I would have laughed and asked if you were quoting *Barney Miller*.

However, consider this "press release" from the UN's *"well-oiled and well-funded"* Information Warfare apparatus not twelve days after the WHO declared a *"coronavirus pandemic,"* under their 2009 convenient redefinition of the term.

> ### UN working to fight COVID-19 and achieve Global Goals
>
> **23 March 2020** — The coronavirus pandemic presents an **opportunity** for the human family to act in solidarity and turn this crisis into **an impetus to achieve the Sustainable Development Goals.**
>
> "The United Nations – and our global network of country offices -- will support all Governments to ensure that the global economy and the people we serve emerge stronger from this crisis," said Secretary-General António Guterres in his recent statement, expressing his firm determination to prevent the crisis from derailing sustainable development efforts while laying out a vision for the affected to ***build back better….***[13]

From the inception of the *"pandemic,"* the plan was never about *"rescue."* It was always about *"shaping the recovery."* After all, you can't *"build back better"* to achieve your *"Sustainable Development Goals"* by *2030* without first razing the anachronistic impediments to your *"New Normal"*—i.e., old customs, old culture, old habits, and old ideas. And what *better way* to *"sweep away all those cow demons and snake spirits"* than by killing off old people to create the illusion of a lethal pandemic to *"build back better"* from? And by *"create the illusion,"* I mean **there's no utility in murdering the elderly worldwide unless**…

---

[13] *UN working to fight COVID-19 and achieve Global Goals,* March 23, 2020

# COVID-19 is a Myth.

> **Immanuel Kant:** The question, famed of old, by which logicians were supposed to be driven into a corner, obliged either to have recourse to a pitiful sophism, or to confess their ignorance and consequently the emptiness of their whole art, is the question: *What is truth?* The nominal definition of truth, that it is *the agreement of knowledge with its object,* is assumed as granted…. [14]

> **David Hume:** A wise man, therefore, proportions his belief to the evidence. [15]

Nearly everything we've been told about COVID-19 has failed to square with objective fact, standard medical practice, or scientific principle.   In fact, *"the science"*™ of COVID-19 falls so short of the *Frye* and *Daubert* standards that—in the words of Wolfgang Pauli— *"Not only is it not right; it is not even wrong."*   Rather, it's an amalgam of false metrics, models and narratives geared towards fraudulently inflating the 1) **Prevalence** and 2) **Fatality Rate** of a *"severe seasonal influenza."*

## The Prevalence Myth: Drosten's PCR Protocol

Creating the illusion of increased prevalence of COVID-19 required broadening the diagnostic criteria to the point of meaninglessness and designing a test protocol guaranteeing near 100% false positive results.

Virologist Christian Drosten led the exceptionally rapid creation of the first COVID-19 PCR test.[16]  "The Drosten Protocol" [17] is the most commonly-used procedure for detecting the SARS-CoV-2 virus—which the Court of Appeal of Lisbon concluded *generated 97% false positives.*

---

[14] Immanuel Kant, *Critique of Pure Reason,* Kemp Smith translation, p. 97
[15] David Hume, *An Inquiry Concerning Human Understanding*, § 10, *'Of Miracles,'* Part I
[16] See *Request for Expedited Federal Investigation into Scientific Fraud in Public Health Policies*, January 10, 2021
[17] Victor Corman and Christian Drosten *et al.*, *Diagnostic detection of 2019-nCoV by real-time RT-PCR*, World Health Organization, Jan. 17, 2020, https://www.who.int/docs/default-source/coronaviruse/protocol-v2-1.pdf.

Christian Drosten and Victor Corman built their vaunted "protocol" upon a foundation of in silico—i.e. 'in silicon;' as in 'on a computer'; as in 'imagineered'—genome sequences provided by Chinese Communist Party scientists in Wuhan.

In an interview with Celia Farber, Dr. Kevin Corbett described Drosten's fraudulent test thusly:

> "*When Drosten developed the test, China hadn't given them a viral isolate. They developed the test from a sequence in a gene bank. Do you see? China gave them a genetic sequence with no corresponding viral isolate. They had a code, but no body for the code. No viral morphology.*"
>
> I asked him to define "viral morphology" for the layperson.
>
> "*In the fish market,*" he said, "*it's like giving you a few bones and saying that's your fish. It could be any fish. Not even a skeleton. Here's a few fragments of bones. That's your fish. Listen, the Corman/Drosten paper, there's nothing from a patient in it. It's all from gene banks. And the bits of the virus sequence that weren't there they made up. They* synthetically created them *to fill in the blanks. …*
>
> *There are* 10 fatal errors in this Drosten test paper*. …But here is the bottom line: There was no viral isolate to validate what they were doing. The PCR products of the amplification didn't correspond to any viral isolate at that time. I call it 'donut ring science.'* There is nothing at the center of it. It's all about code, genetics, nothing to do with reality, or the actual person, the patient." [18]

In other words: ***Truth is the agreement of knowledge with its object.***[19] Creating a test for a virus requires knowledge of the object in itself; i.e., the particular virus isolate—not its presumed genetic code.

---

[18] *Ten Fatal Errors: Scientists Attack Paper That Established Global PCR Driven Lockdown,* By Celia Farber, UndercoverDC.com, December 3, 2020

[19] "*The criterion whereby we decide whether our holding a thing to be true* is conviction or mere persuasion is therefore external, namely, the possibility of communicating it and of finding it to be valid for all human reason. For there is then at least a presumption that the ground of the agreement of all judgments with each other, notwithstanding the differing characters of individuals, *rests upon the common ground, namely, upon the object, and that it is for this reason that they are all in agreement with the object — the truth of the judgment being thereby proved."* Immanuel Kant, *Critique of Pure Reason,* Kemp Smith translation, p. 645

Drosten's phony PCR protocol enabled the COVID fraudsters to manufacture a fictional pandemic by conflating those *97% false positive results* with *"cases of COVID-19."*

To be clear: A positive PCR test does not constitute a "case" of a disease. It doesn't even mean that an infection is present. Rather, a "case" *of a disease requires a patient presenting symptoms* of the disease, not an alleged positive test for fragments of an imagineered virus.

Molecular biologist Pieter Borger and a team of 22 scientists published a paper[20] demanding the retraction of Drosten & Corman's paper.[21] Of particular legal interest is Borger's description of Drosten's clairvoyance in developing the protocol—since, at the time it was submitted, there were only six (6) deaths reported worldwide and thus no reason to believe widespread PCR testing would even be necessary.[22]

## The Fatality Rate Myth

Inflating the fatality rate was as easy as changing the rules applicable to death certificates exclusively for COVID-19. Thus, a March 24th, 2020 CDC rule change made 'deaths *with* COVID-19'equivalent to 'death *from* COVID-19.'[23] Meaning, people "diagnosed" *with* COVID-19—per *Drosten's 97% false positive* PCR protocol—dying of other co-morbidities were reported as **deaths FROM COVID-19**.

Further sustaining the illusion of a *"Pandemic Emergency,"* the COVID fraudsters created payment and statistical structures **encouraging** Medicaid/Medicare insurance fraud—

---

[20] Pieter Borger *et al.*, *External peer review of the RTPCR test to detect SARS-CoV-2 …* Nov. 27, 2020.
[21] See section 4 of *Request for Expedited Federal Investigation into Scientific Fraud in Public Health Policies*, January 10, 2021
[22] See *Request for Expedited Federal Investigation Into Scientific Fraud in Public Health Policies*, Jan. 10, 2021
[23] See highlighted portions of *A Covid Death? The Bureaucracy Decides*, Joy Fritz, *American Mind*, 04/14/2021

which *"attorney Thomas Renz and CMS whistleblowers have [estimated] a total payment of at least $100,000 per patient."* [24]

The Judas goats then fine-tuned their fraudulent data with what became known as *"COVID-19 dashboards."*

> The global onslaught against human assembly, commerce, and community, managed and driven largely by tech companies, was undergirded by a new digital product: the suddenly-ubiquitous "COVID-19 maps," also known as "**COVID-19 dashboards**." …
>
> We quickly became familiar with the dashboards, believing as we did that the data they revealed was behind official statements, politics and policies. We watched the graph peaks and valleys with horror or (rare) relief, certain they represented "the science" and "the numbers" in purest form. When Dr. Anthony Fauci pronounced, in his trademark Brooklyn accent, his favorite phrase, *"When you look at the data —"* the media reacted by referencing these X/Y charts.
>
> But I began to notice that while Dr. Fauci of the NIAID and Dr. Rochelle Walensky of the CDC continually invoked the phrases *"follow the data"* or *"follow the science,"* they almost never provided the raw data or peer-reviewed publications. Instead **we were left to rely on these *ubiquitous non-government, third-party-produced COVID dashboards* and on *press release-type news stories* describing studies exactly as officials had summarized the studies' findings, but without actually linking to them.**
>
> **Thus, the conclusions drawn by the media, citing these platforms especially, were impossible to confirm. Why? Because many of the most-referenced dashboards were based on flawed methodologies and unverifiable datasets. They were phantoms.** [25]

---

[24]*Scott Quiner Update: Criminal Investigation Into Doctors, How They're KILLING, Payoffs for MURDER!* by Dr. Lee Vliet, January 19, 2022
[25]*The Bodies of Others: The New Authoritarians, Covid-19 and the War Against the Human*, By: Naomi Wolf, Chapter 7: "The Unverifiable Pandemic"

# <u>COVID-19 is as Fictional</u> as *"Captain Trips"*

Ultimately, the national *"pandemic"* response was based upon two fraudulent

representations about COVID-19's communicability and lethality that Dr. Anthony Fauci made

to the public as director of National Institute of Allergy and Infectious Diseases (NIAID).

To wit:

1. **That COVID-19 is a *desperate disease* spreading *<u>asymptomatically</u>*—thereby justifying <u>the *desperate remedies*</u> of lockdowns, social distancing and masking mandates.** (*All studies reporting that <u>asymptomatic transmission</u> was <u>miraculously</u> driving the pandemic—i.e., the only scientific basis for lockdowns of healthy individuals—came from China and all attempts to replicate those findings outside of China have failed.*[26] )

2. **That  COVID-19 is <u>ten times more lethal</u> than the flu.** (*It had the same fatality rate as a severe seasonal influenza—exactly as Fauci predicted in his <u>February 28, 2020 New England Journal of Medicine article</u>.*)

Those two egregious lies set the foundation for the "gross and wanton fraud on the

public"[27] treasonably designed to *<u>shame</u>* Americans into locking down, masking up, and socially

distancing themselves into isolation and financial ruin to *"slow the spread"* of a virus as fictional

as *"Captain Trips"* in Stephen King's novel *The Stand*—thereby creating a *"<u>unique window of</u>*

*<u>opportunity</u>"* to *<u>"build back better"</u>*  as a <u>technocratic totalitarian satellite of Communist China</u>.

---

[26] See *<u>Request for Expedited Federal Investigation Into Scientific Fraud in Public Health Policies,</u>* January 10, 2021
[27] *<u>Gale v. Kessler</u>*, 93 A.D.2d 744, 745 (1st Dept. 1983)

# Fauci's Lie #1: *"Captain Trips"* Spreads Asymptomatically

On January 28, 2020, Fauci assured the public that asymptomatic transmission is never the driver of outbreaks—lulling us into the false sense of security needed to maximize the shock when he reversed himself a few days later. Since no evidence of asymptomatic spread ever existed, *"now we know for sure"* that Fauci and his fellow COVID fraudsters were following scripts lifted from an exercise like **SPARS 2017.** Accordingly, as you read the transcript selections below, imagine the speakers as bureaucrats with the acting skills of elementary school students.

> **CDC DIRECTOR ROBERT REDFIELD**: (42:51)… the Chinese have reported evidence of transmission in the asymptomatic phase, based on data they have reviewed. CDC has not been given the opportunity to review that data. … The Chinese believe they have that data. ... We haven't seen that data to confirm that conclusion. Dr. Fauci?
>
> **DR. FAUCI:** (44:01) Yes, to add one thing that seems to get lost in that question is that as Bob said, and I agree, we would really like to see the data because if there is asymptomatic transmission, it impacts certain policies that you do regarding screening, et cetera. But the one thing historically people need to realize that even if there is some asymptomatic transmission, *in all the history of respiratory borne viruses of any type, asymptomatic transmission has never been the driver of outbreaks.* The driver of outbreaks is always a symptomatic person. Even if there's a rare asymptomatic person that might transmit, an epidemic is not driven by asymptomatic carriers. Thank you very much.[28]

With those few sentences, Fauci set the people up for the terrifying reversal planned for later. After all, if *"asymptomatic transmission has never been the driver of outbreaks,"* you don't describe it in the present tense—i.e., "it ***impacts*** certain policies"—unless it's a present recollection of what you already have planned.

---

[28] *Update on the New Coronavirus Outbreak First Identified in Wuhan, China* | *January 28, 2020*

Sure enough, on January 31, 2020, Fauci defrauded the world into believing there was competent scientific evidence out of Germany demonstrating that COVID-19 was the first outbreak in history driven by asymptomatic transmission.

> **FAUCI:** You know that, in the beginning, we were not sure if there were asymptomatic infection, which would `make it a much broader outbreak than what we're seeing. ***Now we know for sure that there are.*** It was not clear whether an asymptomatic person could transmit it to someone while they were asymptomatic. ***Now we know from a recent report from Germany that that is absolutely the case.*** [29]

In retrospect, Fauci's performance was so over the top, you'd think he was channeling Bill Murray as "Tripper" in the film *Meatballs* telling a ghost story by the campfire: "*They never found the killer. Some people say he's still up here in the woods,*" etc.

Meanwhile, Thomas Kuhn must have been rolling in his grave when Fauci so quickly and effortlessly rejected the paradigm of "*all the history of respiratory borne viruses*."

> "The decision to reject one paradigm is always simultaneously the decision to accept another, and the judgment leading to that decision involves the comparison of both paradigms with nature and with each other." …
>
> A crisis involves a period of extraordinary, rather than normal, research, with a "proliferation of competing articulations, the willingness to try anything, the expression of explicit discontent, the recourse to philosophy and to debate over fundamentals."[30]

What, pray tell, was the *"extraordinary, rather than normal research"* out of Germany that allegedly convinced Fauci to reject the paradigm that *"the driver of outbreaks is always a symptomatic person?"* What statistically significant intractable anomaly necessitated this Copernican Revolution in epidemiology—ostensibly justifying the Chinese Communist lockdowns, masking and social distancing mandates that killed hundreds of thousands and destroyed the lives of millions?

---

[29] *Press Briefing by Members of the President's Coronavirus Task Force,* Issued: Jan. 31, 2020
[30] *The Structure of Scientific Revolutions*, by Thomas S. Kuhn (50th anniv. ed., Introductory Essay by Ian Hacking)

Promise not to laugh?   Rumors.   Rumors about *one (1)* allegedly asymptomatic woman from China spreading the virus to 16 contacts in Germany.  I say *"rumors,"* because …

> *the researchers didn't actually speak to the woman before they published the paper.* The last author, Michael Hoelscher of the Ludwig Maximilian University of Munich Medical Center, says the paper relied on information from the four other patients: "They told us that the patient from China did not appear to have any symptoms."[31]

When German health officials took five minutes out of their busy day to speak with the woman, they learned she was taking medication for flu-like symptoms at the time of the contacts. Ergo, no evidence of asymptomatic transmission.

Even better:  *Of all the virologists, in all the journals, in all the world,* Christian Drosten—inventor of the fraudulent PCR protocol capable of finding COVID in papaya, chicken and even plain water 97% of the time—just happened to co-author the *"flawed"* paper convincing Fauci that COVID-19 is the first outbreak "*in all the history of respiratory borne viruses"* driven by asymptomatic transmission.   Small world.

Thus, one day after Fauci's *"report from Germany"* was debunked, he told the NY Times:

> "This paper may or may not be flawed — it needs further investigation," said Dr. Anthony Fauci…. "But I don't think it negates the concept."
>
> "We had been getting reports from highly reliable people in China — scientists, investigators and public health people who we've known over the years — and they've been telling us, 'There's asymptomatic disease, for sure, and we are seeing asymptomatic transmission,'" Dr. Fauci said.

---

[31] *Study claiming new coronavirus can be transmitted by people without symptoms was flawed,* By Kai Kupferschmidt, Science.org, Feb. 3, 2020,

The "gold standard," *"for sure."*  For those of you keeping score at home, Fauci's miraculous evidence of the first outbreak in history driven by asymptomatic transmission—of a virus that was never isolated yet tracked by 97% false positive PCR testing based on theoretical genome sequences provided by this nation's mortal enemy—was the unpublished testimony of unnamed Chinese Communist colleagues.

Whereas the 18th century skeptic David Hume would say:

> *"No testimony is sufficient to establish a miracle, unless the testimony be of such a kind, that its falsehood would be more miraculous, than the fact, which it endeavours to establish."*[32]

Dr. Fauci would retort:  *"I am science."*

---

[32] David Hume, *An Inquiry Concerning Human Understanding*, 'On Miracles,' p. 115

*"[T]he overall clinical consequences of Covid-19 may ultimately
be more akin to those of a severe seasonal influenza."*
—Anthony Fauci, 2/28/2020

## Fauci's Lie #2: *"Captain Trips"* is 10x More Lethal than Seasonal Flu

On March 11, 2020, when Fauci testified before Congress that the estimated mortality rate for COVID-19 was "ten times more lethal than the seasonal flu,"[33] [34] he fraudulently compared the Case Fatality Rate (CFR) of COVID-19 to the Infection Fatality Rate (IFR) of the Flu. Since not all people infected with a virus develop a case of the disease, the IFR will always be lower than the CFR for a disease. Thus, comparing the IFR of one disease to the CFR of another is comparing apples to oranges. And that's exactly what Fauci did:



> [T]his is not a "miscalculation." The gaggle of "health experts" and epidemiologists who have seemingly dictated public policy since this scamdemic began did not (whoopsie!) make a little boo-boo when running the (erroneous) coronavirus statistics through their (flawed) computer models.
>
> No. They *deliberately lied* in order to whip the public into hysteria over an imaginary bogeyman.[35]

---

[33] *Public Health Lessons Learned From Biases in Coronavirus Mortality Overestimation*, By Ronald B. Brown, PhD. Disaster Medicine and Public Health Preparedness VOL. 14/NO. 3

[34] *House Oversight Committee Hearing on Coronavirus Response, Day 1*, March 11, 2020, C-SPAN (@ 1:37:55)

[35] *The Worst "Miscalculation" in Human History?* By James Corbett, corbettreport.com, October 04, 2020

Ergo, COVID-19 is a fiction sold to the public; like "Captain Trips."

## *"FRAUD IS KALEIDOSCOPIC" …*

Since *"fraud is kaleidoscopic, infinite, [and that] being infinite [it takes] on protean form at will,"*[36] discerning the mechanics of a fraudulent scheme requires viewing its key elements in bold relief against each other—revealing how the fraudsters employed their subtle and imperceptible interactions to deceive their victims.   Assigning colored text to key parties and elements of a fraudulent scheme provides an excellent scaffolding for this

Accordingly, elements relating to NYS Board of Health action are in purple, like their letterhead.  Elements relating to Governor Cuomo and Executive Order 202.5 are in blood red. Elements relating to psychological warfare—targeting the human heart through the love people reserve for their mothers to emotionally manipulate them into accepting Chinese Communism— are in Valentine red.

---

[36] *Stonemets v. Head*, 248 Mo. 243, 263, 154 S.W. 108, 114 (1913)

# *"This Was No Boat Accident"*

To deceive the world into believing a *"severe seasonal influenza"* was *ten times more lethal than the flu* and *spread asymptomatically,* the *"Captain Trips"* fraudsters needed to generate a quick and gruesome body count to sell their fictional pandemic to the public.

**So, what's the easiest way to rack up enough bodies to create the illusion of a lethal pandemic and *"profound source of shame"* [37] needed to emotionally blackmail free and healthy societies into self-isolation and ruin in order to *"shape the recovery"* and *"build back better"* as technocratic totalitarian satellites of Communist China?**

**If you guessed: *"Murder vulnerable elderly populations worldwide* by spreading that influenza virus *into the communal living arrangements of nursing homes,"[38]* you guessed right.**

Bergamo Italy proved to be the opening salvo in the globally coordinated campaign of bureaucratic mass senicide.  As Reiner Fuellmich, attorney member of the German Corona Investigative Committee, explains:

> **Reiner Fuellmich:** The pictures from Bergamo **[**Italy**] …** [that] were used to demonstrate to the world that panic was in order—proved to be <u>deliberately misleading.</u>   A word of clarification: <u>in Bergamo, the vast majority of deaths,</u> *94 percent* <u>to be exact, turned out to be the result, not of COVID-19, but rather the consequence of the government deciding to</u> *transfer sick patients,* <u>sick with probably the cold or</u> *seasonal flu, from hospitals to nursing homes* - in order to make room at the hospitals for all the COVID-19 patients, who ultimately never arrived.

---

[37] Thierry Malleret, Klaus Schwab, *COVID-19, The Great Reset*
[38] Or killing them outright with Midazolam in England.

# Perfidy: The Weaponization of Human Compassion

Within the context of war, perfidy is a form of treachery whereby one side exploits the conscience and compassion of their opponent to destroy them.  For example, raising the flag of truce to kill the opponent while in the *vulnerably humane position* of taking surrendering prisoners; or feigning injury to kill the opponent while attempting to render aid; or killing nursing home residents and *cherry-picking the deaths of mothers & grandmothers to shame* the people into locking down, masking up, and socially distancing themselves into isolation, loneliness, and financial ruin—*"just 14 days, or you'll kill grandma!"*

## *"It's About My Mother. It's About Your Mother."*

On March 20, 2020, Governor Cuomo conflated the unconditional love people reserve for their mothers with unconditional surrender to his dictatorial rule by mouthing the Emmy Award winning words of the perception management firm McKinsey & Company.

> **Andrew Cuomo:**  So we're going to put out an executive order today, New York State on PAUSE. Policies that Assure Uniform Safety for Everyone. *Uniform Safety for Everyone. Why? Because what I do will affect you and what you do will affect me. Talk about community and interconnection and interdependence. This is the very realistic embodiment of that. We need everyone to be safe, otherwise, no one can be safe.*
>
> **Andrew Cuomo:** (14:39)  … We also have specific rules for people's conduct*.* First is for the quote unquote vulnerable population*.* … Who are we worried about? Seniors ….
>
> **Andrew Cuomo:** (16:48)  *Where are the places we're really worried about? Nursing homes…..* We need real diligence with vulnerable populations. And there's been a lot of confusion…I've gone through it myself with my own family. As I said, we have *my mother* who lives alone. Everybody wants to help, and we've gone back and forth. Who should go visit *mom*? Should *mom* go to my sister's house? Should *mom* go to this house? Nobody knows for sure. **…**

**Andrew Cuomo:** ([18:09](#)) Well, we're going to go visit *mom*. I'm going to bring the home family to see *mom*." No, not now. … *I call it Matilda's Law. My mother's name is Matilda. Everybody's mother,* father, sister, friend in a vulnerable population, *this is about protecting them. It's about protecting them. What you do, what you do is highly, highly affects their health and wellbeing. The instinct to love, I want to be with them. I want my kids. Mom wants to see the kids. Be smart. My mother and your mother.* [39]

Day in, and day out, Cuomo's *vicious appeals to the love people reserve for their mothers* continued.

**Governor Cuomo (March 24, 2020):** ([05:16](#)) It's about a very small group of people in this population who are the most *vulnerable*. They are older, they have compromised immune systems … Those are the people who are going to be *vulnerable* to the mortality of this disease, *and it is only 1% or 2% of the population. But then* why all of this? *Because it's 1% or 2% of the population;* it's lives. It's *grandmothers* and grandfathers and sisters and brothers…. That's what this is about. It's about a *vulnerable* population. *I called the executive order that I passed Matilda's Law; my mother. It's about my mother.* **It's about my mother. It's about your mother.** *It's about your loved one, and we will do anything we can to make sure that they are protected.* [40]

**Less than 24 hours later,** on March 25, 2020, New York State's Department of Health prohibited nursing homes from denying admission or re-admission of residents based solely on a confirmed or suspected diagnosis of COVID-19. It even prohibited them from testing hospital transferees prior to admission as well.

No resident shall be denied re-admission or admission to the [Nursing Home] solely based on a confirmed or suspected diagnosis of COVID-19. [Nursing Homes] are prohibited from requiring a hospitalized resident who is determined medically stable to be tested for COVID-19 prior to admission or readmission. [41]

---

[39] Andrew Cuomo Orders New York "On Pause": Transcript of March 20 Briefing
[40] New York governor Andrew Cuomo gives coronavirus update -- March 24, 2020
[41] *New York health website deletes Cuomo's order linked to nursing home fatalities,* By Gregg Re, Fox News, May 26, 2020

Aside from an article in the Wall Street Journal,[42] the March 25ᵗʰ nursing home mandate went unnoticed for 25 days, until April 20ᵗʰ, 2020, when Governor Cuomo feigned ignorance of it in response to a reporter's question.   ***Pay close attention*** to how Governor Cuomo clarifies the reporter's vaguely worded curiosity about "state policy" into ***a pointed question about the specific policy he claims to be ignorant of.***

> **Speaker 4:** ([36:49]) Given the high number of deaths in nursing homes… what is the state's policy regarding admission or readmission to these nursing homes? Whether or not one of these people have tested for the virus. There was a state directive that said that people cannot be denied readmission or admission. Just wondering what the state policy is right now, again, judging the high number of deaths that are coming out of these areas.
>
> **Governor Andrew Cuomo:**  If you are tested positive for the virus, ***are you allowed to be admitted to a nursing home*** is the question**.** It's a good question. *I don't know.  (Emphasis added)*
>
> **NYS Health Commissioner, Dr. Howard Zucker:** ([37:36]) **The policy is that if you are positive** (*clears throat*)**, you should be admitted back to a nursing home,** (*clears throat*). **The necessary precautions will be taken to protect the other residents there.**

Six months later, on October 14, 2020, during an interview promoting his book: *American Crisis: Leadership Lessons from the COVID-19 Pandemic,* Governor Cuomo gaslighted CNN's Alisyn Camerota by pretending the nursing home mandate never existed.

> **Governor Cuomo:**  *We never* in this state *told the nursing home you have to accept a COVID positive person.*  Never happened.
>
> **Alisyn Camerota:**  But where else could they have gone if they were being taken out of hospitals because hospitals were overrun then where else could they have gone?
>
> **Governor Cuomo:** Good question.  ***Hospitals were never overwhelmed.*** We always had excess capacity in hospitals.  We always had excess capacity in emergency hospitals that we built.  So

---

[42] The March 25ᵗʰ nursing home mandate was first reported in The Wall Street Journal article *New York Mandates Nursing Homes Take Covid-19 Patients Discharged From Hospitals, by Anna Wilde Mathews*, on March 26, 2020; see also The Mark Levin show, at 1:46:45 -- Elaine from New Rochelle tells Levin about the March 25ᵗʰ mandate.

we were never in a situation where we had to have a nursing home accept a COVID positive person. *43*

Got that?  The nursing homes were never told "*you have to accept a COVID positive person*" because ***"hospitals were never overwhelmed."***

Contradictions are fatal to frauds.  Thus, the reason a deceiver deals in generalities—i.e., uses ambiguous terms.  And thus, when an arrogant fraud like Andrew Cuomo commits himself to a firm statement, he runs the risk of contradicting himself later.  And four months later—while explaining away the thousands of nursing home deaths his administration hid—he did just that:

> **Andrew Cuomo:** (54:19) I'm glad New Yorkers had the opportunity to hear from Dr. Zucker. Of course, his credentials are impeccable, but when you hear the facts from him, you hear the reasoning from him, you understand why these decisions were made and you understand the decisions were right.  ***The hospitals were being overwhelmed.*** People needed acute care in those hospitals.[44]

Isn't that amazing?  The ***"hospitals were never overwhelmed"*** and yet, ***"the hospitals were being overwhelmed."***  What a superposition to take.

As psychopathic as that contradiction may be, it pales in comparison to the way Cuomo revealed himself to be a cold-blooded killer answering Camerota here:

> **Alisyn Camerota:** There was never an instruction given to hospitals that nursing home patients had to leave and go back to nursing homes?  And you're saying there was never an instruction to nursing homes that they had to take them?
>
> **Governor Cuomo:** There was never a point in time where we … said to a nursing home you must take a Covid positive person. ***The law is exactly the opposite*** Alisyn.  The law in this state says a nursing home may not accept a person unless they can care for that person and do it *without endangering the other people in the facility.*[45]

---

[43] Governor Andrew Cuomo interviewed by Alisyn Camerota, CNN, October 14, 2020
[44] Governor Cuomo Announces Nursing Home Visitations to Resume, February 19, 2021
[45] Governor Andrew Cuomo interviewed by Alisyn Camerota, CNN, October 14, 2020

On February 19, 2021—while defending his medical decision to mandate COVID patients into nursing homes with his March 25th Directive—Dr. Howard Zucker resorted to the ==same bureaucratese== as Governor Cuomo.

> **Dr. Howard Z.:** ([48:41](#)) ==As always, if they could not accept a patient, they should not admit the patient.== <u>It is against the law to take someone that they cannot care for.</u> We simply said, "You cannot deny admission based on COVID status." *==We never said, "You must accept."== We said, "You can't deny it."*[46]

Howard Zucker is both a doctor and an attorney. As a doctor, he knew that stuffing COVID patients into a damp and musty broom closet—or even <u>throwing them in front of a trolley</u>—would have been less <u>maleficent</u> than transferring them into nursing homes. And as an attorney, he knew that transferring cases of highly contagious respiratory disease into the communal-living arrangements of nursing homes during a global pandemic was nothing short of depraved indifference murder.

So, why would the doctor/attorney defend his medical decision with legal pedantry that would make Mephistopheles blush? Moreover, ==why would the doctor parse the very same words as the governor?==

---

[46] <u>New York Gov. Andrew Cuomo COVID-19 Press Conference Transcript</u> February 19, 2021

*"Occasionally <mark>words must serve to veil the facts</mark>.  But this must happen in such a way that no one become aware of it; or, if it should be noticed, excuses must be at hand to be produced immediately."*—**Machiavelli**

# EXECUTIVE ORDER 202.5

On March 18, 2020, two days before the lockdown and one week before the March 25th nursing home mandate, Governor Cuomo signed **Executive Order 202.5.**   In that Order, ***he suspended* three nursing home admission regulations that *normally* protect residents from exposure to communicable disease**—as if the "Declared Emergency" was a blizzard or Super Storm Sandy.   You'll see why that's important in a minute.   For simplicity's sake, we'll call them Rules 1, 2, and 3.

**RULE 1**[47] *normally* says *'you can't admit a patient into a nursing home without a comprehensive assessment of the potential resident's current medical conditions and prior medical history.'*   For example, the nursing home should know if they're getting a patient with Typhoid, Tuberculosis, or any other highly contagious disease so they can determine whether they're staffed and equipped to handle the patient without endangering the other residents.

**RULE 2**[48] *normally* says no individual can be admitted into a nursing home unless *"a physician personally approves"* the recommendation for admission.   This *normally* ensures that nursing homes don't admit patients based on the word of an organ grinder's monkey; unless said monkey also happens to be a licensed physician with admitting privileges.

---

[47] "Section 400.12 of Title 10 of the NYCRR"
[48] "Subdivision b of section 415.15 of Title 10 of the NYCRR"

And **RULE 3**[49] *normally* says:

> A resident suffering from a communicable disease **shall not be admitted or retained unless a physician certifies in writing** that transmissibility is negligible, and poses no danger to other residents, or the facility is staffed and equipped to manage such cases without endangering the health of other residents.

*Normally,* this regulation acts as a form of vigilance insurance by placing the physician and his license to practice medicine directly between vulnerable nursing home residents and the threat of contracting an infectious disease from new admissions—*especially during a pandemic.*

Thus, Governor Cuomo and Dr. Howard Zucker could *normally* claim they never told the nursing homes *"You must accept"* a COVID positive patient because Rules 1, 2, and 3 would *normally* not **permit** it.

> **Governor Cuomo:** There was never a point in time where we … said to a nursing home you must take a Covid positive person. ***The law is exactly the opposite*** Alisyn. The law in this state says a nursing home may not accept a person unless they can care for that person and do it *without endangering the other people in the facility.*[50]

> **Dr. Howard Z.:** As always, if they could not accept a patient, they should not admit the patient. It is against the law to take someone that they cannot care for. We simply said, "You cannot deny admission based on COVID status." *We never said, "You must accept."* We said, *"You can't deny it."*[51]

To a *normal* human being, there's no difference between *"you must accept"* a patient and *"you can't deny"* admission. However, to word-fetishizing mass murderers the difference is the term *"permit"*—as in:

> *"If you are tested positive for the virus, **are you allowed to be admitted to a nursing home** is the question. It's a good question. I don't know."*

---

[49] "Subdivision i of section 415.26 of Title 10 of the NYCRR"
[50] Governor Andrew Cuomo interviewed by Alisyn Camerota, CNN, October 14, 2020
[51] New York Gov. Andrew Cuomo COVID-19 Press Conference Transcript February 19, 2021

Because one week before mandating COVID patients into nursing homes with the March 25th Directive, Governor Cuomo laid the foundation for making it a death warrant by modifying (read: suspending) Rules 1, 2 and 3 within E.O. 202.5 thusly:

> **RULE 1:**[52] *to **Permit** nursing homes to perform comprehensive assessments of patients as soon as practicable **FOLLOWING ADMISSION*** [or forget it entirely if] they're being returned from the hospital to the nursing home from which they were ***evacuated***;[53]

**Translation with March 25th Directive:** *"You are Prohibited from testing a hospitalized resident for COVID prior to admission; And You Cannot Deny Admission based on COVID status* **Or** *for lack of a Comprehensive Assessment*—**because you can assess the patient *FOLLOWING ADMISSION*.**

Therefore: ***Admit Now*, without a Comprehensive Assessment.**

Imagine airport security saying: *"We were under a heightened terrorist threat. So, to get wheels up ASAP, we held off on screening the passengers and their luggage for bombs until they were 'safe' at 30,000 feet."* Same thing.

> **RULE 2:**[54] to ***Permit*** nursing homes to admit patients first, then get physician approval ***FOLLOWING ADMISSION*** [or forget it entirely if] they're being returned from the hospital to the nursing home from which they were ***evacuated***.

**Translation with March 25th Directive:** *"You are Prohibited from testing a hospitalized resident for COVID prior to admission; And You Cannot Deny Admission based on COVID status* **Or** *for lack of A Physician's Approval because you can get that FOLLOWING ADMISSION*.

Therefore: ***Admit Now, without A Physician's Approval.***

---

[52] "Section 400.12 of Title 10 of the NYCRR"
[53] Executive Order No. 202.5, March 18, 2020 (**Note** the use of the word "evacuated.")
[54] "Subdivision b of section 415.15 of Title 10 of the NYCRR"

> **RULE 3:**[55] to ***Permit*** nursing homes to admit patients first, then comply with admission procedures as soon as practicable ***FOLLOWING ADMISSION***[ [or forget such procedures entirely if] they're being returned from the hospital to the nursing home from which they were ***evacuated***.

**Translation with March 25th Directive:** *"You are Prohibited from testing a hospitalized resident for COVID prior to admission; And You Cannot Deny Admission based on COVID status* **Or** *for lack of A Physician Certifying In Writing: "that transmissibility is negligible, and poses no danger to other residents, or [that] the facility is staffed and equipped to manage such cases without endangering the health of other residents" because you can get that FOLLOWING ADMISSION.*

Therefore: ***Admit Now, without A Physician's Written Certification.***

## 1001 Ways Cuomo Perjured Himself Before the Select Subcommittee on the Coronavirus Pandemic

On September 10, 2024, former Governor Cuomo testified to the House COVID subcommittee:

> **GOV. CUOMO:** The committee attempts to argue that the [March 25th] advisory … **overrode safety laws**, but that has already been investigated by the New York Attorney General, who said they are wrong. Who confirmed the March 25th advisory [didn't kill] thousands in nursing homes. In fact, the report finds no causality whatsoever. Not one death. All hype. Why? Because it never happened.

New York Attorney General Letitia James found nothing because **she investigated nothing.** She even had the audacity to cite the very agency responsible for the March 25th Directive as authority for exonerating it: ***"DOH has said** that nothing in the guidance stated that a facility should accept patients who could not be safely cared for."*[56]

---

[55] "Subdivision i of section 415.26 of Title 10 of the NYCRR"
[56] *Nursing Home Response to COVID-19 Pandemic*, Jan. 30, 2021, pg. 37

However, the DOH issued the March 25th *"guidance"* **one week after** Cuomo signed **Executive Order 202.5**—which, as demonstrated above, made its words a death warrant. As evidenced by her report, the NY Attorney General knew this, making her complicit in the crime and just as motivated as Cuomo to cover it up.

Thus, the reason Governor Cuomo kept repeating to the COVID Subcommittee: ***"the Attorney General's position [is] … the law of the State of New York."***

> **GOV. CUOMO:**  The Attorney General of New York who governs the New York law and interprets the New York law found [in her report] … quote, … *"while some commentators suggested the [March 25th] guidance was a directive that nursing homes accept COVID-19 patients even if they could not care for them, **such an interpretation would violate statutes and regulations that place obligations on nursing homes to care for residents."*** … That's the Attorney General's position, and that's the law of the State of New York.

Conversely, *"the Attorney General's position **[is not]** the law of the State of New York,"* because ***Allegans contraria non est audiendus***—a person making contradictory allegations is not to be heard.

Cuomo was citing footnote 45 of *Nursing Home Response to COVID-19 Pandemic*, which reads in pertinent part:

> **45** While some commentators have suggested DOH's March 25 guidance was a directive that nursing homes accept COVID-19 patients even if they could not care appropriately for them, **such an interpretation would violate statutes and regulations that place obligations on nursing homes to care for residents.** For example, New York law requires a nursing home to "accept and retain only those residents for whom it can provide adequate care."  See **10 NYCRR § 415.26(i)(1)(ii)**….[57] **[RULE 3]**

The Attorney General then goes on to ***contradict footnote 45 in its entirety*** by admitting within **Appendix A** of that same report:  ***"Executive Order 202.5 allowed transfer to [Nursing Homes] and suspended … 10 NYCRR § 415.26(i)(1)(ii)"*** **[RULE 3]**.

---

[57] *Id.,* Pg. 72

For those of you keeping score at home, **footnote 45** + **Appendix A** = *"[The] DOH's March 25 guidance [was not] a directive [because] such an interpretation would violate …* *[**RULE 3***];"* even though *"Executive Order 202.5 … suspended [**RULE 3***]."*

> **GOV. CUOMO:** This [March 25th *"guidance"*] … did not substitute for the existing state law. **And the state law remains in place.** And the state law says on the nursing home, **415.26, [RULE 3]** you cannot accept the person you can't care for.[58]

What a superposition to take.

Moreover, conspicuously absent from **Appendix A** (pg. 59) is any mention that **Executive Order 202.5 also suspended § 400.12 [RULE 1:]**—requiring a full **ASSESSMENT** before admission—which enabled Governor Cuomo to serve up this whopper to the COVID Subcommittee:

> **GOV. CUOMO:** … the nursing homes were not directed to accept anyone. **It was up to the discretion of the nursing home.** That was made abundantly clear. **All of the laws of the state of New York remained in effect.** As a matter of fact, the law of the state of New York says they can only accept people who they can care for. The law of the state of New York says they have to do a full [**ASSESSMENT**] before a person comes in. **[RULE 1:]** They have to have **a written letter saying the person is not infectious or an infection plan in place. [RULE 3]** So, every law in the state of New York governing nursing homes was in effect, sir.[59]
>
> **…**

[58] Former Governor Andrew Cuomo Testifies on New York State's COVID-19 Response, 9/10/2024
[59] Former Governor Andrew Cuomo Testifies on New York State's COVID-19 Response, 9/10/2024

*"To sum up all—To words hold fast!"*
Mephistopheles, *Faust*

# A *word* about *"being returned from the hospital to the nursing home from which they were evacuated."*

A lockdown is the opposite of an *evacuation*.  No one was *evacuated* during the lockdown; not even to the empty Hospital Ship and Javits Center.[60]

The word '*evacuated'* is a vestige of Executive Orders typically issued during emergencies justifying those three modifications, e.g., extended power outages due to snowstorms and hurricanes.[61]  In those situations, '*evacuating'* residents from one facility to another is **tantamount to moving them between rooms, since *they've already been screened for communicable disease.*** Thus, during a snowstorm or hurricane emergency, those three modifications remove a hindrance to the '*evacuation'* by taking the calculated risk that no one will contract a communicable disease during the transfer.

During a declared *"pandemic emergency,"* however, those three rule changes demonstrate **intent to kill the nursing home residents.**

All Cuomo had to do next was *Enforce The Rules*.

> **Governor Cuomo (April 23, 2020)**: (14:54)  Nursing homes, they are our top priority. They have been from day one. Remember how the nursing home system works.  … There are certain rules and regulations that they must follow, and *we put in additional rules and regulations on nursing homes* in the midst of this crisis.   … The nursing home is responsible for providing appropriate care. If they cannot provide that care, then they have to transfer the person to another facility.
>
> **They have to readmit** COVID-positive residents, *but only if they have the ability to provide the adequate level of care under Department of Health and CDC guidelines.* … That is how the relationship works. [62]

---

[60] See *Hundreds of Hospital Beds Left Empty on the USNS Comfort and Javits Center During Cuomo's Nursing Home Order,* By Kristina Wong, Feb. 22, 2021

[61] See identical 'evacuate' language in E.O. 72, Nov. 11, 2012; E.O. 139, Nov. 20, 2014; E.O. 141, Jan. 6, 2015

[62] Andrew Cuomo New York COVID-19 Briefing Transcript April 23, 2020

No, that's the opposite of *'how the relationship worked,'* because the March 25th mandate read in tandem with Executive Order 202.5 made admission procedures a lethal carnival game the nursing homes couldn't possibly win.

- How do you assess whether you *"have the ability to provide the adequate level of care under Department of Health and CDC guidelines,"* when the State is mandating that: ***"You are Prohibited from testing a hospitalized resident for COVID prior to admission; And You Cannot Deny Admission based on COVID status* OR *for lack of a Comprehensive Assessment of The Patient?"***

- How do you assess whether you *"have the ability to provide the adequate level of care under Department of Health and CDC guidelines,"* when the State is mandating that: ***"You are Prohibited from testing a hospitalized resident for COVID prior to admission; And You Cannot Deny Admission based on COVID status* OR *for lack of A Physician's Approval?"***

- How do you assess whether you *"have the ability to provide the adequate level of care under Department of Health and CDC guidelines,"* when the State is mandating that: ***"You are Prohibited from testing a hospitalized resident for COVID prior to admission; And You Cannot Deny Admission based on COVID status* OR *for lack of A Physician Certifying In Writing: "that transmissibility is negligible, and poses no danger to other residents, or [that] the facility is staffed and equipped to manage such cases without endangering the health of other residents?"***

**Answer:** You can't; because those three admission rule modifications and the March 25th Directive were designed  in tandem to murder enough mothers to send the message:   ***"Shame on us."***  To inflict all the *"pain and aggravation and suffering"* needed to *shame us* into locking down, masking up, and socially distancing ourselves into isolation, loneliness, and financial ruin in order to *"build back better"* toward the relief promised by *"a new normal."*

As His Lordship put it on April 15th and 17th, 2020:

> **Governor Cuomo:** (04:19)  …People are restless. We have to talk about the reopening of the economy. How do we do this? We have to build a bridge from where we are to the reopening of the economy. What does that look like? Let's say that where we're going, it's not a reopening in that we're going to open what was, we're going to a different place. We should go to a different place. We should go to a better place. *If we don't learn the lessons from this situation, then all of this will have been in vain.* We learned a lot if we're willing to open our eyes and open our ears.

We're going to a different place, which is *a new normal.* We talk about the *new normal,* we've been talking about the *new normal* for years. We're going to have *a new normal* in public health. By the way, the way we have *a new normal* on the environment, *a new normal* in economics, *a new normal* in civil rights, *a new normal* in social justice. This is the way of the world now.

**Gov. Andrew Cuomo:** (24:21)… *Our Goal* is not let's get up and turn the machine back on and keep going the way we were. No. How do you make the changes now that you've been talking about in some cases for years, by the way, but you never had the political will to do it? Or it was too hard, or it was too difficult.

We talk about environmental changes that we're going to make, but we never really do it. We talk about issues of income inequality, but we never really get there. We talk about changes to our public transit system, but it's too hard, it's too controversial. All right, well now you have an opportunity in this window to really make changes and reforms and improve things in a way you haven't. And by the way, if you went through this and *you went through this pain and aggravation and suffering and you didn't learn,* well, **then shame on us. Then shame on us.** Because there are so many lessons to learn and then you've come back better than you were…. You ***build back better*** than before. …[63]

Thus, when asked whether any of the nursing homes objected to the March 25th Directive, Governor Cuomo demonstrated his murderous intent and resolve to levy war against the United States thusly:

**Speaker 10:** (46:52) Did any nursing homes object to one, this policy, and two…

**Governor Cuomo:** (46:55) ***They don't have the right to object.***[64] *That is the rule, and that is the regulation,* and they have to comply with it, and the regulation is basic common sense. If you can't provide adequate care, you can't have the patient in your facility, and that's your basic fiduciary obligation, I would say ethical obligation, and it's also your legal obligation. If you can't provide adequate care, the person must be transferred. If you have COVID people, they have to be quarantined, they have to have separate staff, *that's the rule.* If you can't do it, we'll put them in a facility that can do it. *That's the rule.*[65]

---

[63] New York Gov. Andrew Cuomo, Daily Covid briefing, April 17, 2020
[64] *Nursing homes have 'no right' to reject coronavirus patients, Cuomo says*, NY Post, April 23, 2020
[65] Andrew Cuomo New York COVID-19 Briefing Transcript April 23, 2020

No, that *was* the rule before Executive Order 202.5 stripped Nursing homes of their procedural leverage to keep infectious disease patients from being **forced through their doors.** Without E.O. 202.5, the nursing homes would never have interpreted the March 25th mandate as: *"You must accept"* COVID patients—to the tune of more than 9,000 transfers.[66]

And in case you were wondering why **Governor Cuomo refused to lift the nursing home mandate** throughout *20 days* of **public outcry** following its revelation on **April 20th,** it's because **the CCP had** McKinsey & Communist *script the exit from his maternal murder spree as carefully as its inception.*  After all, *what better way to avert suspicion of murdering thousands of mothers than by* lifting the mandate that killed them *while gaslighting the public with a love bombing of your own mother, and all mothers, on Mother's Day?*

---

[66] *Over 9,000 COVID-19 patients sent into NY nursing homes*, by AP, NY Post, Feb. 11, 2021

*"It's about my mother. It's about my mother. It's about your mother. It's about your loved one, and we will do anything we can to make sure that they are protected."*
— Governor Cuomo, less than 24 hrs. before the Nursing Home Mandate

## *Wish You Were Here*

**May 10, 2020 – MOTHER'S DAY.**

> **Governor Cuomo:** … You never hear government talking about *loving*. You never hear a lot of people talk about *loving* or *love*. But at this time, where we are all going through so much pain, and so much stress, and so much anxiety, and we're in a place where we've never been before. …*And love is the one thing that can make everything better and the one thing we need.* When I said today is day 71 with a question mark. Because today is not really just day 71. *Today is Mother's Day* and that dwarfs all else, day 71, day 70, day 69, it's *Mother's* Day.
>
> *And for me, you want to talk about love, the personification of love for me has always been my mother.* My father was loving in his way, but he was not *warm and cuddly kind of loving. My mother is just always been pure love, just pure sweetness, pure goodness, pure affirmation, unconditional love. Whatever you did. However stupid I was, and I can be pretty stupid. Just that total love of a mother.* So, today more than anything else, *mothers are special, they're special every day,* but how about going through this. **I'm talking about nursing homes, you have mothers in nursing homes, families can't get to see them.**
>
> *Mothers have been doing double duty stuck at home, dealing with all that stress, all that situation.* **Mothers who have lost mothers, mothers who we've lost during this hellacious period where so many people have lost their parents.** So, today is *Mother's Day,* first and foremost. *And today is about love, and showing love, and expressing it, and appreciation for our mothers. And my mother,* who I cannot see today, because I am in a position where I am exposed to too many people, and if I go see my mother, Dr. Zucker, blame Dr. Zucker, the health commissioner, says it will be risky for me to see *my mother* because I want to make sure that I don't infect her with anything. …But I get to say *happy Mother's Day to my mother…. Happy Mother's Day to you mom. I miss you, I love you so, so much, I wish I could be with you, but I can't be, but I can't be because I love you. That's why I can't be with you, because I love you.*
>
> **Matilda Cuomo:** I miss you too. A lot.
>
> […]

> **Governor Cuomo:** Well, you look good, *this is going to be over, and then we're going to get back to life as normal and we're going to have fun. And then you can spend more time with me. I know I am your favorite.* I know you don't want to say that because you have Maria there, but we'll get to spend time together, and *we'll look back at this and we'll say that we're the better for it, right?*
>
> **Matilda Cuomo:** That's right. Time for everything, Andrew. …
>
> **Governor Cuomo:** Alright, well you have fun there, anything you need?
>
> **Matilda Cuomo:** …I am so blessed, as many mothers today are, and I just thank you so much for everything you do, Andrew, *to make families really better than ever.* Thank you.[67]

Could there be anything more heartwarming than Matilda Cuomo thanking her psychopathic son for murdering thousands of mothers while **building back *"families really better than ever?"*** [68]   His father, the Honorable Mario Cuomo, must be looking down on him and beaming with pride.

But the *coup de grâce* came a week later:

> **Governor Cuomo:** (30:23)  What is justice? Who can we prosecute for those deaths? Nobody. Nobody. Mother Nature. God. Where did this virus come from? People are going to die by this virus. That is the truth. … Older people, *vulnerable* people are going to die from this virus. That is going to happen despite whatever you do. Because ***with all our progress as a society, we can't keep everyone alive.*** [69]

*So, so I think you can tell,* the CCP's Leftist Democrat Judas goats murdered our mothers in the name of "progress."  *They got us to trade,* "that total love of a mother" *for total devotion to the state. They made us exchange,* her "unconditional love," *for a lead role in a cage.* They murdered that "pure sweetness, pure goodness, pure affirmation, and pure love" of mothers for ***"a new normal* in public health, *a new normal* in economics, *a new normal* in civil rights, *a new normal in social justice.***  This is the way of the world now."  *Running over the same old ground.  What have we found?  The same old fears. Wish you were here.*

---

[67] Governor Cuomo, Rush Transcript of press conference, May 10, 2020, Mother's Day
[68] "Abolition [Aufhebung] of the family!" – *The Communist Manifesto*, Ch. 2, Marx, Engels
[69]  Andrew Cuomo New York May 17 COVID-19 Press Conference Transcript

## Targeting *"Communities of Color"* With Early Mechanical Ventilation Protocols

When Governor Cuomo wasn't ***murdering peoples' mothers and grandmothers in nursing homes,*** he was inciting protestors with racial demagoguery in tweets like this:

> The death of **George Floyd** is not an isolated incident. It is part of a continuum of outrage and inequality. That is the reason for the rage, the frustration, the anger and the fear. The demand is for Justice. *Over and over and over again.*  1:34 PM · May 29, 2020
>
> Why are black people dying from #COVID at higher rates than white people? Why are health outcomes worse in communities of color? Why did **George Floyd** die? Why does this happen *again and again?* It's all related.    12:15 PM · May 30, 2020

However, as Governor Cuomo would make abundantly clear *"again and again,"* George Floyd did not simply *"die."*

> **Governor Cuomo:**  With the issue of the protestors, I share the outrage over not just ***Mr. Floyd's murder***, but what it represents: One in a long string of criminal injustices. It is a metaphor for the systemic racism and injustice that we have seen.

So, why did Governor Cuomo tie "***Mr. Floyd's murder"*** to ***"black people dying from COVID?"***  Might it have been a self-incriminating psychological projection ensuing from his murdering of black people ***"again and again"*** with **the CCP's Early Mechanical Ventilation Protocols** that Dr. Zucker forced upon hospitals servicing *"communities of color?"*  Would that be *"a metaphor for the systemic racism and injustice that we have seen,"*[70]  or the *ding an sich?*

To quote a famous cartoon Owl: *"Let's find out."*

---

[70] See Nurse Nicole Sirotek 1:30-3:35  *"Literally; like black lives don't matter here."*

# Recommendations For Early Mechanical Ventilation Came from China.

In early March 2020, the WHO, controlled by Bill Gates and the CCP, released COVID-19 provider guidance documents to healthcare workers.[71]  The guidance, citing *"Chinese expert consensus"* called for **"invasive mechanical ventilation"** as the **"first choice"** for people with moderate to severe respiratory distress,[72]—**a clear *departure from past experience during respiratory-virus epidemics.*** [73]

By May 2020, it was clear that **these Chinese[74] early-ventilation guidelines were causing a 97% mortality rate** for patients over age 65.[75]  It was yet another form of bureaucratic murder which no one in the know had the capacity to object to.

On March 23, 2020, by Executive Order 202.10, Governor Cuomo authorized Dr. Zucker to control emergency medical treatment protocol in hospitals by  modifying sections …

> 3002, 3002-a, 3003, and 3004-a of Public Health Law to the extent necessary to allow any emergency medical treatment protocol development or modification to occur **solely with the approval** of the Commissioner of Health;[76]

This means Governor Cuomo gave Dr. Zucker the power to **compel** hospitals to institute the CCP's Early Ventilation Protocols.   He also modified laws and regulations enabling Dr. Zucker to ensure that the personnel instituting the lethal protocols lacked the knowledge, experience or professional standing to object.[77]  Essentially, Schreibtischtäter Zucker borrowed a few pages from the Stanley Milgram playbook to convert hospitals into death camps.

---

[71] World Health Organization, *Clinical management of severe acute respiratory infection (SARI) when COVID-19 disease is suspected*, Mar. 13, 2020, https://www.who.int/docs/default-source/coronaviruse/clinical-management-of-novel-cov.pdf.

[72] Fujun Peng *et al*., *Management and Treatment of COVID-19: The Chinese Experience*, Can J Cardiol Vol. 36(6), Apt. 17, 2020, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7162773/.

[73] Philippe Rola *et al.*, *Rethinking the early intubation paradigm of COVID-19: time to change gears?*, Clin Exp Emerg Med Vol. 7(2), Jun. 10, 2020, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7348679/.

[74] *Request for Expedited Federal Investigation Into Scientific Fraud in Public Health Policies,* January 10, 2021  https://ccpgloballockdownfraud.medium.com/the-chinese-communist-partys-global-lockdown-fraud-88e1a7286c2b

[75] Safiya Richardson, MD, MPH, *et al.*, *Presenting Characteristics, Comorbidities, and Outcomes Among 5700 Patients Hospitalized With COVID-19 in the New York City Area*, JAMA 2020 323(20), Apr. 22, 2020, https://jamanetwork.com/journals/jama/fullarticle/2765184.

[76]  See Executive Order 202.10 of March 23, 2020; See also E.O. 202, and E.O. 202.5

[77] E.g. "…to permit an advanced practice registered nurse with a doctorate or master's degree specializing in the administration of anesthesia administering anesthesia in a general hospital or free-standing ambulatory surgery center **without the supervision of a qualified physician**…"  Executive Order 202.10 of March 23, 2020.

The video recordings of Nurses [Nicole Sirotek](#) and [Erin Marie Olszewski](#) document their ethical & emotional struggles with hospital staff unquestioningly following the lethal protocols that *"came from the top down."*  They reveal **hospitals servicing communities of color implementing procedures** with the obvious intent [of spreading infection nosocomially](#)—i.e. *"mixing Covid and non-Covid" patients*—in order to increase the number of [early mechanical ventilation](#)  *"treatments" @ $39,000 each.*

> The idea that Blacks should be first in line for the vaccine—and official anxieties that many Blacks would resist this privilege—were persistent themes in pronouncements by the leading health agencies during the pandemic.  …Gates, Fauci, and the intelligence agency and pharmaceutical company partners repeatedly wargamed strategies for overcoming anticipated Black resistance in many of the dozen pandemic simulations leading up to COVID-19.[78]

Essentially, E.O. 202.10 gave Dr. Zucker, a [former professor of clinical anesthesiology](#) at Albert Einstein College of Medicine, ironically enough,[79] the [ability](#) to pile up more than [30,000 dead bodies via 'early mechanical ventilation](#) in hospitals servicing [communities of color](#) to afford Governor Cuomo and his fellow *"Captain Trips"* fraudsters the *opportunity* to demagogue the *urgent* threat of racial inequality in [health care](#) and terrorize Blacks into getting vaccinated.

**Like this:**

> **Governor Cuomo:**  COVID was low tide in America, and it showed us the ugliness and flaws deep down in our society. ...
>
> COVID low tide in America … showed us the deep inequality in our country and the systemic discrimination in this nation. … The truth is COVID killed Black people in this country at twice the rate of white people. The truth is COVID killed Hispanic people at 1.5 times the rate of white people. Those are ugly facts. … COVID low tide showed that the existing health disparities in this country made

---

[78] *[The Real Anthony Fauci: Bill Gates, Big Pharma, and the Global War on Democracy and Public Health](#),* By Robert F. Kennedy Jr., Ch. 9, "the White Man's Burden" (Blacks to the Front of the Line)

[79] "In fifteen states scattered around the country, fifty young doctors are now interning who never took the Hippocratic oath. At their graduation they chanted instead the Declaration of Geneva (*renouncing genocide*) and listened to a recitation of the Physician's Prayer allegedly composed by the 12th-century rabbi-philosopher-physician Moses Maimonides. The fifty are the first graduates of the Albert Einstein College of Medicine of Yeshiva University, the only medical school in America under Jewish auspices." *[The Yeshiva and the Medical School](#)*, by Myron Kolatch, Commentary, May 1960

it *more likely that Blacks would die from the virus*. … **So now the vaccine is on the way, great news, but the big question now is who gets the vaccine?** …. **We know that our Black and brown and poor communities have fewer health care institutions. Their communities are all too often healthcare deserts. That's why we have more underlying conditions** *and that's why the COVID death toll is so high for Black and brown communities.* **We're not going to make the same mistake again. Period.** …**My friends we can't compound the racial injustice that COVID already created.** *Let me be clear, the Black and brown communities that were first on the list of who died cannot be last on the list of who receives the vaccine, period.*

We cannot and we will not let that happen. The Reverend Dr. King who spoke in this magnificent church said of all the forms of inequality, injustice in health is the most shocking and the most inhumane because it often results in physical death. COVID proved Dr. King right. *We need to make special efforts with the vaccine to reach the underserved Black, brown and poor communities.* …

[We] will fight to make sure every life is protected equally, because enough people have died and enough injustice has been done during COVID. It stops now. It stops with this vaccine.[80]

---

[80] *Governor Cuomo Delivers Remarks on Trump Administration's Vaccination Distribution Plan*, Nov. 15, 2020.

> *"A traitor's offense is that he conspires against the liberty of his fellow countrymen to choose their way of life."* —Rebecca West

> *"Donald Trump caused the COVID outbreak in New York. Donald Trump caused the COVID outbreak in New York. That is a fact. It's a fact that he admitted and the CDC admitted and Fauci admitted. The China virus, the China virus, the China virus. It was not the China virus. It was the European virus that came to New York."* —Governor Andrew Cuomo

In retrospect, it's clear that Governor Cuomo derived the courage of his murderous convictions from working with the Chinese Communist Party.   Witness how the traitor bends over backwards to exculpate his CCP benefactors while pushing their asymptomatic spread myth.

> **Andrew Cuomo:** *It was never the "China virus." It was the European virus. It wasn't about the China travel ban,* January 29[th], it was the failure to impose a European travel ban until March 16[th]. It was the incompetence that said, *"There's no such thing as asymptomatic spread,"* which meant for months, Zack, for months, we thought only people with symptoms could be tested. That was either a lie or incompetent.
>
> *That's how the virus walked into nursing homes,* and walked into hospitals, and walked into schools *because they said there was no such thing as asymptomatic spread.* And they said this at the same time that you had doctors in Europe saying that the virus was being transmitted from people who were asymptomatic. Let him deny that, that's written in the book, where I quote the European doctors and the *Chinese doctors saying there's asymptomatic spread back in January* and February. And they never said anything to the United States, and at the same time he [Trump] is saying to Woodward, "Well, I don't want to get people worried about this." Yeah. You didn't get people worried about it. People died because of it. Died. So I hold him [Trump] attributable for all the deaths in New York State because *New York State had that big burst because it came from Europe and not China,* and they never did a European travel ban because he was lying to the American people.[81]

---

[81] NY Gov. Andrew Cuomo Teleconference Briefing Transcript October 20,

Governor Cuomo's grasp of the first epidemic in history driven by asymptomatic carriers of a virus that was never isolated—yet tracked by 97% false positive PCR testing based on theoretical genome sequences provided by this nation's mortal enemy—was so keen, he could distinguish between Chinese and European strains.

> **Governor Cuomo:** We got assaulted by the COVID virus in New York. It came from Europe. Nobody knew. ***By the way, the European strain is what infected the entire eastern seaboard….***[82]

Governor Cuomo's loyalty to the Chinese Communist Party was on full display the moment he put New York State on PAUSE—Policies Assuring Uniform Safety for Everyone—a decidedly collectivist acronym that the CCP had McKinsey & Communist script for him.

> Governor Cuomo provided a series of directives that were bizarre and new at the time, phrased in CCP-style prose with a CCP-style concept: *"Uniform Safety for Everyone."* This CCP-style language and concept took the place of what had been our American assumption that individuals are sovereign and cannot be *"put on pause"* by a ruler, and that it was citizens' own responsibilities to deal with their own decisions about personal risk. But now:
>
> > **Governor Cuomo:** So we're going to put out an executive order today, New York State on PAUSE. Policies that Assure Uniform Safety for Everyone. Uniform Safety for Everyone. Why? Because *what I do will affect you and what you do will affect me. Talk about community and interconnection and interdependence. This is the very realistic embodiment of that.* We need everyone to be safe, otherwise, no one can be safe. [83,84]

In truth, this is *"the very realistic embodiment"* of *Chinese Communist indoctrination* mouthed by a treasonous Governor leveraging the asymptomatic spread myth to strip us of our Liberty by redefining our social compact in collectivist terms.

---

[82] Gov. Cuomo, July 20, 2020
[83] *The Bodies of Others,* By: Naomi Wolf, Chapter 2: "Uniform Safety for Everyone"
[84] Andrew Cuomo Orders New York "On Pause": Transcript of March 20 Briefing

> Embedded in the phrase ["social distancing"] was a Marxist assumption: that you serve the community by obeying, even to the level of how you moved your body in relation to the bodies of others, even against your own individual instincts or inclinations. Where you went, how you went there, how you assembled, how you congregated were, per this alien phrase, soon defined as being a "community" concern. Whereas previously, in actual America, per our very Constitution, where you went and how you assembled, had, up till now, been your choice.[85]

Put another way, *"Captain Trips"* was designed to guilt-trip liberty loving *independent* Americans into redefining themselves as meek, obedient, *"depotentiated,"* and *interdependent* social units *responsible to a global collective.*

In a word: ***Communists.***

> **Governor Cuomo:** (32:28) This is a quote that I think people should take to heart. ***"When the freedom they wished for most was freedom from responsibility, then they ceased to be free."*** Edith Hamilton, originally, Edward Gibbon in *The History of the Decline and Fall of the Roman Empire.* ***"When the freedom they wished for most was freedom from responsibility, then they ceased to be free."***
>
> We have a responsibility today to ourselves and to others. There is a codependency and a mutuality among people in society that is more clear and distinct than we have ever seen it. You sneeze, I get sick. You sneeze, I get sick. It is that close a connection. You have a responsibility to act prudently vis-a-vis other people because you're not just putting your own life at risk, you're risking my life and my children's life and my parents' life and you don't have that right. You have to act responsibly. And to advocate for total irresponsibility, let's all be irresponsible. No, not here. Not now. Any questions? […]
>
> **Speaker 9:** (54:37) I have a couple questions for you…. I don't know if you can hear, but there are protesters outside right now honking their horns and raising signs. We did speak to a few of them before we came in and these are regular people who are not getting a paycheck. Some of them are not getting their unemployment check, and they're saying that they don't have time to wait for all of this testing and they need to get back to work in order to feed their families. Their savings is running out. They don't have another

---

[85] *The Bodies of Others: The New Authoritarians, Covid-19 and the War Against the Human*, By: Naomi Wolf, Chapter 2: "Uniform Safety for Everyone"

week. They're not getting answers. Their point is the cure can't be worse than the illness itself. What is your response to them?

**Andrew Cuomo:** (55:19) The illness is death. What is worse than death?

**Speaker 9:** (55:23) What if somebody commit suicide because they can't pay their bills?

**Andrew Cuomo:** (55:27) Yeah, but the illness may be my death as opposed to your death. You said they said "the cure is worse than the illness." The illness is death. How can the cure be worse than the illness if the illness is potential death?

**Speaker 9:** (55:47) But what if the economy failing-

**Andrew Cuomo:** (55:52) Worse than death?

**Speaker 9:** (55:53) … equals death [crosstalk] because of mental illness-

**Andrew Cuomo:** (55:56) But it doesn't. No, it doesn't.

**Speaker 9:** (55:56)… the people stuck at home.

**Governor Cuomo:** **(55:58)** No, it doesn't. It doesn't equal death. Economic hardship. Yes, very bad. Not death. Emotional stress from being locked in a house. Very bad, not death. Domestic violence on the increase. Very bad, not death; and not death of someone else.

See, that's what we have to factor into this equation.  Yeah, it's your life.  Do whatever you want, but *you're now responsible for My life. You have a responsibility to **me**. It's not just about you. You have responsibility to **me**, right? We started here saying, it's not about Me. It's about WE. Get your head around the WE concept. It's not all about you. It's about me too. It's about WE.*[86]

Wrong, and ***treasonably*** *so*, because Americans didn't leave the state of nature by entering a social contract subjecting them to the absolute arbitrary rule of technocratic totalitarian insects controlling every facet of their lives under the guise of 'public health.'  If anything, we left the state of nature because we can't make bug zappers out of coconuts.

> **John Locke: "**It can't be thought that they should intend to give to anyone an absolute arbitrary power over their persons and estates, and strengthen the law-officer's hand so that he could do anything he liked with them. *This would be putting themselves into a condition worse than the state of nature*…"[87]

[86] Andrew Cuomo New York COVID-19 Briefing Transcript **April 22**, 2020
[87] *Second Treatise of Government*, §137; Jonathan Bennett, Modern English translation

Recall that the principle aim of the American social compact—in contradiction to all forms of *collectivism*—is the protection of the individual's *Absolute Rights.*

> For **the principal aim of society is to protect <u>Individuals</u> in the enjoyment of those *<u>ABSOLUTE RIGHTS</u>*, which were <u>vested in them by the immutable laws of nature;</u>** but which could not be preserved in peace without that mutual assistance and intercourse, which is gained by the institution of friendly and social communities. Hence it follows, that **the first and primary end of human laws is to maintain and regulate these *ABSOLUTE RIGHTS of individuals.* *SUCH RIGHTS AS ARE SOCIAL* and relative result from, and *ARE POSTERIOR TO, THE FORMATION OF STATES AND* societies: so that to maintain and regulate these, is *CLEARLY A SUBSEQUENT CONSIDERATION.*** And **therefore *the principal view of human laws is*, or ought always to be, *to explain, protect, and enforce such rights as are ABSOLUTE,*** which in themselves are few and simple; and, then, such rights as are relative, which arising from a variety of connections, will be far more numerous and more complicated.[88]

> *"The highest form of generalship is to balk the enemy's Plans; the next best is to prevent the junction of the enemy's forces."*
> —**Sun Tzu,** *The Art of War*

***Lockdowns, social distancing, and masking mandates*** are pre-totalitarian measures

designed to shatter free society by shattering all notions of ***Absolute Rights*** through **isolation**—

thereby converting *"Citizen of the United States"* into ***"Property of the Global Collective."***

**From *The Origins of Totalitarianism*, by Hannah Arendt:**

> It has frequently been observed that terror can rule absolutely only over men who are ***isolated*** against each other and that, therefore, *one of the primary concerns of all tyrannical government is to bring this isolation about.* **Isolation** may be the beginning of terror; it certainly is its most fertile ground; it always is its result. This **isolation** is, as it were, pre-totalitarian; its hallmark is impotence insofar as power always comes from men acting together, "acting in concert" (Burke); ***isolated*** *men are powerless by definition.*

---

[88] William Blackstone, *Commentaries on the Laws of England, Chapter the First, Of The Absolute Rights of Individuals,* pp. 120-121 1765

For totalitarians, masking mandates are the perfect means of isolating the individual while instilling *"the socially poisonous notion that one's neighbour is a threat to one's very life; [thereby maintaining] an atmosphere of the extraordinary, in which the state may violate civil rights at will."*[89]

**C.G. Jung:**

> The mass State has no intention of promoting mutual understanding and the relationship of man to man; it strives, rather, for *atomization*, **for the psychic isolation of the individual.** The more unrelated individuals are, the more consolidated the State becomes, and vice versa.
> … Wherever justice [*or safety from a virus*] is uncertain and police spying and terror are at work, human beings fall into *isolation, which, of course, is the aim and purpose of the dictator State, since it is based on the greatest possible accumulation of depotentiated social units.*[90]

Once they sold us on their *"Captain Trips"* pandemic, the Leftist Judas goats *shamed* us into equating self-isolation with caring and intimacy—i.e., *"Captain Trips" gaslighting.*

> **Governor Cuomo:** Of course, we will wear *masks*, because we are smart and because I *care* about you and because you *care* about me. Of course, we will *socially distance,* because *staying away shows how close we actually are.*[91]

Governor Cuomo's *"Captain Trips" gaslighting* was so effective, *you'd almost think Xi Jinping paid the Judas goat an extra piece of silver for every child he pushed to suicide.*

> "We are very surprised by the intensity of the desire to die among children who may be 12 or 13 years old," [Dr. Delorme] said. "We sometimes have *children of 9 who already want to die.* And it's not simply a provocation or a blackmail via suicide. *It is a genuine wish to end their lives.*"[92]

[89] Lionel Shriver, *This is not a natural disaster, but a manmade one,* The Spectator, May 16, 2020
[90] C.G. Jung, *The Undiscovered Self*, pp. 72,74)
[91] NY Gov. Andrew Cuomo 2020 DNC Speech Transcript, August 17, 2020
[92] *Global rise in childhood mental health issues amid pandemic*, By John Leicester, AP, March 12, 2021

## *"Didn't you get on a boat and check out these waters?"*

A fish rots from the head down.  Since *it took me less than an hour* of reading through Governor Cuomo's Executive Orders to find his intent to kill the nursing home residents within **Executive Order 202.5**, I realized the Leftist Democrat-controlled FBI/DOJ that allowed **The State of New York** to get away with murder was no longer in the business of protecting the American people, but feeding them to the sharks preying upon them—which reminded me of a scene from *Jaws.*

> **Hooper:** This was no boat accident.  Did you notify the Judge Advocates General about this?
>
> **Brody**: No. It's out of their jurisdiction…,
>
> **Hooper**: *In propria causa nemo judex.*
>
> **Brody**: Excuse me?
>
> **Hooper**: I said they're all that's left.   Do not smoke in here! Thank you very much. So, this is what happens. It indicates the non-frenzied feeding of a large *froda*—either *fraude traditore* or *fraude Sinaean.*  Now, the enormous amount of sanctimony, disinformation and gaslighting echoed by servile government propagandists prevents a thorough analysis; however, the attacking *froda* must be considerably larger than any normal *froda* found in these waters. Didn't you get on a boat and check out these waters?
>
> **Brody:** The DOJ considers it a boat accident.
>
> **Hooper:**  Well, this is not a boat accident! It wasn't any propeller, it wasn't any coral reef, and it wasn't Jack the Ripper! *It was a shark.*

Which brings us to *our feature presentation…*

# *"Just When You Thought It Was Safe to Go Back In The Water…"*

# *FAUCI*

*"If you forgot what terror was like…it's back."*

*"There is a creature alive today which has survived millions of years of evolution…without change, without passion, without logic. It lives to kill.…"*

*"See what you missed the first time…after you closed your eyes."*

**Brody:** Is it true that most people get attacked by sharks in three feet of water about ten feet from the beach?

**Hooper:** Yeah.

**Brody:** And that... and that before people started to swim for recreation – I mean before sharks knew what they were missing – that a lot of these attacks weren't reported?

**Hooper:** That's right.

## Dr. Anthony *'Perfidy'* Fauci or:
## How I Learned to Stop Worrying and Love the Shark

While public health fiduciaries[93] are normally presumed to be trustworthy, if there was only one word to describe Dr. Anthony Fauci, it would be perfidy.   'Perfidy' derives from Latin *perfidia* "faithlessness, falsehood, treachery," and from the phrase *per fidem decipere* "to deceive through trustingness."

Fauci's mastery of exploiting the public's trust in his office for the purpose of manipulation—i.e.  (1) preying upon people's emotional vulnerabilities and lack of knowledge (2) to benefit himself and/or his allies and (3) reduce the welfare of those people—is unparalleled.

Case in point: In September of 2021, while declaring children should be denied access to school until they're injected with an experimental gene-editing pharmaceutical—licensed strictly for Emergency Use against a virus posing zero threat to pediatric patients—the Director of the National Institute of Allergy and Infectious Diseases (NIAID), assured the public:

> **Dr. Fauci:** "I don't know what school you went to, but the school I went to, you had to be vaccinated for measles, mumps, rubella, polio. Or otherwise you couldn't go to school.  So, it is not something new to mandate vaccines for school children."

However, Fauci was a grown man studying medicine at Cornell before most of those vaccines were deemed safe for public use—after years of rigorous testing and development—much less mandated for schoolchildren.

So, what kind of shark would lie about mandating the injection of school children with experimental pharmaceuticals that his corporate partners stand to make billions on?

## *"This shark, swallow ya whole.  Little shakin', little tenderizin', down you go."*
—Says veteran AIDS "war" reporter Celia Farber.

More particularly…

> **CELIA FARBER:** Why is [Fauci] "evil"? (Which he is.)
> It's not because he is so "banal," so bureaucratic, so *boring.* That's the drag costume.
> In fact, he is a revolutionary—a very dangerous one, who slipped behind the gates when nobody understood what he was bringing in.

---

[93] A "public official is a fiduciary to the public." *United States v. Holzer,* 816 F.2d 304, 307 (1987)

What was he bringing in? <u>He was bringing in—as a trained Jesuit and committed Globalist—**a new potion that would achieve any and all aims for Pharma and the powers he served.** The potion was then known as Political Correctness—now called "woke."</u>

Fauci switched the entire linguistic system of American science, from classical "speak," to woke "speak." He brought in Cancel Culture, essentially, before anybody could imagine what it was. It was too perverse for genuine scientists to conceive of such a thing mixing with science, they could not believe it, or grasp it. Like a rape. …

Let me elaborate a bit. Fauci's reign begins in 1984, a year of total change. … It was understood, without overt commands, that the "gay cancer" that had everybody in such a panic could not be assessed as complex toxic illness with a complex cause. …It would henceforth be a crime against decency to, for example, address anything that could be making gay men sick other than "the virus."

That's not "bad science." That's perfectly executed political correctness. And they are diametrically at odds, in the Biblical sense of good and evil.

What Fauci did was he made political correctness the new currency, of his funding empire. Peter Duesberg was not "wrong" about HIV and AIDS, he was politically incorrect about it and that was *how* Fauci banished him—sentenced him to funding and reputation death, as though he had done something *really bad* by dissenting against HIV theory. Stop and think how insane this is. An elite cancer virologist brought over from Germany's Max Planck Institute whose credentials are *so* outstanding, who was well on his way to solving cancer's genetics . . . felled suddenly by a fatwah, issued by this . . . Mufti? Who was *he* to issue a fatwah against America's top cancer virologist? Well, he did. He blocked every federal research dollar to Duesberg after 1987, because Duesberg repudiated the woke ideology of Fauci's HIV empire, in a few paragraphs of a scientific paper that was about something else. He sustained the economic and reputational attack/*vendetta* for the next 3 decades. Without blinking. It's really an unbelievable story. It would make Americans' blood boil if they knew about it—because almost all have lost somebody in their family to cancer.

**Fauci had, by 1987**, when Duesberg wrote the *Cancer Research* paper that sealed his fate, **an apparatus that included mass media, psychological operations, public health—this octopus that just straight-up throttled the entire scientific tradition of Western civilization.** Evidence based science and the discourse culture that goes with it— gone. That's what he did. It's no small feat. He destroyed American science by snuffing out its spirit, the spirit of open inquiry, proof, and *standards.*

The reason so many outstanding scientists lent their names to opposing Fauci's *vendetta* on Duesberg was not that they cared, necessarily, about the cause of AIDS. This was, for them, a battle over the very soul of science. Kary Mullis [PCR inventor] broke down crying in an interview I did with him in 1994, talking about it—talking about what Fauci did to Peter Duesberg and what it meant.

74

The *real* scientists were horrified. Suddenly a guillotine was present. A new and strange terror. People were "guilty," of thought-crimes like "HIV denialism." Fauci had made political correctness the new revolutionary language, see? And that meant if you were "bad," if you didn't push agenda driven science, *everything* was taken away from you. And the media cheered. And anybody who didn't was destroyed, vilified, harassed, fired, in a word, canceled. …

The only idea Fauci has is that he's never wrong. … Including and especially every time he is. Which is all the time, since he has no interest in truth or reality as it pertains to human illness or human wellness. He was wrong about so many things, starting with HIV, AIDS, the AZT genocide — he just makes mass death appear… virtuous, I don't know how else to say it. He coins phrases like "lessons learned" when he wipes out a few hundred thousand gay men, as he did with high dose AZT. And they loved him for it….

Fauci ran the whole *vendetta* economy and was able to very deftly use this new language of political correctness, to sort of…make himself this weird saint. But of what? Of failure? His whole career is failure. Now, for the globalists, that's success. If a 'virus' is stopped, that's no good. It has to always be worshipped and the flames fanned. That's what he does. It's occult stuff. Idolatry.

He is also the Saint of Fear. Why Americans should be afraid, all the time, of "viral threats," and why they should never do anything to bolster their immune systems, they should only submit to drugs and vaccines and watch him on TV. Notice he never says anything is going to be alright. Never. He loves and abuses words like "risk," "spread," "worse," — he loves all the tension words, never the resolving words.

He's Mr. Maybe. Maybe this, maybe that. Cover all bases, spread the chips. As long as fear and anxiety are always peddled, and Americans remain weakened.

In the final analysis, he's profoundly anti-American. He wants to destroy America, one American at a time. And he's doing precisely that. No foreign enemy could ever, ever have caused this much destruction to our country and our people. I think Americans are beginning to see this is true now. But it's a very painful thing to open your eyes to, so many simply won't be able to.[94]

---

[94] Celia Farber, quoted in *The Real Anthony Fauci: Bill Gates, Big Pharma, and the Global War on Democracy and Public Health,* by Robert F. Kennedy Jr. **N.B.** Do you remember those BASF commercials from the late 1980's? *"We don't make a lot of the products you buy. We make a lot of the products you buy better."* Well, **I took the liberty of rewriting great swaths of sentences from RFK Jr.'s book—as if I were re-drafting my own material. I omitted the citations for ease of reading. I'm guessing he won't mind.**

Sharks like Fauci are among the oldest species on earth, dating back to the days before Latin became a dead language.  In 2010, he said in an interview with *New Yorker* magazine that his go-to political playbook is ***The Godfather***. His favorite line: "*It's nothing personal, it's strictly business.*"

I too adore ***vendetta*** films. My favorite is ***Jaws,*** which **in Italian is *Fauci.*** And since *"revenge is a dish that [is best] served cold,"* fitting taglines for ***this sequel*** would be:

  ***Dolosus versatur in generalibus.*** A deceiver deals in generalities.

  ***Allegans contraria non est audiendus.***  A person making contradictory allegations is not to be heard.

And…

  ***Navicula maior es iens opus.***  You're gonna need a bigger boat.

Sharks like Fauci routinely get away with murder—especially when the media ignores their bloodstained past.   Accordingly, demonstrating his lethal fraud on the public requires a cursory review of his scienter-filled background as well as the institutional and ideological environment in which he thrives.

  **Chief Brody:** Take this stuff back to the office and get to work on those signs. *"Beaches Closed – No Swimming. By the Order of the Amity PD."*  And let Polly do the printing.

  **Hendricks:** What's the matter with my printing?

  **Brody:** Let Polly do the printing.

# Fauci's 'Principal Investigator' (PI) Racket

When people refer to the "Medical Cartel," they're principally speaking of pharmaceutical companies, hospital systems, HMOs and insurers, the medical journals, and public health regulators. But what keeps these institutions marching in lockstep—especially for Fauci—are PIs.

PIs are "principal investigators." They're academic physicians and researchers who develop and promote new drugs while preaching the gospel of *"Better Living Through [Patented] Chemistry."* They occupy the ***Data and Safety Monitoring Boards***, where they influence the design of clinical trial protocols and the ultimate interpretation of trial outcomes. They occupy the **FDA's** ***Vaccines and Related Biological Products Advisory Committee***, where they 'help determine' whether new vaccines are "safe and effective" and merit licensure (marketing). And they occupy the **CDC's** ***Advisory Committee on Immunization Practices***—a panel that essentially mandates vaccines to children.

They're the credentialed and trusted medical experts who appear between Pharma ads on network and cable news shows to promote the annual flu shots and measles scares, drum up fears about COVID, and rail against "anti-vaxxers." They supply the steady stream of thoughtless propaganda posing as editorials reinforcing such pharmaceutical slogans as *"all vaccines are safe and effective, (until proven otherwise),"* etc. They sit on state medical boards—ready to censure and de-license dissident doctors. They teach on medical school faculties, populate medical journal editorial boards, chair university departments, and act as expert witnesses for pharmaceutical companies in court.

During the 1980's AIDS crisis, Fauci ran NIAID like a protection racket—shaking down billions of dollars in discretionary funds which he parlayed into projects giving him de facto control over the CDC, FDA, HHS, and NIH—turning NIAID and its employees into a seamless subsidiary of the pharmaceutical industry.

Fauci's 7.7 billion dollar annual discretionary budget enables him to run a tiny network of PIs who determine the content and direction of virtually all of America's biomedical research in a manner most conducive to increasing Big Pharma profits.[95] In exchange for researching, developing and testing new drugs at taxpayer expense, Big Pharma showers Fauci & his cadre

---

[95] Budget Updates From January 2021 NIAID Advisory Council Meeting," National Institute of Allergy and Infectious Diseases, (Feb 3, 2021). https://www.niaid.nih.gov/grants-contracts/budget-updates-january-2021

with royalties—adding 10–20 percent to their NIAID salaries under the euphemistic guise of "public-private partnership."[96]

Put another way, with a 7.7 billion dollar roll, and an army of PI's working as his *bottom bitch*, Tony '*Papa Smurf*' Fauci is a smooth talking pimp able to quick finesse his pet pharmaceuticals through regulatory hurdles—**even skipping animal testing or functional human safety studies.** Once Fauci walks the new drug through accelerated FDA approval, he has the CDC set obscene prices on behalf of his Big Pharma pals while hauling in more than $2 billion in royalties since 1992 for NIH and up to $150,000 annually for each of his underlings.[97, 98, 99]

Fauci's army of PIs also bear a striking resemblance to him—i.e., bereft of conscience and not a moral bone in their diminutive invertebrate bodies. [100] Between 1988 and 2004, these insects used foster children as lab rats in their HIV drug trials.

## The House That [Fauci] Built

By: Liam Scheff, July 14, 2004, New York Press

In New York's Washington Heights is a 4-story brick building called Incarnation Children's Center (ICC). This former convent houses a revolving stable of children who've been removed from their own homes by the Agency for Child Services. These children are black, Hispanic, and poor. Many of their mothers had a history of drug abuse and have died. Once taken into ICC, the children become subjects of drug trials sponsored by [Fauci's] NIAID…in conjunction with some of the world's largest pharmaceutical companies….

The drugs being given to the children are toxic – they're known to cause genetic mutation, organ failure, bone marrow death, bodily deformations, brain damage and fatal skin disorders. If the children refuse the drugs, they're held down and force fed. If the children

---

[96] Coronavirus Response, 116th United States Congress, May 12, 2020, Testimony of Dr. Anthony Fauci, https://www.rev.com/blog/transcripts/dr-anthony-fauci-cdc-director-senate-testimony-transcript-may-12 at 34:06

[97] J. Solomon, *Researchers mum on financial interests,* CBS News (Associated Press), Jan 10, 2005;

[98] Information for NIH Inventors, Inventor Royalties, NIH Office of Technology Transfer, https://www.ott.nih.gov/royalty/information-nih-inventors, J. H. Tanne, "Royalty payments to staff researchers cause new NIH troubles," BMJ, Jan 22, 2005, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC545012/

[99] "Biomedical Research: NIH Should Publicly Report More Information about the Licensing of Its Intellectual Property," US Government Accountability Office, October 22, 2020, https://www.gao.gov/products/GAO-21-52

[100] See *Animals Without Backbones, An Introduction To The Invertebrates* by Ralph Buchsbaum, Professor of Zoology, The University of Chicago, 1938

continue to resist, they're taken to Columbia Presbyterian hospital where a surgeon puts a plastic tube through their abdominal wall into their stomachs. From then on, the drugs are injected directly into their intestines.[101]

More than two thirds of the children didn't have an adult advocate as required by law. *On paper,* the pharmaceutical companies could only experiment on children diagnosed with terminal AIDS and likely to die anyhow. *In practice,* Fauci experimented on healthy children merely *"presumed"* infected[102]—thereby subjecting them to lethal risks and agonizing pain for reasons no better than Josef Mengele's.

Children of all ages were considered fair game. One test trial declared as protocol: *"Accepts Healthy Volunteers."* However, those *"volunteers"* turned out to be newborns aged three days or less.[103]

A nurse who worked at ICC, describes what *Fauci's Kids* *"volunteered"* for:

> "When Mimi started at ICC, the tubes were used infrequently. 'But when the kids got older, a lot of them started to refuse the medication,' she recalled. 'Then they started coming in with the tubes more and more. Kids who refused too much, or threw up too much, they'd get a tube. First it was through the nose. But then it was more and more through the stomach. You'd see a certain child refusing over and over, and one day they'd come back from the hospital from surgery, and they had a tube coming right out of their stomach. If you asked why, the doctors said it was for "compliance"—*the regimen.* Got to keep up *the regimen,*' said Mimi. 'Those were the rules.'" …
>
> One girl, a six-year-old, Shyanne—she came in for adherence. She was the most delicate little flower—beautiful, polite, full of life. Her family never gave her meds. So, Administration for Children's Services brought her into ICC . . . she came in and started the meds. And it was three months, maybe three months. And she had a stroke. She could not see. She was this normal girl, singing, jumping, playing. Then, poof, stroked out. Blind. We were freaked out. Then, in a few months, she was gone—dead.

[101] *The House That AIDS Built*, By: Liam Scheff, July 14, 2004, New York Press

[102] Vera Sharav, "NYS Hearing – AIDS Drug /Vaccine Experiments on Foster Children," Alliance for Human Research Protection, (Sep. 8, 2005), https://ahrp.org/nys-hearing-aids-drug-vaccine-experiments-on-foster-children/

[103] Ibid.

In 2004, while conducting field research for a [documentary](#) titled *[Guinea Pig Kids](#)*, Celia Farber tracked down one of the mass graves Fauci dumped the abused and broken bodies of [children](#) who completed his *"regimen."*

> **CELIA FARBER:** I found the mass grave at Gate of Heaven cemetery in Hawthorne, New York. I couldn't believe my eyes. It was a very large pit with AstroTurf thrown over it, which you could actually lift up. Under it one could see dozens of plain wooden coffins, haphazardly stacked. There may have been 100 of them. I learned there was more than one child's body in each. Around the pit was a semi-circle of several large tombstones on which upward of one thousand children's names had been engraved. I wrote down every name. I'm still wondering who the *rest* of those kids were. As far as I know, nobody has ever asked Dr. Fauci that haunting question.
>
> I remember the teddy bears and hearts in piles around the pit and I recall the flies buzzing around. The job of recording all those names took all day. [One story] ran in the *NY Post*, believe it or not. But **one after the other, every media outlet that touched this story got cold feet. Even then, the medical cartel had this power to kill this kind of story. Dr. Fauci has built his career on that attitude.** …

> ***Mrs. Kintner:*** *Chief Brody?*
>
> ***Brody:*** *Yes?*
>
> *[Mrs. Kintner [slaps](#) Brody and sobs]*
>
> ***Mrs. Kintner:*** *I just found out, that a girl got killed here last week, and you knew it! You knew there was a shark out there! You knew [he] was dangerous! But you let [the] people [trust him with their lives] anyway? You knew all those things! But still my boy is dead now. And there's nothing you can do about it. My boy is dead. I wanted you to know that.*
>
> *[Mrs. Kintner walks away]*
>
> ***Mayor Vaughn:*** *I'm sorry, Martin. She's wrong.*
>
> ***Martin Brody:*** *[Tell that to [Landon Fuller](#).]*

> *"Fauci had, by 1987, … <u>an apparatus that included mass media, <span style="color:red">psychological operations</span></u>, public health—**this octopus** that just straight-up throttled the entire scientific tradition of Western civilization."*

> — Celia Farber

## Fauci's *"Octopus"* Merges with U.S. Military

In the early 2000's, Vice President Dick Cheney steered the Department of Defense around the Biological Weapons Convention by transferring its bioweapons research to the National Institute of Health; specifically, Fauci's NIAID.  By about 2004, NIAID had been transformed into an arm of the defense sector—increasing Fauci's annual discretionary budget by $1.7 billion and his salary by 68%—making him a major player in the biodefense and germ warfare industry.

The purpose of the U.S. Department of Defense is to provide military forces needed to deter war and ensure the security of the nation and its people.

Recall that:

> Whenever power is put into some hands for the government of the people, and is then diverted from that purpose and used to *subdue the people to the arbitrary commands of those that have the power*, then that immediately becomes **tyranny**, whether the power-holders are one or many.[104]

For more than two decades, Anthony Fauci, Bill Gates, & Big Pharma have been **treasonably conspiring** with divisions of the DOD, Intelligence, and Health bureaucracies to rehearse and perfect methods of *'subduing the people to their arbitrary commands'* through **the levying of** psychological **warfare against them.**

### How War Games Became Instruments for Imposing Obedience

> [In the two decades following NIH's merger with DOD, there have been] over a dozen Germ Games **staged by military, medical, and intelligence planners** leading up to COVID-19. Each of these Kafkaesque exercises became uncanny predictors of a dystopian age that pandemic planners dubbed ***the "New Normal."*** The consistent feature is an affinity among their simulation designers for militarizing medicine and introducing centralized autocratic governance.

---

[104] Locke, *Second Treatise*, §201

**Each rehearsal ends with the same grim punchline: the global pandemic is an excuse to justify the imposition of tyranny and coerced vaccination.** The repetition of these exercises suggests that they serve as a kind of rehearsal or training drill for an underlying agenda to coordinate the global dismantlement of democratic governance.

...

Virtually all of the scenario planning for pandemics employ technical assumptions and strategies familiar to anyone who has read the CIA's notorious psychological warfare manuals for shattering indigenous societies, obliterating traditional economics and social bonds, for using imposed isolation and the demolition of traditional economies to crush resistance, to foster chaos, demoralization, dependence and fear, and for imposing centralized and autocratic governance.[105]

…

The various scenario-planning simulations provided a unique forum to convene key decision makers, and to introduce, and then to sanction, with authoritative voices, previously unspeakable conduct that violated democratic and ethical norms. That conduct included the forced isolation and quarantine of entire populations, including the healthy; censoring free speech; violating privacy with track and trace surveillance systems; trampling property rights and religious freedoms; and obliterating traditional economies via nationwide business lockdowns, enforced masking, coercive medical interventions, and other assaults on human rights, civil rights, constitutions, and democracies.

**With each new simulation, the staccato repetition of the message by "trusted experts"**—doctors in lab coats and authoritative collectives like Secretary of State Madeleine Albright, Sen. Sam Nunn, WHO Director-General Gro Harlem Brundtland, and Sen. Tom Daschle—**reinforced the lesson that censorship, isolation, the militarization of medicine, totalitarian controls, and coercive vaccine mandates are the only appropriate response to pandemics. Scenario planning,** in other words, **is a potent brainwashing technique for creating and fortifying anti-democratic orthodoxies among key political leaders, the press, and the technocracy, and preparing the nation to tolerate a coup d'état against its Constitution without resistance.** [106]

---

[105] See, e.g., John Perkins, Confessions of an Economic Hit Man (2004) and Marks, Manchurian Candidate chapter 8, CIA Mind Control Experiments, ahrp.org/category/scientific-racism/cia-mind-control-experiments/
[106] *The Real Anthony Fauci: Bill Gates, Big Pharma, and the Global War on Democracy and Public Health,* by Robert F. Kennedy Jr., **Ch. 12 "Germ Games"**

Since <u>no one would ever give up the freedom they had in the state of nature by submitting themselves to a sovereign plotting to levy war against them,</u> the mere use of government office to *prepare the nation to tolerate a coup d'état against its Constitution without resistance* constitutes the ***"exercise of power beyond right, which nobody can have a right to"***[107]—i.e., a quantum of force employed in carrying the treasonable intention into execution; and thus the offense of '<u>treasonable conspiracy.</u>'

Again, as the Court held in *Bollman*:

> if a body of people conspire and meditate an insurrection to resist or oppose the execution of any statute of the United States by force, they are only guilty of a high misdemeanor; but **if they proceed to carry such intention into execution by force, … they are guilty of the treason of levying war, and the quantum of the force employed neither lessens nor increases the crime**.[108]

**<span style="color:red">Good thing there's no statute of limitations on Federal felonies punishable by death.</span>**

---

[107] Locke, *Second Treatise,* Sec. 199
[108] *Bollman* at 128

**Hooper:** *"I'm familiar with the fact that you are going to ignore this particular problem until it swims up and bites you in the ass!"*

## SPARS 2017—The Template for COVID-19

In October 2017, [Bill] Gates convened [a] tabletop pandemic at the Johns Hopkins Center for Health Security, the global biosecurity command center. Gates's foundation, along with [**Fauci's**] NIAID and NIH, are major funders of the Johns Hopkins Bloomberg School of Public Health. "SPARS 2017" chronicled an imaginary coronavirus pandemic that would, supposedly, run from 2025 to 2028. The exercise turned out to be an eerily precise predictor of the COVID-19 pandemic exactly three years later. …

[T]he Gates-funded SPARS scenario war-gamed a … global coronavirus epidemic lasting from 2025 to 2028, **culminating in coercive mass vaccination of the global population.** And, as Gates had promised, the preparations were analogous to "preparing for war."[109]

Under the code name "SPARS Pandemic," Gates presided over a sinister summer school for globalists, spooks, and technocrats in Baltimore. The panelists **role-played strategies for co-opting the world's most influential political institutions, subverting democratic governance, and positioning themselves as unelected rulers of the emerging authoritarian regime. They practiced techniques for ruthlessly controlling dissent, expression, and movement, and degrading civil rights, autonomy, and sovereignty.** The Gates simulation focused on deploying the usual psyops retinue of propaganda, surveillance, censorship, isolation, and political and social control to manage the pandemic. **The official eighty-nine-page summary is a miracle of fortune-telling—an uncannily precise month-by-month prediction of the 2020 COVID-19 pandemic as it actually unfolded.[110] Looked at another way, when it erupted [three] years later, the 2020 COVID-19 contagion faithfully followed the SPARS blueprint. Practically the only thing Gates and his planners got wrong was the year.**

Gates's simulation instructs public health officials and other collaborators in the global vaccine cartel exactly what to expect and

---

[109] Sandi Doughton, *"Bill Gates: We must prepare for the next pandemic like we prepare for war,"* Seattle Times (Jan. 27, 2001),

[110] Monica Schoch-Spana et al., "The SPARS Pandemic, 2025–2028: A Futuristic Scenario for Public Health Risk Communicators," Johns Hopkins Center for Health Security (October 2017), jhsphcenterforhealthsecurity.s3.amazonaws.com/spars-pandemic-scenario.pdf

how to behave during the upcoming plague. Reading through the eighty-nine pages, it's difficult not to interpret this stunningly prescient document as **a planning, signaling, and training exercise for replacing democracy with a new regimen of militarized global medical tyranny.** The scenario directs participants to deploy fear-driven propaganda narratives to induce mass psychosis and to direct the public toward unquestioning obedience to the emerging social and economic order.

[…]

Even a casual read of the Foundation's planning document makes clear that Gates's preparation has little to do with public health and everything to do with limiting freedom and aggressively marketing vaccines.

… The dismaying role of mainstream media in these exercises is to *broadcast propaganda, impose censorship, and manufacture consent for oppressive policies.* In their projections, the social planners project **absolute confidence that news media and social media companies will fully cooperate with this coup d'état.** The simulation planners *presciently* assume their capacity to undermine the Fourth Estate …. **Both mainstream and social media titans, it turns out, are predisposed to serve globalist elites.** *Gates and his cronies somehow intuited* **that these institutions would obligingly shape news coverage so as to manufacture obedience** with compulsory vaccination and the dismemberment of the Constitution….[111]

## *"The Dream State of Recent History"*

By 2017 *"Gates and his cronies"* had already acquired enough control over legacy and social media, formed enough public-private partnerships with the Defense, Health, and Intelligence bureaucracies, and forged enough ties with Communist China to manipulate what Oliver Stone aptly termed *"the dream state of recent history."* Stone's description of it in 1997 helps bring the murky problem of psychological warfare into specific relief.

As a filmmaker I have always responded as a dreamer, not as a doer. I don't build houses, I don't make the waters run, pump electricity, explore the universe, doctor people ... all I do is dream. I make some semblance of those Hindu wall paintings that I hope people like because it reflects a dream of theirs. I try to go to the secret heart we all have, the collective

---

[111] *The Real Anthony Fauci: Bill Gates, Big Pharma, and the Global War on Democracy and Public Health,* by Robert F. Kennedy Jr., **Ch. 12**

unconscious. But the price I pay is that life increasingly seems to me but a dream, a psychological delusion and metaphor, all symbol that I have witnessed in my lifetime. My critics like to call me "Oliver Stoned," but I feel we *all* are "Oliver Stoned" because we have to be in order to fully understand the madness of modern times. <u>Don't we all, whether we know it or not, live in the mass delusion of a **dream state of recent history?** …</u>
**…**
I honestly have reached a point, cynical as it may sound, where I do believe that <u>history is written by those who win</u>. …[They rewrite] it to match what they [want] you to believe, and if Hitler had won World War II, believe me, today we'd be reading a different history about the United States to justify Hitler. **<u>Winner takes all. Never underestimate the power of corruption to change history.</u>**[112]

# Redefining the American's Mind As
# Property for the **Taking**

In January of 2013, Congress passed the <u>Smith-Mundt Modernization Act</u> which repealed the ban on propagandizing U.S. citizens.  As demonstrated by the *<u>"Twitter files,"</u>* and <u>discovery in *Missouri v. Biden,*</u> legalizing <u>U.S. domestic propaganda</u>  <u>enabled</u>  <u>Judas goat bureaucrats</u> to **redefine** all thought and speech as *<u>"cognitive infrastructure"</u>*—i.e. **<u>government</u>** **<u>property</u>**—to justify <u>shaping *<u>"the dream state of recent history"</u>*</u> through the manipulation of, in the words of Aldous Huxley:

> …the thoughts, the feelings and the actions of virtually everybody. To parody the words of Winston Churchill, **<u>never have so many been manipulated so much by so few.</u>**[113]

This increased <u>centralization of power and control</u> entices the Leftist to <u>keep *his* *"cognitive infrastructure,"* '*tidy.'*</u>  As Huxley put it:

> In politics the equivalent of a fully developed scientific theory or philosophical system is a <u>totalitarian </u>dictatorship. In economics, the equivalent of a beautifully composed work of art is the smoothly running factory in which the workers are perfectly adjusted to the machines. The Will to Order can make tyrants out of those who merely aspire to clear up a mess. <u>The beauty of *tidiness* is used as a justification for despotism.</u>[114]

---

[112] Oliver Stone, <u>Commencement Address</u>, UC Berkeley, 1997
[113] Aldous Huxley, *Brave New World Revisited, Sec. III, Over-Organization*
[114] Id.

**Mayor Vaughn:** *Martin, it's all psychological. You yell barracuda, everybody says, "Huh? What?" You yell shark, we've got a panic on our hands on the Fourth of July.*

# NATO & Cognitive Warfare

Deluded by the need to preserve the beauty of their unchallenged ideas, Leftists deem the censorship of opposing viewpoints not as childish and evil, but cleansing the world of *"hate speech."* And since 'cleanliness is next to godliness,' **Leftists regard the human mind as the final battlefield—*i.e., Armageddon*—of their holy war.**

> In cognitive warfare, **the human mind becomes the battlefield.** The aim is to change not only what people think, but how they think and act. Waged successfully, it shapes and influences individual and group beliefs and behaviors to favor an aggressor's tactical or strategic objectives. **In its extreme form, it has the potential to fracture and fragment an entire society, so that it no longer has the collective will to resist an adversary's intentions.** An opponent could conceivably subdue a society without resorting to outright force or coercion. …

> Cognitive warfare (a.k.a. *"shaping the cognitive infrastructure,"* a.k.a. shaping the *"dream state of recent history,"*) integrates cyber, information, psychological, and social engineering capabilities to achieve its ends. It takes advantage of the internet and social media to target influential individuals, specific groups, and large numbers of citizens selectively and serially in a society. [115]

Keep in mind that one of the goals of cognitive warfare is to alter and control your *"self-talk."* Your most intimate thoughts.

> A 2020 NATO-sponsored study of this new form of warfare clearly explained, … "cognitive warfare's objective is to make everyone a weapon."

> "The brain will be the battlefield of the 21st century," the report stressed. "***Humans are the contested domain***," and "future conflicts will likely occur amongst the people digitally first and physically thereafter in proximity to hubs of political and economic power." …

> In a chilling disclosure, the report said explicitly that ***"the objective of Cognitive Warfare is to harm societies and not only the military."***

> With ***entire civilian populations in NATO's crosshairs,*** the report emphasized that **Western militaries must** work more closely with

---

[115] *Countering cognitive warfare: awareness and resilience*, NATO Review, May 20, 2021, Johns Hopkins University & Imperial College London

academia to **weaponize social sciences and human sciences** and help the alliance develop its cognitive warfare capacities.

The study described this phenomenon as **"the militarization of brain science."** But it appears clear that NATO's development of cognitive warfare will lead to **a militarization of all aspects of human society and psychology, from the most intimate of social relationships *to the mind itself. …***

The report nears its conclusion with an eerie quote: "Today's progresses in nanotechnology, biotechnology, information technology and cognitive science (NBIC), boosted by the seemingly unstoppable march of a triumphant troika made of Artificial Intelligence, Big Data and civilizational 'digital addiction' have created a much more ominous prospect: an embedded fifth column, where everyone, unbeknownst to him or her, is behaving according to the plans of one of our competitors."

"The modern concept of war is not about weapons but about influence," it posited. "Victory in the long run will remain solely dependent on the ability to influence, affect, change or impact the cognitive domain."

The **_NATO_**-sponsored study then closed with a final paragraph that makes it clear beyond doubt that the Western military **_alliance's ultimate goal is_** not only physical control of the planet, but also **_control over people's minds…._**[116]

Now, don't get paranoid. They're not after you. They're after everyone. They have been since the **_2014 coup_** in Ukraine. No worries though because they overlooked the obvious.

First, by declaring the *"[t]he brain [is] the battlefield of the 21ˢᵗ century,"* and that *"[h]umans are the contested domain,"* cognitive warfare constitutes the exercise of power over the individual's inalienable right of self-ownership—i.e., his mind—making it tyranny per se. [117]
Second, since the concept of the predicate *"levying war against [the United States]"* is contained within the concept of the subject *"levying war against [American minds],"* cognitive warfare is **treason** analytically. [118]

Like I said:

**Good thing there's no statute of limitations on Federal felonies punishable by death.**

---

[116] *Behind NATO's 'cognitive wafrfare,'* By: Ben Norton, The Gray Zone, October 8, 2021
[117] See John Locke, *Second Treatise,* §26 and §199.
[118] Immanuel Kant, *Critique of Pure Reason,* IV. The Distinction Between Analytic & Synthetic Judgments, pp. 48-49

# Levying Cognitive Warfare Against the U.S. From Ukraine

Some people have a second home, the Leftist Democrats **(Hereinafter: Team Biden)** made Ukraine their second country in 2014 when John Brennan, Eric *Ciaramella*, Victoria Nuland, and Joe Biden engineered regime change on Russia's border using Nazi's as muscle— e.g., Pravy Sektor (**Right Sector**) & Svoboda, etc.—and installing them as government officials of their post-coup vassal state.   In exchange for legitimizing their coup as a *"constitutional process,"* and their genocide of Eastern Ukrainians as a *"Revolution of Dignity,"* Team Biden's Nazi vassal state has been providing a sovereign base for its cognitive warfare apparatus, supplemental Intelligence services, and all the muscle needed to run Information Operations against the United States—funded, of course, by its *endless-war-laundromat*.

> …[The] anti-Russian [*cognitive*] *warfare apparatus,* which was **birthed out of the Ukraine coup,** … includes **Britain's 77th Military Brigade** (embedded in social media companies throughout the world), the Integrity Initiative, NATO's Strategic Communications Center in Latvia, and the State Department's Global Engagement Center.
>
> All of these military-grade psychological and information warfare groups operated and continue to operate on behalf of the coup in Ukraine and have been critical in the **"perception management"** surrounding various false-flag atrocities attributed to Russia…. **Christopher Steele** and **Fusion GPS**, the primary propagandists in the 2016-2017 operations against Trump, also operated in Ukraine, with Steele providing **Victoria Nuland** and John Kerry frequent operational updates through many memoranda concerning developments in that country. In fact, the British Integrity Initiative's documents, seized and published by the hacking group "Anonymous [Europe]," point to a propaganda initiative and censorship effort aimed squarely at Donald Trump's presidential campaign, conducted, in part, right out of the State Department.
>
> In describing this modern form of information warfare, **Joel Harding,** who went to work for Ukraine's newly established "Information Ministry" during the coup, and formerly worked for Hillary Clinton at the State Department, describes a regime in which all information, other than manipulated propaganda, is denied to the target population. A compliant media apparatus *[now known as "The Trusted News Initiative"]* publishes daily talking points about key events, over and over again. The talking points are aimed at the "psyche" of targeted populations, with high emotive content,

> designed to produce desired action. Dissenting views are to be censored or debunked as "conspiracy theories."
>
> Harding and the Atlantic Council put this into operation in the United States shortly after the [2016] election, when the Washington Post published the signal piece, "Propaganda or Not."  It listed every website in the United States that had been deemed to be insufficiently anti-Russian—most of which provided the only independent journalism in the United States—as requiring immediate censorship. …
>
> George Eliason, an American journalist who lives in the Donbass, has continually studied and detailed this apparatus as it worked in Ukraine. He has documented how Ukrainian-American Banderist groupings working with **Alexandra Chalupa, her sister, Andrea Chalupa, and others, ran Digital Maidan, a critical element of the coup.** The same groups crowd-sourced funding for the purchase of bullets to conduct the war in the Donbass.[119]

According to Eliason:

> Key organizations working directly and indirectly with ***Joel Harding's IO*** are… ***InformNapalm—[a Right Sector information operation group]***— Stopfake, Propornot, Bellingcat, Euromaidan Press, Hamilton 68 Dashboard, Facebook, and Twitter.[120]

(*More on Bellingcat by Glenn Greenwald, 5/19/2023 @ 0:15:00 to 0:59:00*)


**Harding** also worked with **Nina Jankowiciz** and **Team Biden's Cognitive Warfare Apparatus** to program the American public with:

- The Trump/Russian collusion narrative
- The DNC hack narrative
- The Trump Tower narrative[121]
- The Trump/Alfa (Putin's) Bank narrative
- The George Floyd  NARRATIVE
- The January 6 Narrative
- The Ukraine War narrative.[122]

---

[119] *Ukrainegate, or the Coup Against President Donald Trump—Phase Three (Part III)* by Barbara Boyd, October 29, 2019; see also *The Integrity Initiative's Foreign Agents of Influence Invade the U.S.* by Barbara Boyd, 1-10-19

[120] *Sep 15, 2019 The Terrorists Among US — The Coup Against the Presidency,* By George Eliason

[121] *Is Nina Jankowicz still working for Ukraine?*, by George Eliason, April 30, 2022

[122] For further demonstration of the power of this ~~Death Star~~ Cognitive Warfare Apparatus, look what it did to Jiminy Cricket  @  47:32 to 55:10.

**Jankowicz** & **Harding** also worked with Ukrainian Information Ministry's **Christina Dobrovolska** who served as the go-between Obama's State Department, Ukraine, and Ukrainian Diaspora leaders Alexandra *Chalupa* of DNC hack fame, Andrea *Chalupa* of the **OUNb** Euromaidanpress.com, and Irena **Chalupa** of InformNapalm—a **Right Sector information operation group.** That name again: **Right Sector.** We'll circle back to them later. **I promise.**

Jankowicz and Dobrovolska handled the so-called Intel and information coming out of Ukraine SBU to destroy the Trump presidency while conning Congress out of billions to fund Team Biden's Nazi vassal state.

As George Eliason **explained** *Four years* **before the War in Ukraine:**

> [Ukrainian Intel uses] this money to attack media that doesn't support Ukraine's right to violence against its people…. **Their goal is to force a conflict between the US and Russia.** From 2014 onward, they have repeatedly stated this was their only goal and America owed them that much. [123]

---

[123] *Connecting the Diaspora to Ukraine's Monsters Through a Ukrainian Diaspora Handler*, by George Eliason, **July 18th, 2018**

*"Everything can be taken from a man but one thing: the last of the human freedoms—to choose one's attitude in any given set of circumstances, to choose one's own way."*

**— Viktor E. Frankl, *Man's Search for Meaning***

# The Trusted News Initiative

In 2019[124], Team Biden's Ukrainian cognitive warfare apparatus began operating in plain sight under the flag of **The Trusted News Initiative** (**TNI**).[125] Included among the TNI's members are the BBC, the Associated Press, **Reuters, Reuters "Fact-Check,"** Facebook, Google/YouTube, Twitter, Microsoft, and The Washington Post.[126]  Since its inception a year before the *"pandemic,"* the TNI has been alleging its objective is to *"tackle misinformation"* from *"anti-vaxers"*—which they later titled *"preventing vaccine hesitancy."*

In actuality, the Trusted News Initiative is an *"Orwellian Global Ministry of Truth"* designed to take *"the last of the human freedoms"* **first** by tailoring the people's knowledge of circumstances to ensure they *"choose"* a pre-determined *"way."*  It builds consensus by memory-holing inconvenient data and science, denying questions and debates, and ridiculing all dissenting views as *"conspiracy theories."*  Other words for *"tackling misinformation"* are censorship, propaganda, and ***cognitive warfare***.

As Dr. Peter McCullough, Board Certified in Internal Medicine and Cardiology, notwithstanding Fauci and his army of PI's, explains:

> **Dr. Peter McCullough:** The Trusted News Initiative[127]…is a coalition of all the major media and government stakeholders in vaccination, where they are not going to allow any negative information about vaccines to get into the popular media because they're concerned about ***vaccine hesitancy***, that if Americans got

---

[124] "Before Covid, we saw a burst of new for- and non-profit groups supposedly dedicated to combatting misinformation. There was New Knowledge, **the Atlantic Council's DFR Lab,** Hamilton 2.0, the Integrity Initiative**,** NewsGuard, and **the Trusted News Initiative**, in addition to disinformation divisions at NBC and many other legacy news outlets. Instead of acting as neutral referees, however, these groups, almost to a one, ended up promoting propaganda and smearing the enemies of partisan and parochial interests."
*How a War on 'Misinformation' Led To a Coronavirus Tragedy*, By Brett Swanson, Real Clear Markets, 2/4/2022
[125] For a more detailed analysis of "Trusted News Initiative," see *COVID-19 and the Shadowy "Trusted News Initiative" - How it Methodically Censors Top World Public Health Experts Using an Early Warning System,* By Elizabeth Woodworth,'Global Research, October 22, 2021.
[126] *Media and tech firms join forces to tackle harmful Covid vaccine myths*, BBC, 10 December 2020
[127] https://www.bbc.com/news/entertainment-arts-55257814

any type of fair, balanced coverage on safety events then they simply would not come forward and get the vaccine."

A lot of Americans don't understand how tight these stakeholders are. Keep in mind the NIH is a co-owner of the Moderna patent, so they have a vested financial interest in keeping these vaccines going. …The evidence is beginning to suggest the U.S. government colluded from the outset with the Gates Foundation, CDC, FDA, the United Nations World Health Organization, Big Pharma [and the Trusted News Initiative] to make the vaccines the central focus of the global COVID response effort. They started promoting the vaccines before they were even out of clinical trials, *which is against U.S. regulatory law.*[128]

*"Meanwhile, at the Hall of Justice…"*

**SPECIAL COUNSEL JACK SMITH: Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

---

[128] https://www.lewrockwell.com/2021/05/no_author/highly-cited-covid-doctor-comes-to-stunning-conclusion-govt-scrubbing-unprecedented-numbers-of-injection-related-deaths/

*"Fauci had, by 1987, ... **an apparatus that included mass media, psychological operations, public health—this octopus** that just straight-up throttled the entire scientific tradition of Western civilization."*
—Celia Farber

## The Fauci Family Murders

In 1971, Charles Manson was convicted of first-degree murder and conspiracy to commit murder of seven people.  Although Manson neither participated in the killings nor directly ordered them, the prosecution argued that his ideology constituted an overt act of conspiracy.

The case against Fauci for murder and conspiracy to commit murder is far stronger than the case presented against Manson.  Under Fauci's direction, the **Trusted News Initiative,** FDA, CDC, DHS, CISA, and Big Tech, etc. (**Hereinafter:** *"The Fauci Family"*) killed hundreds of thousands of trusting Americans with medical disinformation tantamount to:

## *"Don't drink water. Fish shit in it. Seriously, y'all. Stop it."*

As retired neurosurgeon Russell L. Blaylock, M.D. summarized:

The media **[i.e., Trusted News Initiative]**, medical societies, state medical boards **[i.e., Fauci's Network of PI's]** and the **[effective and actual]** owners of social media have appointed themselves to be the sole source of information concerning this so-called "pandemic." Websites have been removed, highly credentialed and experienced clinical doctors and scientific experts in the field of infectious diseases have been demonized, careers have been destroyed and all dissenting information has been labeled "misinformation" and "dangerous lies", even when sourced from top experts in the fields of virology, infectious diseases, pulmonary critical care, and epidemiology. These blackouts of truth occur even when this information is backed by extensive scientific citations from some of the most qualified medical specialists in the world.[23]

Neither *Anthony Fauci, the CDC, WHO nor any medical governmental establishment*—[i.e., *the Fauci Family*]—has ever offered any early treatment other than Tylenol, hydration and call an ambulance once you have difficulty breathing. ***This is unprecedented in the entire history of medical care as early treatment of infections is critical to saving lives and preventing severe complications.*** Not only have [they] not even suggested early treatment, [but] **they attacked anyone who attempted to initiate such treatment with all the weapons at their disposal—**

**loss of license, removal of hospital privileges, <span style="color:red">shaming</span>, destruction of reputations and even arrest**.[2]  […]

When this pandemic started, <span style="color:red">hospitals were ordered by the</span> **CDC** <span style="color:red">to</span> follow a treatment protocol that **resulted in the deaths of hundreds of thousands of patients, most of whom would have recovered had proper treatments been allowed.**[43,44] **The majority of these deaths could have been prevented** had doctors been allowed to use early treatment with **such products as Ivermectin**, hydroxy-chloroquine and a number of other safe drugs and natural compounds.

**It has been estimated, based on results by physicians treating the most covid patients successfully, that of the 800,000 people that we are told died from Covid, 640,000 could have not only been saved, but could have, in many cases, returned to their pre-infection health status had mandated early treatment with these proven methods been used. *This neglect of early treatment constitutes mass murder.*** [129]


*"Meanwhile, at the Hall of Justice..."*


**SPECIAL COUNSEL JACK SMITH:** **Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

---

[129] Blaylock RL. *COVID UPDATE: What is the truth?* Surg Neurol Int. 2022 Apr 22.

# HCQ Disinformation: The LaBianca Murders Congruency

Once the FDA approves a prescription medication, federal laws allow any US physician to prescribe the duly approved drug for any reason. The FDA approved **hydroxychloroquine (HCQ)** without limitation 65 years ago—and for 65 years doctors have been able to prescribe it for off-label use. Likewise, the CDC has always deemed it safe for pregnant women, breastfeeding women, children, infants, elderly and immune-compromised patients, and healthy persons of all ages.

While FDA approval of a vaccine normally takes around ten years to obtain, the entire process can be bypassed with an Emergency Use Authorization (EUA). To obtain an EUA, there must be ***no adequate, approved, and available alternative***[130] to the candidate product under consideration; else there's no reason to bypass safety protocols. Thus, if an ***adequate, approved, and available alternative*** drug like **hydroxychloroquine** proved effective against COVID, then Fauci,[131] Big Pharma, and Bill Gates wouldn't have been able to secure EUA's to fast-track their billion-dollar vaccines to market by skipping the years of testing protocols people assume the FDA has been enforcing.

Accordingly, job one of *the Fauci Family* was to disinform the public about **hydroxychloroquine** to ensure Big Pharma got the Emergency Use Authorizations needed to sell their experimental gene-altering injections to an unwitting and thus **non-consenting** public.

To such end, **in March, 2020, while bodies were piling up at the rate of 10,000 a week because of the CDC's lethal protocol of prohibiting early treatment of COVID**, *"Doctor"* Fauci—with no authority whatsoever to overrule the judgment of treating physicians—declared that doctors could not treat COVID with Hydroxychloroquine outside of clinical trial settings.

Meanwhile, Fauci, Gates, and the WHO—controlled by Gates—financed a series of nearly twenty studies based on protocols designed to discredit HCQ by overdosing the patient/subjects. The 17 WHO studies administered a borderline lethal *daily* dose starting with 2,400 mg. on Day 1 and using 800 mg/day thereafter. *"The purpose seemed, very clearly, to poison the patients*

---

[130] FDA. "Considerations for FDA Licensure vs. Emergency Use Authorization of COVID-19 Vaccines," July 29, 2020; see 10:20 min. (https://youtu.be/UkXQ09T6f94).

[131] Fauci has invested $6 billion of NIAID funds in the Moderna vaccine alone. His agency is co-owner of the patent and stands to collect a fortune in royalties.

*and blame the deaths on HCQ,"* says Dr. Meryl Nass, a physician, medical historian, and biowarfare expert.

In May 2020, Harvey Risch, M.D., Ph.D., and Professor of Epidemiology at Yale University, demonstrated how HCQ's critics—largely funded by Gates and Fauci[132]—had misreported negative results by employing protocols that withheld HCQ until late in the disease when it's known to be ineffective.[133]

> **RISCH**: …the evidence is overwhelming. There's no question that the people who need to be treated and are treated early, it has a very substantial benefit in reducing risk of hospitalization or mortality.
>
> **And there's been a massive disinformation campaign that stretches from government to the media** that's either suppressing this message, or it is countering it with a false message, and I'm not an expert in the reasons why that's happening other than just observing it, but I am an expert in the science and I can tell you the science is all one sided.
>
> In fact, **the science is so one sided in supporting this result that it's stronger than anything else I've ever studied in my entire career.** The evidence in favor of hydroxychloroquine benefit in high-risk patients treated early as outpatients is stronger than anything else I've ever studied.
>
> So *scientifically, there's no question whatsoever.*[134]

Dr. Risch is convinced that Fauci intentionally lied about hydroxychloroquine and directed the FDA to suppress it, and that their propaganda campaigns against HCQ have caused ***"the deaths of hundreds of thousands of Americans who could have been saved."***

*"Meanwhile, at the Hall of Justice…"*

**SPECIAL COUNSEL JACK SMITH: Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

---

[132] Wesley H. Self et al, Effect of Hydroxychloroquine on Clinical Status at 14 Days in Hospitalized Patients With COVID-19, JAMA, (Nov 9, 2020).

[133] Harvey A. Risch, *Early Outpatient Treatment of Symptomatic, High-Risk COVID-19 Patients That Should Be Ramped Up Immediately as Key to the Pandemic Crisis*, AMERICAN JOURNAL OF EPIDEMIOLOGY, (Nov 2, 2020). https://pubmed.ncbi.nlm.nih.gov/32458969/

[134] *Life, Liberty, & Levin*, August 23, 2020

# Vaccine Disinformation: The [Tate Murders](#) Congruency

*The Fauci Family's* largest murder scene was [their disinformation campaign](#) about the COVID-19 vaccines.   By consulting the *Manson Family Murders Conversion Table*—assuming such a thing existed—we'd find *The Fauci Family's* surreptitious **redefining** of key medical terms to extend their *"pandemic emergency"* into [perpetuity](#) is their [Abigail Folger](#).

## Redefining Herd Immunity

**Prior to November 2020, Herd Immunity** had always been defined as:

> *"the indirect protection from an infectious disease that happens when a population is immune either through vaccination **or immunity developed through previous infection**"*—i.e., natural immunity.

In [November 2020](#), the [WHO, controlled by Gates and the CCP](#),  [memory-holed](#) the biological fact of *"**immunity developed through previous infection**"*—i.e. **natural immunity**— by [redefining herd immunity](#) as *"a concept used for vaccination."*

> *"'**Herd immunity**', also known as 'population immunity', is **a concept used for vaccination**, in which a population can be protected from a certain virus if a threshold of vaccination is reached. Herd immunity is achieved by protecting people from a virus, not by exposing them to it."*

As [Jeffery Tucker explains:](#)

> In effect, this change at WHO ignores and even wipes out 100 years of medical advances in virology, immunology, and epidemiology. It is thoroughly unscientific – shilling for the vaccine industry in exactly the way the conspiracy theorists say that WHO has been doing since the beginning of this pandemic.
>
> What's even more strange is the claim that a vaccine protects people from a virus rather than exposing them to it. What's amazing about this claim is that a vaccine works precisely by firing up the immune system through exposure. Why I had to type those words is truly beyond me. This has been known for centuries.[135]

---

[135] [WHO *Deletes Naturally Acquired Immunity from Its Website*](#), By Jeffery Tucker, AIER, Dec. 23, 2020

Ultimately, this **redefinition** betrays the intent of **erasing the concept of natural immunity from the minds of the people**[136] to drive them like cattle into a perpetual regimen of **newly defined** *"vaccines"* **and** *"vaccinations."*

## Redefining "Vaccine" and "Vaccination"

Once upon a time, a **vaccine** was defined as *"A product that stimulates a person's immune system **to produce immunity to a specific disease,** protecting the person from that disease."* And **vaccination** was defined as *"The act of introducing a vaccine into the body **to produce immunity to a specific disease."*** Then one day in September of 2021, the CDC **redefined** *"vaccine"* and *"vaccination"* to erase the concept of ***"produce immunity to a specific disease"*** thusly:

> **Vaccine:** A preparation that is used to stimulate the body's immune response against diseases. …
>
> **Vaccination:** The act of introducing a vaccine into the body to produce protection from a specific disease. [137]

The CDC claims they **redefined** the terms to increase "transparency;" lest anyone interpret the original definitions to mean vaccines are 100% effective. Curiously, however, they neglect to explain how the world failed to manage for centuries with the original definitions; much less where they derive the authority for unilaterally **redefining** the terms.

**Redefining** 'vaccine and vaccination' from *"producing **immunity** to a specific disease"*—as the world has always understood the term—to *"producing **protection** from a specific disease"* is a *gross and wanton fraud on the public;* rendering the individual dependent upon vaccines—**and thus the state**—for that *"protection"* in lieu of their own body. **The communist wet dream.**

More particularly, by shadow-banning, censoring, and ridiculing the concept of "natural immunity" as *"conspiracy theory"*—this subtle **redefinition** enables technocrats to maintain totalitarian control over the masses by continually 'updating' the definition of 'fully vaccinated.'

---

[136] See *Why Is There Such Reluctance to Discuss Natural Immunity?,* By Jon Sanders, AIER, June 4, 2021

[137] *The CDC Just Made an Orwellian Change to the Definition of 'Vaccine' and 'Vaccination',* PJ Media, By Matt Margolis, Sep 08, 2021; **Note how Websters changed its century old definition** (circa Jan 18, 2021) **after Biden's Inauguration** (circa Jan 26, 2021)**.**

As for the potential purpose of any "updated definition" [of 'fully vaccinated'], well it would be twofold. Firstly, it would allow them to maintain **_control_**. Forcing people to jump through hoops just to "get back" rights they once took for granted creates an atmosphere that normalizes state tyranny. Secondly, and more cynically, it would allow them to artificially manipulate statistics to flatter the vaccines' effectiveness whilst hiding any damage they might do. [138]

*The Fauci Family's* true evil, however—their murder of pregnant mother Sharon Tate—

was their surreptitious *redefining* of the vaccine side effects presumption.

---

[138] *CDC Director: "We may need to update our definition of 'fully vaccinated'",* By Kit Knightly, Off Guardian, Oct. 23, 2021

*"We believe that some morning people will awake to discover with surprise that quite a few gentle and kind things have begun to have offensive and lethal characteristics."*

—*Unrestricted Warfare*, by Qiao Liang and Wang Xiangsui

*"Don't let them know you are going to kill them."*

—Charles Manson

# Redefining The Vaccine Side Effects Presumption:
## A [Copernican Revolution](#) in Vaccinology, Public Health & Medicine

In [Evidence law](#), **a rebuttable presumption** is something assumed to be true until proven otherwise. It assigns the burden of proof to the party contradicting the presumption. Should nothing further be offered, a presumption settles the question in the manner presumed. In other words, a rebuttable presumption left uncontradicted by sufficient evidence becomes *__indisputable for the case__*, and the court is bound to apply it.

For example, when a prosecutor fails to produce evidence rebutting a defendant's presumption of innocence beyond a reasonable doubt, the court acknowledges the truth of the presumption by declaring the defendant not guilty.

Back in 1976, the CDC & FDA **presumed all vaccines** *"guilty"* **of causing any reported side effects** until they *"ruled out the possibility of an association"* between the side effects and the vaccine.

Thus, when the 1976 Swine Flu vaccine was presumed to have caused **4 reported deaths** and **94 reported cases of p Guillain-Barré syndrome**—after three months and approximately 45 million vaccinations—public health officials pulled it from circulation because they couldn't *"rule out the possibility of an association"* between the side effects and the vaccine.

Here's how the New York Times described the decision back in December of 1976:

> SWINE FLU PROGRAM SUSPENDED IN NATION; DISEASE LINK FEARED, New York Times, By Lawrence K. Altman, Dec. 17, 1976

> Federal officials *__suspended__* the troubled nationwide swine flu immunization program yesterday *__because of concern that the shots were POSSIBLY LINKED__* to recently reported cases of paralysis.

> Since the end of last week, the Federal Center for Disease Control in Atlanta, which runs the nationwide immunization program, has been investigating reports from at least 14 states of **94 cases**, **four of them fatal,** of a form of paralysis called the Guillain-Barré syndrome.
>
> […]
>
> Federal epidemiologists said that they *could neither prove nor disprove the possible connection* between the paralysis and the swine flu shots.
>
> But *to be on the safe side,* Federal officials ordered the program halted late yesterday afternoon. […]
>
> The decision to suspend the swine flu program was announced in Washington by Dr. Theodore Cooper, Assistant Secretary of Health, Education and Welfare.
>
> 'In the Interests of Safety'
>
> Dr. Cooper said that he was acting *"in the interests of safety of the public, in the interest of credibility, and in the interest of the practice of good medicine."* …
>
> Dr. David Sencer, the director of the Center for Disease Control, said that Federal epidemiologists *"have not proven any association with the vaccine and the Guillain-Barré syndrome, but we are not able with the available data to rule out the possibility of an association."*[139]

**QUERY:** If the 1976 Swine Flu vaccine was pulled from circulation after *"Federal epidemiologists could neither prove nor disprove the possible connection between the [**4** reported deaths and **94** reported cases of paralysis] and the swine flu shots"* **within the first three months of its release,** then why didn't the CDC pull Pfizer's COVID-19 *"vaccine"* after it reported **1,223 deaths** and more than **158,000 Adverse Events** within the **first three months** of its release?[140]

In the interests of preventing *"vaccine hesitancy"* the Trusted News Initiative *"Fact Checked"* it thusly:

> ***Fact Check-Pages of suspected side effects released about Pfizer's COVID-19 vaccine 'may not have any causal relationship' to the jab, company says,*** By Reuters Fact Check, March 17, 2022
>
> Reuters has produced numerous fact checks on these systems (VAERS: here and here; Yellow Card: here and here); EudraVigilance here and here) - all of which explain that **reports of potential side-effects are *not definitively linked* to vaccines.**

[139] SWINE FLU PROGRAM SUSPENDED IN NATION; DISEASE LINK FEARED, NY Times, Dec. 17, 1976
[140] Moreover, why would the FDA try to keep sealed from the public for 75 years? How does that constitute an action taken in the interests of "public health?"

All *"Fact Checks"* echo the same mantra:  *"COVID-19 vaccines are safe and effective"* [BECAUSE] *"reports of potential side-effects are not definitively linked to the vaccines."*

> **Reuters Fact Check-*VAERS reported vaccine deaths have not been confirmed or deemed causal by CDC*, May 12, 2021**
>
> The [CDC] states that *"COVID-19 vaccines are safe and effective"* "under the most intense safety monitoring in United States history," and recommends receiving the vaccine as soon as possible.
>
> The CDC explains here that VAERS accepts reports of any adverse event regardless of proof that it was caused by the vaccine.

Which is the same way they accepted reports of those **4 deaths and 94 cases of paralysis following injection of the 1976 Swine Flu vaccine.**

> VAERS did receive **4,178 reports of deaths (0.0017% of all vaccine doses)** between Dec. 14, 2020 and May 3, 2021. However, these reports **don't point to a causal relationship between receiving the vaccine and death.**
>
> As of May 11, 2021, the CDC says that "a review of available clinical information, including death certificates, autopsy, and medical records has **not established a causal link** to COVID-19 vaccines."[141]

And then there is this gem:

> *Reported incidents [OF DEAD CHILDREN] are not evidence of a causal link,* according to the U.S. Centers for Disease Control and Prevention (CDC)…."[142]

However, the CDC's job is *not* to *establish the existence of a causal link,* but to **DISPROVE the causal link already presumed to exist.**  As affirmed on its website—archived  on 9/29/2022:[143]

*"Adverse reactions, also known as side effects, are considered to be caused by a vaccine."*



**Ensuring Safety**  —

Overview, History, and How It Works

**Side Effects and Adverse Events**

Vaccine Safety Monitoring +

Vaccine Safety Partners

About ISO

Types of adverse events that may occur after vaccination

Adverse Reactions (side effects)

Adverse reactions, also known as **side effects,** are considered to be caused by a vaccine. Usually, vaccine side effects are identified during clinical trials. The intensity of these reactions may range from mild to moderate to severe. They often resolve on their own, and may or may not require medical intervention. Depending on severity, an adverse reaction may also be considered a serious adverse event.

---

[141] Fact Check-VAERS reported vaccine deaths have not been confirmed or deemed causal by CDC, Reuters, 5/12/21

[142] *Fact Check-COVID-19 vaccines considered safe for children*, Reuters Fact-Check, Jan. 6, 2022

[143] Funny how any trace of that webpage has been thoroughly scrubbed from the internet.

Thus, they pulled the 1976 Swine Flu vaccine **BECAUSE:** *"Federal epidemiologists could NEITHER PROVE NOR DISPROVE THE POSSIBLE CONNECTION* between the [**4 reported** deaths *and* **94 reported** cases of paralysis **presumed to be caused by**] *the swine flu shots."*

To this day, the CDC has ***never*** even attempted to *"rule out the possibility of an association"* between **reported side effects** and the COVID-19 vaccines.

How do we know?

Firstly, the CDC can't *"rule out the possibility of an association"* **between reported side effects and the COVID-19 VACCINES presumed to have caused them** when they're deleting those reports by the hundreds of thousands from the VAERS database.

Secondly, the CDC can't *"rule out the possibility of an association"* **between reported side effects and the COVID-19 VACCINES presumed to have caused them** when they're bastardizing Death Certificates to conceal the lethality of said vaccines.

And thirdly, the CDC can't *"rule out the possibility of an association"* **between reported side effects and the COVID-19 VACCINES presumed to have caused them** when they're mandating social media companies to *"censor content posted by individuals who were reportedly injured by the COVID-19 vaccines."*

Rather than *"rule out the possibility of an association"* **between reported side effects and the COVID-19 VACCINES presumed to have caused them,** the CDC & Trusted News Initiative et al. *"shaped the cognitive infrastructure* by **inverting the presumption that**:

> **"Side effects *ARE considered to be caused by the vaccine,"*** *until "the possibility of an association" has been "ruled out."*
>
> *TO:*
>
> **"Side effects *ARE \*[NOT] considered to be caused by the [COVID-19] vaccine, \*\*[until a causal link has been established]."*

This reversal of presumption represents a hitherto unknown Copernican revolution in vaccinology, public health, and medicine.  Under this new paradigm, the 1976 Swine Flu vaccine would never have been pulled from circulation[144]—**no matter how many bodies piled up**—

---

[144] Even after **765 deaths** (*0.0017% of 45,000,000 doses*)

simply because *"federal epidemiologists **could neither prove nor disprove the possible connection** between the paralysis and the swine flu shots."*

Moreover, since the CDC made no effort to dispute the presumption that *all reported "side effects ARE considered to be caused by the [COVID-19 vaccines],"* logic dictates the conclusion that **ALL reported *"side effects* of the COVID-19 VACCINES WERE INDISPUTABLY *caused by the vaccines."***

Thus, in slipping us this presumption—**like a Bill Cosby roofie**—the CDC has been leading America and its Military to the slaughter like CCP-owned Judas goats.

Meaning, **WE ARE AT WAR**; and the VAERS data confirms it.

According to the CDC's VAERS database, as of 6/28/2024, the **total number of U.S. deaths** associated with the COVID-19 vaccines (**37,734**) is more than TRIPLE the number of deaths associated with all other vaccines combined since the year 1990. And that's with the CDC deleting 800,000 adverse events and an underreporting factor ranging between 20 and 41. Assuming the worst—which is **more than justified** in light of the nursing home murders discussed above—that translates to 41 x 37,734 or **1,547,094 dead.** That's not only more than SIXTYFOLD the total number of deaths associated with all other vaccines since 1990, but nearly **THREEFOLD MORE DEATHS than the Civil War**.

Even worse, a review of data leaked directly from the **Defense Medical Surveillance System (DMSS)** reveals the damage our CCP-compromised President and Defense Secretary have **inflicted** **on the U.S. Military** is **catastrophic**. All data reflects reporting from January through November 2021. Annual cases are average over the past five years.

- Hypertension – **2,081%** increase
- Diseases of the nervous system – **948%** increase
- Malignant tumors of esophagus – **794%** increase
- Multiple sclerosis – **580%** increase
- Malignant tumors of digestive organs – **524%** increase
- Guillain-Barre syndrome – **451%** increase
- Breast cancer – **387%** increase
- Demyelinating – **387%** increase
- Tumors of thyroid and other endocrine glands – **374%** increase
- Female infertility – **372%** increase
- Pulmonary embolism – **368%** increase
- Ovarian dysfunction – **337%** increase
- Testicular cancer – **269%** increase

# China Has ZERO Casualties From The Experimental mRNA Vaccines

**As of August, 2021, China had administered 2 billion COVID vaccine shots in the country. But** not a single person in China was given a mRNA COVID vaccine**. …** More than 1 billion people worldwide have received more than 2 billion shots of [*experimental gene-editing]* mRNA. None are in China.[145]

**To date,** the Communist Chinese STILL haven't allowed their own people to be injected with the experimental gene-editing mRNA "vaccines." [146] Why? Because that's how the CCP rolls under their doctrine of *"Unrestricted Warfare."*

> […**E]verything that can benefit mankind can also harm him.** This is to say that there is nothing in the world today that cannot become a weapon, and this requires that our understanding of weapons must have an awareness that breaks through all boundaries. … As we see it, a single man-made stock-market crash, a single computer virus invasion, **or a [***cognitive warfare operation generating the illusion of a pandemic providing sufficient pretext for a* Manchurian *President to* mandate all troops be injected *with a* bioweapon posing as a vaccine *and thereby* priming the ENTIRE U.S. Military for a future biological attack*]… all can be included in the ranks of new-concept weapons.
>
> What must be made clear is that *the new concept of weapons* **is in the process of creating weapons that are closely linked to the lives of the common people**.[…] The appearance of new-concept weapons will definitely elevate future warfare to **a level which is hard for the common people -- or even military men -- to imagine.**[…] *The new concept of weapons* will cause ordinary people and *military men alike to be greatly astonished* at the fact that **commonplace things that are close to them** can also become weapons with which to engage in war. **We believe that some morning people will awake to discover with surprise that quite a few** gentle and kind **things have begun to have offensive and lethal characteristics.**[147]

In other words: *"Don't let them know you are going to kill them."*

> **Quint:** *Gaming fish eh? Marlin? Stingray? Bit through this piano wire? Don't you tell me my business again.*

---

[145] *What Do They Know that We Don't? … China Has Not Administered a Single mRNA Vaccine to Any of Its 1.45 Billion Citizens,* Jeff Rizzone, DC Weekly, Feb. 10, 2022

[146] China finally approves an mRNA COVID vaccine—but only for some foreigners*,* Yahoo News, Dec. 12, 2022

[147] *Unrestricted Warfare*, by Qiao Liang and Wang Xiangsui; ***"May God protect our troops."***

# Redefining *"Disaster"* to Link *"Captain Trips"* to *"Climate Change."*

Like all Leftists, the neo-Machiavellian globalist's drug of choice is ***urgency.*** The more they define things in terms of ***urgency***—*e.g. 'You'll die if we don't address the **urgent** threat of climate change," etc.*—the greater their *"passionate intensity"* to *"carry their thoughts and actions through to their conclusion."*

As one <u>true liberal and recovering postmodernist</u> put it:

> *I've worked on political campaigns for more than a decade, and <u>the first thing you're asked on any given tactic is **"What's the urgency?"** There were hundreds of ways the Institutional Left could've run their political operation against Trump but they chose COVID because it offered the **urgency**. Trump was a threat to public health. "You'll die if Trump is re-elected." These are once-in-a-lifetime messages. **So easy.**[148]*

So easy, it's a simple pattern that any insect can follow: Deceive yourself into a *<u>lather</u>* by ***redefining*** your control fetish in terms of public ***urgency; <u>rinse</u>*** conscience with *'ends justifying the means'* reasoning to satiate your lust; and *<u>repeat</u>*—until you control every facet of life on earth under the guise of 'public health.' *<u>Lather, rinse, repeat.</u>*

Up until March 3, 2020[149], the legal definition of *"disaster"* in New York had always been *"<u>an occurrence **or imminent threat** of widespread or severe damage."</u>* Within the context of *"emergency powers,"* the words *"imminent threat"* prevents abuse by denoting certitude—as in FOR USE ONLY WHEN *'something objectively verifiable is about to happen.'* In B-movies, when a man with a bullhorn leans out a window of a tall building and warns the people below, *"Godzilla is coming!,"* he's describing *"imminent threat."* [150] But for the *"imminent threat"* of *"Captain Trips,"* the New York Legislature would not have remained in session till 2:30 a.m. to amend the Executive Law in a manner pleasing to Governor Cuomo. Everyone knew 'Godzilla was coming.'

---

[148] *How the conspiracy to unseat Trump weaponized irrationality and hollowed out the Left, Essential knowledge to understand our political moment is not what you've been told,* By Brook Hines, Dec 31, 2022

[149] *Cuomo wins bid to expand emergency powers for coronavirus*, by Bernadette Hogan, 3-3-2020

[150] Unless it's David Letterman taunting pedestrians below his window at 30 Rockefeller Plaza circa 1986.

Nonetheless, as <u>NY Assembly Bill No. S07919</u> shows, <u>Governor Cuomo insisted on expanding his powers *indefinitely*</u> by **redefining** *"disaster"* to include ***"impending or* urgent"** threats.

> EXPLANATION--Matter underscored in green is new to be added; red within brackets [-] is old law to be omitted
> a. "disaster" means occurrence or imminent**, impending or urgent** threat of wide spread or severe damage, injury, or loss of life or property resulting from any natural or man-made causes, including, but not limited to, fire, flood, earthquake, … epidemic, <u>disease outbreak, …</u>

The word '***urgent'*** expresses subjective judgment, not objective fact. Deeming something *"<u>urgent</u>"* hinges completely on an individual's belief that the matter <u>"calls for immediate attention."</u> An *"urgent threat"* constitutes nothing more than an expression of Governor Cuomo's priorities—i.e. his politics—as to what he ***believes*** <u>"calls for immediate attention."</u>

For example, *"<u>in the interest of the</u> health [~~and~~] <u>or</u> welfare of the public,"* Governor Cuomo could have extended his dictatorial powers in perpetuity by ordering his priorities around *Presidential Memorandum: Climate Change and National Security*, September 21, 2016—identifying *"**climate change** as an **urgent and growing threat** to our national security, contributing to increased natural **disasters.**"*[151]

Those of us who've actually cracked a <u>science</u> book or two—in lieu of sublimating ignorance of the topic into a religion—eventually come to realize that the <u>***"urgent threat of climate change"***</u> translates to nothing more than <u>*Science Light*</u> for <u>Globalist demagogues</u>—*"All the* <u>***urgent threat***</u> *with just a third the <u>refutability of your regular science</u>."* Or, <u>*"Everything Leftists always wanted in a science, and less."*</u>

Governor Cuomo's amended definition of "disaster" empowered him to declare his subjective belief in the <u>***"urgent threat* of climate change"***</u> as an objective factual basis for wielding absolute power. Meaning, section 29-A as amended enabled Governor Cuomo to make standing rule of law—i.e., liberty itself—subject to his arbitrary directives he *felt* were <u>*"consistent with the goals of [addressing the urgent threat of climate change];"*</u> based upon the self-deceiving Leftist's tenuous grasp of reality.

> "Anyone who questions extreme weather and climate change is just delusional at this point. We have seen, in the state of New York,

---

[151] <u>*Presidential Memorandum -- Climate Change and National Security,*</u> September 21, 2016

what everyone has seen. We've seen these weather patterns that we never had before," Cuomo said.

*"We didn't have hurricanes, we didn't have superstorms, we didn't have tornadoes"*... he continued. … "This is a recurring pattern, and anyone who is still in denial is making a very serious mistake."[152]

Governor Cuomo telegraphed his intent to rule by directives he felt were *"consistent with the goals of [addressing the urgent threat of climate change]"* within his amended definition of *"disaster"* by adding the words *"disease outbreak"* despite preparations for the ***imminent epidemic*** already underway.

> disaster" means occurrence or **imminent, impending or urgent** threat of wide spread or severe damage, injury, or loss of life or property resulting from any natural or man-made causes, including, but not limited to, … **epidemic**, **disease outbreak…**

**QUERY:** Since *"disease outbreak"* is synonymous with *"epidemic,"* why would the drafter destroy a perfectly clear sentence with such a grotesque contextual redundancy?[153]

**ANSWER:** Because documents like *Presidential Memorandum -- Climate Change and National Security* and *2015 National Security Strategy* link *"disease"*—rather than *"epidemic"*— to ***climate change.***

> Keeping nuclear materials from terrorists and preventing the proliferation of nuclear weapons remains a high priority, as does mobilizing the international community to meet the ***urgent*** challenges posed by ***climate change*** and ***infectious disease***.[154]

> Impacts of a ***changing climate*** can create conditions that promote pest outbreaks and the spread of invasive species as well as plant, animal, and human ***disease***, including emerging ***infectious disease***, and these can further undermine economic growth and livelihoods.[155]

---

[152] *Andrew Cuomo: New York 'never had hurricanes' before climate change,* by Tim Pearce, Washington Examiner, November 01, 2019

[153] That was the question I asked myself when I stumbled upon this while scouring the public record for evidence of Cuomo's intent to kill the nursing home residents. Only by owning the Leftist shadow within myself—by seeing the Andrew Cuomo in me—did I realize what he and his co-conspirators were doing.

[154] *2015 National Security Strategy*, p. 7 (Cited in *Presidential Memorandum -- Climate Change and National Security*

[155] *Presidential Memorandum -- Climate Change and National Security,* September 21, 2016

Thus, the contextually redundant *"disease outbreak"* crammed in next to its synonym *"epidemic"* is veritable DNA evidence of intent to link the *"Captain Trips"* pandemic—with all its tyrannical emergency power precedents—to *"climate change."* This, in turn, clears the way for a perpetual *"Climate Emergency"* justifying climate lockdowns in furtherance of replacing American Liberty, as protected by our Constitutional Republic, with Digital Collectivism, as imposed by *"a new social contract"* of technocratic totalitarianism beholden to Communist China. Put another way: *"Unrestricted Warfare"* is merely the continuation of [politics] by other means."

### CCP-CONTROLLED WHO Director-General Tedros:

> [We] will not – we cannot – go back to the way things were. Throughout history, outbreaks and pandemics have changed economies and societies. This one will be no different. In particular, the pandemic has given new impetus to the need to accelerate efforts to respond to **climate change.** The pandemic has given us a glimpse of our world as it could be: cleaner skies and rivers. **Building back better means building back greener**.[156]

For Anthony **Perfidy** Fauci, *"building back better"* **means changing human behavior** with *"restrictions on who you can have in your home, the end of all large events, the end of travel, perhaps an attack on pets, and the effective dismantlement of all cities. Fauci explains:*"[157]

> Living *in greater harmony with nature* **will require changes in human behavior** as well as other radical changes that may take decades to achieve: rebuilding the infrastructures of human existence, from cities to homes to workplaces, to water and sewer systems, to recreational and gatherings venues. In such a transformation *we will need to prioritize changes in those human behaviors* that constitute risks for the emergence of *infectious diseases*. Chief among them are *reducing crowding AT HOME, work, and in public places* as well as minimizing environmental perturbations such as deforestation, intense urbanization, and intensive animal farming.
>
> [...] This realization leads us to suspect that some, and probably very many, of the living improvements achieved over recent centuries come at a high cost that we pay in deadly disease emergencies. Since we cannot return to ancient times, can we at least use lessons from those times *to bend modernity in a safer direction?*[158]

---

[156] *WHO Director-General's opening remarks at the media briefing on COVID-19* - 21 August 2020

[157] *The Totalitarian Ideology of Lockdownism*, By Jeffrey A. Tucker   August 9, 2021

[158] *Emerging Pandemic Diseases: How We Got to COVID-19*, By David M. Morens, Anthony S. Fauci, August 15, 2020; Cf. *Anthony Fauci, the great 'humanist,' sets U.S. sailing on globalist, anti-freedom course*, By  Cheryl K. Chumley, Washington Times, September 5, 2020

Now observe how  Governor  Cuomo *'bends modernity in a safer direction'* by leveraging a fictional obligation to stop a fictional pandemic to **redefine** the American social compact in collectivist terms on behalf of his  **CCP** & neo-Machiavellian globalist benefactors:

> **Governor Cuomo:** A virus in and of itself is not deadly. It's how the body responds to the virus. The human body gets attacked with dozens of viruses on a weekly basis. ***A healthy body*** **[READ: COMMUNIST NATION]** with a healthy immune system ***can manage the virus, can minimize the damage of the virus.*** It's ***the unhealthy body* [READ: AMERICAN NATION]** *that falls prey to the virus, especially this virus.* It preys upon the weak and the ***vulnerable***. ***It's the weak body* [AMERICA]** *that has trouble resolving the virus.*
>
> ***The American body*** is in many ways weak right now. ***The body*** politic ***is weakened.*** How do you defeat this virus? ***We all work together in a unified way to defeat the virus because the virus by its very nature defies resolution by any one person. …We all have to come together.***  ... Because if the virus is thriving anywhere, it will thrive everywhere. … Because if it's increasing in **Georgia** and it's increasing in **Texas** and increasing in **Florida**, guess what? It will be increasing in New York in just a matter of time. That virus – **the way it got on a plane from China and went to Europe and then got on a plane in Europe and flew to the United States**, that virus is going to get on a plane in Texas and fly to New York or get on a plane in Florida and fly in New York. …And New York in-and-of-itself can't handle this.
>
> And ***our American body politic*** is more divided today than it has ever been. We have political differences on COVID. ***How can you have a political difference on the virus?***  If there was one thing in life that you couldn't politicize it would be a virus.   Somehow in this crazy partisan world we've even politicized a virus.  And in many ways our biggest problem right now is that we are in is in a state of denial with this virus. I was saying before that ***we shouldn't be arguing about this.***
>
> [***Holds up the*** hypno-pendulum *keeping us within a collectivist trance—i.e., the surgical mask*] All this says is the virus is a problem. The virus is real, the virus can hurt me and can hurt you and ***the only way for us to handle it is if we do it together. I wear the mask because I respect you.  You wear the mask because you respect me.*** ... This is effective, essential, and easy. And it says ***we're all in this together*** and ***together we can defeat anything.***
>
> I think, mayor, today in this conversation, we'll make great progress on setting up all those government operations but ***the unity*** between Savannah and New York, ***the single mission,*** the fact that ***we are***

> *interconnected and we are inter-related and our destiny is linked to your destiny. That is more powerful than anything else.*
>
> *The only way we beat this virus is when we acknowledge that our fragmentation and our division* [**READ: OUR INDIVIDUAL LIBERTY**] *is one of the main problems we have to resolve.* We will get the government operation running. … But let's not forget, in some ways, *the bigger point.*
>
> *We have to realize that none of us is alone. That we are a community* at the end of the day, *whether we choose to acknowledge it or not. And this nation is always strongest when it is the most unified.* That is *the strong body and the strong immune system— a unified* [**READ: COMMUNIST**] *nation.* And a divided [**READ: FREE AMERICAN**] nation is a *vulnerable* nation. *Vulnerable* to religious differences, racial differences, economic differences, geographic differences. And *vulnerable* to the COVID virus. But that virus is just pointing out that the body was weak. And *we have to strengthen the body.*[159]

Four months later, while demagoguing the *urgent* threat of racial inequality in health care and terrorizing Blacks into getting vaccinated, the Manchurian Governor took a more drastic tone by all but suggesting that our American social compact is a disease and the only prescription is more collectivism.

> **Governor Cuomo:** [The] virus shows us the simple truth. Unless everyone is protected, no one is protected. COVID doesn't discriminate - neither should we. As Dr. King said, *"We are caught in an inescapable network of mutuality, tied in a single garment of destiny," whatever affects one whatever, affects all indirectly affects all indirectly.* COVID was low tide and we saw our ugliness. The truth is, COVID is not the only virus attacking us. We are being attacked by other viruses. COVID weakened our immune system. And when your immune system is weakened, then you get attacked by other viruses. And *that's what happened to America - we're being attacked* by multiple viruses at the same time. **And we must fight them all,** Because racism *is a virus* and sexism *is a virus* and discrimination *is a virus* and injustice *is a virus* and division *is a virus* and distrust *is a virus* and abuse of power *is a virus* and hatred *is a virus* and *our America* is better than this. *Our America* is strong enough to admit her mistakes, and to grow from them. Remember Langston Hughes: *"Our America is the dream that dreamers dreamed let it be that great strong land of love. Oh*

---

[159] Governor Cuomo, Joined by Savannah Mayor Van R. Johnson, Announces New York State to Establish Two Church Testing Sites in Savannah COVID-19 Hotspots, July 20, 2020. Video of quoted portion starts here

*yes, I say it plain.* **America never was America to me and yet I swear this oath America will be.''**[160]

No livelihoods, no schools, no restaurants, no sports, no concerts, no theatre, no handshakes, no holidays, no singing, no religious congregations, no hospital visitations, no weddings, no funerals, no hugs, no faces, no smiles, ***no love***—for no reason other than a bunch of envious, ingrateful, and self-loathing urgency addicts mainlining schadenfreude to ***"bring this isolation about"*** and create *"a unique window of opportunity"* to *"shape the recovery"* and *"build back better"* as a technocratic totalitarian satellite of Communist China. Welcome to the treason. *"Welcome to the party, pal."*

> **Hooper***: That's a twenty footer.*
> **Quint***: Twenty five. Three tons of him.*
> **Brody***: You're gonna need a bigger boat, right?*
> **Quint***: Gotta get to work.*

---

[160] *Governor Cuomo Delivers Remarks on Trump Administration's Vaccination Distribution Plan*

# Dedicated to the Principle of Contradicting Tyranny
## Or
## *"Why Things Work"* in America

The United States is the only nation in history founded upon <u>principle,</u> not mere circumstance of shared geography, ethnicity or race, but principle. More particularly, the United States owes its inception and continued existence as a legitimate sovereign to its <u>dedication to *the principle of contradicting tyranny*</u> as established by the *Declaration of Independence.*

The gist of the *Declaration* is simply this: When the sovereign exercises **tyrannical** power—***like murdering its nursing home residents***—its legitimacy <u>vanishes in a puff of logic.</u>

Just as water is the defining enemy of a boat, so **tyranny** is the defining enemy of America. And just as a boat's dedication to the principle of contradicting water, so to speak, gives it buoyancy, America's **dedication to *the principle of contradicting tyranny*** keeps it afloat as well.

Thus, the *Declaration* is *"a legal instrument, a juristic act of ultimate solemnity, effecting the most fundamental constitutional change, a change in the very source and foundation of law. … <u>It is our one legal document on which all else rests.</u>"*[161] (Note <u>how NY dates its law licenses</u>.) As will be shown, *The Declaration of Independence* is essentially a *Declaration of Covenants and Restrictions Against Tyranny* running with all lands comprising the United States as the condition precedent for the existence and exercise of sovereign power.

---

[161] Charles L. Black, *One Nation Indivisible: Unnamed Human Rights in the States*, 65 St. John's L. Rev. 17, 27 (1991)

# Distinguishing Tyranny From Usurpation

Over the last two centuries, **tyranny's** emotional connotation, i.e. *"cruel and oppressive,"* gradually pushed aside its [legal denotation](#); leaving most Americans ignorant as to the limits of legitimate governmental power.   This means that most Americans, i.e., citizens of the only nation in history founded upon **the principle of contradicting tyranny**, are unfamiliar with the very thing their nation exists to oppose.

Comprehending tyranny as thoroughly as the founders did essentially comes down to parsing this sentence: *"As **usurpation** is the exercise of power, which another hath a right to; so **tyranny** is the exercise of power beyond right, which nobody can have a right to."*[162]  The key to understanding tyranny, therefore, is to distinguish it from usurpation.

## Usurpation

*"**Usurpation** is the exercise of power, which another hath a right to"* is just another way of saying **usurpation** *is the exercise of power over an alienable right.*  By "alienable right," I mean a right you can transfer to someone else.  When you transfer title to your car, you **alienate** your ownership rights to someone else.

## Usurpation Illustrated

To demonstrate **usurpation**, let's say a judge hires a new clerk with such impeccable skills that he's able to clear the docket every morning by 11am; ensuring the judge never misses his 12pm tee-off time every weekday.  One day, the judge's car breaks down.  Deeming himself above the law, the judge takes his clerk's car keys while he's not looking and heads to the garage.  He then clicks the key fob, locates the car he just unlocked, tosses his clubs into the trunk, gets in and heads off to the golf course.

Since the clerk has an *alienable* right in his car, and since the judge exercised power over that alienable right by taking it without the clerk's consent, we say that the judge has committed the act of usurpation.   The judge usurped the car.

## Tyranny

*"**Tyranny** is the exercise of power beyond right, which nobody can have a right to,"* is another way of saying **Tyranny** is the exercise of power over [inalienable rights.](#)

---

[162]John Locke, Second Treatise of Government, §199

For example, your right of self-ownership is **inalienable**. [163]  You can't sell yourself into slavery just as no one could claim you as their slave because NO ONE CAN HAVE THE RIGHT of exercising power over your inalienable right of self-ownership.  Likewise, the government can't **take** your mind as property by redefining it as *"cognitive infrastructure."*  When the government treats the people as its property—e.g., *"shaping the cognitive infrastructure"*—**that is tyranny per se.**

Your right to protection under the laws of the land is also inalienable.  Thus, tyranny occurs when those we entrust with sovereign powers over us exercise those powers in furtherance of satisfying their own personal desires and ambitions, rather than as the law dictates.

> Whenever power is put into some hands for the government of the people, and is then diverted from that purpose and used to subdue the people to the arbitrary commands of those that have the power, then that immediately becomes **tyranny**, whether the power-holders are one or many.[164]

## Tyranny Illustrated

> To illustrate **tyranny**, let's say the judge in our example above conspires with the CIA, FBI, and DOJ to spy on and kidnap his clerk.   Using powers entrusted to them for the purpose of protecting the nation and its people, the FBI/DOJ and CIA analyze raw FISA information on the clerk—containing the most intimate details of his life.  They then exploit their power over this U.S. citizen by conjuring "chance meetings" with him and his small group of friends—exploiting their omniscience to feign providence *("You think that too?  I thought I was the only one!")*—thereby hastening the process of gaining his confidence.   Once they gain the clerk's confidence, they abduct and transport him to a secret location.  Simultaneously, Artificial Intelligence analyzes raw FISA data and synthesizes a plausible explanation for the clerk's permanent disappearance—whereby he is now officially "missing and presumed dead"—and inserts it into the public record to preclude the possibility of anyone ever coming to look for him.   Rich and powerful friends of the judge, eager to test a proto-type brain-implanted-computer-interface, then send a surgeon to implant their device into the clerk's brain—connecting his mind directly to LEXIS and WESTLAW.   After post-op recovery, the FBI deposits the clerk into a 15 foot deep pit installed under the Judge's desk in chambers; with nothing but a computer, printer and a basket connected to a string rising to the top—from which the judge can leer

---

[163] "Though the earth and all inferior creatures be common to all men, yet every man has a "property" in his own "person." *This nobody has any right to but himself*.- John Locke, *2nd Treatise, §26*

[164] Ibid, §201

down at him while petting his gavel and say: *"Now it puts the memorandum in the basket."*

There are two varieties of tyranny here. First, since the exercise of power over an inalienable right is tyranny, the act of treating the clerk as property/slave—i.e., exercising power over his inalienable right of self-ownership—is **tyranny per se**.

The second form of tyranny in the example above is the use of law and sovereign power to commit and mask crime. By weaponizing powers entrusted for the protection of U.S. citizens against them—i.e., by substituting their personal will for rule of law—the Judge, FBI/DOJ and CIA committed tyranny. Put another way, tyranny is the use of powers entrusted through the social compact to commit offense against the very people those powers were entrusted to protect—thus tyranny's nickname: "legal crime," a.k.a. "Lawfare."

## Tyranny is the Most Grievous Form of Treason Possible against the United States

Treason occurs when a person betrays the sovereign charged with protecting the organized society in which he lives. Tyranny occurs when the sovereign betrays the people by withdrawing the protection of rule of law to which their loyalty entitles them. This correlation between the people's duty of allegiance to the sovereign and the sovereign's duty of allegiance to the law of the land is best summed up by the maxim: ***"protection draws allegiance, just as allegiance draws protection."***

Since the law of treason against the United States derives from English statutory law dating back to 1351, this summation of the crime by a modern British scholar proves quite informative:

> The term "treason" is derived from the French *trahir* and the Latin *tradere* meaning "to betray." In the broadest statement of the crime, a person commits treason who betrays the organized society in which he lives. He can be found out in time of peace as well as war. His crime is the gravest known to the law. Although he may not have taken or even threatened a life, upon conviction he will, by way of punishment, lose his own. …
>
> The law of treason is based upon a breach of a duty of allegiance. No social order can properly continue unless the state requires as a matter of law, at all times, from each of its members a loyalty to its fundamental institutions. This loyalty is called a duty of allegiance,

117

and in a breach of that duty the law recognizes the serious social threat by providing that any person who dares so to act must answer to the capital charge of treason. …

…The basis of one's duty of allegiance is that everyone who receives the protection of an organized society owes a return or debt for the benefits received, and this debt is only discharged by observance of allegiance or loyalty to those institutions which give him his protection. This idea of a quid pro quo was the historical approach to the problem. According to Blackstone, the English law from earliest times was that so long as a prince affords protection to his subjects, so long each subject owes a debt of allegiance to the prince. Although this early idea of protection had a feudal colouring, the fundamental meaning has not changed today. ***It means the protection of the laws of the land.*** … [This] protection and duty of allegiance appear as co-relative things, as reciprocal things. In the words of one of our great judges of the past, ***"protection draws allegiance, just as allegiance draws protection."***[165] Accordingly, in the British Empire, those who are placed or place themselves under the protection of the crown owe the crown a duty of allegiance ***as long as that protection continues.***[166]

Under our social compact, Americans leave the state of nature by conferring specifically enumerated powers to the sovereign while accepting a duty of allegiance in exchange for its ***protection under rule of law***. This creates a **fiduciary relationship** between Americans entrusted with the powers of governmental protection and the remainder of citizens dependent upon the loyalty of their protectors.

## The Fiduciary Relationship

Whenever power is entrusted to a person or group for the purpose of performing a function, creating a risk that it will be misused against those entrusting the power, we say that a **fiduciary relationship** exists between those parties.

A fiduciary relationship exists where "there has been a special confidence reposed in one who in equity and good conscience is bound to act in good faith and with due regard to the interests of the one reposing confidence . . . , [and] **'it extends to any possible case in which a fiduciary relationship exists in fact, and in which**

---

[165] Calvin's Case, (1608) 7 Co. Rep. 1a.
[166] *Treason and the Trial of William Joyce*, By: S. C. Biggs, Univ. of Toronto L.J. Vol. 7, No. 1 (1947), pp. 162-195

**there is confidence reposed on one side, and resulting domination and influence on the other.'"** [167]

The primary duty of any fiduciary is the ***duty of undivided loyalty*** to those who entrusted the power. Under our social compact, government officials fulfill their *duty of undivided loyalty* to the nation through their ***undivided loyalty to the rule of law****.* The principle is identical to a trustee's duty of undivided loyalty to the beneficiaries of a trust:

> "A [government official] must exclude all self-interest, as well as all consideration of the welfare of third persons. He is prohibited from placing himself or allowing himself to be placed in a position where interests of his own or of others conflict or may possibly conflict with the interest of [the law]. He cannot have an interest that is against his duty. He must eliminate all adverse interests so he can render a disinterested judgment in [enforcing the law]."[168]

When public fiduciaries use the power, trust, and presumption of good faith inherent in their sovereign office to betray the people reposing confidence in their dominant position over them, it constitutes **tyranny.** Again, as Locke put it:

> Whenever power is put into some hands for the government of the people, and is then diverted from that purpose and used to subdue the people to the arbitrary commands of those that have the power, then that immediately becomes **tyranny**, whether the power-holders are one or many.[169]

Thus, **tyranny** constitutes not the mere *"levying of war against"* the United States, but ***its complete vanquishment***—i.e., the whole of our *"government of laws and not of men"* embezzled by smug and unaccountable bureaucrats consumed by *"an absolute belief in [their] own person and in the exclusive validity of [their] convictions, from which [they derive] the moral strength for [their] absolute lack of scruples."*[170] And thus, James Madison would never have deemed **tyranny** a *"new-fangled and artificial **treason**,"* [171] but the most grievous form of **treason** possible against the United States.

---

[167] *Abbitt v. Gregory*, 160 S.E. 896, 906 (N.C. 1931) (quoting 25 *C.J. Fiduciary* § 9, at 1119 (1921)).

[168] *Basic Principles Underlying Duty of Loyalty,* Earl R. Hoover, 5 Clev. Mar. L. Rev. 7 (1956)

[169] John Locke, *Second Treatise of Government*, §201, Jonathan Bennett, Modern English translation.

[170] Arthur Koestler, *Darkness at Noon, (*New Translation by Philip Boehm), p. 181, (2019)

[171] "As treason may be committed against the United States, the authority of the United States ought to be enabled to punish it. But as new-fangled and artificial treasons, have been the great engines, by which violent factions, the natural offspring of free Governments, have usually wrecked their alternate malignity on each other, the Convention have with great judgment opposed a barrier to this peculiar danger, by inserting a constitutional definition of the

**That** is why Americans are incapable of sacrificing their **ABSOLUTE rights as individuals** to the altar of collectivism; be it in the guise of *"global public health"* or a *"rules-based international order."*   And **That** is why American nationalism is a virtue and those who defend it virtuous; smugnorant opinions of cheese-eating surrender monkeys notwithstanding.

## *Nota Bene:*

### *Abbandonate ogni speranza di purezza, voi conservatori che entrate.*

### *Soprattutto quelli che diffamano le rane.*

*You may find yourself locked down.*
*And you may find yourself socially distanced.*
*And you may find yourself gagged behind a large surgical mask.*
*And you may find yourself in a CCP-controlled country, with a CCP-controlled president.*
*And you may ask yourself "well, how did I get here?"*

*Same as it ever was,* you're suffering from **Ano-Olecranon Agnosia.**   But the one thing historically people need to realize is that in all the history of human stupidity of any type, asymptomatic transmission has never been the driver of outbreaks.   The only way a nationwide outbreak of *Ano-Olecranon Agnosia* could be driven asymptomatically is by Leftist bureaucrats *"jettisoning all the norms and conventions of tennis-court morality"* by levying cognitive warfare against their fellow countrymen to redefine the American social compact in collectivist terms.  **Revolution by Redefinition**.

---

crime, fixing the proof necessary for conviction of it, and restraining the congress, even in punishing it, from extending the consequences of guilt beyond the person of its author."  James Madison, *Federalist, No. 43*

# Revolution by Redefinition

*"In the animal kingdom, the rule is, eat or be eaten;*
*in the human kingdom, define or be defined."*
**--Thomas Szasz**

To **define** is to determine, to control.   As "*war is merely the continuation of politics by other means,*"[172] and words are the principal tool of policy, so **the Leftist** prosecutes revolution by **redefining** the terms and conditions of any given reality to achieve its political ends.[173]

For example, consider the way Governor Cuomo **defined** obedience to his *tyrannical* lockdown, social distancing, and masking mandates (See **Exhibit "A"** attached hereto)  as a matter of apolitical scientific necessity.

> **Governor Cuomo:**  This is not about politics. This is about science. Right? We're fighting a virus. The virus is not a Democratic virus. It's not a Republican virus. It's a virus, and *viruses respond to science*, and science is about facts and about numbers… Just take the politics out of it. Right? Just do it on the facts, and do it on the science. And that's what we're doing in New York.[174]

And yet, when the George Floyd protesters flooded the streets shoulder to shoulder in violation of his sacrosanct COVID directives, he said:

> **Governor Cuomo:**  I share the outrage, and I stand with the protestors.

When asked why he didn't scold them for *'killing grandma'* by *"super spreading"* the *science-responsive virus*—as he shamed the anti-lockdown protesters for *selfishly* demanding their Liberty, Livelihoods, and the protection of children from abuse and suicide—the brazen Leftist Democrat didn't flinch:

> **Governor Cuomo:** No, I think you can protest, but do it smartly and intelligently. . .. There were protests all across the country. Protest. Just be smart about it. With this virus, you can do many things now as long as you're smart about it.  Right?

---

[172] Carl von Clausewitz, *On War*, (1832), Book 1, Chapter 1, Section 24, (1976)
[173] See *Speechless: Controlling Words, Controlling Minds,* By Michael Knowles, 2022
[174] NY Governor Andrew Cuomo May 27, 2020 Press Conference Transcript, https://www.rev.com/blog/transcripts/ny-governor-andrew-cuomo-may-27-press-conference-transcript

*"Who knew [a virus] would so perfectly align with [Leftist Democrat] convenience?"*[175]

This glaring contradiction leaves us with only two alternatives:

> **Alternative #1:** A strictly ***Science-Responsive-Virus*** had suddenly mutated into a hitherto-unknown Leftist-Democrat-accommodating strain of COVID. Although observations of anthropomorphic ***bacteria*** had been commonplace since the late 1970's—when the Crest Team first encountered the Cavity Creeps attacking Toothopolis—the existence of a socially conscious ***virus*** remained speculative at best; until now.…

> **Alternative #2:** **The Leftist redefined** the terms and conditions of reality to suit his political ends.

Through **redefinition**, **the Leftist** hides the truth of his deceit from himself so he's better able to hide it from others. This not only helps him maintain the appearance of sincerity but leads him to listen to his own lies. Thus, ***UNLIKE A LIBERAL,*** **the Leftist lacks the humility, heart, and humanity** to grasp the following:

> **"Above all, don't lie to yourself. The man who lies to himself and listens to his own lie comes to such a pass that he cannot distinguish the truth within him, or around him, and so loses all respect for himself and for others. And having no respect he ceases to love,** and in order to occupy and distract himself without love he gives way to passions and coarse pleasures, and sinks to bestiality in his vices, all from continual lying to other men and to himself."—Fyodor Dostoevsky, *The Brothers Karamazov,* Book II, Ch. 2

# The Leftist

The **Leftist** is *"not some random phenomenon, but the embodiment of a human condition defined by an absolute belief in his own person and in the exclusive validity of his convictions, from which he derives the moral strength for his absolute lack of scruples."*[176] He is consumed by what Immanuel Kant called: *"The Vices of Hatred for Human Beings, Directly Opposed to Love of Them."—i.e., "env*y, *ingratitude, and schadenfreude. In these vices, however, hatred is not open and violent but **secret and veiled**, adding **meanness** to one's neglect of duty to one's neighbor.…"*[177]

---

[175] Justice Neil Gorsuch, concurring, *Roman Catholic Diocese Of Brooklyn V. Andrew Cuomo*, 592 U.S. ___ November 25, 2020

[176] Arthur Koestler, *Darkness at Noon, (*New Translation by Philip Boehm), p. 181, (2019)

[177] *The Metaphysics of Morals,* § 36, Immanuel Kant

Consequently, **the Leftist thrives in darkness**.  If you do see one during the day, it may be because it got forced out of hiding.  In fact, spotting a **Leftist** when the sun is still up is a good indicator that you may have an infestation.[178]

Driven by *envy, ingratitude, and schadenfreude*, the Leftist despises anything strong, good, and successful; e.g., America and Western Civilization—deeming its sadistic masturbatory fantasies of destroying them *"visionary social justice."*  In this way, the Leftist wears its ideology like a pair of really dark sunglasses—shielding itself from the terror of self-honesty and the shame of realizing just how loathsome it is.   And so, the lies it tells itself and others to sustain its fictions bring it to such a pass that it can't distinguish the truth within it or around it and so loses all respect for itself and for others.  And having no respect it ceases to love; as it succumbs to *the siren song of its cartoon ideology*—summarized by Rubashov, the main character in Arthur Koestler's *Darkness at Noon,* thusly:

> Whoever proves right in the end must first be and do wrong.  But it is only after the fact that we learn who was right to begin with.  In the meantime we act on credit, in the hope of being absolved by history.
>
> They say that Number One always keeps a copy of Machiavelli's Prince lying by his bedside.  He's right to do so; since then, nothing of note has been written about the ethics of statesmanship.   We were the first to replace the nineteenth century's liberal ethos of "fair play" with the revolutionary morals of the twentieth century.  And we, too, were right to do so: the idea of a revolution following the rules of a tennis match is absurd.  Politics can be fair when history pauses to catch its breath, but at critical turning points there is no other standard than the old proposition that the ends justify the means. We were the ones who introduced neo-Machiavellianism into this century; the others, the counter-revolutionary dictatorships, offered crude imitations. Our neo-Machiavellianism was on behalf of cosmopolitan reason—that was our greatness; theirs in the name of a limited, nationalistic romanticism—that is their anachronism. Therefore in the end we will be absolved by history, and they will not. …
>
> For the time being, though, we think and act on credit.  And because we have jettisoned all the norms and conventions of tennis-court morality, our only guideline is logic.  We live with the terrible necessity of carrying our thoughts and actions through to their conclusion.  We are sailing without ballast, so that every turn of the wheel is a matter of life and death.[179]

---

[178] See *Animals Without Backbones, An Introduction To The Invertebrates* by Ralph Buchsbaum, Professor of Zoology, The University of Chicago, 1938

[179] Arthur Koestler, *Darkness at Noon, (*New Translation by Philip Boehm), pp. 87-88, (2019)

My mind drifts back to September 1, 2022, when Joe Biden's Leftist Democrat speechwriters *"jettisoned all the norms and conventions of tennis-court morality"* by using Independence Hall—bathed in crimson red light—as a backdrop for ***redefining*** the American Narrative in collectivist terms and declaring war against the Counter-Revolutionaries—i.e. Loyal Americans—standing in their way.

> **JOE BIDEN:** I speak to you tonight from sacred ground in America: Independence Hall in Philadelphia, Pennsylvania. This is where America made its Declaration of Independence to the world more than two centuries ago with an idea, unique among nations, that ***in America***, *we're all created equal.*

Not since Homer Simpson mumbled in his sleep: *"**In America**, first you get de sugar, den you get de power, den you get de women,"* has anyone verbalized a more *ridiculous* summation of this nation's founding principles. That's how the Leftist rolls *"on sacred ground in America."*

Note how Biden's Leftist speech writers *stress* phrases like ***"We the People"*** and ***"equality and democracy"*** to redefine this nation's founding principles in collectivist terms.

> **JOE BIDEN:** This is where we set in motion the most extraordinary experiment of self-government the world has ever known with three simple words: **"We, the People." "We, the People."**
>
> These two documents and the ideas they embody — **equality and democracy** — are the rock upon which this nation is built. But as I stand here tonight, **equality and democracy** are under assault. **We** do ourselves no favor to pretend otherwise.
>
> **We** must never forget: **We, the people**, are the true heirs of the American experiment that began more than two centuries ago.

Wrong. We must never forget, this is the United **States** of America, NOT the United **People** of America. The United States is a republic, not a democracy. Thus, the original draft of the Preamble read: *"We the people of the states of New Hampshire…"* etc. And thus, States cast their votes for President; not *"We the People."*

Furthermore, *"We the People"* are not the true heirs of America because *"the principal aim of [American] society is to protect INDIVIDUALS in the enjoyment of [their] ABSOLUTE rights, which were vested in them by the immutable laws of nature."* Only a **treasonous Leftist Democrat**—but I repeat myself—would dare **redefine** the ***clearly subsequent concerns*** of *society* as superseding **the ABSOLUTE rights of the INDIVIDUAL**.

124

Now, I want to be very clear up front: Not every Democrat, not even the majority of Democrats, are Leftist Democrat. Not all Liberals embrace their extreme ideology. I know, because I'm a politically homeless Dionysian Liberal myself that's been crashing on the Apollonian Right's couch for the past 14 years. And may I say they've been nothing but the most gracious of hosts.

What's a Dionysian Liberal? It depends on the day I'm having, I guess. I'm half-kidding. To paraphrase Ann Coulter: *"[Dionysian Liberals] are what [Leftists] claim to be but aren't: free-thinking and interested in different ideas."* They're outspoken radical restorationists who frame the ultimate question of ontology as: *"Oh, oh, what I want to know is, are you kind?"* Thus, Dionysian Liberals see Counterrevolutionary Conservatives the same way Dudley Moore saw Volvos in the movie *Crazy People*: *"They're boxy, but they're good."*

While crashing at their place, I observed the Conservative/MAGA Republican in its natural habitat—like a show on Discovery Channel. Although I can think like them, try as I might, I can never *be* like them. It's as if they're hardwired for clear thinking and morally centered action, whereas I'm drawn to the same things for the buzz. Clear, objective thinking is like a highland single malt scotch to me, and they make the finest hooch.

Like Aristotle and John Adams before them, the MAGA Republican knows *"liberty and justice"* are impossible without *"a government of laws, not of men."* Thus, the MAGA Republican *always* plays by the rules.

The Leftist, on the other hand, rarely ever plays by the rules; routinely drowning out the Right's scrupulous arguments with fraudulent narratives and false accusations oozing from its histrionic imagination.

**Like this:**

> **JOE BIDEN:** Too much of what's happening in our country today is not normal.
>
> Donald Trump and the MAGA Republicans represent an extremism that threatens the very foundations of our republic.

In the immortal words of David Spade, that was *"Men Without Hats. No 'Safety Dance."* ***"Pure balls."*** Tell us, Joe Biden, exactly how do a bunch of dewy-eyed 'Cinderella mice' in their schmaltzy red Captain America hats *"threaten the very foundations of our republic?"* Truth is the agreement of knowledge with its object, and there's not a scintilla of that to any of your accusations; **you mendacious, disloyal** *'see you next Tuesday.'*

If you're going to falsely accuse loyal Conservative Americans of being lying hypocrites and treasonous frauds—like you and your globalist comrades—the least you can do is *"seek first to understand, then to [mock]."* Taunts without truth are tasteless and offensive; like prison nutraloaf. Truth-laden taunts, however, serve up like ice cream in a wide variety of flavors.

**Like this:**

**TUCKER CARLSON:** According to an in-depth investigation published in the *Tom Tullipso Quarterly*, **Tucker Carlson** (**a.k.a. *"Chatsworth Osborne, Jr."***) is a hypocrite of the highest order. Not for holding himself out as a Deadhead for more than three decades and ***still*** not knowing the words to *China Cat Sunflower*, mind you. I mean, who isn't guilty of that? Rather, while he publicly rails against identity politics and holds himself out as defender of meritocracy, it turns out that FOX hired him for the sole reason that he's the first ever conservative commentator raised by a pack of Springer Spaniels. This newly revealed chapter of his biography would explain his obsession with testicle tanning. And yet, while he may not lick his balls on air, that quizzical head tilt of his suggests his producers trained him to delay self-gratification till commercial breaks. **#Do-not-doubt-me-on-this.**

(**Update 5/15/2023**: Sadly, however, *"a man like [**Deepstate**] got a great empty hole right through the middle of him. He can never kill enough, or steal enough, or [imbibe enough Chinese Communist rooster] to ever fill it."* So, FOX had to kick their dog to the curb. **#DominionKicksDogs**, **#Bollman, #However-minute-or-however-remote.**)

**JESSE KELLY (a.k.a. *"Grape Ape"*)** may hold himself out as a crayon-eating *"anti-communist"* who puts ketchup on his hotdogs and wouldn't know a good offense if he was pissing on it, but he's really *"strong like bull, smart like tractor."* By that, I mean he's a communist infiltrator—recruited by the SVR during the Iraq war (after acing his ASVAB)—hiding in plain sight as a six-foot-eight conservative talk radio host who, and I quote: *"always dreamed of being a spy infiltrating the enemy."* He runs the modern-equivalent of a numbers station out of Houston Texas—using the Frito Bandito song as prelude to all his coded messages back to mother Russia. Even his *"true American"* cheeseburger recipe is communist indoctrination. Recall that George Washington was an isolationist. As such, he would never have tolerated infiltration of his ground beef by foreign elements—like *"chipotle tabasco sauce."* JFK echoed the sentiment when he said: *"Infiltration is strictly for commies."* #Do-not-doubt-me-on-this.

If there was only one word to describe **DANA *"Crazy Eyes"* LOESCH** it would be *"Trickery."* While she claims to be a patriotic Second Amendment Advocate Conservative with a taste for *'Goth meets Liberace'* décor, she's really a deceitful America-hating Leftist adept in the art of subliminal suggestion. For example, adorning a wall in her studio are several semi-automatic long guns with synthetic stocks, suggesting the American tradition of bolt action rifles with wood stocks is anachronistic—like America itself. And since the first rule of gun-handling is: ***"Never point the barrel at anything you're not prepared to destroy,"*** she subliminally conditions her audience to ***DESTROY AMERICA*** by planting an American flag in the end of one of those barrels. *"Trickery! Trickery! Trickery!"* #Do-not-doubt-me-on-this.

In a segment from one of his podcasts now since deleted, *"Three Armies in Australia"* veteran **ANDREW KLAYVYN (Hereinafter: "Uncle Fester")** revealed *"Snoopy Battle Plan 888."* According to **Uncle Fester,** and who are we to doubt him, in another time's forgotten space, Satan's eyes looked from a hitman's face, and accepted The Boss's assignment with a smirk that said: ***"I just want to do something positive."*** And so, **he *sent The Boss's message* to the *backstabbers* of humanity**—who murdered mothers in order t*o lead their children over a cliff* into the abyss of technocratic totalitarianism with a fictional pandemic**—by shooting one of their 'social justice' gods *through the back.*** The hollow-pointed question he spelled out in **John Lennon's** blood for ***Klaus Schwab, the World Economic Forum, United Nations, Xi Jinping, Bill Gates, Anthony Fauci, Andrew Cuomo***, and ***remorseless Leftists* et al.** is a poignant quote from *"The Catcher in The Rye."*

While **BEN SHAPIRO** hates John Lennon, the notorious Orthodox Jewish Nazi has steadfastly denied any involvement in the murder because he identifies as the reincarnation of John Adams—who could never have had his mind set on the ex-Beatle.

Thus, while explaining the ~~theoretical~~ physics underlying the ***December 8, 1980 message job***, i.e., retrocausality, **Uncle Fester** corroborated **Shapiro's** alibi by demonstrating how he's actually a distant cousin of Betelgeuse. According to **Uncle Fester**, and again, who are we to doubt him?, **Shapiro's** soul began its journey into corporeal existence during the filming of *Stalag 17.* While rehearsing the 'mail call' scene, Director Billy Wilder had actor William Pierson practice reciting the name *"Shapiro"* in the most grating tone he could muster. Thus, when Pierson uttered the name *"Shapiro"* three times in a row in that same annoying voice John Adams pestered the delegates of 13 colonies that summer of 1776, he summoned the soul of **BEN SHAPIRO** (**Hereinafter: "Pugsley"**)—

who, if [James Hillman is right](#), took his sweet time choosing his parents and curses us with his presence to this day.  [#Do-not-doubt-me-on-this.](#)

**Pugsley** and his personal butler, **JEREMY BOREING (Hereinafter: "Lurch")** formed a partnership to establish "The Daily Wire"—a retail distributor of [logical razors](#); and now [real ones](#). Their most popular is **Pugsley's** restatement of [Tarzwell's razor](#)—i.e., *"Facts don't care about your feelings."* Their most dangerous, however, is **Pugsley's** restatement of [Hanlon's razor;](#) which he sells as: *'Tyranny and treason, no matter how obvious, must always be excused as "[innocent](#) [mistake](#); because [golly gee, I'd rather live in the fantasy that the people I entrusted with my](#) [country and my life are incapable of such darkness and betrayal."](#)*  You know, [just like John Adams](#) would.  [#Do-not-doubt-me-on-this.](#)

**CANDACE OWENS (Hereinafter: "Morticia")** undertakes funeral arrangements for Leftist credibility.  Witness the Irish wake she arranged for Ted Lieu's integrity [during Congressional testimony in 2019](#).  As a former Liberal herself, **Morticia** knows instinctually how Leftists think, which is why she never bought into the COVID-19 narratives.  She also knows how pop culture can turn even the most principle-centered soul into a  [Pavlovian](#) racist who associates black people with all the best comfort foods—like grape soda and  [macaroni & cheese](#).  [#Do-not-doubt-me-on-this.](#)

**MATT WALSH (Hereinafter: "[Cousin Itt](#)")** has a thing for ladies' shirts and tops.  He's particularly fond of polka dots.  When his daughter asked why he wore *"Mommy's blouses,"* he said,

> *"This isn't a lady's blouse, it's **<u>a gentleman's blouse.</u>**"*
> *"But Mommy said only women wear blouses,"* she said.

Thus, was born the idea for **Cousin Itt's** film: *What is a Woman?*  The fact that he would travel all the way to Africa seeking validation for his *"gentleman's blouse"* fetish under the guise of making a documentary tells you all you need to know about **Cousin Itt.** [#Do-not-doubt](#)**—**[me-on-this.](#)

While **MICHAEL [KNOWLES](#)** (**Hereinafter:** "[Gomez](#)") may claim to be a *"truth and justice"* conservative drawn to the Catholic faith by the ontological argument for the existence of God, he's actually a Godless frog-defaming Leftist.  For just as we know from Kant that existence is the condition precedent for all possible predicates within the universe, so too we know from Saint Anselm that *"but for the frogs, Moses and the Jews never had a chance."*  And since no true Catholic—much less [Scotsman](#)—would ever smear [the true heroes of Exodus](#) as *"conspiracy theorists"* by associating them with Alex Jones, we must conclude that **<u>Gomez</u> is a Godless frog-defaming Leftist**. [QED](#)  [#Do-not-doubt-me-on-this.](#)

**SEN. TED CRUZ (Hereinafter: Grandpa Munster)** ~~has~~ had a podcast with **"Gomez."** Therefore, by transitive/crossover property of the *Munsters* Meet *The Adams Family*, Grandpa Munster is a Godless frog-defaming Leftist.   #Do-not-doubt-me-on-this.

**SEN. JOSH HAWLEY & SEN. TOM COTTON:**  Is it me, or do the two of them remind anyone else of the farm hands who become Scarecrow and Tin Man in *The Wizard of Oz?* #Do-not-doubt--me-on-this.

**RAYMOND ARROYO & LAURA INGRAHAM:**    Just as Van Halen used to stipulate in their contracts that there be no brown M&M's backstage, **RAYMOND ARROYO** insists that the greenroom at the Ingraham Angle be stocked with Plain, Peanut and Voodoo.  Thus, all those rumors you've heard about **LAURA INGRAHAM** sacrificing chickens to the Caribbean god of wisdom and elocution in exchange for a perfectly drafted *Angle* segment every night are not true.  No animals are harmed in the production of the *Ingraham Angle,* so long as Arroyo gets his Voodoo M&M's.  #Do-not-doubt-**me-**on-this.

According to his latest memoir, *The Gift of Failure*, **DAN BONGINO** (**Alias "Ant Hill Harry," Alias "Baby-Face Finster"**) began his life of crime tagging-up all over Queens with his brother.  One day, while huffing his graffiti paint, Finster overheard on a radio the song lyric: *"Somebody robbed the Glendale train, this morning at half past nine."*  Since he's from Glendale, Finster lowered the bag from his paint covered face and said: *"If anyone's going to rob my train, it should be me."*  Later that day, while driving past the Selden batting range on Route 25, he had an epiphany: ***"Quantitative easing!"***  Instead of robbing trains in Glendale, he could rob the Selden batting range by selling counterfeit tokens.  And so, for the next five years, Finster sold his funny batting range money out of the trunk of his car in the Taco Bell parking lot across the street.  When Secret Service in Melville finally caught up with him, they were so impressed with his work, they offered him a job ala *Catch Me If You Can.*    Incapable of resisting his urge to *"play with the dirty money,"* Finster accepted the offer and eventually talked his way into a job protecting the President of the United States.  His penchant for bullshitting currently earns him a living in the world of podcasting.   #Do-not-doubt-me-on-this.

*"JONATHAN TURLEY"* is clearly not the man he claims to be.  Recall his shameless use of *argumentum ad canem* (appeal to dog) during House impeachment hearings.

> **Turley:** *"I get it. You're mad. The president's mad. My
> Republican friends are mad. My Democratic friends are mad. My*

*wife is mad. My kids are mad. Even my dog seems mad — and Luna is a Goldendoodle and they don't get mad," he continued.*[180]

So, why would a distinguished professor of Torts, Criminal Procedure, and Constitutional Law build his legal analysis around such a cartoonish appeal to dogs?  The answer may, or may not, surprise you.  (N.B., *I know Turley's a Democrat, but we can't go on lying to ourselves about his true identity.)* #Do-not-doubt-me-on-this.

**VICTOR DAVIS HANSON (Hereinafter: VDH)** also isn't who he appears to be.  Ever wonder if he wrote the lyrics to a Frank Zappa song?  Ever wonder why a *"farmer"* like him knows so much about the holes in the primary radar coverage of our southern border?  The answers may, or may not, surprise you.  #Do-not-doubt-me-on-this.

**SEN. RAND PAUL:**  Just as all Europeans trace their roots back to Charlamagne, all Kentuckians trace their roots back to Colonel Sanders.  Thus, the reason everyone on Capitol Hill calls Senator Rand Paul *"The Colonel."*  So, in case you were wondering where Rep. Steve Cohen got that bucket of "*Kentucky Fried Chicken,"* now you know.  #Do-not-doubt-me-on-this.

**RIDDLE ME THIS:**  If the most honorable man alive, **GLENN GREENWALD (Hereinafter: Jiminy Cricket**), was invited onto *The Magilla Gorilla Show*—starring **GREG GUTFELD (Hereinafter: "Mr. Peebles")**, **KAT TIMPF (Hereinafter: "Ogee")**, and **GEORGE "TYRUS" MURDOCH (Hereinafter: "Magilla"),** and you tack on the GINORMOUS TALKING HEAD of **BUCK SEXTON (Hereinafter "H.R. Pufnstuff ")**, then… who's driving the bus? (*I know, Glenn Greenwald's a liberal, but people have got to know whether or not he's Jiminy Cricket.  Well sir, he is in fact Pinocchio's conscience; and he's earned every accolade we've got.)* #Do-not-doubt-me-on-this.

**MEGYN KELLY:** Since talking about black face is far more insidious than actually wearing it—see Jimmy Kimmel, Joy Behar, Justin Trudeau, and immaculate progressives et al.—then would her proclivity for "wrong-think" make her the bus driver?   #Do-not-doubt**--**me-on-this**.**

**SEAN HANNITY (Hereinafter "***Interrupting Cow*")** barely even attempts to hide his role as controlled opposition.  For example, during the Russia Collusion Hoax, whenever he had Devin Nunes on his radio show, he'd talk over him for the whole segment; only to apologize for being out of time and promising to have him on again.  FFS!  Moreover, he says he has *"faith in the American*

---

[180] *Law expert Jonathan Turley: We're all mad — but that's not a good enough reason for impeachment*

*people; the people who get up, work hard, play by the rules, obey the laws, raise their kids, go to church. Those are the people who will ultimately save the country from itself,"* he says. Which is to say, he has no faith in Bob Stone. And he doesn't even know me. (*Sniff, sniff, wipe tear from eye, etc.*) I'll show him. #Do-not-doubt--me-on-this.

**MARK LEVIN** may be known as *"The Great One,"* but when he claims, *"Russia annexed Crimea,"* he's actually *"The Great Moron." **That's right, I said it!*** The fact that most other conservative Republicans agree with him is no defense. This is the guy who figured out that the Obama administration was spying on Donald Trump. So how does he not realize that the same criminals and propagandists who lied about Russia to defraud the FISA Court have been running Information Operations (IO's) out of Ukraine against the United States to keep us ignorant of Putin defending Eastern Ukrainians from the genocidal Nazis Victoria Nuland and Joe Biden installed to power with their 2014 coup? My father used to tell me: *"Bobby, I love you dearly, but you talk like a man with a paper asshole."* I'm still not sure what he meant, but it seemed fitting to mention here. #Do-not-doubt-me-on-this.

So, you see, Dionysian Liberals taunt because they love. Which is why we ***despise*** soulless Leftists killing everyone's buzz with dehumanizing lies like this:

> **JOE BIDEN:** [MAGA Republicans] fan the flames of political violence that are a threat to our personal rights, to the pursuit of justice, to the rule of law, to the very *soul* of this country.

*"Pretty sneaky sis."* Those naïve MAGA Republicans actually think you're just gaslighting them about your *"fiery, but mostly peaceful"* riots. The sadistic thrill you Leftists must get from mind-raping MAGA Republicans into submission through cognitive warfare targeting *"the very soul of this country" you ingrates despise* must be exquisite. That's quite the kink, in a Dr. Lecter feeding Paul Krendler his own brain in the film *Hannibal* kind of way.

Truth be told, Dionysian Liberals can be equally sadistic. However, unlike your 'Dr. Lecter fetish,' we've got this 'Edmond Dantes fixation' on *"[wishing] to be Providence himself, [feeling] the most beautiful, noblest, most sublime thing in the world, is to recompense and punish."* And since revenge is a dish best served cold, ***twisting the knife into the same smug & sanctimonious backstabbers who mind-raped my mother on her 58th birthday is just my game.***

***As hatred turns to conviction in purpose***, the question arises: ***How do you hurt a Leftist?***  How do you hurt a creature impervious to facts, truth, and reality?    Let's try the Jungian route.

If the Leftist is my shadow, then *'owning my own shadow'* would require nothing less than owning the psychopath within me that sees human beings as faceless and anonymous social units to isolate, atomize, censor, propagandize, trace, track, and cull by injecting them with untested gene-editing pharmaceuticals—possessing them in body, mind, and soul within my panopticonic biosecurity police state.  Sounds terrifying.

> Brer [Dionysian Liberal's pupils] got very large. *"Oh please Brer [Leftist], whatever you do, please don't throw me into the [dark side of my psyche]."*

Now, if I was a treasonous insect that kept my vices for hatred of human beings ***"secret and veiled,"*** how would I disguise my chitinous malignity?  Surely, no Leftist ever demagogued the unpublishable feelings of collective envy and ingratitude while looking like a cockroach doing it.  I'll need to look *"charitable,"* and *"just."*  Hmm.  So, how could I camouflage envy and ingratitude as something *"charitable"* and *"just?"*  Hey, I know.  What if I disguise them as… wait for it… ***"social justice?"***  That's it!  That way, I can con my followers into believing that the more just a society is, the more *"Diversity, Inclusivity and Equity"(DIE)* it has; *defined however we want in the moment*.  And the sweetest plum of all, by defining everything in terms of *"social justice,"* we'd lay claim to the privilege of infallibility; making all our desired ends immaculate and thus any means of achieving them justified.  College students seeking validation of their Peter Pan desire to remain within the bubble of their coddled childhood—pristine and superior to all, entitled to everything and accountable to no one—would find us irresistible.  I'd fill them with such intense feelings of rectitude, they'd become immune to facts, truth, and reality—like coke addicts on a binge, *(sniff, sniff; lick numb teeth, etc.).*  In fact, we'd all be so coked to the gills on our sanctimony, we'd be unstoppable; unless the State ran out of money, or God forbid…
Scooby Doo and the gang showed up to rip off my mask and reveal me for the conniving narcissistic cockroach I am.  Those meddling kids.

> *All hail the American night!*
> *What was that?*
> *I don't know*
> *Sounds like…*

… a *"drunken buffoon posing as a poet"* in the dark night of my American soul.  Hmm.  *I don't know what's going to happen, man, but I wanna have my kicks before the whole shit house goes up in flames.*   Do continue Jim.

*When the true king's murderers*
*Are allowed to roam free*

My hatred of Leftists who hold themselves out as victims to get away with murder knows no bounds.   'Sadistically poetic justice' is my *American Prayer*.  How can I rip their hearts out, Jim?

*Lying on stained, wretched sheets with a bleeding virgin*
*We could plan a murder*
*Or start a religion.*

And there it is.  The answer to my *American Prayer*.  Murder the Leftist's religion.

*"It's a hell of a thing **killing ['social justice'].***
***You take away all [a Leftist's] got,***
*and all he's ever gonna have."*

But how do you kill social justice?  Neutrinos?  Hey, what if I showed my fellow Liberals how the cleverly disguised insects amongst them—i.e. **Leftists—**executed a worldwide campaign of mass senicide to defraud *"the human family"* into believing a severe seasonal influenza was as lethal as the Black Death?   What if I showed them how ***"Team Empathy" murdered tens of thousands of mothers*** to **shame** the world into isolation, loneliness, and financial ruin to create *"a unique window of opportunity"* to *"shape the recovery"* and *"build back better"* to a *"new normal"* of technocratic totalitarianism?

Who am I kidding?  I mean, the idea of a **CCP**-owned Whitehouse treasonably conspiring with such **CCP**-worshipping federal agencies as CISA, CDC, FDA, and the FBI/DOJ to *"pressure"* Big Tech & a *"Trusted News Initiative"* to *"shape the cognitive infrastructure"* on behalf of the CCP and neo-Machiavellian globalists (Read: World Economic Forum) subverting the United States government and ***[jabbing] the U.S. Military in the back*** with a demonstrably lethal *gene-editing "vaccine"* ***THAT*** ***THE*** ***CCP  MADE  SURE*** ***NO ONE IN CHINA*** ***RECEIVED***—***to insure no resistance*** as they *"shape the recovery"* and *"build back better"* as a technocratic totalitarian satellite of **Communist China** sounds as laughable as the run-on sentence describing it.  They'd never believe the FBI/DOJ would let that happen.

Then again, they won't be laughing once they see the **elephant** that James Baker hid within **Footnote 8** of the Carter Page FISA Warrant Application. One look at **that elephant** and they'll see how such an irredeemably corrupt and ***treasonous*** FBI/DOJ would allow their Leftist Democrat comrades to murder tens of thousands of nursing home residents in furtherance of delivering the United States into the hands of its enemies and their *"social justice"* mother ship— the United Nations.

No, wait. *We need a more permanent solution to our problem.* What then to do about *this social justice? How do I deal with the hypocrisy kings? Where do I start with a cult that is bigger, than Ron was when Ron did his Scientology thing? Fools, they have no perception, a technofascist future is frighteningly nigh. I must crush it completely. So like Jim suggested, social justice must die. For the sake of the nation….* That's it!

*"For the sake of the nation,"* I could show how **DEDUCTIVE**—*sans counterfactual premises*—**PROOF OF MASS DEMOCIDE** in furtherance of locking down, masking up, and socially distancing the people into isolation, loneliness, and financial ruin in order to *"shape the recovery"* and *"build back better"* renders the United States an illegitimate dominion as a matter of logic. This, in turn, would render sovereign title to all lands comprising said United States unclaimed freight. And since *'what belongs to no one becomes by natural reason the property of the first taker,'* United States **sovereign title affirmatively abandoned through tyranny is ripe for claiming by discovery,** like a fumbled football, which I can lateral to the Judge Advocates General—duly vetted for CCP influence by the Combat Division and ***not the Garrison***—of the U.S. Military so they're free to kick ass and take names.

And because *all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to rightly inquire, 'How does fuck you sound?',* I could bring forth a new nation dedicated to the proposition of contradicting globalist **tyranny.**

Even better, I could invite all those MAGA Republicans and my fellow Liberals to … wait for it… ***colonize*** the land they occupy on behalf of the new nation; in the ***Spirit of 76.*** In fact, I could name the country: **"House of Stone 76."** It would be an 'inertial [nation] of reference' and 'system restore point,' so to speak, designed to restore America to its default settings by enforcing its founding principle—**contradicting tyranny.** That way, all those *globalist-infiltrated-**member-states*** of the United Nations conspiring to subvert human liberty via their *"Great Reset Initiative"*

would be incapable of denying **House of Stone 76's** sovereignty without contradicting the very principles of international law to which they owe their own existence.

But *what's really going to bake everyone's noodle later on* is realizing how **House of Stone 76** would be legally entitled and morally obligated to invite everyone in the ~~world~~ universe oppressed by the *"build back better"* conspiracy—like those Dutch and German farmers for instance—to colonize under its flag as well; forming a global commonwealth dedicated to the proposition of restoring legitimate government *all over the world.*

*"This is a revolution of the mind."*

Alrighty then, if history is any guide, I suppose **House of Stone 76** will need a *Declaration* of its own.  Coming right up.

# *THE DECLARATION OF HOUSE OF STONE 76, SUPPORTING MEMORANDUM OF LAW, MARGINALIA, AND OTHER PICTURE POSTCARDS*

*"As far as we can discern, the sole purpose of human existence is to [kindle a light in the darkness of mere being](#)."*

—C.G. Jung, *Memories, Dreams, Reflections*

*"If a thing like this is worth doing at all, it's worth doing right."*

—Hunter S. Thompson, *Fear & Loathing in Las Vegas*

# THE DECLARATION OF HOUSE OF STONE 76

When in the Course of human events, it becomes optional for an American to claim all sovereign title formerly held by his Government, and deliver said unclaimed freight to the Judge Advocates General—duly vetted for CCP influence by the Combat Division and ***not the Garrison***—of the U.S. Military originally charged with its protection, a decent respect for the covenant with our Creator—being the condition precedent for United States sovereignty—requires that he should declare the causes leading to the claim and constrains him to conclude that man has not evolved an inch from the slime that spawned him.

These truths were once self-evident; back when students were taught civics rather than social studies; before they were indoctrinated with disgust for traditional safeguards against tyranny—Family, Creator and our Social Compact.    While all men are created equal[181], they are individually endowed by their Creator with certain unalienable Rights, That among these are Life, Liberty, and that which makes the Pursuit of Happiness possible—the inalienable right of self-ownership with all its attendant duties of virtue.[182] — That to secure these rights, mankind leaves the state of nature to establish government by consent by ceding certain alienable rights conferring specifically enumerated powers through a constitution adorning and preserving a social compact.   That the *Declaration of Independence* is our social compact; it is "a *legal instrument,* a *juristic act* of ultimate solemnity, effecting the most fundamental constitutional change, a change in the very source and foundation of law. … It is our one legal document on which all else rests."[183]  It forms a Real Covenant against Tyranny as the condition precedent for the existence and exercise of sovereign power.  — That whenever those entrusted with the powers of Government become destructive of these ends, they effectuate the abandonment of all legitimate claim to sovereign title under the compact, leaving it as *res derelictae* until justice is restored through the investigation and punishment of those responsible for the treason. Prudence, indeed, will dictate that Governments long established should not be reset for light and transient causes; and accordingly, all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by restoring the forms to which they were accustomed.  But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute and technologically perfected Despotism, it is not to be wondered, that they should then rouze themselves, and endeavour to put the rule into such hands which may restore to them the ends for which their government was at first erected.  Such has been the patient sufferance of loyal Americans, and such is now the necessity which constrains the undersigned to challenge the honor of the United States Navy, Army, Air Force and Coast Guard in keeping their oath to defend this nation against its defining enemy. The history of the Leftist Democrats, CCP-captured-Deep State, Neo-Machiavellian globalists and their NATO mercenaries is a history of repeated injuries, usurpations and Judas goat betrayals—*"jettisoning all the norms and conventions of tennis-court morality"*—having in direct object the establishment of an absolute Technocratic Tyranny over the people of the United States.  To prove this, let Facts be submitted to a candid world.

---

[181] ***"You must be this tall to ride."***  If you think the phrase "all men are created equal" is not a statement of *a priori* principle—that "the ground of obligation here [must be sought] in the nature of *man*, [or] the circumstances of the world in which man is placed,"—then you're too immature to continue reading.  Grow up.

[182] For an explication of "duties of virtue", see *The Metaphysics of Morals,* by Immanuel Kant

[183] Charles L. Black, *One Nation Indivisible: Unnamed Human Rights in the States*, 65 St. John's L. Rev. 17, 27 (1991)

*"Remember, remember, the [9th of December]…"*

# *Bush v. Gore*: The Stay of December 9th

Do you remember December 9, 2000?   Remember when five unelected Supreme Court Justices took the presidential election away from all 50 states, despite the 12th Amendment, and held the country hostage for three days?   Remember how ALL NINE Justices violated their Article VI oath of loyalty by directing the fate of the nation with a ruling *"limited to the present circumstances"* in lieu of dismissing the case on principle?[184]   Remember the Court dispensing with the concept of *promoting "the evenhanded, predictable, and consistent development of legal principles"* **for just this one case?**

For three days the Supreme Court wielded tyrannical power through a separation of powers violation at the highest apex possible under Article III.   In fact, if you took the Stay of December 9th and held Scalia's concurrence up to your ear, you could almost hear snickering. The Supreme Court Justice most acutely aware of how *"the principle of separation of powers [is] the absolutely central guarantee of a just government"*—who built his reputation on his strict adherence to that principle—ignored it completely **for just this one case.**

At the time, I thought I had witnessed the greatest act of betrayal since Benedict Arnold. In retrospect, it was petty tyranny at best.  Why?  Because Congress always had the power and obligation to sort things out for themselves under the 12th Amendment while telling SCOTUS to shove it up their *Ex parte McCardle*.  Gore's concession, while noble, precluded the possibility of resolving the dispute under the 12th Amendment as the constitution provides.

Law is not a search for truth; it's a search for truthful process.  Legally speaking, the winner of the election was completely irrelevant.  While resolution under the 12th Amendment may have been discomfiting, it would have been truthful process; it would have been lawful.

Just as people say they remember where they were when Kennedy was shot, I will never forget the Stay of December 9th.   For me, it remains the Zapruder film of the moment SCOTUS shot this nation in the head.[185]   And yet, it's nothing compared to how the Leftist-Democrat-controlled FBI/DOJ now considers treason a usage of trade.  Or, as Jeannie C. Riley would say…

---

[184] *"For all of the discussion about [Bush v. Gore], no one seemed to pay much attention to whether the Court properly had the legal authority to hear the case."* ***Bush v. Gore Was Not Justiciable***, **Erwin Chemerinsky, 76 Notre Dame L. Rev. 1093, 1094**

[185] *I just noticed it's November 22nd as I write this.*

*"I want to tell you all a story 'bout"*...

# A Rachel Maddow Show
# In A Parallel Universe

**KENT JONES:** Today's Ask Dr. Maddow question comes via email from Earl Dempster and his lazy Rhodesian Ridgeback 'Lucas'.

> Dear Dr. Maddow,
>
> Do you ever long for the days of your 5am show on Air America?   Remember? You, Kent Jones, and the monkey?   Hard to believe there was a time I used to get up at 4:45am just to tune my Real Player 8 to your show and record it while I got the rest of my REM sleep, so I'd have it before the podcast was posted.  Do you ever wish you could travel back to those innocent days when the idea of *treasonably conspiring with current and former FBI/DOJ & CIA officials to oust the legally elected president* was something you'd expect from ***"the soft white underbelly of the right-wing scheme machine?"***    And what do you hear from Glenn Greenwald these days; or can't you hear him anymore?

**RACHEL MADDOW:** Well Earl, I don't know about the Rachel in your universe, but in this universe, Glenn and I are working on a mini-documentary about his foundation called HOPE—a shelter where homeless dogs are taken care of by homeless people – providing them with decent, stable work.   Check out their web page; make a donation; it's a great cause.

**RACHEL MADDOW:**  Okay, time now for *Underbelly*.   Now, every day here at *The Rachel Maddow Show, Parallel Universe Edition*, we poke a sharp stick at the soft, white underbelly of the Leftist kaleidoscope of fraud, giving you a little peek at *the Leftist playbook for "fundamentally transforming" the United States into a technocratic totalitarian satellite of Communist China.*

**RACHEL MADDOW:** We begin with **the Leftist's prime directive**, as posted to Facebook by Democrat Operative and Ukrainian Intelligence asset **Alexandra Chalupa**, in the wee hours just after Hillary Clinton lost the 2016 election.

> *"Accuse the other side of doing what you're doing so that you can't be accused of doing it."*

**RACHEL MADDOW:** And *"to create confusion,"* as Goebbels put it.  And that's exactly what Joe Biden did when he said:

> **JOE BIDEN:** MAGA Republicans do not respect the Constitution.  They do not believe in the rule of law.  They do not recognize the will of the people.  They refuse to accept the results of a free election.  …
>
> We've seen election officials, poll workers — many of them volunteers of both parties — subjected to intimidation and death threats.
> **And — can you believe it? — FBI agents just doing their job as directed,** facing threats to their own lives from their own fellow citizens.

**RACHEL MADDOW:** Delivering the MAGA Republicans' reply to the Manchurian President is our special guest: The Ghost of Vincent Bugliosi.   Some of you may be too young to remember *Bush v. Gore*, but a couple of months after that abomination, Mr. Bugliosi published a beautiful essay titled *None Dare Call It Treason,* expressing the betrayal felt by many, especially in the legal profession.    Mr. Bugliosi has extensive experience prosecuting psychopaths on the Left, such as Charles Manson, and excoriating psychopaths on the Right—such as Antonin Scalia & cadre for installing an '*evil organ grinder* and *his monkey*' to the office of President of the United States.  So now, without any further ado, coming to you from ARROYO's HOUSE OF VOODOO, here he is, Mr. *Helter Skelter* himself, **The Ghost of Vincent Bugliosi**.

## The Ghost of Vincent Bugliosi:

On June 9th, 2023, Special Counsel Jack Smith unsealed a 37-count indictment against Donald J. Trump; charging him with "felony violations of our national security laws" and "participating in a conspiracy to obstruct justice."   He went on to say, with a straight face no less:

> Our laws that protect national defense information are critical to the safety and security of the United States and they must be enforced. Violations of those laws put our country at risk.
>
> **Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

**BUGLIOSI:**  Ladies and gentlemen, Jack Smith should hasten himself back to Oneonta, order up a slice of Tino's Cold-Cheese Pizza, and ask himself how he "*Got Derailed at the Depot."* After all, there's no *"heaven waiting down on the tracks"* for **shameless truth pimps posing as**

**prosecutors**—**gaslighting the people** with the trappings of law and justice so as to drown them with the very plank by which they hope to be saved.

Allow me to demonstrate just how full of Schiff Jack is.

Prior to and following the 2016 presidential election, top officials in the FBI/DOJ, CIA, State Department, Obama Whitehouse, and *Fourth Branch of Govt. et al.* engaged in the treasonable design of being knowing surrogates for Hillary Clinton and the Democratic Party instead of impartial officers of the law.[186]

If you doubt this, try imagining Clinton and Trump's roles being reversed and ask yourself if you can conceive of them being treated equally.

- Can you imagine FBI Director Comey exonerating Donald Trump of **mishandling, theft, and destruction of TOP SECRET classified government records** by effectively rewriting the U.S. criminal code to require proof of Trump's motive?

- Can you imagine Comey concluding that Russia hacked the servers of the Republican National Committee based solely on a draft report prepared for and redacted by Trump's lawyers as part of a *"public relations strategy"* for his presidential campaign?

- Can you imagine Trump-supporting FBI Counterintelligence and CIA operatives luring one of Hillary Clinton's campaign advisors abroad to entrap him as an agent of a hostile foreign power as a pretext for obtaining a FISA warrant to surveil her presidential campaign while **coordinating leaks of TOP SECRET classified information to the press** for the purpose of FRAUDULENTLY suggesting he was an agent of Russia?

- Can you imagine the FBI maintaining a workspace within the law firm of the Republican party and giving RNC opposition research firms **access to TOP SECRET classified information within the NSA's FISA database;** enabling them to fabricate a fictional intelligence dossier suggesting Hillary Clinton's treasonous collusion with Russia?

---

[186] "The incumbent Democratic administration of President Barack Obama put the awesome powers of the United States government's law-enforcement and intelligence apparatus in the service of the Hillary Rodham Clinton presidential campaign, the Democratic party, and the progressive Beltway establishment. This scheme had two parts: Plan A, the objective; and Plan B, a fail-safe strategy in case Plan A imploded…. Plan A was to get Mrs. Clinton elected president of the United States. This required exonerating her, at least ostensibly, from well-founded allegations that were both felonious and politically disqualifying. Plan B was the insurance policy: An investigation that Donald Trump, in the highly unlikely event he were elected, would be powerless to shut down. An investigation that would simultaneously monitor and taint him. An investigation that internalized Clinton campaign–generated opposition research, limning Trump and his campaign as complicit in Russian espionage. An investigation that would hunt for a crime under the guise of counterintelligence, build an impeachment case under the guise of hunting for a crime, and seek to make Trump un-re-electable under the guise of building an impeachment case." *Ball of Collusion: The Plot to Rig an Election and Destroy a Presidency*, by Andrew C. McCarthy

- Can you imagine a self-confessed Clinton-hating CIA Director[187] lending credence to that smear dossier  by making it the cornerstone of an *"interagency working group"* he established to create the appearance of *"Russian influence"* in the Clinton campaign?[188]

- Can you imagine Trump-supporting-Directors of the FBI, CIA and National Intelligence fraudulently altering the nation's defense posture and vastly increasing the risk of nuclear war[189] by ordaining Trump's $410,000 PR fraud and supplemental smear dossier as official evidence of  Russia's *"massive attack on the American election system"* [190] to justify a counterintelligence investigation of Hillary Clinton?

- Can you imagine one of Trump's lawyers hand delivering to FBI General Counsel, James Baker, bogus computer forensics fabricated to suggest *"a surreptitious channel of communication"* between Hillary Clinton and "Putin's bank" while simultaneously **leaking it to the press?**

- Can you imagine a Trump-supporting National Security Adviser,  U.S. Ambassador to the U.N., Deputy Attorney General, CIA Director and Director of National Intelligence unmasking ***"FISA-acquired U.S. person information disseminated in intelligence reports"*** for an unprecedented number of names of *"incidentally surveilled"* Americans **for the sole purpose of strategically LEAKING THAT CLASSIFIED INFORMATION TO THE PRESS** to undermine the public's trust in president-elect Clinton's administration?

- Can you imagine the FBI/DOJ setting a perjury trap for Hillary Clinton's National Security Advisor to derail his effort to root out corruption in the intelligence community by prosecuting him for giving conflicting answers to questions as innocuous as: *"What did you have for breakfast today?"*   (***"Wrong!  You had Special K with Banana."***)

- Can you imagine a conflicted Deputy Attorney General appointing an equally conflicted Special Counsel and granting him secretive and virtually unlimited powers to search for evidence of an alleged *"influence campaign"* over the 2016 election by probing Hillary Clinton supporting Democrats for unalleged crimes[191]  based on non-existent evidence[192] within the context of **a limitless and illegal counterintelligence investigation?**[193]

- Finally, can you imagine *anything* more hilarious than Jack Smith's expressionless face when he said: *"We have one set of laws in this country, and they apply to everyone?"*

---

[187] *Brennan and the 2016 Spy Scandal: Obama's CIA director acknowledges egging on the FBI's probe of Trump and Russia.* By Kimberley A. Strassel, July 19, 2018

[188] *Red Thread -- A Search for Ideological Drivers,* Inside the Anti-Trump Conspiracy, By Diana West, Ch. 2

[189] See also *'Russiagate' Allegations Continue to Escalate the Danger of War With Russia*, By Stephen F. Cohen April 18, 2018; See also *War with Russia: From Putin & Ukraine to Trump & Russiagate*, by Stephen F. Cohen

[190] House Intelligence Committee, Interview of Glenn Simpson, November 14, 2017, p. 79

[191] *Mr. Rosenstein, What Is the Crime?,* By Andrew C. McCarthy, September 8, 2018

[192] *Lisa Page bombshell: FBI couldn't prove Trump-Russia collusion before Mueller appointment*, By John Solomon, The Hill, 9/16/2018

[193] *Rosenstein guided by politics, not a pursuit of justice,* By Andrew C. McCarthy, The Hill, 09/25/18

**BUGLIOSI:** If you can, then I suppose you can also imagine seeing a man jumping away from his own shadow; Frenchmen no longer drinking wine.

In a nation that prides itself on truth and justice, instead of the FBI/DOJ doing everything within their power to perform their constitutional duty of enforcing the law in a neutral and detached manner, they did the precise opposite by grasping, stretching, and searching mightily for a way, any way at all, to exonerate Hillary Clinton of disqualifying felonies—while spying on and sabotaging her opponent, Donald Trump.

To be clear, they diverted their powers under color of law to *"subdue the people to their arbitrary and irregular commands"*[194] by wrongfully exonerating one presidential candidate of federal crimes while attempting to frame the opposing candidate with the very crimes they themselves committed. This not only elevates audacity to symphonic and operatic levels, but forms the modus operandi of the treasonous bureaucrats who attempted to affect the outcome of a presidential election, and thereafter sought to overturn it through subsequent mutinous measures calculated to remove a legally elected president.

Sometimes the body politic is lulled into thinking along unreasoned lines. The conventional wisdom seems to be that, at worst, certain officials merely tainted the credibility of the FBI/DOJ and other Executive agencies. What these critics fail to realize is the inappropriateness of their tepid position vis-à-vis what these people actually did. *You mean you can use the national defense powers to run a domestic surveillance program targeting your political opposition? And you can give your party's opposition research firms access to raw FISA information to create and stockpile blackmail dossiers on members of the opposing party to silently coerce them into compliance or early retirement whenever politically expedient? And you can weaponize the FBI/DOJ to ensure your party's presidential candidate is exonerated for her felonious conduct and cover up her quid pro quo collusion with a variety of foreign and domestic influence peddlers and buyers? And you can have the FBI and CIA subvert a presidential candidate's campaign by implanting informants (read: spies) into his campaign staff? And you can defraud the FISA court[195] into granting you God-like omniscience over every individual in and around that candidate's campaign? And you can weaponize the National Security Council by **unmasking an unprecedented amount of** "FISA-acquired U.S. person*

---

[194] "John Locke, *Second Treatise of Government*, Sec. 201
[195] See *Just How Far Will the Left Go?* By Victor Davis Hanson, July 23rd, 2018.

*__information"__* on individuals associated with *__a president-elect you don't like__*; and then *__disseminate that CLASSIFIED INFORMATION to top administration officials__* **for the sole purpose of leaking it to the press to foster an illusion of illicit activity within the incoming administration?** *You mean you can divert the powers of the Executive branch into a treasonable design to effectuate a certain outcome in a presidential election; and failing that, you can use those same powers to create a fraudulent counterintelligence investigation for the purposes of* __covering up your crimes__ *whilst illegally removing, or at least obstructing the administration of, a duly elected president?* __You can do whatever the hell you want__ *under color of law, even* __increase the risk of nuclear war__ *in furtherance of* __satiating your personal and political desires__ *and not be prosecuted simply because you couldn't be bothered to prosecute yourself? You can commit* **tyranny** *and the only penalty you face is that some people won't have as much respect for you or as much confidence in you? That's all?*

    __Au contraire.__

**BUGLIOSI:** If, indeed, the FBI and DOJ have been executing the law in a <u>politically motivated</u> manner, (<u>which they unquestionably have</u>), this is tantamount to saying, and can *only* mean, that they've been **exercising power, beyond right, which no one has a right to.** And if this is so (<u>which again, it unquestionably is</u>), then they've been deliberately and knowingly committing **tyranny**. And by committing **tyranny**, they've been committing **<span style="color:red">the most grievous form of treason</span>** possible against the United States.

Since the notion of high-ranking members of the FBI/DOJ and other Executive branch officials being criminals is so alien to our sensibilities and beliefs, and since people tend to see and hear, as Thoreau said, what they expect to see and hear, most will find these characterizations intellectually incongruous. Make no mistake about it, these people are **traitors** to this nation in the truest sense of the word.

*"The goal was to tell the **truth** and demonstrate what **higher loyalty**—to the institutions of justice—looks like."*—James Comey[196]

## The Declaration of Tyranny

**BUGLIOSI:** On July 4, 1776, the United States declared its independence from England by vowing to the Supreme Judge of the world our **dedication to the principle of contradicting tyranny.** On July 5, 2016, FBI Director James Comey publicly declared the deep state's dedication to contradicting our founding principle through the exercise of tyrannical power over the people of the United States. With the haste of a criminal on the run, Comey laid out his shameless reasoning for exonerating Hillary Clinton, securing her eligibility as successor to Barack Obama as president, thusly:

> Although there is evidence of potential violations of the statutes regarding the handling of classified information**,** our judgment is that no reasonable prosecutor would bring such a case. … In looking back at our investigations into mishandling or removal of classified information, we cannot find a case that would support bringing criminal charges on these facts.
>
> All the cases prosecuted involved some combination of: clearly intentional and willful mishandling of classified information; or vast quantities of materials exposed in such a way as to support an inference of intentional misconduct; or indications of disloyalty to the United States; or efforts to obstruct justice. We do not see those things here.

**BUGLIOSI:** On the subject of *"**disloyalty** to the United States,"* Comey not only usurped the power of the Attorney General's office,[197] but crowned himself America's King and *"refused his Assent to Laws, the most wholesome and necessary for the public good"* by predicating *"his decision"* against indicting Queen Hillary on *"an impossible-to-prove statute of [his] imagination"*[198] where criminal negligence requires an element of intent. However, Her Majesty's

---

[196] His Lordship explaining the reason He *exonerated* Hillary Clinton of the same crimes the DOJ cited for raiding President Trump's home in Mar-A-Lago. *A Higher Loyalty*, Ch. 10

[197] *"In the criminal justice system, the people are represented by **two separate** yet equally important groups: the police, who investigate crime, and the [Attorneys General] who prosecute the offenders."* Unless, of course, you're Cardinal Jim Comey….

[198] "This statutory analysis is gibberish. Notwithstanding that Mrs. Clinton's actions were intentional and willful, the Espionage Act does not require proof of that mental state. Despite considerable evidence that she obstructed investigations, it's not necessary to prove that either. Nor to establish disloyalty or any intent to harm the United States. To avoid indicting Mrs. Clinton, the FBI and Justice Department ignored the statute that has been on the books for a century and substituted ***an impossible-to-prove statute of their imagination***." *In Politicized Justice, Desperate Times Call for Disparate Measures,* By Andrew C. McCarthy  May 19, 2018

*"willful setting up of a private, non-secure server system for all official business as Secretary of State"* constituted not only prima facie evidence of intent under *his imaginary statute*, but the bevy of real laws she actually violated.[199]   If a first-year law student ever analyzed the law like Comey did, any thoughtful professor would encourage him not to waste two more years trying to become a lawyer.  Comey's embarrassing analysis reveals he knew he had no legal basis for what he was doing.[200]  He knew he was substituting his will for the rule of law.   He knew he was committing tyranny.  He knew he was betraying his country; which is undoubtedly why the smug fraud titled his book: *A Higher Loyalty;*[201] filling it with shameless self-aggrandizing excuses for his treachery—just as Benedict Arnold did in his smugly titled letter: *To the Inhabitants of America.*

**BUGLIOSI:** In yet another piece of incriminating circumstantial evidence of Comey's treasonable intent, he began drafting his exoneration letter months before interviewing Clinton or other key witnesses—meticulously revising its wording to replace all instances of "grossly negligent" with the legally benign  "extremely careless."    *But James, how could you arrive at such a conclusion if you hadn't even interviewed her or her closest aides yet?  It wouldn't be because you already made up your mind on what you were determined to do, come hell or high water, would it? James, take it from an experienced prosecutor–you're as guilty as sin. In my prosecutorial days, I've had some worthy opponents. You wouldn't be one of them. Your guilt is so obvious that if I thought more of you I'd feel constrained to blush **for** you.*

**BUGLIOSI:** *"Our laws that protect national defense information are critical to the safety and security of the United States and they must be enforced?  Violations of those laws put our country at risk?? … Adherence to the rule of law is a bedrock principle of the Department of Justice???"*  Jack, you're a deadpan comic genius.  Maybe the next Steven Wright.

**RACHEL MADDOW:**   I couldn't agree more.  And God bless you, Vincent Bugliosi.

---

[199] 18 USC §1924 **and** 18 USC §2071**.**

[200] *Cf.* "Comey's characterization of the Memos as personal records finds no support in the law and is wholly incompatible with the plain language of the statutes, regulations, and policies defining Federal records, and the terms of Comey's FBI Employment Agreement."  *IG Report of Investigation of Former FBI Director James Comey's Disclosure of Sensitive Investigative Information and Handling of Certain Memoranda,* p. 52

[201] **"I have ever acted from a principle of love to my country."**  So wrote Benedict Arnold, from the deck of the *Vulture*, to George Washington. True to character, Arnold had already convinced himself he'd been in the right, even acted nobly. "The same principle of love to my country actuates my present conduct," he wrote, "however it may appear inconsistent to the world, who very seldom judge right any man's actions."   Guess how well that went over with Washington." --*The Notorious Benedict Arnold,* By Steve Sheinkin   *C.f.* James Comey: "To be great is to be misunderstood."

**RACHEL MADDOW:**  Continuing our ***Critique of Pure [Comey]:*** *"If we should ask the dispassionate David [Spade], by temperament so peculiarly fitted for [brutally honest] judgment, what led [Comey] to undermine, through far-fetched [deceit] so elaborately thought out, [this nation's laws keeping it dedicated to the principle of contradicting tyranny], he would answer: ["Men Without Hats. No Safety Dance."]"*

Yet, as Victor Davis Hanson so astutely noted: *"The question is not merely whether [Comey had balls the size of church bells.] Rather, where in the world, if not from* the culture of the FBI*, did [they come from]?*[202]

Comey's exoneration of Hillary Clinton stands not only as *testament*[203] to his own treachery, but the culture of sanctimonious deep state bureaucrats from whence it came.     Their utter contempt for their duty of loyalty should give every citizen pause in light of the powers they've acquired over the past few decades; such as the power to secretly exploit the NSA Omniscience Trust.

## The NSA Omniscience Trust

**RACHEL MADDOW:** Never in this nation's history has the necessity of government officials adhering to their *duty of undivided loyalty to rule of law* been more paramount than since the creation of what can rightly be called an "omniscience trust."  The NSA now collects and stores within a single day more intimate details about peoples' lives than were ever kept within all the personal papers and effects created from the dawn of time to the inception of internet surveillance.

**RACHEL MADDOW:** Since the comingling of omnipotence with omniscience creates the possibility of exploitation—i.e., police action taken upon such knowledge—the NSA was kept as impotent as the FBI unknowing without a warrant.  Like thought without action or an engine

---

[202] *The FBI Tragedy: Elites above the Law*, By Victor Davis Hanson, June 11, 2019

[203] "**TESTICLE**:  Latin-testis, a testicle. Testis also meant a witness, i.e. one who testifies.  There is strong evidence to suggest that the term testis meaning a testicle is the same word as testis, a witness.   The word testa meant, among other things, a shell, and shells are said to have been used in voting (cf. the English "blackball" used in voting). This may have been the origin of the terms testify, **testament**, etc. Thus also testis, a witness, one who was present, one who voted.  The application of the term testis to a testicle has been suggested as being due to the fact that the presence of the testicles was evidence of virility and it is said that under Roman law no man was admissible as a witness unless his testicles were present.  The association of the testicles with the swearing of oaths is also indicated in the Old Testament. It seems almost certain that testicle and witness, represented by the same word, testis, are associated in meaning."  *The Origin of Medical Terms,* by Henry Alan Skinner, p. 343, (1947)

without a drive train, the strict separation of NSA omniscience from FBI omnipotence protected citizens from the tyranny of an all knowing and all-powerful government.

**RACHEL MADDOW:** Then *"9/11 changed everything;"* or so we were repeatedly told. Within hours of the attack, we were led to believe that the ultimate cause of our anguish was that very wall protecting us from the establishment of a surveillance state. The implicit message being: *If only that wall didn't exist, the FBI/DOJ could have stopped those bad men. Better pass that Patriot Act, or the next 9/11 will be your fault.*

**RACHEL MADDOW:** In the trauma of the moment and our ignorance of the circumstances, we had no idea we were giving unaccountable bureaucrats and private contractors (read: 'the deep state') the power of turnkey tyranny—enabling them to exercise God-like power over the fates of individuals and entire nations as if they were personal playthings.[204] More than a decade would pass before Edward Snowden and Glenn Greenwald gave us our first glimpse of the tyrannical power wielded over us by a *"supra-national intelligence organisation that doesn't answer to the laws of its own countries."*

**RACHEL MADDOW:** However, not until Donald Trump decided to run for president would we see how the counterintelligence state sausage is made by the likes of **Glenn Simpson & Fusion GPS.** To fully appreciate the enormity of the FBI/DOJ's betrayal of this nation, you need a basic overview of how they enable the likes of **Glenn Simpson & Fusion GPS** to wield absolute power over us on behalf of their ruling class clientele.

---

[204] "[After 9/11] untold billions of dollars were poured into intelligence and surveillance. This ushered in the new age. What we have now is a national-security class that simultaneously bridges the gap between private and public, merging government careers with jobs as corporate executives and consultants. By retaining their security clearances, many of its members have access to the most highly guarded intelligence, which they use to the benefit of their corporate and government clients. The power inthey wield is exponentially greater than that of their Cold War predecessors." *How Private Contractors Have Created a Shadow NSA,* By Tim Shorrock, May 27, 2015

# Glenn Simpson & Fusion GPS

**RACHEL MADDOW:** To hear **Glenn Simpson** tell it, his company, Fusion GPS, is a research organization. "What we do is provide people with ***factual*** information," he told the Senate Judiciary Committee in August 2017. "Our specialty is public record information." In truth, **Simpson's true specialty is not research but persuasion — more specifically,** *persuasion of reporters*. He has a talent for convincing journalists to publish stories, true or not, that benefit his clients. In short, he is a public-relations flack. But Simpson is no ordinary PR man; he's a super flack. … **"I call it journalism for rent,"** he said at a public forum in August 2017.[205]

**RACHEL MADDOW:** However, when Glenn Simpson says Fusion GPS is a research company that *"[provides] people with **factual** information,"* he doesn't mean "facts" as normally understood—i.e. something with objective reality that can be described, verified and demonstrated with evidence by other people.

> To the contrary:
>
>> **MR. GOWDY**: Do you draw a distinction between facts and allegations?
>>
>> **MR. SIMPSON**: Certainly.
>>
>> **MR. GOWDY**: What is that distinction?
>>
>> **MR. SIMPSON**: Well, I mean, **a fact is something that's** *subjectively verifiable* **to all reasonable observers;** and an allegation is something that hasn't been confirmed.[206]

**RACHEL MADDOW:** Try as you might, you will not find the word "subjective" in any definition of "fact." So then, why does Simpson define ***"fact"*** in terms of being ***"subjectively verifiable to all reasonable observers?"*** Simply put, he's not in the business of collecting objective facts for clients. Rather, **Glenn Simpson & Fusion GPS are in the business of fabricating inter-subjective verification of client-favorable beliefs.**

**RACHEL MADDOW:** A belief covers matters of which we have no objective knowledge yet provides sufficient confidence to act upon it. There's nothing in the belief itself indicating

---

[205] *The Real Collusion Story*, By Michael Doran, National Review, March 13, 2018 (Section titled "Super Duo")

[206] *Executive Session Permanent Select Committee on Intelligence, Interview of Glenn Simpson*, November 14, 2017, p. 10

whether it's founded in objective reality.  Two different men may say *"Donald Trump colluded with Russia."*  Yet, either man, if challenged, could produce no objective evidence for his claim.  It's merely an idea they accept as true because of the <u>inherent trust they place in the source of their belief</u>—i.e. **our most trusted "reasonable observers" and information fiduciaries.**

<u>To wit:</u>

- Law enforcement officials—e.g., FBI/DOJ
- Elected Officials—e.g., State Governors, Congressmen, etc.
- Public Health officials—e.g., Anthony Fauci, the CDC, etc.
- Papers of record—e.g., NY Times, Washington Post,  etc.
- Social media companies **curating/censoring/shaping** everything we see and hear.

**RACHEL MADDOW:**  Because we never imagine that our <u>most trusted</u> **information fiduciaries** would ever betray us, we invite their information into our mind and accept it as factual; especially when they individually report the same observations.[207]  At that point, it slips into our unconscious and becomes "part of our mental furniture." [208]   Meaning, when subjective reality—which can include pure imagination—is <u>verified</u> between our most trusted **information fiduciaries,** we instinctually accept it as objective fact.

**RACHEL MADDOW:** Glenn Simpson and Fusion GPS <u>coordinate government action</u> **with** <u>manipulated media coverage</u> of it to create and control <u>public perception</u> of <u>reality</u> through ***<u>circular verification of client favorable beliefs.</u>***  They're the tail that <u>wags the dog</u>.   In a word, **firms like Fusion GPS can <u>make pink elephants real within the American mind.</u>**

For example: If a congressional investigator claimed Putin was breeding **pink elephants** for the purpose of attacking American democracy, we might question his sanity.

**RACHEL MADDOW:** However, let's say people like Glenn Simpson and Fusion GPS construct a phony intelligence dossier containing memos alluding to Russia's use of specially cloned **pink elephants** specifically bred to establish *"a surreptitious channel of communication"* for colluding telepathically with Donald Trump.  Like <u>Aquaman</u>, but with **pink elephants.**

**RACHEL MADDOW:** Then comes the dark art of echo-chambering.  By *"[giving **the Pink Elephant Dossier**] information to FBI and congressional investigators and then telling reporters*

---

[207] Cf. <u>"wrap-up smear."</u>
[208] John Dewey, *How We Think*, Ch. 1

*that authorities are investigating those leads,"* [209] **they create the illusion that pink elephants exist** by virtue of our most trusted observers acknowledging them.

Thus, Simpson and Fusion GPS can easily conduct a symphony of fraud—sending this nation on a snipe hunt for evidence of President Trump's telepathic treasonous collusion with *Putin's pink-pachyderms*—so long as they can justify the inference that the story is credible.   That's where private contractor access to Raw FISA information comes in.

## Generating False Evidence & Narratives
## From Raw FISA Information

**RACHEL MADDOW:**  When Glenn Simpson testified before the House Intelligence Committee, he claimed that despite having never talked to Steele's sources or sub-sources, he was not only able to verify their information, but didn't find *"anything to be wrong"* with it either.   However, since we now know the dossier Simpson cooked up is pure bull puckey, we can deduce the secret ingredient to Simpson's 'recipe' is the inclusion of non-contradictable facts embezzled from the FISA database.

**RACHEL MADDOW:** In this excerpt from Simpson's testimony before Congress, he argues that the verification of specific and obscure names and events within a source's information justifies the inference that the source—and thus the rest of his story—must be credible. Meaning, all Simpson would have to do to make alleged informant Barney Rubble magically appear real is sprinkle *"Barney's information"* with obscure facts from the FISA database.  That way, if they're ever called on their bull puckey, Simpson & crew can point to the obscure non-contradictable raw FISA facts, or *FISA breadcrumbs,* he planted in *"Barney's information"* and say: *"this person was familiar with some fairly obscure research or they knew what they were talking about."*   Thus, the '*FISA breadcrumbs'* would create the illusion of Barney's credibility.

**RACHEL MADDOW:**   Simpson explained it thusly:

> **MR. GOWDY:** Were you able to vet or corroborate or contradict
> any of the sources or subsources?

[209] See: *Trump-Russia 2.0: Dossier-Tied Firm Pitching Journalists Daily on 'Collusion',* By Paul Sperry, March 20, 2019

**MR. SIMPSON:** We did get into assessing the credibility of the sources and whether they were in a position to know the things that they were saying. I didn't ask for the specific identities of specific people. Some people, I think I know who they are for other reasons. But that's about as much as I can say.

We did a lot of – When the first reports came in, we did a lot of discussing of whether this was credible information. And obviously, evaluating human Intelligence is not the same thing as looking at documents. And so it's a much trickier process and the thresholds are different. And so what you're really trying to do, which is kind of like interviewing in journalism, is figure out whether there's reason to think that what's being said is credible. And so we did a lot of that.

**MR. GOWDY:** Can you give me an example of something that [Steele] produced to you that you found to be not credible?

**MR. SIMPSON:** No, I don't think anything comes to mind. … What we did do is look at <u>names and places and people and</u> <u>whether they matched up with information we could get elsewhere.</u> And all of that, as far as it went, checked out. I haven't seen anything that has contradicted anything in the memos to date, at least not that I can think of.

**MR. GOWDY:** Well, that's a very different standard. You haven't seen anything to contradict it, whereas my question was, what did you have that corroborates it? How were you able to assess the accuracy of the information, the underlying information he provided you?

**MR. SIMPSON:** I'm sorry, I thought you asked me whether there was anything in there that I found to be wrong.

**MR. GOWDY:** I did.

**MR. SIMPSON:** I haven't found anything to be wrong. If you'd like me to get into more of the corroboration, I can do that.

**MR. GOWDY:** And how did you assess the reliability of [Steele's] information, given the fact that you did not talk to the sources or sub-sources?

**MR. SIMPSON:** …So either this person was *familiar with some* *fairly obscure research or they knew what they were talking about.* So that's the kind of work you can do. You can do a lot of that work. And that's why I think <u>I can give a much more definitive answer on</u>

> whether anything's been disproved, because, generally speaking, when you're evaluating things, *you're looking for things that someone clearly made up*. And I couldn't find anything that was clearly made up. *They had accurate names and events that, while not totally secret, were pretty obscure that turned out to be on target.* … So, you know, either *the people were extremely knowledgeable about a lot of obscure intelligence stuff* [**omniscient** *you might say*] or, you know, they –what they're saying *had some credibility*.[210]

**RACHEL MADDOW:** Since *"Fraud is kaleidoscopic, infinite," [and that] being infinite [it takes] on protean form at will,"*[211] trying to comprehend it can feel as pointlessly confusing as reading Derrida's *Différance*—which, as it happens, is one of the top reasons doctoral candidates in Philosophy run away to law school. Accordingly, since *"a spoonful of sugar helps the medicine go down,"* Kent Jones took time off from his Iditarod training to produce a fractured fairy tale revealing the secrets behind the magic of Glenn Simpson & Fusion GPS.

**KENT JONES:** And now here's something we hope you'll really like.

## *Mind-Raping the Masses into A Pit of Delusion*

### **Or**

## *"The Mud Shark Dancing Lesson."*

*That's right, you heard right, the Secret Word for tonight is Mud Shark! And of course with the Mud Shark Secret Word is the Mud Shark Arpeggio . . . a marvelous little arpeggio, and now …*

**A Rocky and Bullwinkle Fractured Fairytale illustration** of how these sociopathic gaslighting frauds have been mind-raping and dehumanizing us[212] in ways far more loathsome than *'the mud shark in your mythology.'[213]*

> **Narrator:** A thunder of jets and an open sky,
>
> A streak of gray and a cheerful "Hi!"
>
> A loop, a whirl, a vertical climb
>
> And once again you know it's time… for a Rocky and Bullwinkle Fractured Fairytale Illustration of Reverse Engineering Evidence of crime and espionage from raw FISA

---

[210] *House Intelligence Committee, Interview of Glenn Simpson*, November 14, 2017, pp. 29-30
[211] **Stonemets v. Head, 248 Mo. 243, 263, 154 S.W. 108, 114 (1913)**
[212] Interesting coincidence: "military information support operations (*MISO*)"
[213] For best results, this short clip familiarizing the reader with the voices is recommended.

information. A story specifically geared towards honest folks who'd prefer to simply live their lives rather than fatiguing themselves trying to pierce the curtains of complexity…

**Bullwinkle**: Speaking of fatiguing...

**Narrator**: Right. Sorry. Once upon a time, Bullwinkle Moose was running for president of the United States. On the advice of his trusted compatriot, Rocket J. Squirrel, Bullwinkle asked Victor Davis Hanson to be his campaign manager, spirit animal and mascot. Professor Hanson, a deliberate man, a busy man, a deliberately busy man, and a Moose supporter, agreed to accept Bullwinkle's offer so long as he dedicated his campaign and presidency to…

**Victor Davis Hanson (VDH):** ...eternal vigilance against Leftism; eliminating unaccountable bureaucracy, both in government and on campus; and resurrecting the Ninth Amendment.

**Rocky:** Hokey smokes Bullwinkle, did he say resurrect…?

**VDH:** And don't think I'll fall for some cheap gimmick like suspending federal subsidies to the dairy industry until they put the Ninth Amendment on milk cartons with the caption: "*Have you seen me lately*?"

**Narrator:** To which a clearly annoyed Moose replied…

**Bullwinkle**: Why not have me '*Prove the existence of God'* and '*Restore the good name of the frogs*' while you're at it?

**VDH**: Okay.

**Narrator**: But before Bullwinkle could utter a classic expletive to tell the professor of classics what he could go do with himself, Rocky whispered into Bullwinkle's ear, to which Bullwinkle nodded in agreement, causing Rocky to extend a paw to VDH and say...

**Rocky**: It's a deal!

**Narrator**: And so it was that Victor Davis Hanson became Bullwinkle's presidential campaign manager, spirit animal, and mascot.

Meanwhile, deep in the bowels of **Loran-C**, an opposition research firm specializing in *hyperbolic* smear campaigns, notorious Leftists Boris and Natasha captured everything in real time as part of the sitting president's domestic surveillance program—targeting his political enemies and those of his chosen successor; Secretary Heira Parent.

**Natasha**: Boris, Agent Chimichanga hear from Ukrainian embassy …

**Boris:** Comrade Nuland's Ukraine? Comrade Biden's Ukraine? The Ukraine?

**Natasha:** Listen to this darling. Chimichanga hear that VDH make deal with Moose and Squirrel to be campaign manager. And now it look like Moose about to wrap up nomination. What we do now?

**Boris**: Counterintelligence darling. Reverse engineer incriminating dossier on VDH; destroy reputation.

**Natasha**: How you mean Boris?

**Boris**: Comrades in FBI/DOJ give **us and 10,000 others** access to raw FISA information.

**Natasha:** So?

**Boris**: Raw FISA contain every digital details person's whole life stored by NSA. It much easier than old days with COINTELPRO. With raw FISA, we fabricate evidence of any crime or act of espionage; so long as sound serious. Sounding serious half battle. Other half camouflaging sinister embellishments with FISA Breadcrumbs.

**Natasha**: What you mean?

**Boris**: Raw FISA **verifiable** because it contain **objectively true facts.** Raw FISA, show travels; flights, hotels, credit cards, emails, texts, social media—artificial intelligence analyze every single detail of target's life and lives of friends associates; facial recognition groupings from all pictures and video on internet. We use intimate, obscure and non-public details from raw FISA create trail **breadcrumbs** for investigators. When investigators verify **FISA breadcrumbs**—when "*accurate names, events and obscure details not widely and/or publicly known turn out to be on target*"—they conclude only way person know these details is because "*they know what they're talking about*." **FISA breadcrumbs** create illusion that source and information legitimate. That way investigators think what source "*saying [have] some credibility;*" not something we "*clearly made up.*"[214] **FISA breadcrumbs** camouflage whatever sinister embellishments we want in dossier; creating illusion that allegations recited in dossier **objectively** true. FISA Breadcrumbs turn sinister embellishments into fact.

**Natasha**: Where we get these "sinister embellishments" Boris?

**Boris**: Anywhere darling. From sound of ocean in conch shells; it not matter. When raw FISA facts confirmed, it create "probable cause" to believe *all sinister embellishments true too.* Comrades in FBI/DOJ then parlay probable cause into indictments to dispose political enemies. It absolute power darling.

**Narrator**: While Boris and Natasha went to work on what would later come to be known as the "VDH Dossier," VDH was working on Rocky and Bullwinkle.

**VDH:** And another thing, I want you to make the new translation of Arthur Koestler's *Darkness at Noon* from the recently discovered original manuscript mandatory reading in all high schools. Part of the dystopian trinity with *Brave New World* and *1984*. With this recent surge of Leftism and show trials against a president that dare win an election and push back against the deep state—you need to get it back into public consciousness pronto….

**Rocky**: Hey! What kind of *"Hoover Institution Fellow"* demands the federalization of education? Check his papers Bullwinkle.

**VDH**: What dyed-in-the-wool conservative wouldn't want a national civics requirement—preserving *"the electric cord in that Declaration that links the hearts of patriotic and liberty-loving"* Americans so the republic doesn't devolve into idiocracy?

---

[214] Cf. *House Intelligence Committee, Interview of Glenn Simpson*, November 14, 2017, pp. 29-30

**Bullwinkle**: Speaking of idiocracy, if I hear one more ad for a Broadway musical based on a Disney cartoon…

**Rocky**: (*exaggerated sarcastic tone*) Gee Professor, is there anything else we can get you?

**VDH**: An orange whip would be nice.

**Bullwinkle**: Three orange whips Rock; one for each of us.

**Narrator**: Meanwhile, back at Loran C…

**Boris:** Natasha, how this for title first memo VDH dossier? ***"Victor Davis Hanson wrote lyrics for Po-Jama People with Frank Zappa in room 124 of Holiday Inn, Edwardsville, Illinois."***

**Natasha**: How you know that darling?

**Boris**: I not know. It not happen. We just make look like it happen with **FISA breadcrumbs.** We start with raw FISA showing Zappa arriving Chicago O'Hare airport with time to make *a meeting, a chance meeting,* with VDH, in room 124 of Holiday Inn, Edwardsville, Illinois.

**Natasha**: Why darling?

**Boris**: Room 124 of Holiday Inn, Edwardsville, Illinois where Jackson Browne record song *Cocaine.* At end of song guitarist David Lindley say: *"It takes a clear mind to make it."*

**Natasha:** So?

**Boris:** So, in late 1980's, Jackson Browne change lyrics to say: *"I wouldn't have been a user, even one more day, if you could have shown me how I was helping turn a profit for the CIA."*

**Natasha**: So what darling?

**Boris**: So VDH have very "*clear mind;*" clear enough help CIA and Nicaraguan Contra rebels traffic cocaine. We use Rent-A-SPY to say he collect information…

(*Boris makes air quotes while winking one eye*)

**Boris:** …from *"high-level Pottsylvanian government sourcing positioned to know"* that VDH—a "farmer"—once ran coca plantation with fleet DC-3's moving bricks Columbian marching powder for CIA. Say he operate under alias *"the Candyman."*

**Natasha**: All cause he stay in Room 124 Holiday Inn, Edwardsville, Illinois? That crazy Boris. That like saying he pay prostitutes to pee on bed.

**Boris**: That good darling! Write down; maybe use later. Okay, for now, we just frame VDH for writing lyrics *Po-Jama People*. Offend social justice warriors; who say they "woke" but…

**Natasha**: *Lawd, they make you sleepy* with *the things they might say.*

**Boris**: Exactly darling.  Then Rent-a-Spy give dossier to comrades in FBI/DOJ while leaking details to media.  Then media write stories based on those leaks.  Then FBI/DOJ use those stories as justification legal action against people we target with those leaks to press.  Presto, we create echo chamber for prosecuting VDH subversive songwriting.

**Natasha**: But Boris, there no law against writing song lyrics.

**Boris**: Comrade WeissPimpf take care of that.  Like Central Scrutinizer, he *"enforce all the laws that haven't been passed yet."*   Take little bit from this statute; little bit from that statute… Wa-la!  Get conviction… … take years for courts to overturn.  By that time, who care anymore?

**Narrator**:  Boris had a point.  No one would care.  No one, that is, except that clear-minded, cocaine-trafficking, subversive-lyricist turned spirit animal, mascot and presidential campaign manager to a cartoon Moose—Victor Davis Candyman Hanson—who at that moment was enjoying an orange whip with our boys.

**Rocky**:  So, by resurrecting the Ninth Amendment, you're really talking about the *Declaration of Independence*; right?

**VDH:** That's probably one of the most intelligent things a squirrel ever asked me.

**Rocky:**  Talk to lots of squirrels, do you?

**VDH:**  Hey, when you were whispering to Bullwinkle, I couldn't help but overhear something about the apocalypse and Ben Shapiro enjoying a bacon cheeseburger while doing an impression of Spock in that scene with Mariette Hartley.  What's that about?

**Rocky:**  Gee, for a professor of classics that just demanded the resurrection of the Ninth Amendment you sure …

**Narrator:**  But before Rocky could finish his sentence, he was drowned out by the sound of Bullwinkle slurping the last of his orange whip through a felonious plastic straw…

*(breaking fourth wall)*

**Rocky:** And the narrator…

**Narrator:**  Meanwhile, back at Loran-C, the hyperbolic smear campaign against Bullwinkle was just getting underway…

### *"What song is it you wanna hear?"*

**RACHEL MADDOW:** We interrupt this fractured fairy tale—or, fracture it further, you might say—to tell the story of why Russia's alleged attack on our election and the connection to Trump was **complete and utter bull puckey.**   And we dedicate it to *the "spidey sense" of Victoria Nuland and Alexandra  Chalupa.*

From the beginning, we were told to accept the claim that *"Russia attacked our democracy"* by virtue of nothing more than the presumption of truthfulness citizens normally afford Federal law enforcement.   Since we expect the FBI/DOJ to protect us from fraud, not commit it against us, we took their claim on faith as they sang it to us *over and over and over again.*

**RACHEL MADDOW:** Do you remember the song?   Well, in case you don't own a copy of *Psychological Warfare's Greatest Hits*, here's Jim Comey *"playing it pretty for America"* during a radio interview on May 3, 2019:

> We discover[ed] in the **middle of June of 2016** that the Russians were engaged in a massive effort to mess with this democracy to interfere in the election…. **It can't be stated often enough**.  A foreign adversary intervened in America to damage our democracy and to hurt one of our two candidates for president and help the other. **That's an act of war**. [215]

**RACHEL MADDOW:** They played that more than *Freebird.*   They had to.  Everything was riding on public acceptance of their cover of *Another Some Russians Done Somebody Wrong Song*—since they had no competent forensic evidence to back up any of their claims whatsoever. As Aaron Maté put it in July 2019:

> U.S. intelligence officials cannot make definitive conclusions about the hacking of the Democratic National Committee computer servers because they did not analyze those servers themselves. Instead, they relied on the forensics of **CrowdStrike, a private contractor for the DNC** that was not a neutral party, much as "Russian dossier" compiler [**Fusion GPS**], **also a DNC contractor**, was not a neutral party. This puts **two Democrat-hired contractors** squarely behind underlying allegations in the affair – a key circumstance that Mueller ignores.
>
> Further, the government allowed **CrowdStrike** and the Democratic Party's **legal counsel** [**i.e. Perkins Coie**] to submit redacted records, meaning CrowdStrike and not the government decided what could be revealed or not regarding evidence of hacking. [216]

---

[215] Comey defends FBI's investigation in response to NYT 'spying' report, Victor Garcia, Fox News, May 3, 2019

[216] *CrowdStrikeOut: Mueller's Own Report Undercuts Its Core Russia-Meddling Claims*, By Aaron Maté, RealClearInvestigations, July 5, 2019

**RACHEL MADDOW:** That's not entirely correct. First, the DNC did not engage Crowdstrike. **Perkins Coie** put **Crowdstrike** on retainer as an expert witness for their representation of the DNC in the Russian collusion hoax. As the transcript of Shawn Henry's testimony before the House—hidden by Adam Schiff for over two years[217]—demonstrates:

> **MR. WILSON (DNC Atty., Perkins Coie):** … CrowdStrike was working for Perkins Coie and was performing work in order to help Perkins Coie advise the DNC on this matter.
>
> **MR. STEWART OF UTAH:** If I can just clarify one thing you said. CrowdStrike was working for Perkins Coie. Is that the contract was actually with the law firm then?
>
> **MR. WILSON:** Correct. We had a contract between Perkins Coie and Crowd Strike, with a scope of work for the DNC-specific work.
>
> **MR. STEWART OF UTAH:** So does that mean that you never had a contract, Mr. Henry, with the DNC directly then?
>
> **MR. SHAWN HENRY OF CROWDSTRIKE:** I mentioned *it was with Michael Sussmann* from Perkins Coie.[218]

**RACHEL MADDOW:** Second, **Perkins Coie** didn't hire **Crowdstrike** in connection with its representation of the **DNC**. It engaged **Crowdstrike** in connection with its representation of **HILLARY CLINTON** because…*drumroll please*…

## The DNC Was Hillary Clinton's Alter Ego

**RACHEL MADDOW:** What does that mean? Well, the alter ego theory asserts that the separateness of a corporation should be disregarded—as in **Hillary and the DNC acted as one and the same entity**—if two elements are established:

> (**1**) that the corporation is not only influenced by the owners, but that there is such unity of ownership and interest that their separateness has ceased; and
>
> (**2**) that the facts are such that adherence to the normal attributes of separate corporate existence would sanction a fraud or promote injustice."[219]

[217] *Hidden Over 2 Years: Dem Cyber-Firm's Sworn Testimony It Had No Proof of Russian Hack of DNC* By Aaron Maté, RealClearInvestigations, May 13, 2020

[218] Interview of Shawn Henry, House Select Committee on Intelligence, December 5, 2017 p. 22

[219] *Grounds for Disregarding the Corporate Entity and Piercing the Corporate Veil*, 45 Am. Jur. Proof of Facts 3d 1, Mark S. Cohen, J. D.

**RACHEL MADDOW:**  In August of 2015, **Perkins Coie** attorney, Marc Elias, drew up an agreement effectively giving Hillary Clinton full control of the DNC.   How do we know?  Because Donna Brazile admitted as much:

> **Donna Brazile**: "The agreement—signed by Amy Dacey, the former CEO of the DNC, and Robby Mook with a copy to Marc Elias—specified that in exchange for raising money and investing in the DNC, Hillary would control the party's finances, strategy, and all the money raised. Her campaign had the right of refusal of who would be the party communications director, and it would make final decisions on all the other staff. The DNC also was required to consult with the campaign about all other staffing, budgeting, data, analytics, and mailings.  I had been wondering why it was that I couldn't write a press release without passing it by Brooklyn. Well, here was the answer. [220]

**RACHEL MADDOW:**  Hillary Clinton's control over the DNC, while engaging **Perkins Coie**, **Glenn Simpson, and Fusion GPS** to fabricate evidence used by the FBI/DOJ to defraud the FISA Court and illegally surveil Donald Trump necessitates the erasure of any *"separate corporate existence"* between her or her campaign and the DNC to *"avoid sanctioning fraud and promoting injustice."*   Thus, Hillary Clinton and the DNC acted as one and the same entity during the Russian Collusion Hoax.  Therefore, Aaron Maté's sentence should read:

> This puts **two [HILLARY CLINTON]-hired contractors** squarely behind underlying allegations in the affair – a key circumstance that Mueller ignores. [221]

**RACHEL MADDOW:** Third, **Perkins Coie** did not hire **Crowdstrike** to stop an intrusion or remediate a threat to the DNC.  **Perkins Coie** engaged **Crowdstrike** to engineer *a "public relations strategy"* for **Hillary Clinton's** campaign.

> In a *Buzzfeed* puff piece on CrowdStrike's response to the alleged DNC hack, **both CrowdStrike and the DNC admit** that the June 14 *Washington Post* story was part of a *"public relations strategy"* on CrowdStrike's part designed to *"control the message."*[222]

---

[220] Inside Hillary Clinton's Secret Takeover of the DNC, by Donna Brazile, Politico, November 2, 2017

[221] *CrowdStrikeOut: Mueller's Own Report Undercuts Its Core Russia-Meddling Claims*, By Aaron Maté, RealClearInvestigations, July 5, 2019

[222] *Parsing Mueller's Lies: Why Julian Assange Makes the Perfect Foil*, By Michael Thau, American Greatness, August 27th, 2018

> [Crowdstrike's] work with the DNC and FBI is also colored by partisan affiliations. … Co-founder **Dmitri Alperovitch is [an ultra-nationalist Ukrainian and] vocal critic of Vladimir Putin and a senior fellow at the Atlantic Council, the pro-NATO think tank that has consistently promoted an aggressive policy toward Russia.**[223]

**RACHEL MADDOW:** Thus, the reason the alleged hack of the DNC was treated as Pearl Harbor II.   In case you forgot Pearl Harbor II, here are the highlights:

In late April, 2016, when the DNC "suddenly discovered" the hacking of its network which it had been denying for at least nine months in response to the FBI's warnings," they did what everyone (supposedly) does in that situation. **They called their lawyers.**

**RACHEL MADDOW:  A secret committee** was immediately created, including [DNC Chairwoman Debbie Wasserman Schultz, DNC Chief Executive  Amy Dacey, DNC Technical Director Andrew Brown] and Michael Sussman, a former cybercrimes prosecutor at the Department of Justice who now works at **Perkins Coie**, the Washington law firm that handles D.N.C. political matters. [224]

**RACHEL MADDOW: Sussman** took control of the meeting, setting out the DNC's agenda when it came to dealing with the cyber attack on its server. The three most important questions, **Sussman** declared, were what data was accessed, how was it done, and how can it be stopped? **The one question Sussman**, a former federal prosecutor who focused on computer crimes, **did not ask was, who did it?**  It took the DNC **four days** to decide to bring in an outside vendor to investigate the breach of its servers. In the end, **it was Sussman who made the call to Shawn Henry at CrowdStrike. [225]**

**RACHEL MADDOW:** By the next day, within minutes of installing their vaunted "Falcon" software, Crowdstrike  attributed the alleged hack of the DNC network to Russian intelligence.

---

[223] *Hidden Over 2 Years: Dem Cyber-Firm's Sworn Testimony It Had No Proof of Russian Hack of DNC*, By Aaron Maté, RealClearInvestigations, May 13, 2020

[224] The Perfect Weapon: How Russian Cyberpower Invaded the U.S., By Eric Lipton, David E. Sanger and Scott Shane, New York Times, Dec. 13, 2016

[225] Dumbstruck; how Crowdstrike Conned America On the Hack of the DNC, By Scott Ritter, Homefront Intel, Aug. 31, 2017

For more than a month, they allegedly just monitored[226] "*Russian Bears*" stealing data from the DNC network.[227]

**RACHEL MADDOW:** In the six weeks after CrowdStrike's arrival, **in total secrecy**, the computer system at the D.N.C. was replaced. For a weekend, email and phones were shut off; employees were told it was a system upgrade. All laptops were turned in and the hard drives wiped clean, with the uninfected information on them imaged to new drives.  Though D.N.C. officials had learned that the Democratic Congressional Campaign Committee had been infected, too, they did not notify their sister organization, which was in the same building. [228]

**RACHEL MADDOW:**  However, both Michael Sussmann, a former federal prosecutor, and Shawn Henry, a former Executive Assistant Director of the FBI, were acutely aware that observing Russia's alleged felonious "act of war" without ever notifying *"some judge or other person in civil or military authority under the United States"* would have constituted, at minimum, **Misprision of felony:**

> Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not **_as soon as possible_** make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.[229]

**RACHEL MADDOW:**  Nonetheless, after six weeks of secretly monitoring—i.e. "*concealing and not making known as  soon as possible to some judge or other person in civil or military authority under the United States"*—felonious Russian Bears attacking 'America's election process'  etc., Crowdstrike finally "expelled the intruders."  At the same time, **Sussmann** and the

---

[226] "This makes the firm look a lot like the guy dressed like a security guard from the old commercial who, when the bank is robbed, informs the frightened employees, "I'm not a security guard, I'm a security monitor. I only notify people if there's a robbery . . . There's a robbery." *Russian Hack or CrowdStrike Ruse?* By Michael Thau, June 19th, 2019

[227] "By its own admission, CrowdStrike watched over the activities of two teams of alleged Russian government hackers from May 6 until early June. Such behavior doesn't make sense. …the DNC's IT department should have shut down the Internet connection immediately, then changed all passwords and sanitized all computers. Apparently, in 2016 Obama's friends felt they didn't need to make their lies believable.  If somebody didn't believe, it was his problem." *Dangerous Pseudo-Science in Cyber Security*, by Leo Goldstein, July 13, 2018

[228] The Perfect Weapon: How Russian Cyberpower Invaded the U.S., By Eric Lipton, David E. Sanger and Scott Shane, New York Times, Dec. 13, 2016   (**See SOW2 Between Crowdstrike and DCCC** dated **June 16, 2016)**

[229]  18 U.S. Code § 4. Misprision of felony

DNC finally got around to meeting with FBI field agents; telling them all about the "attack" that Crowdstrike had been secretly *"monitoring."* At the beginning of that meeting, Sussmann and the DNC requested that the federal government make a quick "attribution" formally blaming actors with ties to Russian government for the attack to make clear that it was not routine hacking but foreign espionage. *"You have a presidential election underway here and you **know that the Russians have hacked into the D.N.C.,"*** Mr. Sussmann said, recalling the message to the F.B.I. *"We need to tell the American public that. And soon."*[230]

**RACHEL MADDOW:** But when those FBI agents requested full access to the servers for routine forensic investigation of the physical evidence, **Sussmann** and the DNC refused.

Pause for a moment to consider the breathless audacity. Imagine someone making an insurance claim while denying the insurance adjustor access to evidence of the claim, or a poker player taking a pot while refusing to reveal his cards to the players who paid to see them—each insisting to be merely taken at their word.

**RACHEL MADDOW:** Hyper-technically speaking, however, **Sussmann** and the DNC didn't *actually* deny the FBI access to evidence because there was no evidence in existence. Crowdstrike destroyed it all days earlier while allegedly expelling those "Russian" Bears to end *"Pearl Harbor II."* And with no physical evidence to support their *"Russian attribution,"* Crowdstrike got an assist from Mr. *Higher Loyalty* himself—FBI Director James Comey—who shielded their cybersecurity fairytale from any serious scrutiny by sidestepping the FBI Labs at Quantico. After all, when Hillary Clinton's attorneys at **Perkins Coie** hire *"a high-class entity"* like **Crowdstrike** to draft a report telling America they *"**know** that the Russians [hacked the DNC in order to hurt Hillary Clinton and help Donald Trump],"* then, by golly, that's good enough for Jim Comey. And what's good enough for Jim Comey will just have to be good enough for America.

**RACHEL MADDOW:** Thus, in a transcript that Adam Schiff hid for over two years to prop up his fraudulent investigations, Shawn Henry was forced to admit:

---

[230] *The Perfect Weapon: How Russian Cyberpower Invaded the U.S.,* By Eric Lipton, David E. Sanger and Scott Shane, New York Times, Dec. 13, 2016

**MR. HENRY:** Counsel just reminded me that, as it relates to the DNC, we have indicators that data was exfiltrated. ***We did not have concrete evidence that data was exfiltrated from the DNC,*** but we have indicators that it was exfiltrated.[231]

**RACHEL MADDOW:** Contrary to what the FBI and Department of Justice have been assuring us for years, there is ZERO competent evidence of a Russian hack of the DNC. *Meanwhile, at the Hall of Justice…*

**SPECIAL COUNSEL JACK SMITH:** **Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

**RACHEL MADDOW:** And that brings us to…

## The Conclusion of *"The Mud Shark Dancing Lesson."*

**Natasha**: So VDH go to jail for song lyrics; what our plan for Moose and Squirrel?

**Boris**: Cybercrime of century darling. We frame Moose for treasonous collusion with Fearless Leader and Pottsylvania. First, we raise loud alarm about routine hack of Party's servers. Then, instead of calling FBI, Party bosses call Party's law firm, 'Pimping Truth, LLC.' Then Sweetman, the Party truth pimp, call friend John Heinrich—have his "highly respected private company" Mobswat, "investigate."

**Natasha:** Good thinking darling; no can risk FBI discovering evidence raw FISA on Party servers.

**Boris**: '*No can risk **rank and file** discovering'*; Directors FBI and CIA in same boat with us. If Moose win election, expose years President's domestic spying on political enemies. That why insurance policy needed.

**Natasha:** How you bypass FBI rank and file darling?"

**Boris**: Deny FBI access to Party servers. Then Sweetman, Party bosses, and Party's cybersecurity company, Mobswat, give public relations strategy…Strike

---

[231] *Interview of Shawn Henry*, House Select Committee on Intelligence, December 5, 2017 P. 32  See also *Documents obtained by The Federalist raise concerns about the validity of CrowdStrike's analysis of the DNC hack,* By Margot Cleveland, May 6, 2022

that.  Give EXCLUSIVE briefing to loyal comrade who publish ***one of several articles we help write.***

**Natasha:** How we help write?

**Boris**:  We make sure her headline and lead sentence read Pottsylvania steal our file of Bullwinkle opposition research!

**Narrator:**  Natasha imagined the headline and lead sentence in far better English than she was capable of speaking:

> ***Pottsylvanian government hackers penetrated Party servers, stole opposition research on Bullwinkle***
> *Pottsylvanian government hackers penetrated the computer network of the Party and gained access to the entire database of opposition research on presidential candidate Bullwinkle Moose, according to Party bosses, their truth pimp and their security experts who responded to the breach.*

**Natasha**:  What for Boris?

**Boris**: For maximum damage Moose!  Next day, 1) fake hacker from Pacific Council, G-3, take credit by 2) releasing our opposition research smearing Moose which include 3) fake cyber-evidence tracing back to Pottsylvania.  It triple play darling!

**Natasha:**  But Boris, Moose not connected to hack of Party's server.

**Boris:** Patience darling.  First, we lay groundwork:  Establish hack of Party servers; then fake hacker take credit while leaving evidence tracing back to Pottsylvania.

**THEN** we flood the press with disinformation tying Moose to Fearless Leader and Pottsylvania—spearheaded by comrade journalist's article we write for him: ***"Fearless Leader's Puppet."***

Then we pretend we anonymous 'corporate investigators', or some such, whisper sweet fantasies Pottsylvanian intrigue into ears many journalists who write many stories.

**Narrator**:  As Boris whispered sweet fantasies of Pottsylvanian intrigue, images of newspaper headlines were forming in Natasha's mind:

> ***"Is Bullwinkle Working for Pottsylvania?"***

> ***"Is Bullwinkle Obsessed with Fearless Leader and Pottsylvania?"***

> ***"Is Bullwinkle a Pottsylvanian Stooge?"***

***"Bullwinkle and Fearless Leader: A Love Story"***

***"The Secret to Bullwinkle: He's Really a Pottsylvanian Oligarch"***[232]

**Boris:** Meanwhile, we create Moose dossier using same recipe as VDH dossier. Only this time, we convert sinister embellishments into sloppy English translations of Pottsylvanian hearsay—give it authentic Pottsylvanian cloak and dagger feel. Then we pay Rent-A-SPY claim authorship of dossier and vouch for "sources."

**Natasha**: Darling, we spies. We not made of money. Who pay for all this?

**Boris:** Heira Parent make payments through Pimping Truth LLC. Pimping Truth LLC hire Loran-C, that us, for dossier. Pimping Truth also hire Mobswat to draft **report** attributing hack to Pottsylvanian government. Then, Heira Parent pay Pimping Truth, LLC to redact Mobswat report so no whistleblower see what really going on—make most conducive to her *"public relations strategy"* for presidential campaign. Then give to FBI.

**Natasha:** We make redactions; not government? That not illegal?

**Boris:** Who cares? Anyway, when Rent-A-SPY give dossier to FBI, he claim it *"drawn from high-level Pottsylvanian government sourcing positioned to know that Fearless Leader himself was complicit in the cyber campaign."* Then comrade Directors CIA & DNI —produce "Intelligence Community Assessment" based solely on Moose dossier and redacted-draft-report attributing hack of Party's servers to Pottsylvania.

**Natasha:** And since *we* supply Moose dossier and Pimping Truth LLC supply redacted-draft-report from Mobswat, and Comrade FBI Director sign off on all, ***we supply all intelligence darling?***

**Boris:** Yes darling.

**Natasha**: ***No evidence from actual official government?***

**Boris**: Not a scrap.

**Natasha**: But who believe that?

---

[232] *Putin's Puppet*, By Franklin Foer, July 4, 2016; *Is Donald Trump Working for Russia?*, By Jonathan Chait, July 18, 2016; *Is Trump Obsessed with Putin and Russia?*; By Andrew Rosenthal, New York Times, July 20, 2016; *It's Official: Hillary Clinton Is Running Against Vladimir Putin*, by Jeffery Goldberg, The Atlantic, Jul 21, 2016; *Donald Trump, the Siberian Candidate*, By Paul Krugman, July 22, 2016; *Is Trump a Russian Stooge?*, by Iulia Ioffe, July 25, 2016; *Trump and Putin: A Love Story*, by David Remnick, August 3, 2016; *The Secret to Trump: He's really a Russian Oligarch,* by Anne Applebaum, August 19, 2016.

**Boris**: *__That what ICA for__*—create illusion it product of 17 Intelligence agencies; when it really only our three comrades.

**Natasha**: But Boris; you still not say *how* sinister embellishments in dossier frame Moose for treasonous collusion with Fearless Leader.

**Boris**: I getting there darling. We also put allegations in dossier linking Moose to Fearless Leader's bank. Beta Bank. Ask me why darling.

**Natasha**: Why darling?

**Boris**: To show coordination between Moose, Fearless Leader and Pottsylvania. Sweetman work with Mobswat to search FISA database for DNS logs to fabricate evidence "mysterious communications" between Moose Organization and Fearless Leader's Bank; Beta Bank.

Then Sweetman give that information, to Rent-A-Spy to include in dossier; which he write under our supervision.

Then Sweetman give phony cyber-evidence to New York Times and comrade author *Fearless Leader's Puppet* and other journalists. Then, Sweetman hand deliver to FBI General Counsel, a "stack of material" …maybe a quarter inch half inch thick" "compiled with the exhaustive detail of a *__political oppo team__*" framing Moose for treasonous conspiracy with Fearless Leader by corroborating phony allegations we put in dossier—connecting Moose to Fearless Leader's Bank.

**Natasha:** "*Compiled with the exhaustive detail of a political oppo team.*" That Loran-C; right darling?

**Boris:** Exactly. Sweetman tell FBI General Counsel he "receive" evidence from "benevolent posse" cyber sleuths who want it in hands FBI.

**Natasha**: What benevolent posse?

**Boris:** It story we give comrade author *Fearless Leader's Puppet*[233]—about caped crusaders race *"to the Bat poles!"* when **"word arrived"** that Pottsylvania

---

[233] "Every so often we're reminded that bad actors wield great skill and have little conscience about the harm they inflict on the world's digital nervous system. They invent viruses, botnets, and sundry species of malware. There's good money to be made deflecting these incursions. But a small, tightly knit community of computer scientists who pursue such work—some at cybersecurity firms, some in academia, some with close ties to three-letter federal agencies—is also spurred by a sense of shared idealism and considers itself the benevolent posse that chases off the rogues and rogue states that try to purloin sensitive data and infect the internet with their bugs. "We're the Union of Concerned Nerds," in the wry formulation of the Indiana University computer scientist L. Jean Camp.

In late spring, *this community of malware hunters placed itself in a high state of alarm. Word arrived that Russian hackers had infiltrated the servers of the Democratic National Committee, an attack persuasively detailed by the respected cybersecurity firm CrowdStrike*. The computer scientists posited a logical hypothesis, which they set out

attacked Party's servers.   Then we launch *"real Halloween Special;"*[234] when we synchronize flood of stories about evidence we create tying Moose to Fearless Leader's bank.

> **At 2:43pm**, Author ***Fearless Leader's Puppet*** publish article about Benevolent Posse "stumbling upon" evidence "mysterious communications" between Moose and Fearless Leader.

> **At 4:32pm** One hour and forty nine minutes later, the Heira Parent Campaign make Evelyn Wood proud when not only read article, but clarify main points better than original author—then spread on Twitter.

> **At 4:44pm** Heira Parent's campaign manager tweet that Moose have secret email server set up to communicate with Fearless Leader's bank.

> **At 4:53pm** Second Comrade journalist publish story for us on Moose. We give him exclusive interview with Rent-A-Spy and dossier—even citing the article we published just two hours earlier.  It shameless; but who care?

> **At 5:36pm** Heira Parent's would-be National Security Advisor issue prepared statement on campaign twitter account: "Computer scientists have apparently uncovered a covert server linking the Moose Organization to a Pottsylvanian-based bank."

**Boris**:   It play like symphony darling; everything perfectly coordinated.  Happy Halloween!

**Natasha:**  Okay Boris, let me see I got straight.  Sweetman the Party truth pimp hire Mobswat  to "investigate" hack Party's servers.  And Sweetman stop FBI field agents from investigating Party servers.  And Sweetman direct Mobswat create draft  report attributing Pottsylvania to hack of Party's servers.  And Sweetman redact Mobswat's draft report before giving FBI.  And Sweetman get FBI rely exclusively on redacted-draft-report of "hacked" server—instead of conducting own investigation.  And Sweetman work with cybersecurity friends to fabricate DNS logs from raw FISA connecting Moose and Fearless Leader's bank. And Sweetman give fabricated evidence to Rent-A-Spy to include in dossier; which he write under our supervision.   And Sweetman ALSO give fabricated cyber-evidence to New York Times and comrade author *Fearless Leader's Puppet* and other journalists.    And Sweetman ALSO hand deliver

---

to rigorously test: If the Russians were worming their way into the DNC, they might very well be attacking other entities central to the presidential campaign, including Donald Trump's many servers. "We wanted to help defend both campaigns, because we wanted to preserve the integrity of the election," says one of the academics, who works at a university that asked him not to speak with reporters because of the sensitive nature of his work." *Was a Trump Server Communicating With Russia?*, By Franklin Foer, October 31, 2016

[234] See *Transcript of Senate Judiciary Committee interview with Glenn Simpson of Fusion GPS*, August 22, 2017, p. 178

fabricated evidence to FBI General Counsel so frame Moose for treasonous collusion with Fearless Leader.  Sweetman, Pimping Truth LLC and Mobswat control ALL evidence FBI and America ever see about Pottsylvania "hack" party's servers.  Government not see any actual evidence; only word of Sweetman, Pimping Truth, LLC and Mobswat—FBI/DOJ act on whatever we say?

**Boris:**  FBI/DOJ work exclusively for Party darling.

**Natasha**:  That some truth pimp darling!  *(Sings Rudolph the Red Nosed Reindeer…)* *"Sweetman the Party truth pimp; you'll go down in his-story."* [235]

**Boris**:  He do much work; take no credit.

**Natasha**:  So first we create fantasy dossier from embezzled FISA information.  Then we hire Rent-A-SPY who sell fantasy dossier as his own to Journalists.  Then journalists report on fantasy…

**Boris**:  Exactly.  Then when government investigate fantasy; that create illusion that fantasy is real through intersubjective verification. And there you have it darling! *Government take official action based on fantasies we put in dossier and plant in press, fantasies in dossier and press made real by government taking action on them.  Presto, or should I say ECHO!  Americans trapped in virtual reality we create.  We own them darling.*  We omniscient.  We omnipotent.  We control American reality.   And with U.S. Military sleeping, we own country darling.  It absolute power.

**Natasha**:  Why military sleeping?

**Boris**: Why would military suspect anything?  They trapped in same reality we create for everyone else.  We own them too darling.

**Natasha**: "It sound like Gleichschaltung."

**Boris**:  Little bit Zersetzung, little bit Gleichschaltung.  You say tomato, I say counterintelligence state.

**Natasha:** But Boris, what if military wake up and find out we betray them?  They crucify us.

**Boris:**  Military dumber than bag of hammers.  That why they good at following orders.

**Natasha**:  Boris darling, this dance of yours, this FISA abuse, *it such violation intimacy, such disgusting abuse of trust and power*, it remind me of Mud shark. Dance with me darling…. Let's dance Mud shark together.

**Boris & Natasha together:** *Mud Sh-sh-shark*

**Boris**:  I tell you darling, this dance, the Mud Shark, it sweeping the nation!

---

[235] **Burl Ives Bryan Callen as the Snowman:** *"What?  You don't know the story of **Sweetman the Party Truth Pimp**?  Well pull up a [USB stick]…I mean a ["stack of material I don't know maybe a quarter inch half inch thick something like that clipped together"] and I'll tell you everything.  Well, not everything…"*

**Boris & Natasha together:** *Out, You go out, So far out, You do the Mud Shark, baby   Out, You go out, So far out, You do the Mud Shark, baby…*

**RACHEL MADDOW:**  And that, ladies and gentlemen, brings us to the ELEPHANT left out of the Mueller Report, the IG Report, and the Durham Report.

When I say "ELEPHANT," I'm talking about the one in **Footnote 8** of the Carter Page FISA Warrant Application—the conclusive proof the FBI/DOJ committed treason by surveilling the Trump campaign.  An ELEPHANT *so huge,* that even *'vanishing elephant enthusiast'* Jonathan Turley missed it.

As Captain Kirk said in *Star Trek IV*, *"Remember where we parked."*

- Hillary Clinton[236] —acting through her alter ego: the DNC—paid **Fusion GPS** for the Steele dossier as part and parcel of Glenn Simpson's misinformation campaign against candidate Donald Trump—and later seditious conspiracy against the Office of President of the United States—through **Marc Elias**[237] of **Perkins Coie** as part of her "public relations strategy" for her presidential campaign.

- Hillary Clinton—acting through her alter ego: the DNC—paid **Crowdstrike** through **Michael Sussmann**[238] **of Perkins Coie** for a report attributing an *alleged hack* of the DNC servers to Russia.

- Hillary Clinton—acting through her alter ego: the DNC—paid **Perkins Coie** to redact **Crowdstrike's** draft report—i.e. the sole evidence of the alleged Russian attack of the DNC servers—before submitting it to the FBI.

**RACHEL MADDOW:**  And now, *"be vewy vewy quiet,[we're] hunting [ELEPHANT]."*

---

[236] Also known as Gozer the Gozerian; Gozer The Destructor; Gozer The Traveler, etc.
[237] Also known as Zuul the Gatekeeper of Gozer; Minion of Gozer, etc.
[238] Also known as Vinz Clortho; Keymaster of Gozer; Master of the Key, etc.

An English poet once declared:

*"Treason doth never prosper.  What's the reason?*
*For if it prosper, none dare call it treason."*

— Sir John Harington


To which a model American [replied](#):

*"I'll do it.  But I'll probably hate myself in the morning."*

—[Bugs Bunny](#)

*"Our fate, I tell you, stands on a razor's edge:*
*Life or death for [the deep state], <u>gruesome death at that</u>."[239]*

## Footnote 8 Cuts Hanlon's Razor

**RACHEL MADDOW:** The most insidious of all frauds are those who usurp the signs of an unconditionally trusted public office for the purpose of victimizing people under color of law. Thus, when perfidious deep state bureaucrats usurp the signs of their office, they not only hijack the powers of that office, but the public's trust in their government.   This not only lends credence to their webs of deceit but emboldens them as well.

However, emboldened frauds eventually become brazen frauds, and brazen frauds inevitably get sloppy.  Nowhere is this more evident than **Footnote 8** of the Carter Page <u>FISA Warrant application</u>.   **Footnote 8** cuts Hanlon's razor.

**RACHEL MADDOW:**  What's Hanlon's razor?  It simply says we should ***"Never attribute to malice that which is adequately explained by stupidity."***

*"Well, that sounds reasonable enough, so why cut it?",* I hear you ask.  Because perfidious bureaucrats—how shall we say—*'undivulge their treasonous malice'* by disguising it as *"innocent mistake."*  Meaning, they routinely get away with murder by employing phrases like *"lessons learned"* and *<u>"mistakes were made."</u>*  Cutting Hanlon's razor means <u>precluding all possible defenses of mistake, misunderstanding, stupidity and the like</u>.   It means cutting the fraudsters off from all possible lines of retreat by demonstrating their actions were <u>necessarily intentional</u>.

**RACHEL MADDOW:**   Thus, regarding the FBI's FISA surveillance of the Trump campaign, without Hanlon's razor, there's no *"sloppy and unprofessional" "<u>procedural shortcomings</u>"* or other *"<u>systemic</u> issues"* <u>precluding *"<u>political bias</u>* or <u>improper motivation</u>."*   Without Hanlon's razor, you have a *"conspiracy by senior law enforcement officials against the Trump campaign to favor Democrat Hillary Clinton."*  Without Hanlon's razor, you don't *"**dare**"* call it treason; you **<u>must</u>** call it treason.

---

[239] Homer, *The Illiad,* [approximately].

**RACHEL MADDOW:**  Now, let's say you're James (*quella sozza immagine di froda*) Comey. And let's say you and your cadre of sanctimonious *American Psycho* bureaucrats hold your loyalty oath in such utter contempt that you feel entitled to *split the people's heads open*, so to speak, with your gaslighting, fraud, and treason while choosing their next president for them.

As you turn the nation's counterintelligence apparatus against the Trump campaign, Hillary Clinton's counsel, **Perkins Coie**, engages **Fusion GPS** and **Crowdstrike** to synthesize a fraudulent "public relations strategy" in tandem with an equally counterfeit intelligence dossier justifying your years of illegal surveillance and spy operations—i.e. the "Steele dossier."

When the NSA Director gets wise to your secret exploitation of the FISA database, he shuts down all your "About Query" (unlimited search) access.  That same day, October 21, 2016, you secure your "insurance policy" against a possible Trump presidency with a FISA Warrant application, based solely upon evidence that **Perkins Coie** commissioned from **Crowdstrike** and a story planted in the press by **Fusion GPS** through deep state pawn Michael Isikoff of Yahoo news—with an implied warranty of fitness for the particular purpose of getting Hillary Clinton elected president.

**RACHEL MADDOW:** And there's the rub.  Your *"heightened duty of candor"*[240] before the secret and *ex parte*  FISA Court obligates you to be as honest and forthcoming as Charlie at the end of *Willy Wonka and the Chocolate Factory.*   Meaning, no matter what, your *duty of undivided loyalty to rule of law* obligates you to give up the *"Everlasting Gobstopper,"* so to speak—***especially*** if it destroys your argument for the warrant.

So, how do you hide the *obvious and embarrassing truth* that your FISA Warrant application against Carter Page (read: Donald Trump's presidential campaign) is sponsored by none other than the opposing presidential candidate you wrongfully exonerated of multiple felonies with a public declaration of tyranny on July 5, 2016?  How do you conceal your treasonable conspiracy to defraud the FISA Court with a false flag Russian-cyber-attack narrative that Hillary Clinton purchased from Fusion GPS and some ultra-nationalist Ukrainians who've been itching for  U.S. *War with Russia* since Victoria Nuland's coup?     How do you maintain an appearance of "candor" while hiding an elephant?  *Hint: The answer is not Xanax.*

---

[240] *United States v. Comprehensive Drug Testing, Inc.,* 621 F.3d 1162, 1178 (9th Cir. 2010) Kozinski, concurring).

**RACHEL MADDOW:**  These three paragraphs from Lee Smith point to the answer:

> "[FBI General Counsel, James Baker] authored the Page FISA and signed off on all of it," [said] Kash Patel, a member of President Trump's National Security Council.  …"When I was at DOJ," he [continued], **"Baker had a reputation of being a FISA guru.** The Page FISA was crafted by **someone who knew what questions not to ask, and <u>how to use language to get it past a FISA court judge without fully disclosing facts they knew would have disqualified the warrant."</u>**

> [Baker told congress](#) that he didn't normally work on FISAs in his job as the FBI's top lawyer, but this FISA was especially sensitive: It allowed the bureau to sweep up a presidential campaign's electronic communications, including those of a certain Republican candidate. So, Baker said, he "wanted to make sure that we were filing something that would adhere to the law."

> But the Page FISA was unlawful. The FBI had simply laundered the Clinton campaign's anti-Trump dirt into a surveillance warrant so it could justify spying on the candidate in support of her Democratic rival. "The FBI wanted the warrant, **so they wrote it in a way to get it even though they knew it was a fraud,** as our investigation would expose," said Patel. **<u>But with Baker squaring away the package, who was going to question the FISA guru?</u>**[241]

**RACHEL MADDOW:**   Using complexity as a curtain for fraud.  Sounds almost Machiavellian, doesn't it?  That's because it is.   Or, as Machiavelli put it: *"Occasionally words must serve to veil the facts.  But this must happen in such a way that no one become aware of it; or, if it should be noticed, excuses must be at hand to be produced immediately."*

**RACHEL MADDOW:** Frauds often conceal their schemes behind kaleidoscopic details imbued with mathematical certitude by equations replete with fluid and unknowable variables—making the very notion of investigation seem like an exercise in futility.   Secure in the knowledge that people ignore curtains of complexity, especially those endorsed by an office of profound public trust, [deep state fraudsters](#) like James Baker can make an [elephant vanish](#) within a single [footnote](#).

---

[241] *[How the FBI Hacked Twitter, The answer begins with Russiagate](#)*, by Lee Smith, Tablet, January 5, 2023

**RACHEL MADDOW:**  Hidden within **Footnote 8** is an elephant—the *obvious and embarrassing truth* that the entire *"Russia interfered in the 2016 election"* narrative was a hoax sponsored by **Glenn Simpson, Fusion GPS and Perkins Coie** for their **"private client" Hillary Clinton**.  It is incontrovertible *"documentary evidence of political bias"* and *"improper motivation"* underlying the FISA Warrant application and the counterintelligence investigation of Trump's campaign and presidency.   It is conclusive proof of treason.

> *"They say an elephant never forgets. What they don't tell you is,*
> *you never forget an elephant."*   **-** Bill Murray

**RACHEL MADDOW:**  They also say: *"First looks can be deceiving."* And that's exactly how *"FISA guru"* James Baker designed **Footnote 8**—to deceive with the first look while discouraging a second.   Take your first look at **Footnote 8** and see if you can spot the elephant. **Hint**: As you struggle to comprehend each sentence—and you *will* struggle—imagine reading it from the perspective of the judge and ask yourself: *"Is the author, James Baker, being as honest and forthcoming as Charlie at the end of Willy Wonka and the Chocolate Factory?"*

> **Footnote 8:** "Source #1's reporting has been corroborated and used in criminal proceedings and the FBI assesses Source #1 to be reliable.  Source #1 has been compensated … by the FBI and the FBI is unaware of any derogatory information pertaining to Source #1.   Source #1, who now owns a foreign business/financial intelligence firm, was approached by an identified U.S. Person, who indicated to Source #1 that a U.S.-based law firm had hired the identified U.S. Person to conduct research regarding Candidate #1's ties to Russia. (The identified U.S. Person and Source #1 have a longstanding business relationship.)  The identified U.S. person hired Source #1 to conduct this research. The identified U.S. Person never advised Source #1 as to the motivation behind the research into Candidate #1's ties to Russia. The FBI speculates that the identified U.S. Person was likely looking for information that could be used to discredit Candidate #1's campaign.
>
> Source #1 tasked his sub-source(s) to collect the requisite information. After Source #1 received information from the sub-source(s), described herein, Source #1 provided the information to the identified U.S. person who had hired Source #1 and to the FBI.
>
> Notwithstanding Source #1's reason for conducting the research into Candidate #1's ties to Russia, based on Source #1's previous reporting history with the FBI, whereby Source #1 provided reliable

> information to the FBI, the FBI believes Source #1's reporting here-
> in to be credible.

**RACHEL MADDOW:** Did you see the elephant?  Notice any brassy trumpet/trombone-like sounds?  The scent of peanuts perhaps?  No?  Well then, the game's afoot!  We won't need an elephant gun for this hunt; but we will need to begin with a brief overview of …

## Leftist Gaslighting

*"The shroud of the dark side has fallen. Begun the [Leftist gaslighting] has."*
—Cookie Monster

**RACHEL MADDOW:**  Gaslighting is as fundamental to Leftism as the fundamental forces of nature are to the universe.   Leftist gaslighting is why you can't say **Bruce** Jenner won the Men's Decathlon at the 1976 Summer Olympics.   Leftist gaslighting is why you can't say Eric **Ciarmella** is the CIA detailee who tried to oust the President of the United States as casually as he, Nuland, Brennan, and Biden ousted the President of Ukraine.  And Leftist gaslighting is why you missed the elephant in **Footnote 8.**

The following excerpt from an obsequious interview that Benjamin Wittes of Lawfare arranged for former FBI General Counsel, James Baker—better known by his fans as "Mr. FISA himself"—offers a rare look at just how psychopathic Leftist gaslighters truly are.

The Brookings Institution event was titled *It Was Always About Russia,* and it began fifteen minutes after Baker published an article titled: *Why I Do Not Hate Donald Trump.* [242]  The purpose of the Lawfare event was to help the former FBI General Counsel gaslight the American public about the legitimacy of the FISA Warrant applications and counterintelligence investigation of Donald Trump.

**RACHEL MADDOW:** As its former General Counsel, James Baker was effectively the FBI's high priest.  Since he was responsible for all the legal affairs of the FBI, he was charged with the duty of ensuring the bureau fulfilled its legal and ethical obligations—thereby keeping us a nation of laws and not men.   Thus, as he explains below, the mere notion of him deceiving the

---

[242] In 'his' article, *Why I Do Not Hate Donald Trump,* Baker mentions "love" 26 times; yet he mentions "truth" only once—while citing Martin Luther King Jr.  The DNA of the article so nearly matches *Engaging Glenn Greenwald*, one would almost think they were penned by the same "servile government propagandist."

Court, especially at a time when the FBI owed it a *"heightened duty of candor,"* is laughable.

**(To fully appreciate the size of the elephant hidden in Footnote 8, you need to watch from 30:08 to 36:40.)**

> **Wittes @ 31:45**: … In retrospect, sitting here today, how comfortable are you with the Carter Page FISA application?
> **…**
> **Baker:** … I was comfortable that the application that we were submitting to the FISA Court was consistent with the Constitution and laws of the United States and was consistent with the requirements of the FISA statute and lawful and there was probable cause that was in my mind sufficient to pass muster and pass review; and that it would be approved by the FISA Court.  And that we were making disclosures in the application about the Steele information in a way that were consistent with the other types of disclosures we've made about sources and their reliability.[243]
>
> **Wittes**: All right, I want to flesh out that point in particular because one of the criticisms is that you guys didn't put **a big red pen warning, you know *"Warning FISA Court: this guy was under contract to Fusion GPS; which was under contract to Perkins Coie; which was campaign counsel to Hillary Clinton."*** Right?  And instead, it is in a pretty extensive footnote, you didn't identify the US entities.  So my question is: Why didn't you identify explicitly who the US entities were—the US political campaign the; the other US entities?  And number two: Why was it in a footnote rather than written in big red magic marker in block letters across every page of the thing?
>
> **Baker**: ***Nobody's gonna miss a page-long footnote in regular-type. Okay.***
>
> *(Audience laughter)*
>
> **Wittes**: Not even busy federal Judges?
>
> **Baker**:  … [My] assessment was that the information set forth in that gigantic footnote *was consistent with the type of information and the way we would phrase things* to basically effectively be the red light on top of the document like *"Hey court, pay attention to this; there are issues here. We think you need to know about these things."*  …  ***The department attorneys … have the highest duty of candor to the FISA Court that exists in law.*  It's an *ex parte* proceeding and we have the obligation**

---

[243] Former Chief Assistant United States Attorney Andrew C. McCarthy: "I look at this application and it's appalling,   I think if I gave this warrant when I was a prosecutor to a judge down the street in Manhattan, I would have got my head cut off."

> **to tell the court every material fact with respect to the application.**
> And so <u>I wanted to make sure that that was done.  I thought that this was sufficient to put the court on notice;</u> and I don't know what else to say.[244]

**RACHEL MADDOW:** Spoken like a man *"committed to [his] core principles" with "experience navigating complex … issues with a principled approach."*

We're constantly assured the most powerful law enforcement agency in the world would never prioritize their own interests over the rights and welfare of American citizens.  We're assured that all deep state *"experts,"* like James Baker, would never lie and betray us, because they're the government.   And the government, they assure us, sees all Americans as human beings with infinite dignity and worth who are entitled to equal justice under law—because our omniscient & omnipotent government, they assure us, is the guardian of truth, justice, and equality whose actions are dictated solely by logic and rational principle.

**RACHEL MADDOW:** Therefore, by transitive property of superlatives, these deep state *"experts"* would never treat their fellow countrymen as things to be manipulated, maneuvered, mined for data, illegally surveilled, censored and punished unjustly without remorse—while conning us into believing they have our best interests at heart.[245]  And they'd never treasonably conspire  to raze our nation to the ground in order to create *"a unique window of opportunity"* to *"shape the recovery"* and *"build back better"*  to a ***"new normal"*** of technocratic totalitarianism.

**RACHEL MADDOW:** No.  Our trusted and venerable *"experts"* are ***smart*** enough to know it's wrong to treat us like their chattel slaves.  After all, why else would they wear those hats?

Nonetheless, everything Baker said <u>in the underlined portions above</u> was the **complete opposite of the truth**.  And Ben Wittes knew he was lying; because helping Leftists gaslight the country into believing *"It Was Always About Russia"* is how *"servile government propagandists"* earn their living.

**RACHEL MADDOW:**  Perhaps if Baker had consulted Wittes in preparation for his testimony before the House Intelligence Committee he wouldn't have perjured himself thusly:

---

[244] *It was always about Russia: Discussing the Mueller investigation and the FBI, A conversation with Jim Baker*, May 10, 2019

[245] See: *The Pathocracy of the Deep State: Tyranny at the Hands of a Psychopathic Government*, By John W. Whitehead, October 22, 2019

**Q** Mr. Baker, do you recall reading this portion of the document?

**James Baker:** … As I flip the page and look at page 16, I remember a long footnote that seems to go on for at least a couple pages here. <u>That I remember, and I remember focusing on that and spending some time on that.</u>
**…**
**Q** Okay. And just for clarification, you know, it is my understanding that Source #1 would be referring to Christopher Steele.

**James Baker:** I think that is right.

**Q** Okay. So I will ask you to turn to page 16. The last sentence in the first paragraph says, *"The FBI speculates that the identified U.S. person was likely looking for information that could be used to discredit Candidate #1's campaign."* So I believe that refers to Glenn Simpson who may have hired Christopher Steele to conduct research. Is that consistent with your reading of this?

**James Baker:** *<u>I don't remember who the identity was of the person.</u>*[246]

**RACHEL MADDOW:** Despite all the "time" and "focus" Baker admits devoting to **Footnote 8,** he only "thinks" *"Source #1"* is Christopher Steele and doesn't remember the identity of the person he labeled *"the identified U.S. person"*—i.e., **Glenn Simpson.** Of course, that's impossible; since the first paragraph of **Footnote 8 references Glenn Simpson no less than six (6) times**. Furthermore, Baker's alleged ignorance directly contradicts the testimony he gave less than an hour earlier:

> **Mr. Jordan.** Would you have been comfortable signing off on the FISA application without the dossier being part of it? In other words, was the dossier a central element to that in your mind?
>
> **Mr. Baker.** The dossier was certainly an important part, and <u>*to the extent that we were going to include it then we were obligated to talk about Simpson*</u> and what the hell we knew about him – I am sorry, what we knew about him.[247]

**RACHEL MADDOW:** Baker would have us believe he was both *"obligated to talk about Simpson"* and unable to *"remember the identity of that person"* simultaneously. Unless he's a

---

[246] *House Investigative Committee Interview of James A. Baker,* p. 148
[247]*Id.,* P. 126

quantum particle, the reason for his self-contradiction is obvious.  Baker would sooner commit perjury than deviate from **Footnote 8's** purpose: concealing the sponsors of the fraudulent "Steele dossier" underlying the FISA Warrant application and Russian collusion  coup—**Glenn Simpson, Fusion GPS, Perkins Coie and Hillary Clinton.**

> Wittes: … the president says it was a coup.  It was an attempted coup.  If there was an attempted coup, you're counselor to the coup; right.  You're the sort of legal counsel to the coup plotters.
>
> *(Audience laughter)*

**RACHEL MADDOW:**  Footnote 8 is not only a fraud on the court but a tacit confession by the *"counselor to the coup"* on behalf of his fellow *"coup plotters."*  It is incontrovertible ***documentary evidence of political bias*** and consciousness of guilt.  **Footnote 8** reveals the FBI/DOJ's treasonable conspiracy to hijack the U.S. counterintelligence apparatus for the purpose of affecting the outcome of the 2016 presidential election in favor of Democrat Hillary Clinton and thence overturn it through subsequent mutinous measures—thereby subverting the constitution and laws of the United States.  Comparatively speaking, these traitors make Robert Hanssen look like a boy scout in a Norman Rockwell painting.

Don't take my word for it; see for yourself.

**RACHEL MADDOW:** (*Imitating voice of Columbo) "Oh…. Just one more thing."*  Did I mention my grandmother used to breed prizewinning German Shepherds?  Beverly Sills bought one of her puppies for her daughter.  Anyway, I remember being nine or ten years old, outside my grandmother's house in Riverdale watching one of her dogs clear a jump she set up as part of a mini-obstacle course.  And I'll never forget the way she made a point of drawing my full attention to how a German shepherd will never exert itself any more than absolutely necessary when clearing an obstacle.  Whatever height she set the fence, the shepherd never jumped any further than needed to clear it.

**RACHEL MADDOW:**  I always thought my grandmother was trying to teach me some profound lesson about using intelligence to minimize effort v. underachieving, etc.   Years later, this passage by Robert McKee would clarify the point I suspect she was making:

> [All] characters, in the pursuit of any desire, at any moment in story, will always take the minimum, conservative action from his point of

view. All human beings always do. Humanity is fundamentally conservative, as indeed is all of nature. No organism ever expends more energy than necessary, risks anything it doesn't have to, or takes any action unless it must. Why should it? If a task can be done in an easy way without risk of loss or pain, or the expenditure of energy, why would any creature do the more difficult, dangerous, or enervating thing? It won't. Nature doesn't allow it… and human nature is just an aspect of universal nature.[248]

**RACHEL MADDOW:** With that in mind, consider this explanation for **Footnote 8** offered by our Patron Saint of Veracity—Adam Schiff:

> DOJ appropriately upheld its longstanding practice of protecting U.S. citizen information by purposefully not "unmasking" U.S. person and entity names, unless they were themselves the subject of a counterintelligence investigation. DOJ instead used generic identifiers that provided the Court with more than sufficient information to understand the political context of Steele's research.[249]

**RACHEL MADDOW:** As usual, Saint Schiff lied. The DOJ does not mask all U.S. person and entity names and then later decide whether or not to unmask them any more than a German shepherd would jump five feet to clear a three-foot fence.

> **"Masking" is a procedure** … that provides additional privacy protection **for *FISA-acquired U.S. person information*** disseminated in intelligence reports. … If the U.S. identity is masked to protect the privacy of the individual or entity, it will be referenced using a generic term, such as "a named U.S. company "or "a named U.S. person."[250]

**RACHEL MADDOW:** And now, behold the elephant within **Footnote 8.** In the words of Willy Wonka: *"It's all there, black and white, clear as crystal."* Read it just as carefully as "Mr. FISA himself" wrote it. There'll be a short quiz afterwards; just to be sure you don't miss it.

---

[248] Robert McKee, *Story,* Ch. 7

[249] *Correcting the Record – The Russia Investigations, (2018) by the United States House Intelligence Committee minority,* January 29, 2018

[250] *Review of U.S. Person Privacy Protections in the Production and Dissemination of Serialized Intelligence Reports Derived from Signals Intelligence Acquired Pursuant to Title I and Section 702 of the Foreign Intelligence Surveillance Act*, October 2017

**[Footnote 8:]** "Source #1's reporting has been corroborated and used in criminal proceedings and the FBI assesses Source #1 to be reliable.  Source #1 has been compensated … by the FBI and the FBI is unaware of any derogatory information pertaining to Source #1.  Source #1, who now owns a foreign business/financial intelligence firm, was approached by an identified U.S. Person, who indicated to Source #1 that a U.S.-based law firm had hired the identified U.S. Person to conduct research regarding Candidate #1's ties to Russia. (The identified U.S. Person and Source #1 have a longstanding business relationship.)  The identified U.S. person hired Source #1 to conduct this research. The identified U.S. Person never advised Source #1 as to the motivation behind the research into Candidate #1's ties to Russia. The FBI speculates that the identified U.S. Person was likely looking for information that could be used to discredit Candidate #1's campaign.

 Source #1 tasked his sub-source(s) to collect the requisite information. After Source #1 received information from the sub-source(s), described herein, Source #1 provided the information to the identified U.S. person who had hired Source #1 and to the FBI.

 Notwithstanding Source #1's reason for conducting the research into Candidate #1's ties to Russia, based on Source #1's previous reporting history with the FBI, whereby Source #1 provided reliable information to the FBI, the FBI believes Source #1's reporting here-in to be credible.[251]

**RACHEL MADDOW:**  See the elephant?  No?  Well, as promised, here's your quiz.

*If "Masking" is meant to provide additional privacy protection for "FISA-acquired U.S. person information," then what portions of Footnote 8 constituted "FISA-acquired U.S. person information?"*

---

[251] **Kimberly Strassel:  "**[In sworn testimony to the House Intelligence Committee,] the general counsel explained that the [Carter Page FISA warrant application] was one of the few he ever personally reviewed. Why? Because it … targeted a person with [connections to a Presidential campaign.  Thus, Baker told the committee,] "we were obligated to talk about Simpson and what the hell we knew about him"—namely to **"alert the [FISA] court to the fact that there were a range of issues with respect to the providence [sic] of this information and the relationship that we had with respect to Mr. Simpson and his credibility."** Mr. Baker nonetheless fails to explain how that **"range of issues"** was communicated via the obscure **footnote [8**]…." *What FBI's Counsel Told Congress; Baker's testimony shows Comey wasn't being fully candid about the dossier,* By Kimberly A. Strassel, March 21, 2019

**RACHEL MADDOW:**  And the answer is… *None of it.*

**KENT JONES:** "*Sacajawea*!"

**RACHEL MADDOW:**  *Sacajawea,* indeed.   Not a single word within **Footnote 8** was "FISA-acquired U.S. person information" because **none of it was acquired through electronic surveillance or physical search under FISA**; nor did it originate from any other source of *"nonpublicly available information concerning **unconsenting** United States persons."*[252]

> "[Masking]  procedures  ***do  not  apply***  to  publicly  available information concerning United States persons, nor do they apply to information that is acquired, retained, or disseminated with a United States person's consent."[253]

**RACHEL MADDOW:**  **Not a single word within Footnote 8 required masking** because the information literally walked in off the street unsolicited.  "As one investigator put it: ***"The dossier and its related dirt was on a circular flight path aboard a courier service called 'Air Clinton,' and the FBI kept signing for the packages."*** [254]

As "Mr. FISA himself" testified:

> **James Baker:** My ***understanding at the time*** was that **Simpson** was going around Washington giving [the Steele dossier] out to a lot of different people and trying to elevate its profile. And so we had heard that it had been given to members of the media….[255]

**RACHEL MADDOW:**  By "elevating its profile", Baker is referring to the press junkets Glenn Simpson & Fusion GPS set up for Steele and "his" dossier.   When pitching stories on Trump-Putin collusion, **Simpson** eventually discovered the great benefit of placing Christopher Steele

---

[252] 50 U.S.C. § 1801(h)(1). defines "Minimization procedures" as  specific procedures … that are reasonably designed … to minimize the acquisition and retention, and prohibit the dissemination, of *nonpublicly available information concerning unconsenting United States persons* consistent with the need of the United States to obtain, produce, and disseminate foreign intelligence information;

[253] *MINIMIZATION PROCEDURES USED BY THE FBI IN CONNECTION WITH ACQUISITIONS OF FOREIGN INTELLIGENCE INFORMATION PURSUANT TO SECTION 702 OF THE FOREIGN INTELLIGENCE SURVEILLANCE ACT OF 1978, AS AMENDED*, Sect. I.(C.),  September 21, 2016

[254] *Did FBI get bamboozled by multiple versions of Trump dossier?* By John Solomon, July 10, 2018; See also: *Clinton Campaign Relied on Former Spy's Web of Connections to Frame Trump,* By Jeff Carlson, The Epoch Times, January 23, 2019; See also *How the Clinton machine flooded the FBI with Trump-Russia dirt … until agents bit* by John Solomon, The Hill, January 23, 2019

[255] *House Investigative Committee Interview of James A. Baker*, October 3, 2018, p. 125

directly in front of reporters. In September and October, he would fly the spy from London to the United States so the two of them could brief major media outlets as a team. [256]

**RACHEL MADDOW:**  Together, they "briefed" The New York Times, The Washington Post, Yahoo News, The New Yorker, and CNN at the end of September 2016.   Steele would engage in a second round of media contact in mid-October 2016, meeting again with The New York Times, The Washington Post, and Yahoo News. Steele testified that all these meetings were "conducted verbally in person.*[257]*

**RACHEL MADDOW:**  In other words, *"FISA guru"* James Baker knew that masking procedures were completely unwarranted and unlawful.   And yet, while petitioning a secret court for the power of omniscience over a presidential campaign and ensuing presidency, "Mr. FISA himself" took great pains to *"alert the Court"* about a *"range of issues"* regarding Steele and Simpson's credibility, and the provenance of the dossier**—tracing back to Hillary Clinton, Perkins Coie, and Fusion GPS**—by making them clear as mud with circumlocutions rife with generic identifiers couched in passive voice.

**RACHEL MADDOW:**  Furthermore, even if we assume **Footnote 8** contained "FISA-acquired information" (which it categorically did not), the one person who had a *"need to know"* the identities/motives of the parties described therein "*to perform their official duties"* was the judge.  Thus, masking was not only uncalled for under 50 U.S.C. §1801(h)(2), but in direct conflict with the FBI/DOJ's "heightened duty of candor."[258]

**RACHEL MADDOW:**  It's been said that above the entryway to every Philosophy Department, if you look closely enough, you'll find these words engraved in stone:

> *"Thoughts without content are empty, intuitions without concepts*
> *are blind. … The understanding can intuit nothing, the senses can*
> *think nothing. Only through their union can knowledge arise.*"*[259]*

**RACHEL MADDOW:**  Why do I bring that up now?  Because Baker meticulously designed **Footnote 8** to be followed; yet not understood[260]—at the very least by potential whistle blowers.

---

[256] *The Real Collusion Story*, By Michael Doran, National Review, March 13, 2018
[257]*Spygate: The Inside Story Behind the Alleged Plot to Take Down Trump*, By Jeff Carlson, March 28, 2019
[258] Every FISA Court Judge, including the Chief Justice of the Supreme Court, had to know this.  Thus their silence.
[259]Immanuel Kant, *Critique of Pure Reason,* Kemp Smith translation, p. 93
[260] Baker specifically designed Footnote 8 to be as incomprehensible as the Eastern European cartoon *Worker and Parasite*; concealing the FBI/DOJ's fraud behind a curtain of complexity designed to evoke a *'slack-jawed-Krusty-the-Clown'* type reaction in the reader; (cigarette optional).

**RACHEL MADDOW:**  Baker's use of "generic identifiers" exsanguinated any meaningful predicates from which a probable cause determination could possibly have been made; intentionally depriving the court of **'articulable specifics'** epistemically necessary to formulate an objective judgment about the facts before it.  Baker didn't use generic identifiers to protect the privacy rights of Americans innocently picked up during FISA surveillance.  Rather, he masked identities to conceal dispositive facts comprising the *"totality of the circumstances"* by which the credibility of Steele and Simpson should have been judged.

**RACHEL MADDOW:**  Allow me to make that more **comprehensible** with some **articulable specifics**.  James Baker not only improperly masked information to conceal the roles **Glenn Simpson, Fusion GPS, Perkins Coie,** and **Hillary Clinton** played in the creation of the Steele dossier, but he also fabricated materially incongruous details to launder them out of the fact pattern entirely.  Accordingly, a detailed analysis of Baker's micturition within **Footnote 8** reveals the scienter with which the FBI/DOJ used the Constitution as a urinal puck.[261]

> ***Footnote 8: [****Christopher Steele's] reporting has been corroborated **and used in criminal proceedings**[262]** and the FBI assesses [Steele] to be reliable. … [Steele] tasked his sub-source(s) to collect the requisite information. After [Steele] received information from the sub-source(s), described herein, [Steele] provided the information to [Simpson] who had hired [Steele] and to the FBI.*

**RACHEL MADDOW:**  Steele's prior history of reliability is *meaningless* because he's not a "source" of any relevant firsthand information.

Baker's "reasoning" runs something like this:

- The FBI deems Steele credible.
- Steele claimed his "sub-sources" were credible.
- Thus, *"with the oil of Aphrodite, and the dust of the Grand Wazoo"*
- He said, *"You might not believe this, your Honor, but Steele's sources are credible too."*

---

[261] From the Owl Farm: "There is nothing in the world more irresponsible and depraved than [the FBI] in the depths of a [sanctimony] binge."

  "Where's the [sanctimony]?" said [the FBI]. "The [law] isn't working."

  This is the [problem with being coked to the gills on your sanctimony]: it makes you behave like the village drunkard in some early Irish novel . . . total loss of all basic [reasoning] skills: [tunnel] vision, [forked] tongue - severance of all connection between [facts and law]. Which is interesting, because the brain continues to function more or less normally . . . you can actually watch yourself behaving in this terrible way, but you can't control it.

  You approach the [FISA Court] and you know that when you get there, you have to give the [judge probable cause] or he won't [let you spy on a presidential campaign] . . . but when you get there, everything goes wrong. You see yourself mumbling [in **Footnote 8**]: *"Dogs fucked the Pope, no fault of mine… Orders from Captain Zeep."* – Hunter S. Thompson (Approximately)

[262] IG Report showed Steele's prior reporting was not used in criminal proceedings.

**RACHEL MADDOW:** As Andrew McCarthy explains, this is pure horse puckey because there's no such thing as *transitive property of credibility.*

> To repeat what we've long said here, **there is no vicarious credibility in investigations**. When the government seeks a warrant, it is supposed to show the court that the actual sources of information are reliable — i.e., they were in a position to see or hear the relevant facts, and they are worthy of belief. It is not sufficient to show that the agent who assembles the source information is credible. [263]

> *Footnote 8 (Cont.): [Steele] has been compensated by the FBI and the FBI is unaware of any derogatory information pertaining to [Steele].*

**RACHEL MADDOW:** An assertion of something known or believed by the speaker to be untrue with intent to deceive is called a lie. The amount of low hanging fruit demonstrating the intentional falsity of the above affirmation—e.g., Bruce Ohr's sworn testimony that he told the FBI "*that Chris Steele was desperate that Donald Trump not get elected*"[264]—would fill pages. Which is to say; Baker lied. Kimberly Strassel sums it up best:

> *Everybody knew.*[265] **Everybody of consequence at the Federal Bureau of Investigation and Justice Department** understood fully **in the middle of 2016—as the FBI embarked on its counterintelligence probe of Donald Trump—that it was doing so based on disinformation provided by Hillary Clinton's campaign.**[266]

> *Footnote 8 (Cont.): [Christopher Steele], who now owns a foreign business/financial intelligence firm, was approached by [Glenn Simpson], who indicated to [Steele] that [the law firm of **Perkins Coie] had hired [Simpson]** to conduct research regarding [Trump's] ties to Russia (Simpson and Steele have a long-standing business relationship).*

**RACHEL MADDOW:** Perkins Coie did not hire Glenn Simpson; **they hired Fusion GPS.**

---

[263] *FISA Applications Confirm: The FBI Relied on the Unverified Steele Dossier*, By Andrew C. McCarthy, July 23, 2018

[264] See John Ratcliffe's examination of Bruce Ohr on this issue, pp. 124-125 of *Interview of: Bruce Ohr*, Executive Session Committee on the Judiciary, Joint With the Committee on Government Reform and Oversight, U.S. House of Representatives, August 28, 2018

[265] See also *State Department's red flag on Steele went to a senior FBI man well before FISA warrant*, by John Solomon, May 14, 2019

[266] *What Bruce Ohr Told the FBI, The Justice Department official's testimony raises new doubts about the bureau's honesty.* By Kimberly A. Strassel , WSJ, Jan. 17, 2019

**RACHEL MADDOW:** "Mr. FISA himself" created a *fictional contract* between **Perkins Coie** and **Glenn Simpson** for the sole purpose of laundering away any trace of **Fusion GPS** and its client, **Hillary Clinton** from the fact pattern—setting the foundation for a second *fictional contract* needed to create the illusion of objectivity for the Steele dossier information.

> *Footnote 8 (Cont.): [Glenn Simpson] hired [Christopher Steele] to conduct this research.*

**RACHEL MADDOW:** Glenn Simpson did not hire Christopher Steele. **Fusion GPS *engaged* and *instructed* Steele; not Simpson.** The fictional **Simpson/Steele Contract** works in tandem with the fictional **Simpson/Perkins Coie Contract** to launder the true pedigree of the Steele dossier and fraudulently represent it as an objective intelligence product—as opposed to opposition research custom fabricated by **Fusion GPS** for its client **Hillary Clinton** to smear and frame Donald Trump.

> *Footnote 8 (Cont.): [Glenn Simpson] never advised [Christopher Steele] as to the motivation behind the research into [Trump's] ties to Russia.*

**RACHEL MADDOW:** This fiction is predicated entirely upon Baker laundering **Fusion GPS** from the fact pattern with the two fictional contracts. He knew that **Fusion GPS,** not **Simpson**, engaged and instructed Steele to create opposition research on Trump for the benefit of their **"private client" Hillary Clinton**. What's more, Steele told his FBI handler that he not only knew the "motivation behind the research," but **Hillary Clinton** knew everything he was doing as well.[267]

> *Footnote 8 (Cont.): The FBI speculates that [Glenn Simpson] was likely looking for information that could be used to discredit [Trump's] campaign.*

**RACHEL MADDOW:** Here's how "Mr. FISA himself" defended that sentence while testifying before congress:

> **James Baker:** … What I would say is that that sentence …*"The FBI speculates that the identified U.S. person was likely looking for information that could be used to discredit Candidate #1's campaign"* puts… the FISA court on notice that there may be a

[267] *Buried in IG Report: How an FBI Team in Rome Gave Steele Highly Guarded Secrets*, By Eric Felten, RealClearInvestigations, February 14, 2020

> political motive behind all this and that the court should take this into consideration**.** … [The] information that we were providing … <u>was adequate to put the FISA court on notice of the important information that it needed to know, and we were doing so in a way that was consistent with our practice with the FISA court that I have been involved with for 20 years.</u>[268]

**RACHEL MADDOW:**  Exactly what FISA Court practice permits the FBI/DOJ to mask consensually provided information, <u>pre-shopped to worldwide media outlets no less,</u> as if it were *"nonpublicly available information concerning **unconsenting** United States persons"?* [269]  Baker didn't *"speculate"* that Glenn Simpson was looking to discredit Trump's campaign. <u>"Mr. FISA himself"</u>  masked the information because he knew the FBI/DOJ was conspiring with Simpson to affect the outcome of the presidential election.  <u>**Baker,** *like the rest of them***, knew it was treason.**</u>

> **Mr. Baker**.  I anticipated being sitting here in rooms like this down the road, I seriously did, and I knew that it was – I knew that it was sensitive. I knew that it would be controversial.[270]

**RACHEL MADDOW:** Baker designed **Footnote 8** to conceal a treasonable conspiracy while giving himself sufficient respite from remorse in case he ever wound up *"sitting in rooms like this down the road."*  Thus, Baker and the FBI feigning *"speculation"* as to what Simpson was *"likely looking for"*—**while concealing** the fact their probable cause evidence to surveil the Trump campaign and presidency was fabricated by **Fusion GPS** on behalf of **Hillary Clinton**—reads like a Jon Lovitz performance: *"The FBI speculates…yeah, that's the ticket."*

**RACHEL MADDOW:**  Finally, how can Baker say that **Footnote 8** was *"adequate to put the FISA court on notice of the important information that it needed to know,"* when there's no mention of him and the FBI obtaining portions of the Steele dossier from Journalist David Corn? The insouciant handling of the <u>"Steele dossier"</u> clearly demonstrates subordination of the FBI's alleged "national security concerns" to Glenn Simpson's media strategy for Hillary Clinton's presidential campaign.

---

[268] *House Investigative Committee Interview of James A. Baker*, October 3, 2018, pp. 146-150
[269] 50 U.S.C. §1806(a), 50 U.S.C. §l825(a)
[270]  *House Investigative Committee Interview of James A. Baker,* p. 118-119

**Rep. Jordan:** So you knew about the dossier prior to the election and you had reviewed it prior to the election. And also prior to the election Mr. Corn had a copy of the dossier and was talking to you about giving that to you so the FBI would have it. Is that all right? I mean all accurate.

**Mr. Baker:** My recollection is that he had part of the dossier, that we had other parts already, and that we got still other parts from other people, and that — and nevertheless **some of the parts that David Corn gave us were parts that we did not have from another source.**[271]

*Later in testimony…*

**James Baker:** My understanding at the time was that Simpson was going around Washington giving [the Steele dossier] out to a lot of different people and trying to elevate its profile. And so we had heard that it had been given to members of the media, and I assume David [Corn] was there for one of the people who got it from Simpson.

**RACHEL MADDOW:** Let's recap, shall we? While "a foreign adversary intervened in America to damage our democracy," ex-MI6 officer Christopher Steele transmitted his intelligence memos—detailing grievous national security threats warranting FISA surveillance of a presidential campaign—to the FBI *by way of Glenn Simpson leaking them to a journalist first?* In what universe is that even remotely plausible?  An FBI conducting an earnest counterintelligence investigation of a national security threat so grave it merited FISA surveillance of a presidential campaign *cannot co-exist within the same universe* as an FBI relying upon the 'actionable intelligence equivalent' of a fifth grader's slam-book paid for by the opposing candidate and leaked to the press first.   Either the FBI was too dim-witted to see that Fusion GPS was manipulating them into a highly publicized fraudulent counterintelligence investigation; or loyal FBI agents were siloed by high-ranking psychotic-bureaucrats commanding them to follow the Fusion GPS script.   Since I don't think *"the world's premier law enforcement agency"*[272] is synonymous with "bug-wit," I'll venture a guess it was the latter.

---

[271] *House Investigative Committee Interview of James A. Baker*, October 3, 2018, p. 41.   See also: *Spygate: The Inside Story Behind the Alleged Plot to Take Down Trump*, By Jeff Carlson, March 28, 2019
[272] *Interview of: Bruce Ohr*, p. 17

# The Gravity of Footnote 8

**RACHEL MADDOW:** You know how the gravity of a black hole is so great that even light can't escape? Well, that's the kind of pattern you keep an eye out for whenever you suspect fraud. You see, when frauds construct a false reality to conceal a truth, their generalities, omissions, and implausible claims of ignorance—i.e., their bull puckey—tends to constellate around whatever it is they're hiding, like planets orbiting an invisible star. The greater the gravity of the truths, the greater the desperation to conceal them, and thus the more unbelievable their bull puckey.

Observe how former FBI Directors James Comey and Robert Mueller's untenable claims of ignorance regarding **Fusion GPS, Glenn Simpson & Perkins Coie** form a veritable silhouette of a black hole.

**RACHEL MADDOW:** We begin with **James Comey's testimony before Joint House Committees on December 7, 2018.**

> **Mr. Gowdy.** When did you learn [Christopher **Steele**] was working for **Fusion GPS**?
>
> **Mr. Comey.** I don't know that I ever knew that – certainly while I worked at the FBI. I think I've read that in open source, but I didn't know that while I was FBI.[273]

*Footnote 8 (Cont.): [Glenn Simpson [**of Fusion GPS**] ] hired [Christopher Steele] to conduct this research.*

> **Mr. Gowdy.** When did you learn that **Fusion GPS** was hired by **Perkins Coie?**
>
> **Mr. Comey.** I never learned that, certainly not while I was Director.

*Footnote 8 (Cont.): [Steele]… was approached by [Glenn **Simpson** [**of Fusion GPS**]], who indicated to [Steele] that [the law firm of **Perkins Coie] had hired [Simpson**] to conduct research regarding [Trump's] ties to Russia.…*

> **Mr. Gowdy.** Well, when did you learn the **DNC** had hired **Perkins Coie?**

---

[273] James Comey, testimony before *Executive Session Committee on the Judiciary, Joint With the Committee on Government Reform and Oversight, U.S. House of Representatives, 12-7-18,* p. 109

**Mr. Comey.** I never learned that.

**…**

**Mr. Meadows.** Director Comey, you were saying that you had no knowledge that **Perkins Coie** was actually involved with the Democrat National Committee [**DNC**] and involved in this particular investigation that ultimately was initiated. Is that correct?

**Mr. Comey.** I, when I was FBI Director, don't remember ever being told anything about **Perkins Coie**. I think I've since read stuff in the media, but not when I was Director.

**Mr. Meadows.** So are you saying that **James Baker,** your general counsel, who received direct information from **Perkins Coie,** did so and conveyed that to your team without your knowledge?

**Mr. Comey.** I don't know.

**Mr. Meadows.** *What do you mean you don't know? I mean, did he tell you or not?*

**Mr. Comey.** Oh, I – well –

**Mr. Meadows.** James Baker[274], we have testimony that would indicate that he received information directly from **Perkins Coie;** he had knowledge that they were representing the [**DNC**] and, indeed, collected that information and conveyed it to the investigative team. Did he tell you that he received that information from them? …

**Mr. Comey.** I don't remember the name **Perkins Coie** at all.

**RACHEL MADDOW:** Got that?   The former FBI Director doesn't remember the name of the law firm that hired <u>the cyber security firm that he allowed to bypass an official FBI Forensic investigation of the DNC servers.</u>   And yet, in response to a letter sent by Rep. Matt Gaetz and Jim Jordan, **<u>Perkins Coie admitted they've been operating an FBI workspace in their Washington D.C. office since 2012</u>.**"[275]

This means access to **FBI** database searches exists inside the office of the **DNC** and **Clinton** legal group **PERKINS COIE**.  If the **FBI was operating within Perkins Coie since 2012,** then

[274] "It is striking how many of the figures and institutions involved in Russian collusion claims are **within six degrees of James Baker**. Not only did Baker work closely with fired FBI director James Comey and other key figures at the Justice Department, but he was an acquaintance of key Clinton figures like Sussmann who pushed the false collusion allegations. He was also hired by Brookings Institution, which also has a curious Bacon-like role in the origins and development of the false Russian collusion allegations."  Jonathan Turley, *Six Degrees from James Baker: A Familiar Figure Reemerges With the Release of the Twitter Files,*  Dec. 4, 2022

[275] *BREAKING, The FBI Maintains a Workspace, Including Computer Portal, Inside the Law Firm of Perkins Coie – The Ramifications are Significant,* May 31, 2022 | Sundance, Conservative Tree House

the democrats have held access to fully intrusive electronic surveillance of their political opposition, or anyone else – anywhere, for a decade.   We're talking all cell phone, computer, email, text message, social media, electronic communication and all private data including geolocation.  The **FBI using its power to work collaboratively with Hillary Clinton and the DNC's law firm PERKINS COIE** goes far beyond the '*image of impropriety or conflicted interest.*' [276]

> As John Locke put it:

>> Whenever power is put into some hands for the government of the people, and is then diverted from that purpose and used to subdue the people to the arbitrary commands of those that have the power, then that immediately becomes **tyranny**, whether the power-holders are one or many.[277]

> And as our special guest mentioned earlier:

>> **GHOST OF BUGLIOSI:**  If, indeed, the FBI and DOJ have been executing the law in a politically motivated manner, (which they unquestionably have), this is tantamount to saying, and can *only* mean, that they've been *exercising power, beyond right, which no one has a right to.*  And if this is so (which again, it unquestionably is), then they've been deliberately and knowingly committing *tyranny*.   And by committing *tyranny*, they've been committing *the most grievous form of treason* possible against the United States.

**RACHEL MADDOW:** And lest we forget **Robert "The Chin" Mueller's testimony before the House Judiciary Committee on July 24, 2019.**  After an alleged 22 month investigation into the underlying reasons the FBI/DOJ turned the United States counterintelligence apparatus against the Trump campaign and presidency, Mueller shamelessly testified before congress that he wasn't familiar with Glenn Simpson or Fusion GPS.

> **CHABOT:**  When you talk about the firm that produced the Steele reporting, the name of the firm that produced that was **Fusion GPS**. Is that correct?

> **MUELLER:**   Yeah, I – I'm not familiar with – with that. I (inaudible)

---

[276] *Whatever Happened to the Information of The DNC Law Firm Having an FBI Search Portal in Their DC Office?* July 17, 2022 | Sundance, Conservative Tree House.
[277] Ibid, §201

**CHABOT:**  It's not a trick question, right? It was **Fusion GPS**. Now, **Fusion GPS** produced the opposition research document widely known as the **Steele dossier**, and the owner of **Fusion GPS** was someone named **Glenn Simpson**. Are you familiar with...

**MUELLER:** This is outside my purview.

**CHABOT:** OK. **Glenn Simpson** was never mentioned in the 448-page Mueller report, was he?

**MUELLER:**  Well, as I – as I say, it's outside my purview and it's being handled in the department by others.

**CHABOT:**  OK. Well, -- he was not. In the 448 pages – the owner of Fusion GPS that did the Steele dossier that started all this – he's not mentioned in there. …

**MUELLER**: It's outside my purview.


**DEVIN NUNES**:   Did you ever interview **Glenn Simpson?**

**ROBERT MUELLER:**  I'm again, I'm going to pass on that.


*"Meanwhile, at the Hall of Justice…"*


**SPECIAL COUNSEL JACK SMITH: Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

# Fusion GPS

**RACHEL MADDOW:**  So, why would two former FBI directors shamelessly feign ignorance of **Fusion GPS?**  Because they're on the same team—evidenced by its name, which is quite fitting for what it does.

- **"Fusion"**
- As in **Fusion** center.  **Fusion** centers came into vogue after 9/11 when deep state bureaucrats leveraged the psychological trauma of the event to knock down the wall between NSA omniscience and FBI omnipotence.

    - As in: "We put together a fusion center at CIA that brought NSA and FBI officers together with CIA to make sure that those proverbial dots would be connected."  -- John Brennan, 8/18/18

- **As in *"The Fusion Doctrine"*:**  As in the centralization of *"all administrative functions key to ensuring the daily functioning of a nation state ... **'fused' into one centralized totalitarian control system fine-tuned to an agenda overseen by the "Stakeholders" of our "new normal"—i.e., the 0.5% elite** banking, military industrial, energy and telecommunication providers. Not forgetting pharmaceutical, agro-industrial behemoths, corporate infrastructure conglomerates, food giants and hypermarket chiefs."*  As in **the Leftist bureaucrat's** (**read:** *Deep State's*) **wet dream.**

- "**GPS,**" as in navigate.
- As in "plan and direct the course of"
- As in control—God-like control.
- **As in *Controlling the nation*** through the Fusing of *"inter-agency consensus"* with circular reporting of stories planted by Intelligence-Community (IC)-infiltrated media— curated by AI for individual exploitation of Americans by IC-infiltrated social media companies.  (See *"Cognitive Warfare"* discussed below)

**RACHEL MADDOW:**  Firms like **Fusion GPS** provide the means and methods by which deep state bureaucrats betray the trust of the country they swore to protect by converting it into **an industry of turnkey tyranny catering to the wealthy ruling class**—caging us like animals within any fraudulent narrative they desire.   **Fusion GPS** is *tantamount* to a privatized domestic CIA levying cognitive warfare against American citizens—a *"real license to steal [the American dream]."*

**RACHEL MADDOW:**   And that'll do it for us here at the *Rachel Maddow Show, Parallel Universe Edition.*  Kent and I will be flying up to Alaska for the Iditarod next week; and if he wins it again, Amtrak will send us a case of their hot dogs.  So, we'll see you after the race.

*"What do you get for pretending the danger's not real*
*Meek and obedient you follow the leader*
*Down well-trodden corridors into the valley of steel*
*What a surprise*
*A look of terminal shock in your eyes*
*Now things are really what they seem*
*__No, this is no bad dream__"*

--Roger Waters, *Sheep*

## [Institutional Betrayal Trauma]: **A Bad Trip on Leftist Acid**

We can all sense that the institutions charged with our protection have become our violators.  And yet, like a child that's been raped by her parents—incapable of conceiving of a world without a mommy and daddy protecting her—we keep running back to them because we can't conceive of our own government  feeding us our own brains à la Hannibal Lecter.  *"Love and pain become one and the same in the eyes of a wounded child."*

When the institutions we were raised to trust unquestioningly betray us, we instinctually believe their lies and gaslighting as a matter of psychological survival because facing the truth is too painful.  Thus, their betrayal coerces us into a lie of the mind.

I started writing this section when a vivid image from a college production of Sam Shepard's *A Lie of the Mind*—which I saw more than thirty years ago—kept bubbling up from my long-term memory.   It's an image of ***a woman in a sitting kneel position on her bed with an American flag wrapped around her wounded head—tormented and in agony.***  I remember witnessing that moment in the play around the same time I received that Dostoyevsky quote (*"Above all, **don't lie to yourself**."*) in a letter from a friend.[278]   I think it's an accurate metaphor for what's happened to us as a nation.

> In Sam Shepard's play *A Lie of the Mind*, humans are revealed as ill-equipped to deal with painful truths. Rather than work to accept them, our minds create alternate realities—lies of the mind—fictions that we can more readily accept and use to explain our pain or misfortune. **This is especially true when we are hurt by _someone we love [/trust]_** and need some way to come to terms with that pain but do not want to accept that it has come at the hands of one for whom we love *[/trust] so deeply*. It is for this reason, for example, that Beth creates a fiction in her mind that her family has had her brain removed, as she tells Frankie when she shows him her

---

[278] Remember the elegance and thoughtfulness of letters?

195

nonexistent scar. It is easier for her to believe that her family has made her the way she is rather than her husband—[*who beat her within an inch of her life]*—whom she loves.[279]

**Quint***: Chief. I want you to get up on the bridge, just take her forward steady.*

**Brody***: I've never steered a boat in my life!*

**Quint***: Just watch my hand and take her steady. Mr. Hooper? Attach the end of this line to the first keg. Better get a good shot at that porker's head! Coming. Hee hee hee's …coming'!*

Leftist-controlled institutions of public trust have been mind-raping us into accepting their redefining of legal & scientific principles for the purpose of **deepening our dependence on the state for our very survival.** Thus, the true purpose behind the *"Captain Trips"* vaccine.

> When a vaccine's efficacy drops into the negatives, it means that **vaccination actually elevates the risks of hospitalization and severe diseases rather than reducing the risks.** In simple terms, it does more harm than good when the efficacy is negative.
>
> During the time prior to the pandemic, any vaccine with an efficacy less than 50 percent would be regarded as a poor product. **When a product shows negative efficacy, it should be banned.** (*'Negative Efficacy' Should Have Stopped COVID Vaccine Recommendations in Their Tracks,* Epoch Times, Nov. 28, 2022)

They're *"shaping the recovery"* from their *"Captain Trips"* pandemic to replace human existence itself with a digital replica under their complete control. They're *"building back better"* by fusing physical, digital, and biological identities through techno-social innovations to enslave you within their panopticonic biosecurity police state. Once **the "*owners of the world*"** hook you on their vaccines, global bank digital currency, digital ID, and universal basic income, they'll keep adding conditions to their continuance—each and every one intended to commodify you as their chattel slave, where *"you'll own nothing and be happy."* They not only have enough data and AI to manipulate & commodify your every thought, action, dream, and desire, they're harnessing mortality itself for personal profit and entertainment with blockchain, smart contracts and human capital bond markets. They're exploiting the wealth and status they acquired through ***the social contract*** to cancel it for the rest of us by fabricating *"global emergencies"* to justify **redefining** *"Citizen of the United States"* as *"Property of"* **their**

---

[279] My apologies for the *Cliff's* notes, but it does the job. Besides, I empathize with Ralph Wiggum.

technocratic totalitarian collective.    By linking their *"Captain Trips"* pandemic—with <u>all its tyrannical emergency power precedents</u>—to *"climate change,"* they're clearing the way for declaring a perpetual *"Climate Emergency"* to 'rationalize' perpetual <u>climate lockdowns</u> in furtherance of their endgame, as <u>Allison McDowell</u> puts it: "*militarized <u>Fin Tech</u> <u>AI</u> running the world as <u>a global open air mixed reality video game prison from space.</u>"*   That's why they need **"a new social contract;"** because <span style="color:red">**THEY'RE ALL FACING MILITARY EXECUTION for their treason under the original.**</span>

> **Quint**: *All right! Let's see how long that barrel takes to bring him up.*
> **Hooper**: *Bring another barrel! I'm coming around again!*

I know, you're thinking: *"That could never happen here in the United States."*   In the old days, I would have agreed with you.   In the old days, the idea of highly intelligent, well-funded, globally organized deep state bureaucrats engaged in a treasonable conspiracy to levy cognitive and biological warfare against the United States would have been laughable.  Today, however, not only is *"global conspiracy"* as banal as booting up your computer, but **as Footnote 8 of the Carter Page FISA Warrant Application demonstrates**, <u>these subversive insects operate safe in the knowledge that the FBI/DOJ will protect them.</u>

What they don't expect, however, is the Combat Division of the U.S. Military.   And nothing strikes fear in the <u>hearts of treasonous insects</u> quite like <u>the *'ruthless efficiency'* of the Combat Division of the U.S. Military</u>.  Like <u>William Munny at the end of the film *Unforgiven*</u>—the Combat Division of the U.S. Military's *"killed women and children.  Killed everything that walks or crawled at one time or another."*  *'Now it's here to kill them; <u>for what they did</u> to us.'*

In fact, what if I told you that ***something like a future*** **Defense Advanced Research Projects Agency (DARPA)** <u>encoded</u> a <u>message</u> about what's happening now <u>into entangled neutrinos</u> and sent it decades <u>into my past</u>—**August 10, 1988, in the Atlanta Amtrak station** to be precise.  And what if I told you I wouldn't be able to fully decode that message until **March 31, 2021**?   And what if I told you this ***future* DARPA** not only deputized me to hunt down the **"Captain Trips"** **gas-lighters** like the shark in *Jaws,* but <span style="color:red">**rip the hearts out of all Leftists**</span> by relaying a **message from "the Boss"** of this virtual reality game we call *"A Life on Earth Well Lived"*:   **"Winner takes all.   Never underestimate the power of [neutrinos] to change history."**

True story, but too insane to ever say out loud, even alone to myself, because I couldn't grasp it.  Like a rape.  In fact, the truth of what happened is so inconceivable, I locked it away in a prison of shame for more than three decades.    Even now, the best I can do is put all the receipts inside a 'fairytale' and call it ***Unclaimed Freight***.  We'll circle back to that later.

For now, let's just say **if you could see yourself through my eyes,** you'd flashback to **the night where this *'future DARPA'* trip began.**

> It's a cold winter night in Oneonta, NY, 1988, and you're at [let's call it a 'chocolate ice cream' party] at the corner of Center & Maple just off campus. About 45 minutes after finishing your bowl of ice cream, you walk up the stairs to the bathroom and find the door slightly ajar.  Pushing it open, you find a girl with short blonde hair—whose name you later learn is Sue Ann—standing there completely naked and shivering with teeth chattering behind lips so blue they almost match the navy bath rug beneath her.   Stuttering out syllables to the tempo of her shivering, she keeps repeating *"I'm so cold.  I don't wanna die."*  You can tell by the vacant faraway look in her dime-sized pupils that she's paralyzed by fear and confusion brought on by a high dose of a drug she's obviously unfamiliar with.
>
> Despite the clear emergency and increased empathy brought on by the [chocolate ice cream], your eyes scan her body as if they had a will of their own and find her quite attractive.  Then guilt for even looking at her like that at a time like this starts a fight with the earnest idiot inside your head arguing *"But, it's a compliment."*  Within seconds, self-anger breaks everything up when you hear her repeat again…
>
> *"I'm so cold.  I don't wanna die."*
>
> Her body's wet, but her hair's dry—as if she had second thoughts about taking a shower in her clothes, now lying sopping wet beneath her, and couldn't find a towel.  Standing next to her is another girl in a yellow tie-dye and jeans who looks at you with dreary wasted eyes as if to say, *"I tried."* You figure the shower must have been her idea because Sue Ann's mind is so far detached from her body, she could barely find her legs, much less a shower faucet.  Since everybody else at the party downstairs is wrapped up in their own trip, that leaves only you.
>
> So, you run into one of the bedrooms to look for some clothes.  As you're rifling through somebody's dresser looking for sweatpants, t-shirt, and a flannel shirt to keep her as warm as possible, you notice yourself shoving the clothes that don't meet your "warmth" criteria back into the drawer in an exaggerated almost melodramatic way—as if you were on autopilot and your mind was observing your body taking the lead.  Even though you're dosed to the gills, rather than slipping into *"not my problem"* mode like the rest of the party downstairs, you're driven by an instinct as equally uncontrollable as

when your eyes admired her body—like the protective instinct of a German Shepherd**.**

## *"When the going gets weird, the weird turn pro."*

– Hunter S. Thompson

Like I said, if you could see yourself through my eyes, you'd see Sue Ann—trapped in a lie of the mind brought on by **betrayal trauma caused by institutions charged with your protection levying cognitive warfare against (*[mind-raping](#)*) you.**

Put another way: ***You're tripping your face off on Leftist acid.***

I know, I know, you're thinking: *"But I'd never take acid; much less from a Leftist."* Or *"Surely [I'd know if I was tripping](#)."* Don't assume anything; [a woman recently delivered trip-lets when she thought she was passing a kidney stone.](#) And don't call me Shirley. Speaking of *Airplane!,* remember the scene where Lloyd Bridges says [*"Get me Rex Kramer?"*](#) Well, I suppose that's me in this scenario. I'm gonna talk you down like Rex Kramer.

You know what it's like when you've been nibbling that same sheet of acid for a couple of months and the trips start feeling a little routine? And as you're walking round the parking lot before a Grateful Dead show, from the other direction a hand shaped like the letter L is calling your eye? So, thinking a little change of pace would be fun, you buy some, even though you brought your own? Then, about a half hour later, you realize what you just dropped wasn't protected from light and oxygen as you feel that teeth-gnashing-speedy-head-throbbing-bad-trip coming on? But before it takes hold, you calculate your position in micrograms and figure it could be an illusion, but you might as well try to override it with two clean tabs of your own? 250 more would put you somewhere in the neighborhood of 450-500—heavy, but manageable due to (*fingers crossed*) a slightly elevated tolerance—so you might as well try? So you drop your two and wait for those flashes heralding the thunderous wave about to sweep you away into that *[mind left body jam](#)*—instinctively knowing what to do, years before [Mark Maron shared the 'advice'](#)—as the good counteracting the bad makes everything go [all sideways and *melty*](#)? And when the storm clears, the wind in the willows played tea for two and you're [playing in the heart of gold band](#) for the rest of [the trip?](#) [You know what that's like?](#) *[Of course you don't. No one does. That never happens. Sorry. That's a dumb question. Skip that.](#)*

> *"The number one rule for taking LSD:"* [Mark always said](#),
> *"Maintain a firm grasp of the obvious. You couldn't fly before you
> took LSD, and you probably can't fly now."*

I don't know who Mark is, but he gives sound advice.  There's a lot of wisdom packed into those words; highlighting the pitfalls of getting lost or trapped within subjective reality.

Whenever I've had to talk people down from a bad trip, the first thing I did was jolt them from their subjective reality by making them laugh.  So, I'd usually end up telling them the only joke I ever committed to long term memory:

A guy's driving down the highway with a station wagon full of penguins; penguins sticking out the side windows and tailgate window; penguins everywhere. A cop pulls him over and asks him…

*"What is this?"*

*"This, officer, is a [1972 Mercury Montego MX Villager Station Wagon](#)—with a rebuilt 351 Cleveland, original vinyl bench seats—complete with pre-installed stale French fries—and a working Blaupunkt cassette deck!  Can you believe it? I just picked it up."*

*"I mean what are you doing with all these penguins?"*

*"Oh…them.  They came with the car."*

*"Well, if you don't want a ticket, I suggest you get these penguins to the zoo immediately."*

*"Righty-O!"*  The guy says and drives off.

The next day, same guy driving the same station wagon full of penguins passes the same cop.  The cop pulls him over and says:

*"I thought I told you to take these penguins to the zoo!"*

*"I did.  Now I'm taking em' to the movies."*[280]

Alrighty then, so that's our itinerary: First the zoo, then the movies.  First, I'll show you how Leftists hijack the American dream by caging you in **their cheap imitation *'Oliver Stone Conspiracy'* movies**, and then I'll show you how to **reclaim the *"dream state of recent history"*** by *staying in your own movie.*  As **Peter Fonda** used to say: [*"Staying in your own movie is what being a liberty loving American is all about."*](#)

---

[280] *Cf.* [1972 Mercury Montego MX Villager Station Wagon](#) with SNL's [Royal Deluxe II](#)

*If you get confused, listen to the music play.* Meaning, if you get caught up in the Leftist's manipulative game of *"identity politics,"* just remember you're an *American penguin, and American penguins is immune to identity politics.* So, whenever Leftists try to **redefine** you as **black OR white**, just tell them: *"Confidentially, I'm **black** AND **white**. In fact, as far as you're concerned, **I'm a boid in a tuxedo. Now fuck off."*** That way you'll know *you're you;* and *Nothing Else Matters.*

Leftists love the idea of *"the human family,"* yet loathe the individual. They despise the idea of individuals ***staying in their own movie.*** Thus, they forbid individual liberty, self-autonomy, and connection with the infinite—e.g. religion—by **shaming** you into replacing it with *their religion* of *"Diversity, Inclusivity and Equity" (DIE)*. And thus, the reason they get a cheap sadistic thrill out of feigning disgust for America's slaveholding past while shackling individuals to their technocratic coffle—dictating the very order in which *"life"* will be *"lived."*[281] Like a narcissistic child, the Leftist feels entitled to script your every thought, word, and action. ***Staying in your own movie*** is tantamount to denying the spoiled brat his favorite toy.

Where was I? Oh yeah, talking you down from a bad trip. Anyway, once I depleted my supply of jokes, I'd usually resort to self-deprecating personal anecdotes. Like this one:

> When I was four or five years old, my mom saw me lying on the front lawn and yelled out the window for me to come in the house for dinner.
>
> *"Bobby!"*
>
> When I didn't respond, she opened the front door and called me again in that sickly sweet and playful voice she'd always tease me with…
>
> *"Oh Bah-bee. Baaah-beee. Step into my parlor, said the spider to the fly…"*
>
> Then, as she usually did to get my attention, she shifted straight into that terse and indignant bark of hers.
>
> *"BOBBY!!"*
>
> When I still didn't respond, she walked out to where I was on the lawn and said in her normal voice.

---

[281] See generally: C.G. Jung, *The Undiscovered Self;* *C.f. "You vill have fun in sie following order."*

*"Didn't you hear me?  Get inside; your dinner's getting cold."*

*"I can't move."* I said.

*"What's wrong?"*

*"I'm dead."*

*"What do you mean you're dead?"*

*"They got me.  We were playing Cowboys and Indians, and they told me…"*

*"Get yourself up RIGHT NOW! Honest to God Bobby, sometimes I think your brains are in your feet!"*

Sometime later, during a parent teacher conference, my Kindergarten teacher took my mother aside and told her that while acquainting the children with the parts of their body, she asked the class: *"Okay, who can tell me where their brain is?"*  My hand shot up *"Ooh, ooh, ooh!  I know.  My brains are in my feet.  My mommy tells me all the time."*

> **"In the animal kingdom, the rule is, eat or be eaten;**
> **in the human kingdom, define or be defined."**
> **–Thomas Szasz**

My subjective reality when my mom found me on the lawn that day was that I believed I was dead.  <u>I accepted the subjective reality given to me by others as being objectively real.</u>

> "Power is in tearing human minds to pieces and putting them together again in new shapes of your own choosing." —George Orwell, *1984*

Manipulation of subjective reality—a.k.a. *"shaping the cognitive infrastructure"*—is the easiest way to control people; individually or *en masse.* In the early 1970's, Billy Jean King won the *"Battle of the Sexes"* and not the *"Battle of the Genders"* because the Left's long march through the institutions had not yet indoctrinated enough people to replace objective biological sex with subjective gender identification.

Gender is a conceptual awareness trap Leftists use to **redefine** humanity and erase personal & familial relationships to isolate and enslave the individual within their collective. **Like this:**

> It was as though some huge force were pressing down upon you—something that penetrated inside your skull, battering against your brain, frightening you out of your beliefs, persuading you, almost, to deny the evidence of your senses. In the end the Party would announce that two and two made five, and you would have to believe it. … Not merely the validity of experience, but the very existence of external reality, was tacitly denied by their philosophy. The heresy of heresies was common sense. —George Orwell, *1984*

Leftists pay mere lip service to the objective reality of logic and science[282]—*"Comrade. Be Quiet. The Science™ is settled"*—because it deprives them of mastery over their imaginary world and everyone they've emotionally coerced into accepting it as real.

> Loosening our bounds to reality is attractive … because calling things by whatever names serves our immediate purpose liberates us from the hard work of understanding things not of our making and gives us the illusion of mastery over our environment. **It is especially attractive to those who have power over others, because it frees them from having to persuade the rest of humanity.** For society's mob of lazy under-performers, pleasing the leaders is an easier way of securing one's place than competing for merit.                —Angelo Codevilla

The further Leftists keep you from *objective* **reality—i.e., Truth**—the easier they can control you by manipulating your *subjective* reality.  Thus, they'll dose you with their trademark bad acid by **shaming you** into submissive isolation with political correctness ("woke") until you accept THEIR subjective reality trip as YOUR objective truth.

Once **they take your mind** by **shaming you** into believing THEIR subjective whim is YOUR objective truth, **they take your body** by **shaming you** into believing biological sex isn't real because it interferes with THEIR choice of pronouns—which becomes YOUR responsibility by virtue of submitting yourself to THEIR ego trip.

See the equation?  By **shaming you** into believing THEIR subjective whim is YOUR objective truth, Leftists exercise COMPLETE CONTROL OVER YOU to the point where they can **shame you** into believing anything—like the winner of the Men's Decathlon at the 1976 Summer Olympics is now a woman.

---

[282] "Modern leftist philosophers tend to dismiss reason, science, objective reality and to insist that everything is culturally relative. … [They] are deeply involved **emotionally** in their attack on truth and reality. They attack these concepts because of their own psychological needs. For one thing, their attack is an outlet for hostility, and, to the extent that it is successful, it satisfies the drive for power. …." *The Psychology Of Modern Leftism,* Ted Kaczynski

*__Truth is the agreement of knowledge with its object.__*[283] No amount of **shaming** through deceitful posturing, *"woke" temper tantrums*, appeals to emotion, *Ipse dixit*, or any other form of mental masturbation will ever change the objective fact that men cannot *"transition"* into women and women cannot *"transition"* into men. In a word, *"there are four lights."* **Even if every person on earth joined hands and said that humans can transition between sexes like clown fish, it would still be as untrue as a little child's belief that he couldn't respond to his mother calling him because he was dead.**

There's an Afghan proverb that goes:

> "*Your aspirations are in heaven, but your brains are in your feet.*"

Meaning, you don't live within the subjective reality of your mind; you live and EXIST where you put your foot down in the objective REAL world. As Woody Allen put it:

> In formulating any philosophy, the first consideration must always be: What can we know? That is, what can we be sure we know, or sure that we know we knew it, if indeed it is at all knowable. Or have we simply forgotten it and are too embarrassed to say anything?
>
> Descartes hinted at the problem when he wrote, **"My mind can never know my body, although it has become quite friendly with my legs."** –Woody Allen, *Getting Even,* § The Philosophy of Dread

Translation: *"I have come to know my feet and found the feet to be good."*

Gender theory is *"kaleidoscopic, **infinite**. [And] being infinite and taking on **protean** form at will"* [284] it has as much bearing on objective reality as pretending an imaginary cup of hot tea will burn your flesh.

There is no *"gender assignment at birth."* There is no *"gender."* *"There is no spoon."* There is only your mind within your body of a singular and immutable sex determined at fertilization. Everything in between, from cradle to grave, is *__your movie__* and yours alone. Those who tell you otherwise merely seek to control you by scripting your life. *__Stay in your own movie.__*

---

[283] "*__The criterion whereby we decide whether our holding a thing to be true is__* conviction or mere persuasion is therefore *__external, namely, the possibility of communicating it and of finding it to be valid for all human reason.__* For there is then at least a presumption that the ground of the agreement of all judgments with each other, notwithstanding the differing characters of individuals, rests upon the common ground, namely, upon the object, and that it is for this reason that they are all in agreement with the object — the truth of the judgment being thereby proved." Immanuel Kant, *Critique of Pure Reason,* Kemp Smith translation, p. *645*

**See also:** *"True ideas are those that we can assimilate, validate, corroborate, and verify. False ideas are those that we cannot."*—William James, *The Meaning of Truth*

[284] *__Stonemets v. Head__***, 248 Mo. 243, 263, 154 S.W. 108, 114 (1913)**

Let's review:

> *"The number one rule for taking LSD:"* Mark always said,
> *"Maintain a firm grasp of the obvious. You couldn't fly before you
> took LSD, and you probably can't fly now."*

Maintaining a firm grasp of the obvious requires self-honesty. Self-honesty requires truth. Truth is the agreement of knowledge with its object. And *"although my mind can never know my body, it has become quite friendly with my legs."* Thus, you look between your legs, acknowledge your immutable sex, and reconcile your objective reality; i.e. *"come to know your feet and find the feet to be good."*[285] Men can't *"transition"* into women, women can't *"transition"* into men, **and penguins can't fly, no matter how they *"identify."*** [286]

Maintaining a firm grasp of the obvious means knowing that the winner of the Men's Decathlon at the 1976 Summer Olympics **is** still a man and will remain a man until he draws his final breath; even if he *"identifies"* as a *"teapot short and stout."* It means knowing that $T \neq LBG$. It means knowing that a mental illness is not a civil right. It means knowing that subjecting children to transgender ideology—i.e., *trapping them in a world that they never made*—constitutes institutionalized child abuse and crimes against humanity on a scale far surpassing the medical crimes engendering the Declaration of Geneva. It means knowing that refusal to accept these obvious facts is not only delusional, but the complete surrender of *your movie* to totalitarians.

My father used to tell me: ***"Your lack of planning is not my emergency."*** Likewise, when Leftists try to **shame you** into believing THEIR subjective whim is YOUR objective truth, politely inform them: ***"Your confused mind is not my existential emergency."*** Or, as Howlin' Wolf would have put it: ***"Fuck off."***[287]

Isn't that a daisy?

Had you been following the number one rule for taking LSD, I wouldn't have had to spell out the sheer fucking obvious for you. ***But noooo.*** Instead of staying in your own movie, you cast yourself in the Leftist's **cheap imitation *'Oliver Stone Conspiracy'* movie**—designed to control you in mind and body by keeping you tripping balls on their bad acid.

---

[285] 'How beautiful are the feet of those who bring good news', etc., 2 C. 5:18, etc.

[286] See *Johnny the Walrus*. **N.B.** Denying the Easter Bunny's existence does not a *"Happy Pascha Lepus phobic"* make.

[287] See also Chrissie Hynde. See also **Cora, Robin Williams' parrot:** *"Then there's Cora, the parrot. She says, 'Birds can't talk.' One woman from the neighborhood came up and said, 'What a lovely bird -- what does it say?' And Cora says, 'Fuck off.'"*

Speaking of ***"the dream state of recent history,"*** would you believe there was a time when the CIA protected Americans from Leftist acid by offering trips on their good acid?

> In June 1967 James Finlator, chief of the FDA's Bureau of Drug Abuse and Control, announced that "hard core Cosa Nostra-type criminal figures" were behind "an extremely well-organized traffic in hallucinogenic drugs." Consequently the quality of black market LSD began to deteriorate. Signs posted in the Haight expressed the consensus among hippies: "Syndicate acid stinks."

> And what was the CIA up to while its perennial partner of convenience, organized crime, was dumping bad acid on the black market? According to a former CIA contract employee, Agency personnel helped underground chemists set up LSD laboratories in the Bay Area during the Summer of Love to "monitor" events in the acid ghetto. But why, if this assertion is true, would the CIA be interested in keeping tabs[288] on the hippie population? Law enforcement is not a plausible explanation, for there were already enough narcs operating in the Haight. Then what was the motive? A CIA agent who claims to have infiltrated the covert LSD network provided a clue when he referred to Haight-Ashbury as a "human guinea pig farm."[289]

Say what you want, but if it weren't for those funsters at CIA, the world may have never known LSD, the Grateful Dead, or Buck Sexton.[290] Sure, they can be unorthodox. That's their job—***so long as they remain loyal to 'the people' they're charged with protecting.***

Thus, there's a huge difference between the CIA researching LSD in the fight against communism by promoting *"Better Living Thru Chemistry"* via free market capitalism, and treasonous Leftist bureaucrats hijacking this nation's intelligence apparatus to levy cognitive warfare against the United States with ***"Captain Trips"*** and all the other fraudulent ***"dream states of recent history"*** they've been tyrannizing us with.

## Meet The Funster Family

While Glenn Simpson may have been the original architect of the Steele dossier, he shares intellectual property rights in the finished product with Nellie Ohr—an intelligence contractor and Russia specialist with fluent Russian language skills and longstanding connections to the CIA.

---

[288] Pun intended?
[289] *Acid Dreams,* by Martin A. Lee & Bruce Shlain, Ch. 7
[290] Shields high.

Prior to approaching Simpson for a 'job' at Fusion GPS in September of 2015, Nellie spent six years at Open Source Works—the CIA's in-house open source analysis center. For eight years before that, Nellie did contract intelligence work with MITRE; where she likely bumped elbows with Stefan Halper—who just happened to be infiltrating the Trump campaign while Nellie was ~~researching~~ creating 'Trump's connections with Russia.'

When asked what type of Trump research she did for Fusion GPS, Nellie testified[291]:

> **Ms. Ohr.** I did online open-source research using Russian sources, media, social media, government, you know, business registers, legal databases, all kinds of things.

When later questioned about the extent of her research into President Trump's family, Nellie's testimony proved quite revealing.

> **Q:** How about Donald Junior, did you do more in-depth research on Donald Trump Junior than some of the others?
>
> **Nellie Ohr:** I am afraid it was *relatively superficial*. …
>
> **Q:** Nothing related to travels or business dealings he may have had in Europe?
>
> **Nellie Ohr:** I looked into some of his travels and, you know, I am not sure how much detail I remember, at this point.
>
> **Q:** And …what was the purpose of looking into the family members?
>
> **Nellie Ohr:** Yeah, to see whether they were involved in dealings and transactions with people who had suspicious pasts, or suspicious types of dealings.[292]

There's just one problem with Nellie's testimony. There's nothing "*relatively superficial*" about what she researched because there's no *"online open source"* of information she claims to have checked. Doing what Nellie claims she did—i.e., looking into where people traveled, who they met with and what their backgrounds were—requires access to highly restricted databases containing specific geo-spatial information on the persons of interest, e.g. Customs & Border Protection and FISA. Meaning, a contractor/staffer for the CIA *let slip* in congressional testimony that she was accessing national intelligence information while fabricating the "Steele dossier" for Fusion GPS.

---

[291] U.S. House of Representatives, *Interview of: Nellie Ohr*, October 19, 2018, p. 9
[292] *Id.* pp. 112-113

*"Will you walk into my parlour?" said a spider to a fly;*
*'Tis the prettiest little parlour that ever you did spy."*

The Department of Defense defines *"clandestine activities"* as *"operations sponsored or conducted by governmental departments in such a way as to assure secrecy or concealment."*

For example, let's say two months after Daniel Pearl's beheading *"captured the imagination"* of Americans with its warning *"that they shall never be safe on the Muslim land of Pakistan,"* one such non-Muslim American obtains his very first passport and christens it with permission to fly to Islamabad.   And let's say you run a desk in a clandestine service charged with the task of surveilling this odd duck to determine why he's not the least bit terrified or panic-stricken to be hanging out in the Islamic Republic of Pakistan.  **DO** you send someone to approach him in a border town within the North-West Frontier Province, only to ask within minutes: *"Why are you here?  There are no rides; like Disneyland?"*

Of course not; just like that American wouldn't retort: *"I came here to find the American Dream—taken by **the smug & sanctimonious backstabbers who mind-raped my mother on her 58th birthday.**  Now that we're right in the vortex—'**the dream state of recent history'**—let's get down to brass tacks: **How did all four of those planes exploit the holes in the primary radar? They weren't good, they were perfect.  And by 'perfect,' I mean treason.  Can you grasp that?**  I want you to have all the background, because this is a very ominous assignment – with overtones of extreme personal danger. . . . Hell, I forgot all about this Chapli kebab; you want one?"*

> *(A car skids to a halt right next to them, drops off two men, and continues down the dirt road. As the men escort their colleague away, the American's gaze remains fixed where the marplot once stood, as he quietly remarks…)*

*"Careful nothin' out there bites ya."*

There's nothing *"clandestine"* about having *"all the subtlety of a community bedpan."*

To wit:

> **FBI '302' Notes of Interview with Bruce Ohr:** "… OHR voluntarily provided his wife's research to the FBI. OHR provided the interviewing Agent with the thumb drive and indicated it contained the totality of the work Nellie Ohr conducted for Simpson, ***but the Fusion GPS header was stripped."***  12-27-2016[293]

---

[293] *Judicial Watch Gets Bruce Ohr FBI 302s,* August 9, 2019

When Nellie Ohr gave her husband Bruce *"the totality of the work [she] conducted for"* Fusion GPS, she stripped the Fusion GPS email headers.    Meaning, Nellie tampered with material forensic evidence in a Federal investigation to "*assure the secrecy [and] concealment"* of all the individuals and entities she and Fusion GPS worked with on the "Steele dossier."

Nellie further endeavored to "*assure the secrecy [and] concealment"* of her employment with Fusion GPS by having her husband omit any mention of it on his annual Public Financial Disclosure Report.

Nellie also lied to congress about applying for her Ham radio license **eight months after she began work for Fusion GPS.**  Meaning, she lied about procuring a unique means of *"[assuring] the secrecy [and] concealment"* of her communications while fabricating the Steele dossier.

> **Q.** How long have you had a Ham radio?
>
> **Nellie Ohr:** Well, I bought it shortly after I got my Ham license and I got – yeah, I – I – I am guessing it is 2015, but I don't remember exactly. It was – you know, in 2014, I was underemployed, and I had some time, and I took a citizens emergency – community emergency response team training.
> **…**
> **Q.** So your obtaining of a radio, and your taking the class, and your sitting for the exam and ultimately passing and receiving the license, it had nothing to do with your employment at **Fusion GPS?**
>
> **Nellie Ohr:**  It was well before.
>
> **Q.**  Well before?
>
> **Nellie Ohr:** Yeah.[294]

Nellie lied under oath about the date of her Ham radio license application for the same reason Comey's FBI extended the *sisterly* courtesy of never investigating Glenn Simpson & Fusion GPS.  As the consistently DOBA analysis of Sundance at Conservative Tree House elucidates:

---

[294] *Executive Session Committee on the Judiciary, Joint with the Committee on Government Reform and Oversight, U.S. House of Representatives, Interview of: Nellie Ohr,* October 19, 2018, pp. 88-89

Our research has always indicated that Nellie's work product was transmitted to Christopher Steele as part of an intelligence laundry process. Chris Steele laundered Nellie's information, provided second verification where possible, formatted into an official intelligence file, and returned that file—now named the Steele Dossier—to the FBI.

However, if it becomes verified that it was CIA contracted (former or current) Nellie Ohr who approached Simpson, then it becomes possible, perhaps *likely, the intelligence information (seeds carried by Nellie), originated from the CIA.*

Nellie Ohr petitioning Glenn Simpson for a job would be an explosive change in the dynamic. However, it could further explain some other unusual side-issues including why [Nellie suddenly started using a HAM radio.](#)

First, this revelation would imply that [an inside government effort from the CIA was likely the origination of material that Nellie would "discover" while working for Fusion.](#) Under this possibility the laundry process would have two washes.

The first wash was from some unknown CIA intelligence sources to Nellie Ohr…. The second wash was from Nellie Ohr to Christopher Steele (the second wash we always knew).
…
If Nellie Ohr sought out Glenn Simpson for the job in 2015, not vice-versa, then it would appear a sting operation from within the CIA (**John Brennan**) was underway and long planned.

This set-up and design would align with what we already know about the CIA using foreign intelligence assets ([Five Eyes](#) etc.) overseas to run against loosely connected Trump campaign people to dirty them up and give the impression needed to initiate the FBI counterintelligence operation known as "Operation Crossfire Hurricane" in July 2016.

If it is factually accurate that Nellie Ohr approached Glenn Simpson, and was part of a process of using that cover to plant corrupt CIA dossier seeds for use by Christopher Steele, then it makes sense Nellie Ohr's communications with government officials, and the usurping intelligence community, would be a risk; [a very serious risk](#).[295]

[295] [*Intriguing Implication Within Nellie Ohr Testimony: Nellie Ohr Approached Glenn Simpson for a Job in Sept 2015?...*](#), by Sundance, March 13, 2019

Avoidance of that *'very serious risk'* explains why Glenn Simpson perjured himself before the Senate Judiciary Committee when asked a question requiring his disclosure of Nellie Ohr's employment with Fusion GPS.

> **Q**. Aside from Mr. Baumgartner, do you have any other support from Russian-speaking individuals in reviewing the Russian documents?
>
> **Simpson**: Not in my company, at least not that I can recall.[296]

Simpson didn't forget anything. He'd known Nellie Ohr and her husband Bruce for more than a decade.[297] In fact, he was still working with Nellie on the Russia hoax in December 2016—three months after she allegedly stopped working for Fusion GPS—via an email account she shared with her husband Bruce.[298]

Simpson not only lied to the Senate Judiciary Committee to conceal his relationship with Nellie Ohr, he damn near put on a one man Broadway show before the House Intelligence Committee while lying about his relationship with her husband Bruce as well.

> **Q:** Did the FBI ever reach out to you or Fusion GPS in relation to the matters that Mr. Steele informed them upon?
>
> **Simpson**: No.
>
> **Q:** You've never heard from anyone in the U.S. Government in relation to [the Steele dossier], either the FBI or the Department of Justice?
>
> **Simpson:** After the election. I mean, during the election, no.

Bruce Ohr's notes of his August 22, 2016 meeting with Glenn Simpson prove otherwise.

> **Q:** What did you hear after and from whom and when?
>
> **Simpson:** I was asked to provide some information to the Justice Department.

---

[296] *Transcript of Senate Judiciary Committee interview with Glenn Simpson of Fusion GPS*, August 22, 2017, pp. 103-104

[297] "Glenn Simpson and his wife Mary Jacoby knew Bruce and Nellie Ohr from their days at the International Assessment and Strategy Center as early as 2004. Simpson and Jacoby knew and worked with Stefan Halper at the WSJ since 1996. They also knew Steele from their days at the WSJ going back to 2009." *The Mechanics of Deception*, by Yaacov Apelbaum, March 17, 2018; see also *House Interview of Bruce Ohr*, August 28, 2018, pg 170; See also *House Interview of Nellie Ohr*, October 19, 2018, pp 53-54

[298] See p. 18 of pdf of emails obtained by Judicial Watch

**Q:** By whom and when?

**Simpson:** It was <u>by a prosecutor named Bruce Ohr</u>, who was following up. *You know, I can't remember when.* It was sometime after Thanksgiving, *I think.*

**Q:** Thanksgiving of 2016?

**Simpson:** Yes.[299]

**Q:** Did Mr. Ohr reach out to you, or how did that shake out originally?

Pause for a moment and put yourself in Simpson's shoes. You've already lied under oath to keep your <u>CIA-connected dossier co-author</u> concealed from the world. Now, after explaining how her husband reached out to you for information while "following up," you're caught completely off guard by the question: *"How did that shake out originally?"* Or, as Simpson hears it: "*How do you know Bruce Ohr?"*

You now run the *'very serious risk'* of exposing the Ohrs' sub rosa conduit—forged in marital privilege—connecting CIA Director Brennan's seditious dossier seeds and the <u>FBI's ongoing counterintelligence effort</u> to determine the officeholder of President of the United States. Meaning, you run the risk of revealing a treasonable conspiracy and your role in it. *"What'll you do?  What will you do?"* The only thing you can; a quick <u>soft-shoe</u> to increase your distance from Bruce Ohr by one degree of Christopher Steele.

> **Simpson:** *I think Chris* – it was someone that Chris Steele knows. *Think –*
>
> **Q:** I'm sorry. Chris Steele knows who?
>
> **Simpson:** Bruce Ohr.
>
> **Q:** Okay.
>
> **Simpson:** And I met Bruce too through organized crime conferences *or something like that. ..*

---

[299] See also: *Simpson Tried to Deceive Congress On the Fusion GPS/Obama DOJ Connection*, January 19, 2018 by John Hinderaker

And now, ladies and gentlemen, here's Glenn Simpson—the chief architect of the Russia collusion narrative and back-stabbing fraud who never loses *his* head under pressure—paying homage to W.C. Fields with a song and dance routine titled: **"*If you can't dazzle them with brilliance, baffle them with* <u>*bullshit*</u>*."***

> **Simpson (cont.):** And Chris said he had been – Chris told me that he had been talking to Bruce, that he had told Bruce about what happened, and that Bruce wanted more information, and suggested that I speak with Bruce.
>
> The context of this is that it was after the election. A very surprising thing had happened, which is that Donald Trump had won. There was – we were – by that time, we were enormously concerned about <u>rapidly accumulating indications that the Russian Government had mounted a massive attack on the American election system and that, you know, Donald Trump or his associates might have been involved.</u>
>
> And there was a lot of alarming things happening, including Donald Trump saying things about Vladimir Putin that didn't really make any sense, weren't ordinary things for a Republican to say, and, you know–anyway.
>
> So we had also by this time given this information to the FBI, and they had, you know, told – indicated to Chris that they were investigating it, and then told – apparently told The New York Times they weren't.
>
> And so it was not clear to us whether anyone at a high level of government was aware of any of the information that Chris had gathered and provided to the FBI.   And, you know, *so we were, frankly, you know, very scared for the country and for ourselves* and felt that if we could give it to someone else, we should, higher up.[300] **And so <u>Chris suggested I give some information to Bruce</u>**<u>, give him the background to all this. And we eventually met at a coffee shop, and I told him the story.</u> [301]

Simpson isn't a good liar; he's perfect.   He's Professor Harold Hill with none of the redeeming qualities. The masterful charlatan who managed to keep his name out of the Mueller report jumped five feet to clear a three foot fence, so to speak, just to create an illusion of estrangement from Bruce  (and Nellie) Ohr.   Without anyone noticing, he completely changed his initial statement...

---

[300] *Simpson pushed Justice Department to investigate debunked Trump-Alfa bank theory*, By: Rowan Scarborough, September 9, 2018

[301] *House Intelligence Committee, Interview of Glenn Simpson*, November 14, 2017, pp. 78-80

> **From:** "*I was asked* to provide some information to the Justice Department…*by a prosecutor* named Bruce Ohr who was following up"
>
> **To:** "*Chris suggested* I give some information to Bruce."

And yet, as Bruce Ohr's testimony below shows, Christopher Steele had nothing to do with his meeting with Glenn Simpson.  Bruce Ohr's recollection of events, supported by contemporaneous notes, demonstrates that Simpson lied when he testified that Ohr reached out to him *through* Steele.

> **Mr. Gowdy.** Tell me about Glenn Simpson providing you information.
>
> **Mr. Ohr.** As I recall, and this is after **checking with my notes**, Mr. Simpson and I spoke in August of 2016. I met with him, and he provided some information on possible intermediaries between the Russian Government and the Trump campaign. … **And so what happened in August was *I heard from Glenn Simpson that he had some information.*** [302]

**Recapping:**
- Simpson lied about Nellie Ohr working for him.
- Simpson lied about his meeting with Bruce Ohr on August 22, 2016—before the election.
- Simpson lied when he claimed Bruce Ohr reached out to him for information while *"following up."*
- Simpson lied when he contradicted himself with *"I think Chris – it was someone that Chris Steele knows.  Think –."*[303]

*"Meanwhile, at the Hall of Justice…"*

**SPECIAL COUNSEL JACK SMITH:** **Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

Note how all of Simpson's most desperate lies constellate around his relationship with Bruce and Nellie Ohr—demonstrating the gravity of the truth he's concealing.  Just as the gravity of a black hole is so great that even light can't escape, the gravity of this truth was so

---

[302] *House Interview of Bruce Ohr*, August 28, 2018, pp. 13-14
[303] And yet, 30 armed FBI agents didn't drag Simpson out of his house during a pre-dawn raid for lying to congress.

strong that Bruce Ohr's words could barely escape his mouth—rendering him virtually speechless.

> **Mr. Gowdy.** So why not tell Steele and **Simpson** to go talk to the Bureau directly?
>
> **Mr. Ohr.** I believe Steele was talking to the Bureau directly. My recollection is that at least initially – well, no. Let me cancel that.   I – I don't think – I think Glenn Simpson was willing to talk with me. I'm not sure that – my recollection is I'm not sure he was willing to talk with the FBI, although that was where obviously it would be better to –

*"This is not on film.  This is coming to you very live before your eyes…"*

> **Mr. Gowdy.** Why not? Why talk to a prosecutor who does not investigate crime? Were you assigned to the Russia investigation?
>
> **Mr. Ohr.** I was not.
>
> **Mr. Gowdy.** Did you have any connection with the Russia investigation at all?
>
> **Mr. Ohr.** Aside from passing this information, no.
>
> **[…]**
>
> **Mr. Gowdy.** So when **Glenn Simpson** gave you information, what information did he give you?
>
> **Mr. Ohr. <u>I don't recall the exact facts he gave me in August.</u>**
>
>  […]
>
> **Mr. Gowdy.** What questions did you ask **Glenn Simpson** about the origin of his information? …I doubt he met with a high-ranking DOJ official to say, someone in the Russian Government knows someone in the Trump campaign.
>
> […]
>
> **Mr. Ohr.** I believe one of the things – again, I don't remember if it was Glenn Simpson or Chris Steele that mentioned this – talked about – I'm going to get the names wrong, but <u>somebody associated with the Trump campaign having advance knowledge of when</u>

<u>information about the Clinton campaign that had been stolen and hacked, when it was going to be leaked</u>. [304]

Ohr is apparently describing the information the U.S. Embassy in London received on July 22, 2016 from Alexander Downer—the Australian diplomat who engaged George Papadopoulos in London just days after U.S. intelligence asset Joseph Mifsud just happened to tell Papadopoulos that Russians had emails from Hillary Clinton—which *magically* found its way to the FBI and prompted the counterintelligence investigation of Donald Trump.

But how did Simpson know about Alexander Downer and George Papadopoulos before it became public knowledge in December of 2017? Coincidence? Lucky guess? Sounds almost paranormal, *huh?*

Wall Street Journal columnist (and part-time parapsychologist) Kimberly Strassel stumbled onto further evidence of Simpson's paranormal abilities while poring over the IG Report in December 2019.

> Buried in the IG report is a line that poses an enormous question, one that is central to everything, and really must be answered. <u>Remember: **According to all relevant players, prior to July of 2016, nobody had a Trump-Russia collusion narrative on their minds.**</u>
>
> Indeed, the FBI says it was only the Downer tip-off at end-July that spurred the investigation. Downer for his part says it was public revelation in July of the DNC hack that caused him to finally wonder about collusion and connect his spring conversation with Papadopoulos.
>
> Fusion GPS's Glenn Simpson, meanwhile, in Senate testimony, "stress[ed]" he hired Steele in May to look at Trump's "business activities" in Russia....By Simpson's telling (under penalty of perjury), Steele just sort of stumbled on this much "broader" "political conspiracy."
>
> But here is what Steele told the IG: That in May 2016, Simpson approached Steele to "assist in determining Russia's actions related to the 2016 election"; "whether Russia was trying to achieve a particular election outcome"; and "whether there were any ties between the Russian government and Trump and his campaign." (Page 93)

---

[304] "Yet the FBI has maintained that it learned of Papadopoulos' supposed pre-knowledge of the hack from Australian diplomat Alexander Downer. Ohr's testimony is the first to connect Steele or Simpson to a tip about Papadopoulos." *11 Key Things Inside The House Interview With Spygate Figure Bruce Ohr* By Margot Cleveland, 3-11-2019, The Federalist

> Seems Simpson had a pretty good bead on the "narrative" long before the govt. claims to have had it and before even his own source had reported it to him. Huh.[305]

*"Huh"* indeed.  **How did Glenn Simpson divine *'Trump's ties to Russia'*** before Christopher Steele allegedly 'stumbled onto it'—***months before* Alexander Downer even told the U.S. Embassy in London about it?**

Moreover, why would Marc Elias of *"Perkins Coie [engage] Fusion GPS in April of 2016"* **specifically** *"to conduct research regarding [Trump's]'s ties to Russia"*—as James Baker swore in **Footnote 8**—and determine *"whether Russia was trying to achieve a particular election outcome?"* (**IG Report**, pdf pgs. 8, 129, 422)

Are Simpson and Elias clairvoyant?  *Is the truth really out there?*   Perhaps we should ask **Alexandra Chalupa.**

Oh dear, where are my manners?   You haven't been properly introduced.

> **Circa December 2016:**  One of the key media sources who blamed the DNC hacks on Russia, ramping up fears of crypto-Putinist infiltration, is a Ukrainian-American lobbyist working for the DNC. **She is Alexandra Chalupa**—described as the head of the Democratic National Committee's opposition research on Russia and on Trump, and founder and president of the Ukrainian lobby group "US United With Ukraine Coalition", which lobbied hard to pass a 2014 bill increasing loans and military aid to Ukraine, imposing sanctions on Russians, and tightly aligning US and Ukraine geostrategic interests.
>
> In October of this year [2016], Yahoo News named Chalupa one of "16 People Who Shaped the 2016 Election" for her role in pinning the DNC leaks on Russian hackers, and for making the case that the Trump campaign was under Kremlin control. "As a Democratic Party consultant and proud Ukrainian-American, Alexandra Chalupa was outraged last spring when Donald Trump named Paul Manafort as his campaign manager," the Yahoo profile began. "As she saw it, Manafort was a key figure in advancing Russian President Vladimir Putin's agenda inside her ancestral homeland — and she was determined to expose it."
>
> **Chalupa worked with** veteran reporter **Michael Isikoff of Yahoo News** to publicize her opposition research on Trump, Russia and Paul Manafort, as well as her many Ukrainian sources. In one leaked DNC email earlier this year, Chalupa boasts to DNC

---

[305] Kimberly Strassel, Twitter, 12-11-2019

Communications Director Luis Miranda that she brought Isikoff to a US-government sponsored Washington event featuring 68 Ukrainian journalists, where Chalupa was invited "to speak specifically about Paul Manafort." In turn, **Isikoff named her as the key inside source "proving" that the Russians were behind the hacks, and that Trump's campaign was under the spell of Kremlin spies and sorcerers.**

(In 2008, when I broke the story about the Manafort-Kremlin ties in The Nation with Ari Berman, I did not go on to accuse him or John McCain, whose campaign was being run by Manafort's partner, of being Manchurian Candidates under the spell of Vladimir Putin. Because they weren't; instead, they were sleazy, corrupt, hypocritical politicians who followed money and power rather than principle. A media hack feeding frenzy turned Manafort from what he was—a sleazy scumbag—into a fantastical Kremlin mole, forcing Manafort to resign from the Trump campaign, thanks in part to kompromat material leaked by the Ukrainian SBU, successor to the KGB.)

Meanwhile, Chalupa's Twitter feed went wild **accusing Trump of treason**—a crime that carries the death penalty. Along with well over 100 tweets hashtagged **#TreasonousTrump Chalupa repeatedly asked powerful government officials and bodies like the Department of Justice to investigate Trump for the capital crime of treason.** In the weeks since the election, **Chalupa has repeatedly accused both the Trump campaign and Russia of rigging the elections,** demanding further investigations. According to The Guardian, **Chalupa recently sent a report to Congress proving Russia hacked into the vote count, hoping to initiate a Congressional investigation.** In an interview with Gothamist, Chalupa described alleged Russian interference in the election result as **"an act of war."**[306]

**Once more from the top:** Are Simpson and Elias clairvoyant? *Is the truth really out there?* Perhaps we should consult the ***spidey sense*** of Alexandra Chalupa.

In an interview this month [January, 2017], Chalupa told Politico she had developed a network of sources in Kiev and Washington, including investigative journalists, government officials and private intelligence operatives. … [She] said that, when Trump's unlikely presidential campaign began surging in **late 2015**, she began focusing more on the research, and expanded it to include Trump's ties to Russia, as well.

---

[306] *The Anonymous Blacklist Promoted by the Washington Post Has Apparent Ties to Ukrainian Fascism and CIA Spying*, By Mark Ames, ALTERNET, December 6, 2016

She occasionally shared her findings with officials from the DNC and Clinton's campaign, Chalupa said. In January 2016 — *months before Manafort had taken any role in Trump's campaign* — Chalupa told a senior DNC official that, when it came to Trump's campaign, *"I felt there was a Russia connection,"* Chalupa recalled. "And that, if there was, that we can expect Paul Manafort to be involved in this election," said Chalupa, who at the time also was warning leaders in the Ukrainian-American community that Manafort was "Putin's political brain for manipulating U.S. foreign policy and elections."[307]

As Senator John Kennedy might say in that southern accent of his:

> *"Well, heck-dee-doo-darn-fuck. Looks like Christopher Walken's Celebrity Psychic Friends—Glenn Simpson, Marc Elias and Alexandra Chalupa—already knew how Hillary Clinton's election to the presidency 'could be in grave danger' due to 'Trump's ties to Russia' at a time when according to the official FBI story: 'No one would know.'"*

But how could Alexandra Chalupa divine a *"Russia-connection"* to *"Trump's campaign,"* much less foretell the future of Paul Manafort *"months before [he] had taken any role in [it]?"* Was it oneiromancy; divination through dreams? Perhaps it was pyromancy; divination by fire—like in Game of Thrones? Could Alexandra Chalupa, Glenn Simpson and Marc Elias be five-dimensional bulk beings passing through our four-dimensional presidential elections?

Doubtful.

At the risk of sounding lithomantic,[308] I'll say Chalupa's paranormal abilities were the result of SBUmancy—i.e. divination by means of Ukrainian Intelligence.

> **Chalupa** also had good sources in Kiev who were focused on Manafort. These included Serhiy **Leshchenko**, a Ukrainian legislator opposed to Yanukovych's Party of Regions.…
> **Leshchenko** just happens to be a vassal of Victor Pinchuk, a Ukrainian billionaire who just happens to give millions of dollars to the Clinton Foundation. Wonder of wonders, **Leshchenko** took a public, strident anti-Trump position during the U.S. campaign—highly unusual for a foreign parliamentarian. "A Trump presidency would change the pro-Ukrainian agenda in American foreign policy," he told the Financial Times, so it was "important to show

---

[307] *Ukrainian efforts to sabotage Trump backfire, Kiev officials are scrambling to make amends with the president-elect after quietly working to boost Clinton*. By KENNETH P. VOGEL and DAVID STERN, 01/11/2017

[308] My last name being Stone…

not only the corruption aspect" of the mogul, but also that Trump was "a pro-Russian candidate who can break the geopolitical balance in the world." …

And whaddya know—besides serving the government in Kiev and providing scintillating geopolitical analysis, **Leshchenko had a side job: he was a source for … wait for it … Fusion GPS**— the Clinton campaign oppo arm that dreamed up the Steele dossier. …
Can anyone say *Clinton Campaign Collusion with Ukraine?*[309]

**Recapping:** Clinton Campaign Operative and Ukrainian Intelligence asset Alexandra Chalupa conspired with Team Biden's Ukrainian Cognitive Warfare Apparatus and the American Deep State to frame Donald Trump **for the very treason they were committing.** *"Bless her [OUNb genocidal Nazi] heart."*

Sounds like the moronic plot of something you'd only see on a TV Late Movie—like:

## *They Saved Bandera's Brain*

Having given eternal life to the brain of their leader, fanatical **Ukrainian OUNb Nazis (Banderites)** attempt to make a comeback by teaming up with the **American "Deep State"** to frame the President of the United States for Treason.

*"Meanwhile, at the Hall of Justice…"*

**SPECIAL COUNSEL JACK SMITH: Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country,** and they apply to everyone. Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

**[SPECIAL COUNSEL JACK SMITH]** further argues that Trump should be prevented from presenting "disinformation he has propagated" about the Capitol riot, including claims that **undercover federal agents or foreign influence** during the 2020 election **were responsible for the events of Jan. 6, 2021**. [310]

"To begin with, the **defendant has not pointed to a single piece of evidence indicating that foreign influence** -- rather than his own lies -- **motivated rioters on January 6,"** Smith's team says.[311]

On second thought, this plot sounds dumb enough for **Mystery Science Theater 3000.**

---

[309] *Ball of Collusion: The Plot to Rig an Election and Destroy a Presidency*, by Andrew C. McCarthy
[310] *Special counsel Jack Smith asks judge to not let Trump 'inject politics' into Jan. 6 case*, NY POST, 12/27/23.
[311] *Trump should be barred from blaming others for Jan. 6 riot at trial: Special counsel*, ABC News, 12/27/23

# Mystery Science Theater 3000 Presents:
## *"Maidan Coup II: Color Revolution Comes Home To Roost"*

To paraphrase Aaron Sorkin, Team Biden is interested in two things, and two things only: making you afraid of it and telling you who's to blame for it.

> **Joe Biden: "**[MAGA Republicans] look at the mob that stormed the United States Capitol on January 6th — brutally attacking law enforcement — not as insurrectionists who placed a dagger to the throat of our democracy, but they look at them as patriots."

While **SIDNEY POWELL** may be famous for saying *"Release the Kraken,"* no one ever answered Harry Hamlin's question, namely: *"Why send a Kraken to do a mechanical owl's job?"* That's the real question, isn't it? *Hoo* benefitted? *Hoo* has the power to cover it up? ***Hoo?***

**Dominion Voting, Inc.** ~~gaslighted~~ provided a cursory outline within the first paragraphs of their *"Defamation"* complaint against Patrick Byrne.

> 1. … After the [2020] election, [Patrick] Byrne [produced evidence purporting] that [it] had been stolen as part of **a massive international conspiracy among China [read: CCP]**, **Venezuelan and Spanish companies**, [**read: *neo-Machiavellian globalists & their Intelligence Community toadies***], **the Department of Justice ("DOJ"), the Department of Homeland Security ("DHS"), the Federal Bureau of Investigation ("FBI"), [the CIA, the DOD, the State Department] and Dominion, which,** Byrne … claimed, **committed fraud and helped steal the 2020 presidential election.**

> 2. Byrne [alerted the public about his findings] in collaboration with Sidney Powell, her client Michael Flynn, Rudy Giuliani, MyPillow's CEO Mike Lindell, and others. … Byrne [also] … claimed that those elections had been rigged by voting machines using Venezuelan election-stealing software controlled by a George Soros operative and that **votes had been sent to CIA-funded databases in Spain** where they were changed and sent back to the United States.

> […]

> 6. Byrne… knew … that the election fraud … story … had been [dismissed by] … DOJ, DHS, the FBI, then-Attorney General Bill Barr, then-Director of the U.S. Cybersecurity and Infrastructure Security Agency ("CISA") Chris Krebs….

> 7. To explain [the permanent bureaucracy's summary dismissals of his allegations], Byrne [said *"Nemo iudex in causa sua,"* and] claimed that … **DHS, DOJ,** the **FBI, [CISA, the CIA, the DOD,**

**and the State Department]** were all in on **a massive [*"Build Back Better"* conspiracy and that** *Dominion's part was to steal elections and destroy dissenters through lawfare to ensure no confederates would be held accountable for the globally coordinated campaign of mass senicide needed to kick off the fictional pandemic underlying the treasonable plot.*]

During an interview in November 2021, Fauci's deflection from the issue of Senator Cruz demanding he be prosecuted for lying to Congress proved quite telling.

> *"Yeah. I have to laugh at that. I should be prosecuted? What happened on January 6, senator?"* Fauci quipped during an appearance Sunday on CBS News's *Face the Nation.*[312]

If you watch the exchange closely, you'll notice Fauci can barely conceal his fiendish delight while painting Senator Cruz as a treasonous domestic terrorist. The reason he's smacking his lips and grinning like a Cheshire cat is because he knows that *"Blob Features Syndicate,"* in association with **InformNapalm,** *"a Right Sector information operation group"*—i.e., the same production team that brought you *"Captain Trips,"* Russiagate, and the Maidan Coup—directed, produced, and distributed *"Maidan Coup II: Color Revolution Comes Home To Roost"* as well.

How do I know? Because there's nothing *"clandestine"* about having *"all the subtlety of a community bedpan;"* and the script for their operation was *so bad,* the only thing missing was an appearance by **Gamera**. Word on the street is the giant, flying, fire-breathing, prehistoric turtle turned down the role as *"beneath his dignity."* So, Team Biden's Cognitive Warfare Apparatus rewrote their melodrama around an extravagantly bombastic fictional monster they call: **"QAnon Shaman."**

> Newly revealed surveillance footage from Jan. 6, 2021, shows two Capitol Police officers escorting Jacob Chansley, the behorned so-called **"QAnon Shaman" who has come to symbolize the riot,** through the halls of the Capitol and to the very door of the US Senate.
>
> The footage aired on Tucker Carlson's Fox News show Monday night shows the officers closely following Chansley as he wanders the corridors of the Capitol, **bare-chested and wearing face paint and a luxuriant fur hat with Viking horns.**

[312] *Fauci rips Cruz over Jan. 6 when asked about DOJ prosecutions,* by Asher Notheis, Washington Examiner, November 28, 2021

[…]

**"The tapes show the Capitol Police never stopped Jacob Chansley. They helped him. They acted as his tour guides."**

**At one point, the officers are seen walking Chansley past seven other police officers milling around outside the Senate chamber, who barely give him a second look.**

**Then they escort him to various entrances of the chamber that appear to be locked. Eventually, they help him open a door, and he enters the chamber.** […]

In a statement, the Capitol Police suggest that one of the officers with Chansley was trying to "de-escalate" the situation because he was outnumbered.

But that does not explain why Chansley, who was unarmed, was able to walk past seven more officers without being apprehended.

**"Not one of them even tried to slow him down,"** says Carlson.

**He "understood that the Capitol Police were his allies.** … If he was in the act of committing such a grave crime, why didn't the officers standing right next to him place him under arrest?"

And yet **in the narrative formed that day by Democrats and much of the media, "Jacob Chansley became the face of January 6, a dangerous conspiracy theorist dressed in an outlandish costume who led the violent insurrection to overthrow America's democracy,"** says Carlson.[313]

How gullible can you be? "QAnon Shaman" **did not *"come to symbolize the riot."* He was written that way to drive the narrative** of **a staged event.** He's nothing but a cliché assemblage of traits—all characterization and no character[314]—*"combining trigger words with trigger images to create an emotional response in the subconscious mind"* designed to paint MAGA Republicans[315] as: *"Deplorable and dangerous conspiracy theorists"* who *"represent an extremism that threatens the very foundations of our republic."* Who *"do not respect the Constitution."* Who *"do not believe in the rule of law."* Who *"do not recognize the will of the people."* Who *"refuse to accept the results of a free election."*

---

[313] *Jan. 6 footage shows Capitol cops escorting QAnon Shaman to Senate floor,* By Miranda Devine, March 6, 2023
[314] See *Story: Style, Structure, Substance, and the Principles of Screenwriting, "Character v. Characterization,"* By Robert Mckee
[315] See *I Saw Provocateurs At The Capitol Riot On Jan. 6*, by J. Michael Waller, The Federalist, January 14, 2021; See also *If You Don't Suspect Deep State Provocation At The Jan. 6 Riot, Start Paying Attention*, By Joy Pullman, The Federalist, August 2, 2021; and *See for yourself….*

The Capitol Police didn't escort "QAnon Shaman" through the halls like a VIP to *"de-escalate"* anything. Jacob Chansley *knew* they were ordered to stand down and be his co-stars within the obligatory scene of the moronic movie playing out that day as **written and directed by the true** ***"insurrectionists who placed a dagger to the throat of our democracy"*** — **Team Biden's Ukrainian** Cognitive **Warfare Apparatus.**

How do I know? Because emboldened frauds eventually become brazen frauds, and brazen frauds inevitably get sloppy. Or, as Henry David Thoreau would have put it:

> ***"Some circumstantial evidence is very strong,***
> ***as when you find a trout in the milk."***

Back in 1850 when Thoreau wrote that, milk was delivered in large canisters. Sometimes dishonest farmers would water down their milk by dipping the canisters into a freshwater stream or pond. So, if you found a trout in the milk, you had solid evidence the farmer was cheating you.

An agent provocateur (French for "inciting agent") is a person who entices (and often enables) another person or group to commit an illegal act or falsely implicate them in partaking in such, so as to entice public scorn and legal action against the target or group they belong to.

Picture if you will, ***two smug [agent provocateurs](#)***—i.e., ***morons—gloating for a [selfie](#).*** On the [right](#), is the *[Funster-Family-paint-by-numbers](#) [Gamera stand-in](#)*: Jacob [Chansley.](#)    [On the left,](#) is the *["trout in the milk"](#)*—[Sergei Dybynyn](#); member of the [Ukrainian Nazi organization](#) **[Right Sector](#).**[316]



**[Right Sector](#) [is the Nazi band](#)** of [agent provocateurs responsible](#) for [the *serendipitous*](#) Maidan [massacre](#)—[providing](#) the *["heavenly hundred" dead bodies](#)* for [the narrative](#) [John Brennan](#), Eric [Ciaramella](#), [Victoria Nuland](#), and Joe Biden [needed](#) to [oust](#) [Ukrainian](#) President Victor [Yanukovych](#) to install their [post-coup vassal-state.](#)   [Infiltrating a crowd](#) of political opponents and [framing them](#) for bloody [insurrection](#) in furtherance of **[a coup](#)** is **[Right Sector](#)** and [Team Biden's specialty.](#)

**[Right Sector's](#)** [presence at the Capitol](#) on January 6th is veritable DNA evidence that [the very same '*gentlefolk*'](#) [Samantha Power](#) and President Obama praised for their *["remarkable, almost unimaginable, restraint"](#)*—after they [raped, shot and burned Eastern Ukrainians alive](#) while chanting *["burn Colorado burn"](#)* during their [Pogrom](#)-[revival](#) in [Odessa](#)—reprised [their roles](#) as [Maidan provocateurs](#) in Team Biden's [production](#) of *"**[Maidan Coup](#) II: [Color Revolution Comes Home To Roost](#)"*** that day.

---

[316] See *[I Saw Provocateurs At The Capitol Riot On Jan. 6](#)*, by J. Michael Waller, The Federalist, January 14, 2021

My mother's father, who ran the docks in Brooklyn during World War II and decades thereafter used to say: *"Show me a man's friends, and I'll tell you who he is."*

Allow me to show you how Joe Biden's **Right Sector friends** tell us he's not the *"empathetic and caring guy,"* [317] we were led to believe.



The dead pregnant mother on the desk in **ODESSA, MAY 2, 2014** was *"an employee working on holidays, cleaning offices and watering flowers."* You can hear her crying for help as she was strangled with a cord at 0:20 of this video.

Joe Biden's **Right Sector** friends did that.

---

[317] *The Atlantic Belatedly Discovers Joe Biden Is Not, In Fact, Empathetic,* By: Jim Geraghty, *National Review,* January 31, 2022



The sign above the demotivator pointing to the victim, the murderer, and the crime scene reads: ***"We offed Mommy! Glory to Ukraine!!!"***— *"Mommy Odessa"* being the affectionate nickname for Odessa. ***Just like Andrew Cuomo & The Fauci Family, Right Sector takes pride in killing mothers.***

There are Joe Biden's friends. That's who he is. The genocidal Nazis running Team Biden's Cognitive Warfare Apparatus made sure *you didn't know that*—because ***murdering mothers*** to coerce their children into submission to totalitarian rule *is good for business.*

As they say: *"Careful nothin' out there bites ya."*

President Trump and his supporters had little to do with the Capitol riot other than happening to be there. The same Ukraine-based cognitive warfare apparatus **behind** the 2014 Ukraine coup and the Ukraine-based rolling coup against Trump's Presidency brought **color revolution** *home* **to the United States**.

The sole objective of *the January 6th prosecutions* boils down to: *"Against [their] undivulged pretense [they] fight Of treasonous malice."* Which is Deadwood South Dakotan for: **Team Biden's Cognitive Warfare Apparatus** staged and provoked the Capitol Hill riot to falsely accuse Trump and his supporters of their own acts of subversion. They're running the *2014 Ukraine Coup* playbook against conservatives standing in their way of *fundamentally transforming* America into a technofascist satellite of **Communist China.**

Thus the reason Joe Biden's FBI/DOJ calls the handiwork of his deep state & Ukrainian Nazi pals[318] an *"insurrection"* to justify hunting down Trump supporters as ~~*"Russian separatists"*~~ *"deplorable and dangerous," "right wing extremists," and "white supremacists"* under the guise of *"countering domestic violent extremism."*

As Ukrainian Intelligence asset **Alexandra Chalupa might say:** *Accuse the other side of insurrection so that you can't be accused of an act of **TREASON** that makes Benedict Arnold's look like eating a grape in the produce aisle by comparison.*

*"Meanwhile, at the Hall of Justice…"*

**SPECIAL COUNSEL JACK SMITH: Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

Such an existential crisis demands existential reflection.

To paraphrase Richard Bach:

> *"The mark of [our] ignorance is the depth of [our] belief in injustice and tragedy."* However, *"what the caterpillar calls the end of the world, the master calls a butterfly."*

Put another way:

> *"Is this the end of Bugs Bunny? Will our hero be dashed to bits on the jagged rocks below? Is he to be doomed to utter destruction? Will he be rendered non compos mentis?"*

**"Stay tuned."**

---

[318] See *If You Don't Suspect Deep State Provocation At The Jan. 6 Riot, Start Paying Attention*, By Joy Pullman, The Federalist, August 2, 2021

> **Hooper:** *Dammit, Martin! This is compressed air!*
>
> **Brody:** *Well, <u>what the hell kind of a knot was that?</u>*
>
> **Hooper:** *You pulled the wrong one. You screw around with these tanks, and they're gonna **[blow up!](#)***

### *"Farewell and adieu to you fair Spanish ladies<u>….</u>"*

In a March, 2020 [Vanity Fair article](#) amusingly titled: *"I Have No Ideology. My Ideology Is Health,"* Fauci praised New York for its 'powerful' response to the 'pandemic.'

> **Fauci*:*** …New York has been hit particularly hard and they've suffered greatly. They've responded, I think in an extraordinarily powerful way.

In July of 2020, during an [interview](#) with Judy Woodruff of PBS, Fauci repeated his praise, saying *"[New York] did it correctly."*

On December 7, 2020, speaking as either the [Al Pacino or Robert De Niro of the COVID-19 era](#), Fauci virtually awarded Governor Cuomo an honorary degree in Public Health while praising his (totalitarian) response to the *"pandemic."*

> **Fauci**: … **you *did the prudent things that you need to do.*** I was following it from here in Washington and …. <u>I think you were doing the right things</u>…[319]

However, a few months later, when asked about Governor Cuomo mandating COVID patients into nursing homes during the lockdown, *"[our shark](#)"* paltered around the question.

> **Jim Sciutto:** "[Andrew Cuomo has] argued that his state was following federal guidelines when he ordered those long-term care facilities to accept patients returning from hospitals. I wonder, can you clear that up. Was he actually following federal guidelines to do that?"
>
> **Fauci:** "[You know, Jim, I can't](#). I mean, ***I'm sorry. I'm really. I'm honestly not trying to evade your question,*** but I'm not really sure of all the details of that, and I think if I make a statement, it probably could either be incorrect or taken out of context."[320]

---

[319] *[Fauci Endorses Cuomo's Pandemic Plan](#)*, By Nick Reisman, Spectrum News, Dec. 7, 2020
[320]*[Fauci falls silent following New York nursing home scandal after repeatedly praising Cuomo response](#)*, By Emma Colton, Washington Examiner, Feb. 26, 2021

> **Quint:** *I don't know, Chief, if he's very smart or very dumb. Jesus... He's gone under. He's gone under the boat. I think he's gone under the boat. Yeah, it's too easy. He is a smart, big fish. He's gone under the boat. Keep her steady, now. I got somethin' very big.*

Fauci is no ignoramus, he just plays one on TV. *"Our shark"* didn't evade the question for lack of detailed knowledge of the facts or regulations. He'd *"gone under the boat"* because his *"Jesuit training in precision of thought"* made him *"a smart, big fish."*

> [Fauci] attended Our Lady of Guadeloupe Grammar School in Brooklyn and Regis High School, an elite Jesuit academy, where his tenacity distinguished him in the classroom and on the basketball court. Regis heavily weighted its curriculum toward the classics: **"We took four years of Greek, four years of Latin,** three years of French, ancient history, theology, etc.," he told an NIH oral historian in 1989. …
>
> Fauci went to Holy Cross College in 1958, studying **philosophy**, French, **Greek**, and **Latin** and graduating in 1962 with a BA. **"I still am very interested in the classics,"** he said in a 1989 interview with Dr. Victoria Harden, director of the NIH Historical Office. … "I credit very much the Jesuit training in precision of thought and economy of expression in solving and expressing a problem and the presentation of a solution in a very succinct, accurate way." [321]

Fauci's Jesuit training and study of classic Greek philosophers—in their original language no less—makes him acutely aware of Aristotle's law of noncontradiction. He knows that affirming something that's self-contradictory means affirming a logical impossibility; making it ***necessarily false.*** Thus, he knows that mandating COVID patients into nursing homes ***while*** locking down the entire healthy population to keep COVID as far away from the elderly as possible is self-contradictory, and hence a logical impossibility, and therefore ***necessarily false.*** And thus, *our Jesuit trained shark* evaded the question because he knows that mandating COVID patients into nursing homes **during *the lockdown*** is categorical proof of murder.

*Coming* so close to being discovered and hanged for treason is the height of *edgeplay* for sadistic mass-murdering Leftists like Fauci and his fellow ***"Captain Trips"*** fraudsters.

---

[321] *The Real Anthony Fauci: Bill Gates, Big Pharma, and the Global War on Democracy and Public Health,* By Robert F. Kennedy Jr.

In fact, you can almost see him *smacking his lips and [grinning like a Cheshire cat](#) indulging his [Dr. Lecter fetish](#)* with his *climactic* reply to this question:

<span style="color:red">***"Given the relative safety of all but the elderly … and that they are far fewer than the rest of the population, <u>why not quarantine only them?"</u>***</span>

| From: | (b) (6) |
|---|---|
| Sent: | Mon, 16 Mar 2020 13:45:28 -0400 |
| To: | Jethro Pen |
| Subject: | Re: Steven Hilton of Fox News' Covid19 Question to Dr Fauci et al. |

Stay tuned

On Mar 16, 2020, at 1:40 PM, Jethro Pen [(b) (6)]>wrote:

Dear Dr Fauci:

Apologies for further burdening your staff at this time of Covid19 crisis, by submitting this question.

Fox News' Host Steven Hilton posed a question to you on his March 15th program: my understanding of it - which my wife and I, [(b) (6)], believe to be a "good" question - is as follows:

"Given the relative safety of all but the elderly and those whose immune systems are compromised, and that they are far fewer than the rest of the population, why not quarantine only them?"

Mr Hilton says he believes there to be an answer, but it's not yet been given to the public. For what it's worth, I too believe there's an answer. I'm less certain that it's not been given. Below is the link to this matter on the Fox website.

https://www.foxnews.com/opinion/steve-hilton-on-coronavirus-dr-fauci-officials-must-answer-the-big-question-americans-are-asking

**Quint:**  *You know the thing about a shark, he's got... lifeless eyes, black eyes, like a doll's eye. When he comes at ya, doesn't seem to be livin'. Until he bites ya and those black eyes roll over white.*

# *"Smile, you son of a…"*

**JOE BIDEN:** Elder abuse goes against everything we stand for as a Nation.  We can't allow violence to be normalized in this country.  It's wrong.  We each have to reject political violence with all the moral clarity and conviction this nation can muster.  Now.

I couldn't agree more.  And since the States of **New York, New Jersey, Pennsylvania,** and **Michigan**[322] *ALL* committed Depraved Indifference Murder of U.S. Citizens as a matter of logic by mandating COVID patients into nursing homes during their respective lockdowns, *"we have to reject such political violence with all the moral clarity and conviction we can muster."*

**FAUCI:** *Yeah. I have to laugh at that.  I should be prosecuted? What happened on January 6, senator?*

Well, now that you ask, since a state that exercises tyrannical power has no legitimacy, and a state that murders its citizens is tyrannical per se, then ***a nation dedicated to the principle of contradicting tyranny*** logically excludes states that murder its citizens.

Hence, on January 6, 2021, Congress lacked the authority to include the **76 *unentitled* votes** of **New York, New Jersey, Pennsylvania, and Michigan** among *"the whole Number of Electors appointed"* under Article II.[323]  And since 2020 was *"the most secure election in U.S. history,"* we may *safely* conclude that excluding their **76 *unentitled* votes** from *"the whole Number of Electors appointed"* leaves **Biden with 230** votes and **Trump with 232** votes—the winner *"by a whisker."*

*Therefore*, until **New York, New Jersey, Pennsylvania, and Michigan's** Depraved Indifference Murder of U.S. Citizens is acknowledged *quae coram nobis resident* by deeming their **76 *unentitled* votes** excluded *nunc pro tunc,* **JOE BIDEN's** Presidency void *ab initio*, and **DONALD J. TRUMP** as *"The Person having the greatest Number of Votes and [thus] the President,"* **on January 6, 2021,** the United States shall remain: ***An illegitimate dominion dedicated to the proposition of*** **murdering its mothers** to **shame** their **children** over *"the edge of some crazy cliff"*  with a fictional pandemic.

*Seriously, y'all.*     ***"Where did the ducks go?"*** [324]

---

[322] *Why Did Dem. Governors Place COVID-Positive Patients Back in Nursing Homes?*, By Tyler O'Neil, 6/17/2020
[323] See 1820 United States presidential election in Missouri.
[324] *"Winner takes all.   Never underestimate the power of [**neutrinos**] to change history."*  See  Atlanta Amtrak Station, 8/10/88 for further details.

# " *WE ARE AT WAR…*

> *…even though we think we're not. We don't see bullets flying. This is a new kind of war, and it's a war that the Chinese Communist Party [and the Leftist bureaucrats amongst us] have developed very skillfully.  It's never been done to us like this before…."*—Naomi Wolf[325]

COVID-19 *is not* a *'global public health emergency*;' it's a treasonous cognitive warfare operation.  It's about terrorizing people out of old customs, old culture, old habits, and old ideas by killing off old people.  It's about murdering mothers to foster the illusion of a *'desperate disease'* justifying *'desperate remedies'* designed to isolate the individual,  shatter free society, and destroy the economy in order to *"shape the recovery"* by *"building back better"* as *"a new normal"* America.  Where Americans are no longer born with the ABSOLUTE Rights to Life, Liberty and the Pursuit of Happiness.  Where the State has taken the place of God and State slavery is a form of worship.   Where the individual is deprived of the moral decision as to how he should live his own life, and instead is ruled, fed, clothed, isolated, educated, vaccinated and surveilled as a 'depotentiated social unit.'    Where the American social compact has been replaced by an ideology so hostile to life, liberty, and individual happiness that resolving to burn the planet to a cinder in lieu of surrender has been the only language that Leftists have respected since the dawn of the cold war.

We have become Hamlets in our own country, children of slain forefathers whose killers still possess the throne. The Ghosts of Thomas Jefferson, James Madison and Alexander Hamilton confront us with the secret murder at the heart of the American Dream. They force on us the appalling questions: Of what is our social compact made?  Of what is our Constitution made?  Are we Citizens of the United States or property of an elitist deep state?

---

[325] *We're Now in the Last Stage of a Tyrannical Takeover, by* Naomi Wolf & Dr. Joseph Mercola, June 5, 2022

*"Treason doth never prosper,"* wrote an English poet, *"What's the reason?  For if it prosper, none dare call it treason."*  The generals who sent Dreyfus to Devils Island were among the most honorable men in France.  The men who killed Caesar were among the most honorable men in Rome. And the neo-Machiavellian globalists who ***murdered our mothers* to shame us into submission to their totalitarian rule** would have you believe they too are honorable.

We have reached a time in our country, similar to what life must've been like under Hitler in the 30's, except we don't realize it because Fascism in our country takes the benign disguise of Public Health.  There won't be such familiar signs as swastikas.  We won't build Dachaus and Auschwitzes.  We're not going to wake up one morning and suddenly find ourselves in gray uniforms goose-stepping off to work ... Rather, *"some morning people will awake to discover with surprise that quite a few gentle and kind things have begun to have offensive and lethal characteristics."* [326]

*"Fascism will come,"* Huey Long once said, "in the name of anti-fascism"—ANTIFA—it will come with the  mass media and Big Tech manipulating a clever concentration camp of the mind.  The super state will provide you tranquility above the truth, the super state will make you believe you are living in the best of all possible worlds, and in order to do so will protect you from *"misinformation"* by rewriting history and *"shaping the cognitive infrastructure"* as it sees fit.   George Orwell's Ministry of Truth warned us, *"Who controls the past, controls the future."*  Or, as Oliver Stone aptly put it: ***"Winner takes all. Never underestimate the power of corruption to change history."***[327]

---

[326] *Unrestricted Warfare*, by Qiao Liang and Wang Xiangsui

[327] As C.G. Jung would say: *Hic lapis exilis extat, pretio quoque vilis, spernitur a stultis, amatur plus ab edoctis (*Here is the Stone, poor and of little price; spurned by the fool, but honored by the wise.)

*No tyranny is more cruel than that which is practiced in the shadow of the law and with the trappings of justice: that is, one <u>would **drown** the unfortunate by the very plank by which he would hope to be saved.</u>* – Montesquieu

As Judas goat bureaucrats <u>drown this nation in malicious derelictions of duty thinly veiled as *"innocent mistakes,"*</u> **<u style="color:red">they redefine</u>** any notion of saving **our unalienable Rights to Life, Liberty and the pursuit of Happiness**—i.e., **<u>America</u>**—as <u>selfish</u> and forbidden.



*(Taken June,1988, at Lower Setauket Millpond, just behind <u>the Setauket Post Office</u>)*

And whenever we demand accountability, the answer <u>from</u> on high is always *"national security."* What kind of *"national security"* allows the <u>eradication of national sovereignty</u> in the name of a <u>*"rules-based international order?"*</u> What kind of *"national security"* allows the sacrifice of our <u>ABSOLUTE rights</u> to the altar of collectivism in the guise of <u>*"global public health?"*</u> What kind of *"national security"* permits the removal of fundamental power from the hands of the American people and <u>validates the ascendancy of invisible government</u> in the United States?

That kind of *"national security"* is when it smells like it, feels like it, and looks like it, you call it what it is – **TYRANNY**.

**Riddle:** *You wake up in the morning, your paint's peeling, your curtains are gone, and the water is boiling. Which problem do you deal with first?*

**Answer:** *None of them. The building's on fire!*

One of the most ancient and fundamental principles in all of law is expressed by the Latin maxim: *Nemo iudex in causa sua;* meaning *"No one may be the judge in his own cause."* Who will defend us against a tyrannical FBI/DOJ and the treasonous deep state bureaucrats they protect? Who watches the watchmen? **The Judge Advocates General of the U.S. Military**, because there's nobody else left in the bullpen. [328]

The honor, integrity, courage, commitment, and loyalty of the U.S. Military—whose fidelity to this nation predates the constitution by nine years and whom we trust every second of every day to protect us from nuclear extinction—is all that remains standing between the American people and the establishment of an absolute technocratic Tyranny over them.

And yet, as treasonous Leftist bureaucrats deliver the United States into enemy hands, our bashful Military sits idly by—bearing witness to a public execution of our highest ideals. Their failure to step up and defend the American people from this nation's defining enemy is as wrong as Mister Roberts was when he tossed the captain's palm tree overboard. If you'll indulge me, I'll explain how I lost a childhood hero and gained a whole new respect for Military mission and chain of command.

One night in September of 1997, I met up with a friend of mine from childhood, Chris James, at Skipper's Pub in Northport. While drinking at the bar, Chris's father, Russel, joined us after having just finished dinner. Though I'd known Chris since childhood, it was the first time I'd ever met or spoken with his father. He was wearing a shirt that read **"Godspeed"** across the front, and I asked him about it. After telling me it was the name of his boat, something he said made me think of the film *Mister Roberts.* The ensuing conversation went something like this:

---

[328] "Ascendancy of the secret police over the military apparatus is the hallmark of many tyrannies, and not only the totalitarian; however, in the case of totalitarian government the preponderance of the police not merely answers the need for suppressing the population at home but fits the ideological claim to global rule. For it is evident that those who regard the whole earth as their future territory will stress the organ of domestic violence and will rule conquered territory with police methods and personnel *rather than with the army*." Hannah Arendt, *The Origins of Totalitarianism*, preface to part III, xxxvi

*At the bar inside Skipper's Pub in Northport, NY, Fall, 1997*

**BOB***:* Most people, especially my age, haven't even heard of my favorite movie.

**RUSSEL JAMES:** What's that?

**BOB:** *Mister Roberts*.

**RUSSEL JAMES:** (*slightly shocked by the coincidence*) Seriously?

**BOB:** You've seen it?

**RUSSEL JAMES:** Seen it? I teach that film in my leadership class. One of my final exam questions is: Was Roberts right or wrong when he tossed the captain's palm tree overboard?

**BOB:** Of course he was right.

**RUSSEL JAMES:** Roberts was wrong.

**BOB:** Wrong?! What do you mean wrong?

**RUSSEL JAMES:** Why did Roberts toss the palm tree?

**BOB:** Because the captain wouldn't give the crew liberty.

**RUSSEL JAMES:** What was going on at the time? Why were they in the South Pacific?

**BOB:** World War II.

**RUSSEL JAMES:** And what was that ship tasked with doing?

**BOB:** Deliver cargo.

**RUSSEL JAMES:** And what happens when people don't complete their tasks in a time of war? Can you win a war without supplies?

**BOB:** No.

**RUSSEL JAMES:** So it's imperative that they complete their task; yes?

**BOB:** Yes.

**RUSSEL JAMES:** In times of crisis, like war, task completion is imperative above all else. The correct model of leadership is the teller "task-oriented" leader;

the captain's leaderships style.

Roberts was a 'joiner', the Captain was a 'teller.'   The Captain, a 'teller,' was a "task-oriented" leader focused on accomplishing the task regardless of what the crew thinks of him.  Roberts, the 'joiner,' was more concerned with the morale of the crew than accomplishing the task.  The best leadership style depends on the situation. On the "BUCKET", since there was a good leader-member relationship between Roberts and the crew: and the task was structured, and the leadership power position was strong, a controlling, active (directive) leadership style would be the most effective.   It would also mirror the Captain's style.  Permissive style being used in the middle of the Captain and the crew would never work.

Roberts threw the Captain's palm tree overboard because he wouldn't give the crew liberty.  Was that the crew's task in a time of war?  To get liberty?

**BOB:** No.

**RUSSEL JAMES:** Roberts was wrong.

**BOB:** But...

**RUSSEL JAMES:** *Roberts was wrong.*

**BOB:** What about Ensign Pulver?

**RUSSEL JAMES:** You think one letter can change a man?  One letter?  What's the captain reading when Pulver storms into the cabin?

**BOB:** Duty roster?

**RUSSEL JAMES:** *(shakes his head)* A comic book.  It's comic relief.

**BOB:** But if Roberts was wrong, then when is it ever right to toss the palm tree overboard?

**RUSSEL JAMES:** Whenever the task or mission requires it.

An American naturalist wrote: *"A patriot must always be ready to defend his country against its government."*  Perhaps.  But only a moron would assume a pre-existing duty of the United States Military without first reminding it to complete its fucking task.

# Antenor of America

A person without boundaries surrenders himself to the mercies of those around him; allowing them to define him however they wish.   Likewise, a nation stripped of its borders can neither defend nor define itself; surrendered to the mercies of its occupiers.    Just as a bartender who steals from his employer by giving away free drinks to increase his tips is a fraud and a thief, an American President who gives this country away to illegal aliens to consolidate his power is what Dante called a *"complex fraud"*—i.e., **a traitor.**

In Dante's *Inferno*, the ninth and final circle of hell is divided into four rings of increasing treachery: 1) Treason to family; **2) Treason to country;** 3) Treason to friends or guests; 4) Treason to benefactor.

Dante named the second ring, dedicated to Treason to country, "*Antenora*;" after the Trojan prince, Antenor.   According to Greek mythology, during the Trojan War when the Greeks had surrounded the city of Troy, **Antenor opened the city gates—allowing the Greeks to overrun it and burn it to the ground.**  In exchange, the Greeks spared Antenor's life.  After the war, Antenor went on to found the city of Padua; where he was buried with the epitaph: *"**Here lies Antenor**, the founder of the city of Padua. **A traitor he was, and those who follow him.**"*[329]

The primary duty of an American President is the ***duty of undivided loyalty*** to the laws of this nation and the citizens entrusting him with the powers of the office.  An American President who puts the interests of ***other nations, or the planet itself,*** above the interests of America and its people is ***categorically disloyal;*** no matter how self-righteous he may feel about it.

When an American President demonstrates greater concern for illegal aliens than the Citizens to whom he owes a duty of undivided loyalty,[330] when he *'lowers the gates'* by inviting the "citizens of the world" to overrun our borders and burn this nation to the ground in furtherance of *"Building Back Better"* under *"**an updated social contract**"* of  technocratic totalitarianism  beholden to Communist China, there's only one word to describe it.

***Treason.***

---

[329] *"Hic iacet Antenor Paduane conditor Urbis.  Proditor ipse fuit et qui sequuntur eum."* The Classicist Writings of Thomas Walsingham, by Sylvia Federico, p. 120
[330] See D. Theodore Rave, *Politicians as Fiduciaries*, 126 Harv. L. Rev. 671, 706-723 (2013)

# The Manchurian President

An American President is prohibited from placing himself or allowing himself to be placed in a position where interests or ideologies of his own conflict or may possibly conflict with the interest of the United States and its citizens. Nonetheless, putting the interests of China above America and its people has proven to be quite lucrative for Joe Biden. Thanks to **his connections to individuals with direct ties to the very top** of **China's spy agency**, the Biden family has made tens of millions in its dealings with the CCP.[331]

Case in point, in December of 2013, when Xi Jinping aggressively expanded China's military claims over the East China Sea, Vice President Biden was sent to Beijing to push back on the Communist Chinese island-building campaign. With him on Air Force Two was his son, Hunter Biden. While Vice President Biden was meeting with the CCP, he used his son as his bagman; dispatching him to meet with representatives of the State Bank of China who gave him **$1 billion**; later upping the amount to **$1.5 billion**. Vice President Biden and his son Hunter then boarded Air Force Two and flew home fat, dumb, and happy; while the CCP proceeded without interference ***with its*** *construction of fortified artificial islands in one of the world's most strategic waterways.*[332]

Hanlon's razor states that one should "***never attribute to malice that which can be adequately explained by stupidity.***" In the hands of a Manchurian President and his Leftist Democrat Administration, it's the perfect camouflage for disguising treasonous derelictions of duty as *"innocent mistakes"* in furtherance of undermining the United States. More particularly, the CCP's elite-captured bureaucrats and the World Economic Forum's infiltrators at the highest levels of our government have been depleting our treasury, resources, and defenses with a minor invasion put down to expenses—necessitating a reexamination of all *"innocent mistakes"* in such light. Note how nearly every Biden *"mistake"* has systematically undermined the United States—***and its Military***—while benefitting the CCP and their neo-Machiavellian globalist partners in ***"Unrestricted Warfare."***

**To Wit:**

- DIVIDING this nation by declaring a *"pandemic of the unvaccinated;"*

[331] *Chinese elite have paid some $31 million to Hunter and the Bidens,* By Peter Schweizer, January 27, 2022
[332] *The Manchurian President – The Dam Is Breaking,* by Charles "Sam" Faddis February 5, 2022

- Opening the borders to dilute the population of American Citizens with non-assimilating illegal immigrants and leaving the door open for China and virtually all of this nation's enemies to waltz in undetected.

  > Texas Land Commissioner Dr. Dawn Buckingham doesn't think all this is happening by coincidence or without the direct involvement of the **Chinese government**. *"The Chinese plan is clear,"* Buckingham said…. "They typed it out a long time ago. ***They're playing chess.*** This is 'an aggression' when Chinese nationals are coming across our border. *It's only with the permission of their government. They're not just rowing away in a boat somehow and magically getting here."*[333]

- Allowing **China** and the Mexican drug cartels to flood the United States with pure fentanyl masquerading as Xanax, Oxy, and Percocet—**killing unsuspecting casual drug users at** 175 per day and making it the leading cause of death for 18 to 45-year-olds.

- Proposing to give a *"foreign climate group"* **veto power over U.S. Military contracts.**

- Allowing **China** to establish Military footholds in Cuba and South America; **creating a first-strike capacity from which we could never recover** to avoid eventual defeat.

- Promulgating oppressive regulations designed to generate shortages in food, housing, energy, and supply chains generally—**softening us up for attack and conditioning us for communist takeover.**

- Depleting our strategic petroleum reserve by consulting with and selling it to the CCP and refusing to replenish it; while shutting down oil and gas production despite rising energy prices and thereby imperiling this nation's security.

- Creating inflation and **bankrupting the nation by printing and spending trillions of dollars we don't have on things we don't need.**

- Depleting our Military's munition and equipment stores while looting the U.S. treasury through gifts of weapons and money to Team Biden's Ukrainian Nazi Laundromat. *(One can only wonder what "the big guy's" cut is for the billions of dollars grifted through his genocidal Nazi pals' running tab for war with Russia.)*

- Proposing a set of amendments to the World Health Organization's International Health Regulations that would strengthen its ability to unilaterally intervene into the affairs of this nation if merely suspected of having a *"health emergency"* of possible concern to other nations. He also proposed eliminating other restrictive clauses to **enable WHO Director-General Tedros—controlled by the CCP and Bill Gates[334]—to declare health *emergencies* at will.**[335]

[333] *Hundreds Of Fighting Age Chinese Males Are Entering The Country Each Week - We Have No Idea Why*, By Sam Faddis, May 15, 2023

[334] *The W.H.O's 'Pandemic Treaty' will end Freedom as we know it and hand the 'keys to power' to its largest private funder, Mr Bill Gates,* By Tessa Lena, May 8, 2022, DailyExpose

[335] *Biden Handing Over U.S. Sovereignty to WHO*, May 4, 2022, by Peter Breggin MD and Ginger Ross Breggin

Nowhere, however, are Biden's systemic (read: intentional) breaches of duties of loyalty, good faith, and prudence more clearly demonstrated than his withdrawal from Afghanistan.[336],[337]

To be sure, **a reasonably prudent and loyal American President would never, EVER:**

- Abandon Bagram Airfield two months before the pull-out date without informing the Afghans.
- Evacuate the military before evacuating all Americans and **leaving more than 14,000 of them** at the mercy of a vengeful enemy.
- Trust the Taliban with protecting those **14,000 Americans** out of a simplistic notion of *"shared interests;"* any more than he'd trust Hitler's *SS* with protecting Jews in Nazi Germany simply because *"Schutzstaffel"* means *"protection squadron."*
- Provide the Taliban—an enemy terrorist group under the 9/11 AUMF—with a list of American citizens and allegiant non-citizens in Afghanistan; including their biometric data and the means of using it to track them down and kill them.
- Make the aforesaid savage clan of misogynistic, homicidal **traitors to Mahdi, Jesus, and Allah** the 26th most powerful army in the world by handing over about 80 percent of all the military aid that we've ever given to Israel since its inception—i.e., between 70 and 90 billion dollars' worth.

Finally, **a reasonably prudent and loyal American president would never, EVER** cripple the U.S. Military by mandating all troops be injected with an **experimental and demonstrably lethal gene-editing** *pharmaceutical*—**WHICH THE CCP MADE SURE NO ONE IN CHINA RECEIVED.**

*"If we could first know where we are, and whither we are tending, we could then better judge what to do, and how to do it."* –Abraham Lincoln, 1858

# *"She's Making Water Fast!"*

When Titanic struck the iceberg, the initial report to Captain Smith was that no damage was found.   Still worried, Smith told one of his officers *"Go down and find the carpenter and get him to sound the ship."*   The officer wasn't even down the bridge ladder when the carpenter elbowed his way past him with the **implausible** truth: ***"She's making water fast!"***

---

[336] *Treason: Afghanistan Disaster Is More Proof Biden Is Owned Lock, Stock and Barrel by China,* By Wayne Allyn Root, Red State, August 29, 2021

[337] See *Nearly 90 retired Generals and Admirals call for Gen. Milley and Lloyd Austin to resign*, by Nick Monroe, The Post Millennial, August 30, 2021.

Like Titanic's ship carpenter, I'm constrained to report the **implausible** truth that **our nation is** **_"making water fast."_**   Namely, **Garrison Judas goats** within the permanent bureaucracy of the Federal Government have been leading this nation and its Military to the slaughter with lethal disinformation and malicious derelictions of duty thinly veiled as _"innocent mistakes"_ in furtherance of **redefining** the _"legitimate authority of the [United States] in its sovereign capacity"_ by _"building back better"_ as a technocratic totalitarian satellite of Communist China.

Thus, **the #1 TASK of the Combat Division—and NOT the Judas Goat Garrison—of the U.S Military** is to establish _"a firm grasp of the obvious"_ through the first two rules of navigation: **1) Figure out where you are;** and **2) Figure out where you're headed.**

# 1) Figure Out Where You Are

The Combat Division has two _fixed points of reference_ for dead reckoning; namely, **two irrefutable proofs of mass democide—providing unquestionable authority for commandeering the Executive Branch to root out all traitors and hostile enemy infiltrators within our borders.**

a.  That the States of **New York, New Jersey, Pennsylvania, and Michigan** committed **DEPRAVED INDIFFERENCE MURDER of U.S. citizens**  (The courage of their simultaneous treasonous convictions could only have come from **the CCP.**)

b.  That the **CDC led at minimum 37,734 Americans to the slaughter—like CCP-owned Judas goats—and grievously injured at minimum another 1,600,000 more by** promoting experimental and  **demonstrably lethal gene-editing** COVID-19 vaccinations via **a hitherto unknown Copernican Revolution in Vaccinology, Public Health, and Medicine—inverting the presumption that**:

> **"Side effects _ARE considered_ to be caused by the vaccine,"**
> **until "the possibility of an association" has been "ruled out."**
> **TO:**
> **"Side effects, _ARE *[NOT] considered to be caused by the vaccine,"_**
> **_**until "[a causal link has been established]."_**

# 2) Figure Out Where You're Headed

*"All despotisms rely heavily on [secret services](#) and feel more threatened by their own [MILITARY] than by any foreign people."*
—Hannah Arendt

For example:

> ***FBI accused of targeting Trump types; agents who served in military deemed 'disloyal'*, [Washington Times, Nov. 10, 2023](#)**
>
> …The [FBI] whistleblowers said Jeffrey Veltri, deputy assistant director of the bureau's security division, and [Dena Perkins](#), assistant section chief, **specifically pursued employees who served in the Marine Corps or other military branches.**
>
> They stripped the agents of security clearances, which sidelined them on the job and pushed them toward the exit, according to the disclosures.
>
> The whistleblower disclosures say Mr. Veltri and Ms. Perkins either declared or attempted to **declare the Marine and other veterans as "[disloyal](#) to the [United States of America.](#)"**
>
> "In these cases, there was no indication that any of the individuals had any affiliation to a foreign power or held any belief against the United States," it said.
>
> Other signs that an employee was a "right-wing radical and disloyal to the United States," according to Ms. Perkins and Mr. Veltri, **were failure to wear a face mask, refusing to take the COVID-19 vaccination and participating in religious activities.**

With the [FBI/DOJ](#) presenting such obvious symptoms of **CCP-capture**, The U.S. Military owes a duty to itself and this nation to heed the expert advice of Hannah Arendt.

> It is true, **ascendancy of the secret police over the military apparatus is the hallmark of many tyrannies**, and not only the totalitarian; however, **in the case of totalitarian government the preponderance of the police not merely answers the need for suppressing the population at home but fits the ideological claim to global rule. For it is evident that those who regard the whole earth as their future territory will stress the organ of domestic violence and will rule conquered territory with police methods and personnel *rather than with the army.*** Thus, the Nazis used their SS troops, essentially a police force, for the rule and even the conquest of foreign territories, with the ultimate aim of an amalgamation of the army and the police under the leadership of the SS.
>
> From the start, [totalitarian movements] consciously strive to maintain … **all real power [within]** the institutions of the movement, and **outside the state and military apparatuses.** It is inside the movement, which remains

the center of action of the country, that all decisions are made; **the official civil services are often not even informed of what is going on….**

[…]

The **emphasis on the police as the sole organ of power, and the corresponding neglect of the seemingly greater power arsenal of the army,** which is characteristic of all totalitarian regimes, **can still be partially explained by the totalitarian aspiration to world rule and its conscious abolition of the distinction between a foreign country and a home country, between foreign and domestic affairs.** The *military forces***,** trained to fight a foreign aggressor, have always been a dubious instrument for civil-war purposes; even under totalitarian conditions they *find it difficult to regard their own people with the eyes of a foreign conqueror.*[87] More important in this respect, however, is that their value becomes dubious even in time of war. **Since the totalitarian ruler conducts his policies on the assumption of an eventual world government, he treats the victims of his aggression as though they were rebels, guilty of high treason, and consequently prefers to rule occupied territories with police, and not with military forces.**

[…]

The secret services have rightly been called **a state within the state**, *[like a "deep state" you might say]* and this not only in despotisms but also under constitutional or semiconstitutional governments. The mere possession of secret information has always given this branch a decisive superiority over all other branches of the civil services and constituted an open threat to members of the government.[99] *The totalitarian police,* **on the contrary, [CAN NOT ONLY CONTROL the *"Leader," BUT SINGLE OUT THE MILITARY*] FOR LIQUIDATION.**[338]

**Recapping:**

1) the **MASS DEMOCIDE OF U.S. CITIZENS RESIDING IN NURSING HOMES**—whose deaths were exploited to procure Emergency Use Authorizations for the COVID-19 *"vaccines;"*

2) the **CDC's** hitherto unknown **Copernican Revolution** in Vaccinology used to defraud the **U.S. MILITARY** into injecting all troops with a demonstrably lethal *"vaccine" THAT THE CCP MADE SURE NO ONE IN CHINA RECEIVED*;

3) the **CCP's** *test*-balloon incursions over domestic Military air space;

4) the mounting evidence of a **CCP-compromised** President & Executive Branch;

5) the elimination of the vetting process **specifically** for Chinese Illegal immigrants;

6) the 800 percent surge in military-age **Chinese** migrants crossing the southern border; and

7) Xi Jinping's mobilization of **China for WAR**—

---

[338] Excerpted from: *The Origins of Totalitarianism,* By Hannah Arendt

**To wit:**

What must be made clear is that ***the new concept of weapons* is in the process of creating weapons that are closely linked to the lives of the common people**.[…] The appearance of new-concept weapons will definitely elevate future warfare to **a level which is hard for the common people -- or even military men -- to imagine.**[…] *The new concept of weapons* will cause ordinary people and ***military men alike to be greatly astonished*** at the fact that **commonplace things that are close to them** can also become weapons with which to engage in war. **We believe that some morning people will awake to discover with surprise that quite a few *gentle and kind* things have begun to have offensive and lethal characteristics.**[339]

# *China's Saboteurs Are Coming to America*

By Gordon G. Chang, Gatestone Institute, June 29, 2023

- There is now a Chinese invasion of the U.S. homeland.

- …At the southern border, **Chinese migrants are entering the United States in unprecedented numbers.**

- Once here, **the military fighters** can link up with China's agents already in place or Chinese diplomats.

- **How many of the PLA fighters have slipped into the United States this way?** Some estimate 5,000, others 10,000. Those numbers sound high, but whatever the actual figure more are coming.[340]

- **These are China's shock troops.** The concern is that, **on the first day of war in Asia they will take down America's power lines,** poison reservoirs, assassinate officials, start wildfires, ***spread pathogens,*** and create terror by bombing shopping malls and supermarkets. (*Double check these bodies, and the narrative, for possible evidence of a test-run biological attack on COVID-19 vaccine primed troops.*)

- **The saboteurs will almost certainly attack American military bases. China has already been probing sensitive installations. Chinese agents posing as tourists have, for instance, intruded into bases, including the Army's Fort Wainwright in Fairbanks, Alaska.**

---

[339] *Unrestricted Warfare*, by Qiao Liang and Wang Xiangsui; ***"May God protect our troops."*—The Manchurian President**

[340] **More than 24,000 Chinese migrants** illegally crossed the U.S. southern border during the **2023 fiscal year**, according to government data, compared to fewer than 15,000 Chinese migrants in the previous 10 years combined.

- *"When the Chinese Communist Party starts its war against Taiwan and the United States, Americans should expect that Chinese sleeper agents now in America will hit targets like gas stations and military-age Chinese now crossing our border will be mobilized for assassination attacks and assaults on U.S. military bases."* — Richard Fisher, International Assessment and Strategy Center, to Gatestone, June 17, 2023
- [T]he next war in Asia will almost certainly be fought on U.S. soil, perhaps on its first day. **Unsuspecting Americans will be in the fight.**

If the U.S. Military has yet to realize we're being led to the slaughter by Leftist Judas goats enraptured by the *siren song* of their *cartoon ideology*, then perhaps it should wrap its proverbial lips around a revolver and call it a day.  Otherwise, if it has even the slightest intention of keeping its oath to defend this nation, then ***it must first protect itself***  the same way the U.S. Navy protects itself from major storms.

## Put All Ships to Sea

Unless the combat divisions of the U.S. Military can contradict the two proofs of mass democide provided above, then just as the Navy puts all capable ships to sea when a major storm threatens its bases, they must **unmoor themselves completely from the garrison (e.g., Pentagon, Whitehouse, etc.)** and root out all compromised personnel to survive the remorseless storm of treason demonstrated above.  For just as a presumption of fraud attaches to any fiduciary suspected of disloyalty, a presumption of treasonous collusion must attach to every garrison official until rebutted to the combat division's satisfaction.  Verify, then trust; not vice versa.

Accordingly, given the aforementioned *"unusual and extraordinary circumstances"* demonstrating why allowing Joe Biden to retain command any longer will *"seriously and irretrievably prejudice the public interests;"* and since *"reference to … higher authority is undoubtedly impracticable because of … clearly obvious reasons,"* the combat division of the U.S. Military has *UNDENIABLE '1088 AUTHORITY'* to seize the nuclear football and commandeer the entire Executive Branch—under the guidance of the Judge Advocates General acting as 'Aristotle's Magistrate'—to root out all compromised personnel in the Garrison giving aid and comfort to the enemy.

This will require nothing less than *"the cool, calm"* shift of trusted Military personnel serving outside Washington D.C. into all leadership positions within the Pentagon & Executive Branch**—even if it requires calling home every last ship and troop serving abroad.**

**Prudence further dictates that the U.S. Military must IMMEDIATELY:**

1) *SHUT DOWN ALL COGNITIVE WARFARE OPERATIONS AT THEIR SOURCE.* This includes **seizing and interrogating as enemy combatants** all entities and individuals comprising: The *"Trusted News Initiative,"* the State Department's Global Engagement Center, the CIA**, FDA**, CDC, FBI/DOJ, DHS, CISA, and NATO Strategic Communications Centers**.** (See injunction in ***Missouri v. Biden*** for further details.)

2) **BORE-SIGHT THE JAG:** Since the United States is the only nation in history founded upon principle, and Leftists never pledge themselves to principle, the combat division of the U.S. Military must scour the JAG of every trace of Leftist ideology before clearing it to lead as Aristotle's Magistrate. The Office for Diversity, Equity, and Inclusion is now and forever closed. A house divided cannot stand. **American service members owe a duty of *undivided loyalty* to their country and their fellow countrymen.** You're either an American, or you're not. Which is to say: *"You're either on the bus or off the bus. If you're on the bus, and you get left behind, then you'll find it again. If you're off the bus in the first place — then it won't make a damn [**because divided loyalty is no loyalty at all**]."*

3) Moreover, eliminate ***ALL*** Leftist ideology from all ranks of the Military to restore the '**wartime masculinity**' needed to defeat its **'masculine enemy.'**

4) **Seize ALL PRESENT OR FORMER PENTAGON PERSONNEL associated in any way with the production, procurement, contracting, or mandating of the COVID-19 vaccines (*starting with Robert Kadlec*) —conditioning their release upon submission of written statement, *sworn under penalty of capital treason,* containing the totality of their knowledge of all harms caused, *or planned to be caused,* by the vaccine;**

5) Seize all Pharmaceutical companies and **marshal ALL DATA relating to the research, development, and production of the COVID-19 vaccines**;

6) Seize and occupy all CCP/Chinese real property—*especially* near Military bases;

7) Capture all Chinese intelligence service centers and personnel.

8) Bring home every last troop available to round up, detain, interrogate, and deport (or prosecute) all *military-age Chinese illegal aliens*. (**N.B.** Fred Korematsu was a natural born American Citizen whose Constitutional rights were trampled. He was not a Japanese shock troop smuggled into the country for the purpose of levying war against the United States.)

9) Recruit every state, county, city, and village Police Department in the nation to notify Federal LEO's refusing to surrender their badges that **they're outnumbered 4:1 before the first troop is deployed.** (**N.B.** Posse Comitatus does not prohibit the U.S. Military from recruiting local law enforcement to capture, or kill, if necessary, every individual taking any part*—"however minute, or however remote"—*in the levying of war against the United States.)

10) Reclaim all equipment and personnel from NATO Command; and

**11)** Claw back every penny and piece of military equipment Joe Biden stole from this nation through his Ukrainian Nazi laundromat.

To expedite cooperation and confessions, the U.S. Military might consider announcing *"Judgment Day"* by parking an Abrams Tank in the lobbies of the Hoover, Langley, Truman, & RFK buildings. ***"For if [the Military] defines [itself] by doing, then style is doubly definitive, because style describes the doing."*** –Tom Robbins.

Finally, the obvious needs to be stated: **THE UNDERSIGNED IS NOT TO BE TRUSTED.** When a lawyer expedites matters by doing the work of opposing counsel unfamiliar with the facts of a particular transaction, opposing counsel remains obligated to review the work and sign off on it as his own.

Truth is the agreement of knowledge with its object. VERIFY, then trust; not vice versa. The sole purpose of the foregoing is to ensure the U.S. Military isn't caught flat-footed while waking up from this unthinkable betrayal.

As Mollie Hemmingway put it:

> What we are facing now is not partisan warfare, it's not a mystery novel, it's not politics-as-usual. **We are facing an attempt to tear down the foundations of our republic by corrupt, unelected bureaucrats** who have decided the will of voters is subordinate to their will to power. **It represents a fatal threat to our system of government, and if this coup succeeds …the nation will cease to be a constitutional, democratic republic.**

Continuing the 'Molly' theme…

> *"There are your enemies, the [treasonous deep state bureaucrats]. They are [yours], or this night Molly [Hemmingway] sleeps [betrayed]"…*

*—by a feckless U.S. Military that wouldn't know its duty of loyalty if it was pissing on it.*

### *"You have to make your reputation on being <u>honest and unmerciful.</u>"*

– Lester Bangs, *Almost Famous*

Outside of limited exceptions, such as the killing of a police officer, reconciling the categorical imperative with the imposition of the death penalty in regular criminal cases is impossible.  Kantian death penalty certitude[341] exists solely on a conceptual level; while our criminal justice system operates within the empirical world; *"beyond a reasonable doubt"* at best.  Whereas the maxim *"all murderers must be put to death"* may be deontologically sound, its empirical employment can never replicate its clarity for the simple reason that empiricism guarantees neither certainty nor necessity.   If the killing of an innocent person requires the killer's death to restore moral balance, then the adoption of an empirical process mathematically guaranteeing erroneous execution of innocents must also be punished by death.

Assuming *"beyond a reasonable doubt"* were equal to 95% certitude, how would Kant justify killing five innocent people for every hundred tried and convicted killers without lying to himself about the system incurring the obligation of executing itself to restore moral balance? And if I can't lie to the murderer at the door to save an innocent person from being killed, then how can I lie to myself about the five innocent people I'd put to death by following a maxim necessitating its own contradiction through empirical employment?

## Generic Homicide v. Cop Killers

The death penalty is justified, both deontologically and utilitarianly, when its deterrent value outweighs the risk of killing an innocent.  Generic homicide, which tends to be bereft of contemplation, renders the deterrent value of the death penalty negligible at best.  Killing cops, however, is a different story entirely.

Briefly stated, an encounter with a police officer almost invariably forces the perpetrator into a deliberative state—i.e., deciding whether to resist or surrender.  At such a moment, even the simplest brute could be deterred from violence with the realization: ***killing a cop will get***

---

[341] "Even if a civil society resolved to dissolve itself with the consent of all its members--as might be supposed in the case of a people inhabiting an island resolving to separate and scatter themselves throughout the whole world-- the last murderer lying in prison ought to be executed before the resolution was carried out. This ought to be done in order that every one may realize the desert of his deeds, and that blood-guiltiness may not remain upon the people; for otherwise they might all be regarded as participators in the murder as a public violation of justice." Immanuel Kant, *Metaphysics of Morals,* 6:333

*you executed."*   Thus, the deterrent value of executing those who kill cops—i.e. those who faithfully protect and serve us 24/7 by enforcing the rules of civilized society—clearly outweighs the risk of executing innocents.[342]

## Treason and Tyranny

Whereas the deterrent value of the death penalty is negligible for violent crime, the same cannot be said for treason and tyranny.   While violent criminals tend not to contemplate the consequences of their actions, scheming and planning are the lifeblood of traitors and tyrants.

The essence of treason is fraud, i.e., the malicious use of reason in furtherance of betraying those owed a special bond of trust.  Unlike the average violent felon, frauds constantly weigh their options and plan their moves to maximize gain while minimizing risk.   The threat of certain death infinitely increases risk while rendering any contemplated gain negligible by comparison.  It puts the would-be traitor and tyrant on notice that he risks losing *"all he's got….and all he's ever gonna have"*—incentivizing him to move on to more profitable endeavors.[343]

While some forms of treason may be plea-bargained down to lesser penalties than death, tyranny permits no such exception.  Because tyranny represents the absolute subversion of every founding principle, it is the most grievous form of treason possible against the United States. The fundamental purpose of executing tyrants is not punishment, but the preservation of the social compact—your children's legacy.

As technology advances, the capacity and temptation to exercise tyrannical power will increase as well.  Or, as my high school electronics teacher used to say: *"Today's fantasy is tomorrow's reality."*[344]

> What science has once discovered can never be undone. The advance of truth cannot and should not be held up. But the same urge for truth that gave birth to science should realize what progress implies. Science must recognize the as yet incalculable catastrophe which its advances have brought with them. The still infantile man

---

[342] Accordingly, if a 'dog person'—armed with a pre-64 Model 70 .243 zeroed to 200 yds.—witnessed someone attacking his dogs, canine or human variety, there would be *no hesitation.*

[343] See *The Confidence Game,* Ch. 1 The Grifter & The Mark, by Maria Konnikova ("We care how we're perceived, and if we think that most people will frown upon our actions, we become less likely to contravene the norm. It's not so much "monkey see, monkey do" as "monkey *think* someone might see, so acts accordingly.")

[344] *Rewriting Life:  The first "social network" of brains lets three people transmit thoughts to each other's heads*, MIT Technology Review,  September 29, 2018; See also *Elon Musk says Neuralink machine that connects human brain to computers 'coming soon'*  See also: Welcome to the Matrix

of today has had means of destruction put into his hands which <u>require an immeasurably enhanced sense of responsibility, or an almost pathological anxiety,</u> if the fatally easy abuse of their power is to be avoided. **<u>The most dangerous things in the world are immense accumulations of human beings who are manipulated by only a few heads.</u>**[345]

Never in human history have those entrusted with governmental power been tempted with God-like omniscience and omnipotence.   The only safeguard against the inevitability of absolute and technologically perfected despotism is the standing guarantee of the felon's noose for tyranny.  Only the threat of certain death will instill the *"enhanced sense of responsibility"* and *"almost pathological anxiety"* required to deter those entrusted with positions of power from weaving webs of deceit to subvert human liberty.

There's no such thing as tyranny with good intentions.  Abiding tyranny out of moral cowardice masquerading as virtue will only guarantee a legacy of totalitarianism for your children—where they're treated as personal property of a despotic ruling class.   If we are to remain a nation of laws and not men we must perpetually affirm the existence of a Sword of Damocles hanging over the heads of those we entrust with power: warning would-be tyrants that giving in to the temptation of betraying their oath of loyalty <u>will cost them their lives *without exception*</u>—thereby enforcing the maxim:  *METUS EST PLENUS TYRANNIS* (*~~"fear is plentiful for tyrants"~~*  <u>*"Deserve's got nothin' to do with it."*</u>) [346]

> **<u>*"…my mother. It's about my mother. It's about my mother. It's about your mother. It's about your loved one, and we will do anything we can to make sure that they are protected."*</u>**

By destroying legitimate government, and the faith in law and justice to which all citizens are entitled, these **<u>*smug & sanctimonious Judas goats who murdered our mothers to mind-rape us into submission to their totalitarian rule*</u>** have secured for themselves the only possible penalty.

<u>Death.</u> [347]

---

[345] C.G. Jung, *Marginalia On Contemporary Events,* C.W., Vol. 18, par. 1367, 1945
[346] Cf.  ***Minatur innocentibus qui parcit nocentibus.***  He who spares the guilty threatens the innocent.
[347]  <u>In Loving Memory of</u> Suzanne L. Stone, <u>September 11, 1943 – December 14, 2016</u>

# Some Final Thoughts About Golfing Trophies

The first time I ever lived alone was the summer of 1987 off campus at SUNY Oneonta. I was taking the courses *War and Morality* and *The Philosophy of Life and Death.* This was the height of the cold war and, like many others at the time, I was obsessed with thoughts of nuclear holocaust.

> *"The sun is in the east, Even though the day is done.*
> *Two suns in the sunset, Could be the human race is run."*
> —Roger Waters

Roger Waters released *Radio KAOS* that June and it became the soundtrack of my summer. This verse from the track *The Tide is Turning* sums up my prevailing mood at the time.

> *"Used to look in on the children at night*
> *In the glow of their Donald Duck light*
> *And frighten myself with the thought of my **little ones burning**"*

Recently, I looked through some of my notes from that time. There's nothing quite as awkward as reading your earliest attempts at writing—especially when they're the musings of a depressed twenty-year-old fixated on the idea of 'figuring out' a *"rational suicide."* I thought if I could just plot out a perfectly rational justification for killing myself, I'd be entitled to leave. I even had a suicide note ready. Just two words: ***"Golfing trophies."***

I modeled the idea after Oscar Wilde's last words: *"Either that wallpaper goes, or I do."* It came to me after reading an Esquire Magazine article my professor handed out in class titled *How Would the U.S. Survive a Nuclear War* by Ed Zuckerman, March, 1982. It described the cheerful future of life after nuclear war —stockpiles of morphine, emergency change of address cards, etc.

Anyway, this particular portion of the article burned into my memory.

> **A Visit to the Mine**
> The survival of Hutchinson, Kansas, on the other hand, seems to be much less in doubt. And so I found myself on the outskirts of the place one day in early spring talking to the man who operates the elevator into the Carey Salt Mine. "Here," he said, "this is for use in case of fire only." He handed me and a couple of other visitors, small but heavy gray boxes that would help us breathe—no one explained how—if flames sucked up all the air underground. We were already wearing our green hard hats and gray safety glasses as we waited to

go down into the mine, a worked-out portion of which is leased to a warehouse company called Underground Vaults & Storage, which, in turn, leases two underground rooms to the Federal Reserve Bank of Kansas City. Like their Washington headquarters, all regional offices of Category-A agencies are required to establish emergency operating teams; following a nuclear war, the Federal Reserve Bank of Kansas City's team will conduct the bank's affairs from the bottom of the Carey Salt Mine.

The other visitors and I had to wait until the miners' break to go down into the mine; during working hours the passenger elevator doubles as a skip, carrying four tons of salt to the surface on every trip. We rode down—650 feet down—in silence and absolute darkness. At the bottom, which was lighted, we walked along the little railway that carries salt to the elevator until we reached a solid salt wall, painted blue that marks the entrance to Underground Vaults & Storage. ***The lobby is decorated with a display case full of baseball trophies and golf balls stamped with corporate logos.*** The ceiling, like that of the mine, is a low six feet. "We keep it that way on purpose," said a smiling UVS official as he ushered us into the warehouse offices, where the ceilings are higher ("to create an illusion of space in here for people who have claustrophobia").

Apparently, I was so obsessed with the image of ***children burning*** above ground while that trophy case was safe 650 feet below that I remembered *"baseball trophies and golf balls"* as ***"golfing trophies."*** Nonetheless, those two words summed up all the hatred I felt for being born and all the vengeance I felt entitled to on my way out. [348]

Ironically, had I killed myself, I never would have made it to that **Amtrak Station in Atlanta on 8/10/88.** And I never would have heard that lady from *'future* **DARPA'** scold me before boarding my train:

> "NO! You **MUST** write this down! You might forget otherwise. The name of the book is *The Roots of Coincidence* by Arthur Koestler. He wrote *Darkness at Noon.* It's about parapsychology and Esp. I have a PhD in Jung psychology."

And as I picked up my backpack, and was boarding my train, *I had one of those flashes,* when she called out my name.

---

[348] Cf. "A pistol shot at 5 o'clock
  The bells of heaven ring
  Tell me what you done it for.
  ['Golfing trophies' say everything]."

*"And Bob…"*

And I never would have turned and witnessed her ***prophetic smile*** when she said:

***"Neutrinos."***

And I never would have overheard that conductor in the booth behind me in the snack bar car discussing the amazing coincidence surrounding his daughter's fifth birthday.  And I never would have followed those coincidences to the C.G. Jung Institute Library in Manhattan to discover that *"a firm reliance on the protection of Divine Providence"* has EVERYTHING to do with *"Neutrinos."*

In retrospect, had I known the true nature of what my country was dedicated to protecting me from, I would have valued my American life as something not only worth living for, but fighting and dying for.   I would have seen those *"golfing trophies"* as symbolizing the harsh truth that threatening human extinction to preserve our social compact is the only morally balanced equation that self-deceiving insects comprehend.  I would have 'figured out' there's no rational suicide; there's just risking death for what makes life worth living.

*"I'd rather be a free man in my grave*
*Than living as a puppet or a slave*
*…the harder they come*
*The harder they fall, one and all"*  —Jimmy Cliff

As Mister Roberts put it: *"But I've discovered Doc, that the unseen enemy of this war is the boredom that eventually becomes a faith, and therefore a terrible sort of suicide.  And I know now that the ones who refuse to surrender to it are the strongest of all."*

Accordingly, given that ***Sun Tzu** advises the general whose hidden attack has been discovered to decide immediately between withdrawal and open attack,* the U.S. Military would be fully justified in putting a *"cocked pistol"* to China's proverbial head and ~~threatening~~ **PROMISING** to launch under protocols covering a first strike on Washington D.C. if its troops so much as come down with a suspicious case of the sniffles.    At this point, creating a nuclear standoff might be the best and only way to prevent catastrophe while *awakening* from this unthinkable betrayal.  *"No half measures."*    *"One shot."*    *"This is this."*

And since *"this is this,"* join me now as I bring forth a new nation conceived in Liberty and dedicated to the principle of contradicting tyranny in a *Wrath of Khan* meets *The Eiger Sanction* kind of way.  Let's draw *'the superior intellect'* of Klaus Schwab and his technocratic totalitarian cult of mother-killers into *"the high country of the mind"* and throw them off the mountain.

**III. HOUSE OF STONE 76 (SEE SCHEDULE "A") IS AN INDEPENDENT SOVEREIGN NATION PRO TEMPORE—ESTABLISHED BY DISCOVERY OF UNCLAIMED SOVEREIGN TITLE AFFIRMATIVELY ABANDONED BY VIOLATION OF THE DECLARATION OF COVENANTS AND RESTRICTIONS AGAINST TYRANNY, DATED JULY 4, 1776, RUNNING WITH ALL TERRITORY FORMERLY COMPRISING THE UNITED STATES.**

*"You have to learn why things work on a starship."*

—ADM. Kirk, *Star Trek II: The Wrath of Khan*

*"I've done jiujitsu a huge chunk of my life, and I try to spend a lot of time educating people on the nuances; the subtleness of the ground game."*— Joe Rogan

## Chain of Title

Ask any fourth grader: *"When did the United States become an independent sovereign nation?"* and they'll invariably say *"July 4, 1776."* Ask a Professor of History or Political Science, and you'll get answers like: *"The Battle of Yorktown;" "the Treaty of Paris,"* or *"after the War of 1812."* However, if you ask a senior title attorney, he might draw all the shades in the room, collect all phones, put them in his briefcase, and whisper in a hushed conspiratorial tone: *"You mean when and how did the United States acquire sovereign title?"*

Since the days of Cicero, there have been three primary ways to acquire sovereign title; 1) cession, 2) conquest and 3) discovery & occupation. [349] An old property law joke illustrates all three:

> A New Orleans lawyer had searched title back to 1803 for his client, a federal agency. The agency asked who owned the land prior to that date. The lawyer replied:
>
> Gentlemen: I am in receipt of your letter of the fifth of this month inquiring as to the state of the title prior to the year 1803. Please be advised that in the year 1803 the United States of America acquired the Territory of Louisiana from the Republic of France by **purchase**. The Republic of France previously acquired title from the Spanish Crown by **conquest**. Spain acquired title **by virtue of the**

---

[349] *Acquiring Empire by Law: From Roman Doctrine to Early Modern European Practice,* Lauren Benton and Benjamin Straumann, *Law and History Review,* Vol. 28, No. 1 (2010), p. 13 (Emphasis added)

> **discoveries** of one Christopher Columbus, a Genoese sailor who had been duly authorized to embark upon his voyage of discovery by Isabella, Queen of Spain. Before granting such authority, Isabella, a pious and cautious woman, obtained the sanction of His Holiness, the Pope. The Pope is the Vicar on earth of Jesus Christ, the only son and heir apparent of God.
>
> God made Louisiana.

While Columbus may not have acquired Louisiana for Spain by discovery, the notion that chain of sovereign title in the United States traces back to a Creator is axiomatic. In fact, the American social compact and its resulting constitutional republic are predicated upon it.

## *"A Man's Got to Know His Limitations."*

> *"Let it be known there is a fountain,*
> *That was not made by the hands of men."*
> *Ripple* – Words by Robert Hunter, Music by Jerry Garcia

If you were educated in a public school over the past half century, like me, chances are you weren't taught the correct order of operations underlying our constitutional republic, i.e., the formation of our social compact against this nation's defining enemy—tyranny. Just as failing to teach a student correct order of operations in mathematics renders him functionally innumerate, so too does a lack of comprehension of the correct order of operations forming our social compact render him constitutionally illiterate.

Public school teachers routinely disregard the correct order of operations forming our social compact because the idea of an extramundane Creator disgusts them as being too *"antiquated"* for *"modern"* school children. What these self-anointed mavens of epistemology fail to comprehend is that they're not entitled to their conceit. For skeptics disgusted by the premise of a Creator within the formation of the American social compact, I submit Immanuel Kant's *Critique of Pure Reason* generally, and the section titled *The Canon of Pure Reason, Section 3, Opining, Knowing, and Believing* particularly. Spoiler alert: The controlling idea of Kant's *Critique of Pure Reason* is best summed up by the Clint Eastwood line: *"A man's got to know his limitations."*

Human reason is incapable of proving or disproving the existence of a Creator. Nonetheless, as Kant rightly concludes, **we're better off betting with the house than against it.**

Or, as Carl Jung put it:

From time immemorial, men have had ideas about a Supreme Being (one or several) and about the Land of the Hereafter. Only today do they think they can do without such ideas.

Because we cannot discover God's throne in the sky with a radiotelescope or establish (for certain) that a beloved father or mother is still about in a more or less corporeal form, people assume that such ideas are "not true." I would rather say that they are not "true" *enough*, for these are conceptions of a kind that have accompanied human life from prehistoric times, and that still break through into consciousness at any provocation.

Modern man may assert that he can dispense with them, and he may bolster his opinion by insisting that there is no scientific evidence of their truth. Or he may even regret the loss of his convictions. But since we are dealing with invisible and unknowable things (for God is beyond human understanding, and there is no means of proving immortality), why should we bother about evidence? Even if we did not know by reason our need for salt in our food, we should nonetheless profit from its use. We might argue that the use of salt is a mere illusion of taste or a superstition; but it would still contribute to our well-being. Why, then, should we deprive ourselves of views that would prove helpful in crises and would give a meaning to our existence?

And how do we know that such ideas are not true? Many people would agree with me if I stated flatly that such ideas are probably illusions. What they fail to realize is that the denial is as impossible to "prove" as the assertion of religious belief. We are entirely free to choose which point of view we take; it will in any case be an arbitrary decision.

There is, however, a strong empirical reason why we should cultivate thoughts that can never be proved. It is that they are known to be useful. Man positively needs general ideas and convictions that will give a meaning to his life and enable him to find a place for himself in the universe. He can stand the most incredible hardships when he is convinced that they make sense; he is crushed when, on top of all his misfortunes, he has to admit that he is taking part in a "tale told by an idiot."[350]

Accordingly, since indoctrination of disgust for a Creator is a fraudulent representation of reason's capacity itself, postulating its existence within the formation of the social compact proves useful for the devoutly atheist and devoutly religious alike. Specifically, it establishes a universally cognizable frame of reference by which all humanity can comprehend the limits of legitimate governmental power imposed by the terms of our social compact.

---

[350] Carl G. Jung, *Man and His Symbols*, pp. 75-76

# The American Social Compact: An Appeal to the *"Higher Law."*

Our story begins in the summer of 1776, when [a Planning Board] composed of delegates of 13 colonies convened in Philadelphia Pennsylvania to discuss and draft [a preliminary plan for a contemplated seizure of the land of King George III].

To seize the 13 colonies, Jefferson had to dispossess the King of his sovereign title by establishing a case in tyranny against him through an appeal to *"the Higher Law."*[351] Appealing to the *"Higher Law"* was by no means unique or novel:

> "It was the theory of Plato and Aristotle; of Aeschylus, Sophocles, and Euripides. Through the Stoics, it found its way into Roman Jurisprudence, where it was welcomed as an explanation of the jus gentium, and was championed by the greatest of Roman jurists, including Gaius, Ulpian, and Cicero. Of almost universal acceptance during the Middle Ages, it became, primarily through the writings of Grotius, an explanation of, and a sanction for, international law, very much to the later's benefit. It found a place in the writings of the two English lawyers who had the greatest influence upon American constitutional development, Coke and Blackstone. That this was the theory of the *Declaration of Independence* and of the leaders of the American revolution goes without saying, and through its acceptance by the American bench and bar it became the guiding theory in the development of the principles of our constitutional system."[352]

Jefferson's appeal to *"the Higher Law"* within the *Declaration* demonstrated how King George III's tyranny precluded him from retaining sovereign title to the colonies through ***the restatement of*** our social ***contract's*** order of operations as *"rights confer power"* as opposed to *"power confers rights."*

---

[351] *"There are*, **it is predicated,** *certain principles of right and justice which are entitled to prevail of their own intrinsic excellence, altogether regardless of the attitude of those who wield the physical resources of the community. Such principles were made by no human hands; indeed, if they did not antedate deity itself, they still so express its nature as to bind and control it. They are external to all Will as such and interpenetrate all Reason as such. They are eternal and immutable. In relation to such principles, human laws are, when entitled to obedience save as to matters indifferent, merely a record or transcript, and their enactment an act not of will or power but one of discovery and declaration.* **The Ninth Amendment of the Constitution of the United States, in its stipulation that "the enumeration of certain rights in this Constitution shall not prejudice other rights not so enumerated," <u>illustrates this theory perfectly,</u>** except that the principles of transcendental justice have been here translated into terms of personal and private rights. The relation of such rights, nevertheless, to governmental power is the same as that of the principles from which they spring and which they reflect. They owe nothing to their recognition in the Constitution- such recognition was necessary if the Constitution was to be regarded as complete." Edward S. Corwin, *The 'Higher Law' Background of American Constitutional Law*, 42 Harv. L. Rev. 149, 152 (1928)

[352] J. A. C. Grant, *The Higher Law Background of the Law of Eminent Domain*, 6 Wis. L. Rev. 67, 68 (1931)

# Power Confers Rights: The Monarchy Model of Society

Under a monarchy, the monarch is considered established by God as the ultimate source of all power and rights. Through the *"divine right of kings,"* subjects derived their rights through concessions by the monarch, e.g., the *Magna Carta* of 1215. Simply put, the order of operations is *"power confers rights."*
To wit:

- All power and rights originate with Creator;
- Creator confers absolute power upon the monarch;
- The monarch then confers rights upon his subjects.

In other words, subjects derived their rights from the power of the monarch, not their Creator—as this selection of dialogue from the film *Monty Python and the Holy Grail* illustrates:

> **King Arthur:** I am your king.
> **Peasant Woman:** Well, I didn't vote for you.
> **King Arthur:** You don't vote for kings.
> **Peasant Woman:** Well, how'd you become king, then?
>   *[Angelic music plays...]*
> **King Arthur:** The Lady of the Lake, her arm clad in the purest shimmering samite, held aloft Excalibur from the bosom of the water, signifying by divine providence that I, Arthur, was to carry Excalibur. That is why I am your king.
> **Dennis:** Listen. Strange women lying in ponds distributing swords is no basis for a system of government. Supreme executive power derives from a mandate from the masses, not from some farcical aquatic ceremony.
> **Arthur:** Be quiet!
> **Dennis:** You can't expect to wield supreme executive power just 'cause some watery tart threw a sword at you!
> **Arthur:** Shut up![353]

Fast forward to 1688 and the Glorious Revolution, where the divine right of kings is replaced by a constitutional monarchy. The King's power is curtailed by Parliament's Bill of Rights; yet the order of operations remained unchanged.

---

[353] *Monty Python and the Holy Grail* (1975)

In 1689, in support of the Glorious Revolution, John Locke published his *'Two Treatises of Government'*.   In *The First Treatise,* Locke disputed the doctrine of divine right of kings; albeit without the humor of Monty Python.   In *The Second Treatise,* Locke spelled out the 'rights confer power' formulation of the social contract.

## Rights Confer Power: The American Social Compact Model.

While claiming to have *"turned to neither book or* (sic) *pamphlet while writing* [the *Declaration of Independence*]"[354], Jefferson leaned heavily on Locke's *Second Treatise*— positing that all legitimate governments derive their just authority through the social contract. To wit:

- Creator places the individual into a state of nature with a bundle of rights representing every possible right within the universe.  (Referring to rights as 'sticks in a bundle' is a helpful metaphor here.)
- Individual leaves the state of nature and enters society by alienating certain sticks in his bundle of rights to the sovereign/government; conferring upon it specifically enumerated powers.[355]
- In exchange for rights alienated to government—converted into power over the individual—the government is obligated to protect whatever rights the individual has **retained**.[356]
- At minimum, *"the sovereign must obtain at least the following sticks from the individual: The power to tax, the power to police, the power to condemn, and unfettered power in areas of war and commerce."*[357]

## Mutual Obligation v. Illusory Promise

Because logistics preclude the possibility of every citizen knowingly and voluntarily consenting to alienate specific rights forming a government, social contractarians argued that citizens are deemed to tacitly consent to the social contract.  Meaning, you are presumed to agree to whatever laws the sovereign makes by virtue of living in the country and enjoying its services and protection.

---

[354] *Letter from Thomas Jefferson to James Madison,* 30 August 1823
[355] N.B. The Bill of Rights confers no rights whatsoever; it merely details further restrictions on specifically enumerated Federal governmental power; e.g. "Congress shall make no law…" etc.
[356] See the Ninth Amendment; "retained by the people."
[357] *Thompson on Real Property*; "Nature and Kinds," p. 2

The creation of a valid contract, however, requires both parties being bound to each other by mutual obligation.  A party to a contract not bound by any obligation is said to have made an illusory promise; i.e., an unenforceable promise.   Thus, a sovereign not bound by any obligation could exercise absolute power by proclaiming the people tacitly consented to give up **all** their rights within the social contract.   An unbounded sovereign could even exercise the power of our Creator by **redefining** humanity and reality in terms of abstractions most conducive to executing state doctrine.[358]

For example, because legal recognition of biological family insulates the individual from totalitarian control, a sovereign not bound by social compact could obtain absolute power over humanity by erasing the concept of family through discrete stages of dehumanization.   Under the ruse of *"social justice"* and through officious edicts of political correctness, the state could indoctrinate disgust for biological sex distinctions by intentionally conflating a grammar term (gender) with biological sex, while compelling citizens through force of law to embrace the delusion that humans can change their sex like clownfish.   Once the people accept the *"humans are inherently sexless"* gambit, the state gains control over the center of the board and is free to abolish sex distinctions in law.  Abolishing sex distinctions in law then frees the state to eliminate legal recognition of biological family ties.  By replacing the ideas of mother & father with sterile & fungible terms such as "parent one" and "parent two," the sovereign indoctrinates disgust for family and home—further atomizing the individual for purposes of regulating all his personal relationships as a function of the state.[359]   Thus, a sovereign not bound by mutual obligation within a social compact could, and inevitably would, redefine humanity so as to eliminate the family[360] and thereby convert *"**Citizen of**"* the state into fully dehumanized *"**Property of**"* the Marxist collective.  In other words: *"Welcome to the Matrix."*

---

[358] "We ought not to underestimate the psychological effect of the *statistical world picture*: it displaces the individual in favor of *anonymous units* that pile up into mass formations…." -- C.G. Jung, *The Undiscovered Self*, p. 8-9

[359] See *A De-Sexed Society is a De-Humanized Society*, by Stella Morabito, May 25th, 2016

[360] "Abolition [Aufhebung] of the family!" – *The Communist Manifesto*, Ch. 2, Marx, Engels

# Dedicated To the Principle of Contradicting Tyranny (Cont.)

Contrary to what Leftist Democrats would have you believe, Thomas Jefferson did not draft the *Declaration of Independence* to bitch and moan about a lack of *"equality and democracy"* under British rule.  Rather, he sought refuge from John Adams' incessant pestering by sitting himself down in that swivel chair of his…

> … to place before mankind the common sense of the subject, in terms so plain and firm as to command their assent, and to justify ourselves in the independent stand we are compelled to take. Neither aiming at originality of principle or sentiment, nor yet copied from any particular and previous writing, it was intended to be an expression of the American mind, and to give to that expression the proper tone and spirit called for by the occasion.
>
> All its authority rests then on the harmonizing sentiments of the day, whether expressed in conversation, in letters, printed essays, or in the elementary books of public right, as Aristotle, Cicero, Locke, Sidney, &c[361]

Jefferson and the Founders knew from Aristotle that all *"justice"* and *"equality"* flows from the contradiction of tyranny.

> "For justice exists only between men whose mutual relations are governed by law…. This is why we do not allow a man to rule, but rational principle, because a man behaves thus in his own interests and becomes a **tyrant**.  The magistrate on the other hand is the guardian of justice, and, **if of justice, then of equality also."**[362]

After Thomas Jefferson, nobody strived harder than Abraham Lincoln to ensure America adhered to its founding principles—ultimately getting shot in the head for his efforts.   However, when he claimed we are a nation *"conceived in Liberty and dedicated to the proposition that all men are created equal,"*[363] he completely missed the mark.

**Put another way…**

---

[361] Thomas Jefferson, *The Object of the Declaration of Independence, Letter to Henry Lee, May 8, 1825*
[362] Aristotle, Nichomachaean Ethics, p. 1134a - 1134b, (W. D. Ross Translation)
[363] Abraham Lincoln, *The Gettysburg Address,* November 19, 1863

*Aristotle and Lincoln are seated across from each other at a table. Aristotle examines an apple of gold and a silver frame on the table between them.*

**Aristotle:** Okay, so if the silver frame is the constitution, then the apple of gold is…

**Lincoln:** … the principle of "Liberty to all" —the principle that clears the path for all—gives hope to all — and, by consequence, enterprize, and industry to all.  The expression of that principle, in our *Declaration of Independence*, was most happy, and fortunate. Without this, as well as with it, we could have declared our independence of Great Britain; but without it, we could not, I think, have secured our free government, and consequent prosperity. No oppressed people will fight, and endure, as our fathers did, without the promise of something better, than a mere change of masters.

The assertion of that principle, at that time, was the word, "fitly spoken" which has proved an "apple of gold" to us. The Union, and the Constitution, are the picture of silver, subsequently framed around it. The picture was made, not to conceal, or destroy the apple; but to adorn, and preserve it. The picture was made for the apple — not the apple for the picture." [364]

**Aristotle:** *Poetic*; but wrong.

**Lincoln:** Wrong?

*Aristotle pulls out a derringer and points it at Lincoln.*

**Aristotle:** Now, if you can tell me what that apple of gold <u>really</u> stands for, <u>its essence</u>, I won't shoot you in the head.

*Lincoln looks at him in shock.*

**Aristotle:** Too soon?   You said the underlying principle of the *Declaration* is "Liberty to all."  If that were true, then wouldn't murderers, being a subset of "all," be entitled to liberty as well?

**Lincoln:** No.

**Aristotle:** Why not?

**Lincoln:** They're entitled to due process of law…

**Aristotle:** I see…so liberty is achieved by rule of law?

**Lincoln:** Of course.

---

[364] Abraham Lincoln, Fragment on the Constitution and the Union, January 1861

**Aristotle:** So then "rule of law" is the underlying principle of the *Declaration of Independence*?

**Lincoln:** Not exactly.

**Aristotle:** *[dripping with sarcasm]* You mean to tell me people don't normally *"appeal to the Supreme Judge of the world for the rectitude of [their] intentions"* while simply obeying the law?

**Lincoln:** Neither irony nor sarcasm is argument.

**Aristotle:** This coming from the man who virtually memorized the first six books of Euclid's *Elements* and mastered <u>one of the most exquisite forms of sarcasm in argumentation;</u> **proof by contradiction**?   Speaking of which, didn't you praise Jefferson for having the *"coolness, forecast and capacity"* to include within the *Declaration of Independence* an *"abstract truth, applicable to all men and all times, and [serving as] a rebuke and a stumbling-block to the very harbingers of re-appearing tyranny and oppression?"*[365]

**Lincoln:** Yes.

**Aristotle:** Well then, about that *"abstract truth"* and *"principle that clears the path for all,"* would you agree that justice can only exist between men when their relations are governed by law and rational principle; and that law is reason unaffected by desire?

**Lincoln:** Yes.

**Aristotle:** And that the true magistrate, adhering to law, is the guardian of justice, and, if of justice, then of equality also?

**Lincoln:** Without question.

**Aristotle:** Then tell me; what is this *"abstract truth"* within the *Declaration* that preserves liberty, justice and equality?   What does this apple of gold stand for?   Saying your nation was *"conceived in Liberty, and dedicated to the proposition that all men are created equal"* merely begs the question.   So, I ask you, what is the ultimate principle your nation is dedicated to?

>   *Lincoln deliberates…*

**Aristotle:** What is its essence?

>   *Lincoln's jaw slackens…Aristotle is losing patience…*

---

[365] Abraham Lincoln, *Letter to Henry Pierce and others,* April 6, 1859

**Aristotle:** Fill in the blank:  This nation is dedicated to the ***principle*** of _____?

> *As Lincoln's vacuous stare takes on a Homer Simpson quality, Aristotle's frustration pushes him to profanity.*

**Aristotle:** Oh…  Για τον διάολο!  It involves the most fundamental indemonstrable principle there is!

> *Aristotle cocks the derringer pointed at Lincoln's head*

**Aristotle:** Here's another hint:  If you refuse to answer, I will turn you into the unresponsive *vegetable* you've been throughout this dialogue."

> *Picking up Aristotle's clue about the law of noncontradiction,[366] Lincoln quickly replies.…*

**Lincoln:** This nation is dedicated to the proposition….

**Aristotle:**  Since when is a proposition *"an abstract truth, applicable to all men and all times?!"* [367]  Pull that bullet-ridden head of yours out of your ass and finish the sentence.

**Lincoln:** Sorry.  This nation is dedicated to **the *principle* of <u>contradicting tyranny</u>**.

> *Aristotle puts the gun down on the table, leans back in his chair and with a slow-clap of his hands says*

**Aristotle:**  Bra … vo.

**Lincoln:**  Hey… since when does Aristotle use Socratic dialogue?

**Aristotle:**  Quiet you!

---

[366] "Again, if when the assertion is true, the negation is false, and when this is true, the affirmation is false, it will not be possible to assert and deny the same thing truly at the same time. [1008b] But perhaps they might say this was the very question at issue.

   Again, is he in error who judges either that the thing is so or that it is not so, and is he right who judges both? If he is right, what can they mean by saying that the nature of existing things is of this kind? And if he is not right, but more right than he who judges in the other way, being will already be of a definite nature, and this will be true, and not at the same time also not true. <u>But if all are alike both wrong and right, one who is in this condition will not be able either to speak or to say anything intelligible; for he says at the same time both 'yes' and 'no'.  And if he makes no judgement but 'thinks' and 'does not think', indifferently, **what difference will there be between him and a vegetable**</u>?"  Aristotle, *Metaphysics*; Book IV, 1008a -1008b (W.D. Ross translation)

[367] Abraham Lincoln, *Letter to Henry Pierce and others,* April 6, 1859

# "Citizen Of," Not "Property Of."

The principle of contradicting tyranny not only establishes this nation's <u>ceiling of legitimate sovereign power but sets the floor of individual rights</u> as well.

To illustrate, let's take a close look at the 13th Amendment, which effectively reads:

> …slavery [shall not] … exist within the United States, or any place subject to their jurisdiction.

Recognizing the 13th Amendment's power to *"free the slaves"* <u>necessitates recognition of governmental power to decide either way</u>, i.e., whether slavery *"shall exist"* or *"shall not exist."*

However, any law freeing or enslaving people necessitates **the exercise of power over an individual's inalienable right of self-ownership**[368]**—i.e., <u>tyranny per se,</u>**[369] which is prohibited under our social compact and therefore <u>void *ab initio*</u>.[370]

In 1864, radical republican senator Charles Sumner clearly intimated that our social compact prohibited the exercise of power over an individual's inalienable right of self-ownership with his proposed draft of the 13th Amendment reading:

---

[368] "Though the earth and all inferior creatures be common to all men, yet every man has a "property" in his own "person." *This nobody has any right to but himself*." - John Locke, *2nd Treatise, §26*

[369] "…tyranny is the exercise of power beyond right, *which nobody can have a right to*." Locke, §199.) N.B. The most essential stick <u>retained</u> in the bundle of inalienable self-ownership rights is the right to exclude others. *Cf. Kaiser Aetna* v. *United States,* 444 U. S. 164, 176 (1979). See also *Federalist 84* as to why the argument "there's no right to privacy in the constitution" is not only disingenuous, but preposterous.

    **In Re: Abortion:** Legislating *duties of virtue* as if they were *duties of right* is tyranny because it entails punishing people for trespassing against themselves. **Blackstone**: *"Life is the immediate gift of God, a right inherent by nature in every individual; and <u>it begins in contemplation of law as soon as an infant is able to stir in the mother's womb."*</u> N.B. ***The State is not God*.** Duties of Right govern interpersonal obligations; whereas Duties of Virtue govern intrapersonal obligations—obligations owed to the self, not the state. Duty towards self (virtue) does not become duty towards other (right) *"in contemplation of law until an infant is able to stir in the mother's womb."* In the days before phrenology, that meant the quickening; in the post-sonogram world, it means the formation of the fetus—else alien entomologists will document our extinction thusly: *"This species has amused itself to death."* State compelled altruism is just as tyrannical as state compelled egoism. The social contract's purpose of prohibiting the exercise of power over the individual's inalienable right of self-ownership or any attendant duties of virtue protects not only the rights to privacy and private property but necessitates the decision window. Thus, the decision window is *"implicit in the concept of ordered liberty"* since its deprivation treats '**Citizen of** the United States' as mere **'Property of** the United States' and is therefore (Marxist-flavored) tyranny. (*Cf. Wickard v. Filburn*.) However, while the social compact necessitates the existence of a right to choose, there is no right to remain undecided. Thus, partial birth abortion is murder; <u>categorically</u>. (*And now, some rare footage of Hon. Mario Cuomo admonishing his infanticidal 'son' Andrew)*

[370] Likewise, the Fugitive Slave Clause, 3/5ths Compromise and Article I, § 9, cl. 1 regarding 'slave importation' are exercises of tyrannical power as well; thereby failing to meet the Natural Law conditions precedent for the existence and exercise of legitimate sovereign power—rendering them void *ab initio* under our social compact. Compromises born of political necessity do not trump *a priori* principles. (See UCC "knock-out rule" by analogy)

> *All persons are equal before the law, so that no person can hold another as a slave*; and the Congress shall have power to make all laws necessary and proper to carry this declaration into effect everywhere in the United States.

*The first part* acknowledges that legitimate government lacks the power to free or enslave anyone because doing so would violate the natural law principle of *all men being created with equally inalienable rights of self-ownership*; a.k.a. "all men are created equal."   The second part merely confers upon Congress the police powers necessary to enforce the basic terms of our social compact; echoing Section 2 of the ratified version of the 13th Amendment.

That is how the 13th Amendment *should have been written.*  Anything less falsely suggests: "*There but before the grace of the 13th Amendment goes the free black person."—* **Pure bullshit.** [371]

Every **INDIVIDUAL**, regardless of race, sex, or any other *a posteriori* concern, possesses the same **ABSOLUTE RIGHTS**, existing *a priori* within the concepts of pure reason, as our forefathers declared for themselves in 1776.   To treat the phrase *"all men are created equal"* as contingent upon *a posteriori* phenomena of experience—e.g., *"all rich white men"*— rather than an expression of principle existing *a priori*, is simply cretinous.  Moreover, cattle-branding humans via puerile distinctions of identity politics is not only morally repugnant but prohibited under our social compact.

> Hence it follows, that the first and primary end of human laws is to maintain and regulate these **ABSOLUTE RIGHTS OF INDIVIDUALS**. Such rights as are social and relative result from, and are POSTERIOR to, the formation of states and societies: so that to maintain and regulate these, is clearly a SUBSEQUENT consideration. And therefore **the principal view of human laws is**, or ought always to be, **to explain, protect, and enforce such rights as are ABSOLUTE,** which in themselves are few and simple; and, then, such rights as are relative, which arising from a variety of connections, will be far more numerous and more complicated."[372]

---

[371] "Everyone must admit that if a law is to be morally valid, i.e., is to be valid as a ground of obligation, then it must carry with it absolute necessity. … And he must concede that the ground of obligation here must therefore be sought not in the nature of man, nor in the circumstances of the world in which man is placed, but must be sought *a priori* solely in the concepts of pure reason; he must grant that *every other precept which is founded on principles of mere experience*—even a precept that may in certain respects be universal—in so far as it rests in the least on empirical grounds—perhaps only in its motive—can indeed be called a practical rule, but never a moral law." (Immanuel Kant, *Groundwork for the Metaphysics of Morals,* p. 2)

[372] William Blackstone, Commentaries on the Laws of England, Chapter the First, Of The Absolute Rights of Individuals, pp. 120-121 1765

# Contradicting Tyranny to Seize Sovereign Title[373]

In *[Rutgers v. Waddington](#)*, the precursor to *Marbury v. Madison,* Alexander Hamilton argued that United States sovereignty began by a *"federal act;"* namely the execution of the *Declaration of Independence.[374]* The final paragraph of the *Declaration* clearly supports Hamilton's argument:

> "That these United Colonies **are**, and of Right ought to be Free and Independent States; that they **are** Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, **is** and ought to be totally dissolved; and that **as** Free and Independent States, they **have** <u>full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do.</u>"

If we accept the implicit claim within the final paragraph of the *Declaration of Independence* as true, i.e., that the 13 colonies became sovereign upon execution of the document, then we must also conclude that sovereign title neither vested when England first acknowledged our sovereignty on November 30, 1782, within the *Preliminary Articles of Peace*, nor after execution of the *Treaty of Paris* on September 3, 1783. Furthermore, sovereign title could not have vested *[nunc pro tunc](#)* after execution of the aforesaid treaties, since that <u>also</u> would contradict the final paragraph of the *Declaration*.[375]

---

[373] *Cf.* [16309](#)

[374] "To the objection, that congress had no right to bind the state, that it was meddling with its internal police, [Hamilton] replied, that on that construction, "the confederation was the shadow of a shade" but that congress had an unquestionable right; that <u>"the sovereignty and independence of the people began by a federal act</u>; that our external sovereignty is only known in the union—that foreign nations only recognize it in the union; that the *Declaration of Independence* was the fundamental constitution of every state, all of which was acceded to by the convention of New-York, which does not pretend to authenticate the act, but only to give their approbation to it:" that hence it followed, "that congress had complete sovereignty; that the union was known and legalized in the constitution of New-York previous to the confederation, and that the first act of the state government adopted it as a fundamental law; from which reflections," he says, "we are taught to respect the sovereignty of the union, and to consider its constitutional powers as not controllable by any state." *[Life of Alexander Hamilton](#)*, [John C. Hamilton, p. 249](#)

[375] Cf. *State v. Phillips*, 305 A.2d 644, 649 (Del. Ch. 1973) ("First, as to governmental rights, beyond doubt these were ended by the Revolution. No analysis is required to show that the Penn governmental powers, whether derived from the British Crown or from any delegation of any kind from any source other than the people of the State, were ended by the Revolution. In short, George III was our last king and when his governmental powers ended, *a fortiori,* so did those of his subjects."); *State v. Pennsylvania Railroad Company*, 228 A.2d 587, 591 (Del. 1967) ("The State's claim to title thereafter is based on a transfer in law on July 4, 1776 and a confirmation of that transfer by the Treaty of Paris in 1783.")

Recall, there are only three ways to acquire sovereign title; cession, conquest and discovery/occupation.   Accordingly, if the last paragraph of the *Declaration of Independence* is true, then having ruled out conquest and cession above, we're left with the question: <u>How does the *Declaration* effectuate seizure of sovereign title via discovery/occupation?</u>

Throughout the Age of Discovery (circa 1400-1800 A.D.), empires increased their size by claiming territory that was considered *res nullius* (nobody's thing).   Simply put, the fundamental principle of claiming land as *res nullius* was: *"What presently belongs to no one becomes by natural reason the property of the first taker."—*Gaius[376]

> [T]he British, and to a somewhat lesser degree the French, were driven to legitimize their settlements in terms of one or another variant on the Roman law argument known as **res nullius**. This maintained that all 'empty things,' which included unoccupied lands, remained the common property of all mankind until they were put to some, *generally* agricultural, use. The first person to use the land in this way became its owner.[377]

Since the colonists already occupied the land over which King George III ruled as sovereign, the question becomes what could they possibly have claimed within the *Declaration of Independence* to acquire sovereign title?

## Enter the Law of Parsimony

Occam's razor**,** or the law of parsimony, states "*Frustra fit per plura quod potest fieri per pauciora*" ("It is pointless to do with more what can be done with less").  Simply stated, we should never postulate the reality of any entity unless it's necessary to do so.  This is where the adage *"the simpler explanation is usually correct"* comes from.

*"Simpler"* does not mean *"easy to explain;"* it means the explanation with the fewest variables.   However, <u>when the simplest explanation fails to account for all the evidence</u>, it then becomes appropriate to postulate the existence of another entity.   Wolfgang Pauli's proposal for the existence of the neutrino is a famous example of this.

---

[376] From The Digest of Justinian, Vol. 4, ed. by Alan Watson, Book 41, Acquisition of Ownership of Things, 1, 3
[377] *Acquiring Empire by Law: From Roman Doctrine to Early Modern European Practice*, Lauren Benton and Benjamin Straumann, Law and History Review, Vol. 28, No. 1 (2010), p. 6

Back when quantum mechanics was in its infancy, some of its founding fathers, among them Wolfgang Pauli and Niels Bohr, were stumped when their equations for radioactive beta decay failed to balance in terms of conservation of energy.

> When the nucleus of a radioactive atom disintegrates, the energy of the particles it emits must equal the energy it originally contained. But in fact, scientists observed, the nucleus was losing more energy than detectors were picking up.[378]

At the risk of oversimplifying, conservation of energy is a bit like changing a set amount of currency into lower denominations. When you get change for a ten-dollar bill, whether in paper or coin, you should always end up with ten dollars at the end of the process. Loosely put, if you begin beta decay with $10.00 worth of energy and end up with $8.88 at the end of the process, the question becomes: *"Where did the $1.12 go?"*

Bohr's suggestion was to accept the imbalance as reason to renounce the law of conservation of energy entirely, i.e., that the law wasn't as *"universal"* as initially thought. But rather than scrap a fundamental law of the universe by settling for Bohr's *"shit happens"* explanation, Pauli postulated the existence of the neutrino: an extra, invisible particle emitted by the nucleus to account for the missing energy.[379] In proposing the existence of the neutrino, Pauli balanced the equation pursuant to the law of conservation of energy while adhering to the law of parsimony; i.e. <u>postulating the existence of another entity only when it was absolutely necessary to do so.</u>[380]

## Balancing the Equation of United States Sovereignty

To balance the equation of the founding, the law of noncontradiction and the law of parsimony constrain us to postulate the existence of an unclaimed incorporeal ***res*** or ***"thing"*** representing sovereign title claimed within the *Declaration of Independence*—else its final paragraph is false.

---

[378] *Looking for Neutrinos, Nature's Ghost Particles*, By Ann Finkbeiner, Smithsonian Magazine, November 2010

[379] Matter is simply energy in different form. Thus, $E=MC^2$ Energy = mass x speed of light squared.

[380] Pauli expressed regret in his journal: *"I have done something very bad today by proposing a particle that cannot be detected."* He considered it a *"desperate remedy"* and *"something no theorist should ever do."* And yet, as usual, Pauli was right.

In common law, the term *"chose"* (French for *"thing"*) is used to refer to the enforcement right which a party possesses in an object. Traditionally there are two types of chose; '*chose in possession*' and '*chose in action*'.   A *chose in possession* refers to a right within an object that can be physically possessed and transferred.   A *chose in action* is an **incorporeal** right—independent of the property itself—conferring no present tangible possession and enforceable only by action.   The money you have in your wallet is a *chose in possession*; whereas money that someone legally owes you is a *chose in action*.

## Sovereignty Runs with The Land

When the sovereign obtains from the individual in the formation of the social compact: *the power to tax, the power to police, the power to condemn, and unfettered power in areas of war and commerce,*[381] they become *chose in action* within the land comprising its jurisdiction. For example, when the sovereign exercises its power of eminent domain, it does so by exercising its right of action to possess the property—i.e., its *chose in action*—existing within all land comprising its jurisdiction, subject to Takings Due Process.

For the final paragraph of the *Declaration of Independence* to be true, the law of noncontradiction and the law of parsimony necessitate the postulation of a distinct bundle of incorporeal sovereign rights/powers seized within the land comprising the 13 colonies: i.e.  *"full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do*."   Since the word "neutrino" is already taken, **"Chose in Sovereignty"** will have to do.

## IRAC

The *Declaration of Independence* takes **chose in sovereignty** from King George III in an argument structure similar to classic IRAC form: (Issue, Rule, Analysis, and Conclusion).

---

[381] *Thompson on Real Property*; "Nature and Kinds," p. 2

## ISSUE

The first paragraph enunciates that the 13 colonies seek to dissolve their existing sovereign bonds and establish themselves as an independent sovereign nation by the end of the document through an appeal to *"the Laws of Nature and of Nature's God"*—a restatement of social contract.

## RULE

The second paragraph of the *Declaration of Independence* is often referred to as a "preamble." That's incorrect, because preambles have no force of law, making them legally irrelevant. Rather, the second paragraph of the *Declaration* recites the binding principles Jefferson relies upon within the rest of the document. This is what Lincoln refers to as *"the definitions and axioms of free society"* [382] and *"an abstract truth, applicable to all men and all times"*[383]—dedicating this nation to the principle of contradicting tyranny.

> "Whenever any form of government becomes destructive of these ends [i.e. securing man's unalienable rights], it is the right of the people to alter or to abolish it."

## ANALYSIS

Within the third section, Jefferson sets forth how King George III's actions weren't simply incidental usurpations but evinced a design to subvert human liberty—making him a **tyrant**. Because the tenets of Natural Law deem legitimate sovereign power and tyranny as contradictories, the law of noncontradiction precludes tyrants from holding sovereign power. In this way, a tyranny indictment separates the illegitimate sovereign from chose in sovereignty as reversing the polarity on one of two magnets stuck together separates them with a force equal and opposite to the force formerly joining them. By demonstrating King George III's tyranny in the third section, the *Declaration* establishes the King as the contradiction of legitimate sovereign power; thereby dispossessing him of chose in sovereignty in the colonies; leaving it as *res nullius*.

---

[382] Abraham Lincoln, *Letter to Henry Pierce and others,* April 6, 1859
[383] *Id.*

More precisely, because chose in sovereignty is an incorporeal *res* abandoned by virtue of acts of tyranny, the particular form of *res nullius* that best describes it is ***res derelictae (unclaimed freight):***

> Another category of things that could be acquired by simple seizure (*occupatio*) and was similar to the category of unowned things was that of **res derelictae**, that is, <u>intentionally abandoned property</u>, which was held—by the more influential strand of Roman legal thought at least—to be unowned (*res nullius*) from the time of abandonment. It seems that there was a requirement in place that the occupier actually know that the thing had been intentionally abandoned by its previous owner.[384]

Tyranny constitutes the abandonment of sovereignty through the intentional violation of one's oath of undivided loyalty to the law, i.e., exercising power, beyond right, which no one has a right to.

> The king binds himself by a double oath to observe the fundamental laws of his kingdom. Just by being a king he tacitly binds himself to protect not just the people but also the laws of his kingdom. By his oath at his coronation he explicitly binds himself to the same thing. . .. If a king governing in a settled kingdom stops ruling according to his laws, he thereby stops being a king and degenerates into a tyrant.[385]

Thus, King George's tyranny constituted a willful abandonment of chose in sovereignty; leaving it as *res derelictae—*unclaimed freight. From the conclusion of the third section of the *Declaration of Independence* through its penultimate paragraph denouncing the British people, chose in sovereignty remains *res derelictae* until it's claimed within the concluding paragraph.

---

[384] Acquiring Empire by Law: From Roman Doctrine to Early Modern European *Practice,* Lauren Benton and Benjamin Straumann, *Law and History Review,* Vol. 28, No. 1 (2010), pp 15-16

[385] John Locke, *Second Treatise of Government*, §200

# CONCLUSION

With chose in sovereignty existing as *res derelictae, i.e.,* intentionally abandoned by King George as described in the third section, the 13 colonies can claim it within the concluding paragraph—thereby forming the American social compact and a new nation.

> "That these United Colonies **are**, and of Right ought to be Free and Independent States; that they **are** Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, **is** and ought to be totally dissolved; and that **as** Free and Independent States, they **have** full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do."

Essentially, the truth of the *Declaration's* final paragraph makes the Revolutionary War the most famous action to quiet title in world history.

# Seizing Title Subject to the Principle of Contradicting Tyranny Necessitates a Resultant Real Covenant Against Tyranny.

If title is the bundle of rights representing the interest possessed by an owner of property, and sovereignty is generally defined as supreme authority within a specified territory, then the legal relation between a government and chose in sovereignty per the lands over which it exercises said authority can be deemed a form of title.   And if a deed  is a vehicle by which title is transferred or affirmed, then the *Declaration of Independence,* being the vehicle by which we took sovereign title to the 13 Colonies, operates as a constructive deed.

To seize and retain sovereign title within the final paragraph of the *Declaration*, the law of noncontradiction necessitates a resulting covenant dedicating the land to the continued contradiction of the conditions causing King George III's dispossession—what we would call today a *Declaration of Covenants and Restrictions against Tyranny*.  In this way, the *Declaration* most closely resembles a covenant entered into for the purpose of establishing a general scheme and arrangement of a planned community (read: society).   A covenant:

> …restricting the use which the grantees may make of their premises. In such cases the covenant is enforceable by any grantee as against any other upon the theory that there is ***a mutuality of covenant and consideration which binds each and gives to each the appropriate remedy.*** (*Korn v. Campbell*, 192 NY 490 (1908))

***'Protection draws allegiance, just as allegiance draws protection.'*** [386]

Like all restrictive covenants, the *Declaration* is:

(i)  in writing
(ii)  intended to run with the land; i.e. our claim to the world as to why we have superior title;
(iii)   intended to touch and concern the land; benefitting the people and burdening the government by prohibiting tyranny;
(iv)  privity of estate; between the party claiming the benefit of the covenant and the party who has the burden of the covenant.—As Lincoln put it: "The principles of Jefferson are the definitions and axioms of free society." [387, 388]

---

[386] *Calvin's Case,* (1608) 7 Co. Rep. 1a.
[387] Abraham Lincoln, *Letter to Henry Pierce and others*, April 6, 1859
[388] See also Charles L. Black, *One Nation Indivisible*, 65 S.J. Law Rev. 27 (1991)

A rough sketch of the transaction might look like this:

## THIS INDENTURE, made the 4th Day of July 1776

Between

**Creator Incorporeal (Hereinafter: "Creator, Inc.")**, having its principal office in Creation, at the corner of ubiquity and omnipresence,

party of the first part, and

**The Delegates (Hereinafter: "The Planning Board") of the Thirteen Colonies (Hereinafter: "The United States")**, having its principal office at Pennsylvania State House, Chestnut Street, Philadelphia, Pennsylvania,

party of the second part,

WITNESSETH, in consideration of pleasing Divine Providence by contradicting and prohibiting tyranny from the land claimed herein, the party of the first part does hereby grant and release unto the party of the second part, and the heirs of the party of the second part, all sovereign title (Chose in Sovereignty) to:

> ALL that certain plot, piece or parcel of land presently comprising the "United States" ([*To be*] **more particularly described** within Article II of *The Preliminary Articles of Peace*, November 30, 1782),[389] *subject to a **Declaration Of Covenants And Restrictions Against Tyranny,*** Dated July 4, 1776, executed and simultaneously recorded herein *"with a firm reliance on the protection of Divine Providence"* (**More particularly described** within Schedule "A" attached hereto), running with all territory comprising said "United States" *forever*.

**In Witness Whereof:**   *John Hancock, … yada, yada, … Thomas McKean, nunc pro tunc, yada, yada, etc.*

While I'm sure a senior title attorney could revise the wording until it bristles with precision, the basic point is clear.   The continued existence of the United States as legitimate sovereign is necessarily predicated upon it remaining dedicated to the principle of contradicting tyranny as spelled out in *The Declaration of Independence*.

---

[389] N.B. All 50 States upon entry into the Union became subject to the same C&R under the Equal Footing Doctrine.

Thus, by seizing title to the 13 colonies subject to the principle of contradicting tyranny, the *Declaration of Independence* necessarily forms a Real Covenant against Tyranny running with the land defining the nation's territory—adherence to which being the condition precedent for the existence and exercise of sovereign power.

This well-considered contract finds an apt analogy in Richard Wagner's *Ring des Nibelungen*.

## Wotan's Spear: *"A [sovereign]'s got to know [its] limitations."*

Long story short, as a young god, Wotan sacrificed one of his eyes cutting a branch off the World Ash Tree, the source of all wisdom and power, and crafted a spear out of it. As he matured, Wotan increased his power through the treaties he entered into—inscribed on the shaft of his spear. These *runes of contract* were the embodiment of Wotan's power -- making him chief of all the gods. However, to keep his power, Wotan had to remain <u>faithful to the treaties</u> etched on the spear. The runes of bargain etched into Wotan's spear represent the totality of his sovereign authority; serving as a constant reminder that breaking his bond will cost him his power. As one character warns Wotan of the consequences of him breaking his word:

| | |
|---|---|
| hör' und hüte dich; Verträgen halte Treu'! | hear and heed thyself; in treaties aye keep true! |
| Was du bist, bist du nur durch Verträge; | <u>What thou art, art thou only by treaties;</u> |
| bedungen ist, wohl bedacht deine Macht: | <u>by bargains bound, bounded too is thy might</u>[390] |

***"What you are, you are only through your treaties, and all your power is based on your bonds."***

As Locke put it:

> Where promises are concerned, those obligations are so great and so strong that omnipotent God himself can be bound by them. Grants, promises, and oaths are bonds that hold the Almighty.[391]

Simply put, the *Declaration of Independence* is our "***runes of well-considered contract***"—a *Declaration of Covenants and Restrictions Against Tyranny* underlying the establishment and continued existence of the United States as a legitimate sovereign power.

---

[390] Richard Wagner, *Das_Rheingold,* Fasolt, Act 2, Scene 2,
[391] John Locke, *Second Treatise of Government*, §195 (Jonathan Bennett, Modern English translation)

The fact that it has gone unnoticed for two and a half centuries is as irrelevant as when a landowner first discovers an ancient **paper road** running through his backyard when his building permit application for a pool is denied.

"*What's a paper road?*", I hear you ask. This brief and *fractured fairy tale* about **_our_** paper road—*The Declaration of Independence*—should clear things up.


## *Unclaimed Freight*


*O*nce upon a time, there lived a Wolf who was elected President by four states that murdered tens of thousands of U.S. citizens through mandating COVID patients into nursing homes **_DURING_** their statewide lockdowns—while Ukrainian Nazi and deep state *agent provocateurs* staged a riot at the Capitol to frame the actual President and his supporters for insurrection.

One day, Mr. Wolf decided to *"build back better"* by converting America's *"antiquated symbol of racism and white supremacy"*—i.e., the White House—into an International Park as a show of *"Shared Destiny, Shared Responsibility and Global Obedience."* The centerpiece for **Baizuo Pàntú Park** would be an Olympic-sized swimming pool shaped like a surgical mask installed on the White House front lawn.

So, Mr. Wolf gathered up his plans, building permit application, and application fee—made payable to *The Article VI Preservation Society*—and walked them into the Building Department for approval.

Just behind the counter, sitting alone at his desk, was the Building Inspector; listening to the song *Got My Mind Set On You* on his laptop as he worked.

Mr. Wolf laid his documents on the counter and rang the service bell.

The Building Inspector turned the volume down slightly, stood up, and approached the counter. He wore a plum-colored velvet tailcoat, white dress shirt, a green and blue silk tie patterned with frogs, bottle green khakis, and a white baseball cap bearing the name: *"Titanic – White Star Line."*

His eyes were bright, yet resigned, as he reached into his pocket and took out a brass pill box. He paused for a moment and looked wistfully at the sea turtle pictured on the lid, then popped it open, removed a quarter of a round orange pill and swallowed it. Snapping the case closed, he asked…

**Building Inspector:** Do you think he's singing about a girl?

**Mr. Wolf:** Excuse me?

**Building Inspector:** The song. *Got My Mind Set on You.* Ever wonder why Mr. *"we're all one and life flows on within you and without you"* would invest all the extra time and money into producing two videos for such a worldly song?

*The Building Inspector glanced down at the documents on the counter, then looked right into Mr. Wolf's eyes and said…*

**Building Inspector:**  Not by the hair of my chinny chin chin.

**Mr. Wolf:**  What do you mean?

**Building Inspector:**  I mean rejected.

**Mr. Wolf:**  Why?

**Building Inspector:**  You can't build a swimming pool on a public road.

**Mr. Wolf:**  What road?  It's the front lawn of the White House.

*The inspector brought out an old dusty map, unfurled it on the counter, and pointed it out.*

**Building Inspector:**  Read that.

**Mr. Wolf: "***[Declaration of Covenants & Restrictions against Tyranny,](#) dated July 4, 1776.***"**  So?

**Building Inspector:**  So, that's the paper road you can't [*"build back better"*](#) on.

**Mr. Wolf:**  What the hell is a [paper road](#)?

**Building Inspector:**  It's a road officially established on paper but never constructed. Interesting fact: New Zealand is riddled with century-old paper roads.

**Mr. Wolf:**  But 1776 was two and a half centuries ago.

**Building Inspector:**  Roads don't expire.  They have to be <u>affirmatively abandoned </u>by the sovereign.  Otherwise, a road officially established on paper is just as real and enforceable as a road jammed with traffic—even if it was ignored for centuries.  Just ask the Kiwis.   Charming people.    I used to trade Grateful Dead tapes with a guy in Auckland…back in the early 1990's…Nick Bagnall, on Boylan Road…

**Mr. Wolf:**  This isn't New Zealand!  This is America, and <u>***I'm***</u> the president, which means I own the road.

**Building Inspector:**  Silly Wolf.  *Roads aren't about possession.*  **<u>Roads are about power</u>.** Roads are covenants & restrictions protecting the public's right of way—declarations of liberty paving the way to freedom.

> To know the universe itself as a road—as many roads—as roads for
>     traveling souls.
>
> All parts away for the progress of souls;
> All religion, all solid things, arts, governments,—all that was or
>     is apparent upon this globe or any globe, falls into niches and
>     corners before the procession of Souls along the grand roads of
>     the universe.

**Building Inspector:**  Like the song says: *"Goin' down the road feelin' bad, don't wanna be treated this old way."*   The *Declaration of Independence* is a road *"for real not fade away"*—

*"a revolution of the mind"* protecting the liberty of Americans to choose their way of life against tyrants like you.

**Mr. Wolf:** The *Declaration of Independence* is nothing more than a list of grievances against the British.  It's got nothing to do with the rights of man.  It's about the business of the day; not the business of our day, but the business of ***their*** day; about ***their*** revolution; about the business of 1776.

**Building Inspector:**  Which makes your business here today a violation of the business of 1776; the business of **contradicting tyranny**.  Perhaps you missed that part about Americans being endowed by **their Creator** with unalienable rights?

**Mr. Wolf:** Just a bunch of vague sentiment and pleasing speculation masquerading as fundamental principle to bitter clingers and Easter worshippers.

*The Building Inspector adjusts his "Titanic" hat and says...*

**Building Inspector:**  Let me guess; (*air quotes*) *"Even God couldn't sink this ship?"*

**Mr. Wolf:**  Spare me.

**Building Inspector:**   Again?

**Mr. Wolf:** What are you talking about?

**Building Inspector:**  Perhaps *'General Orders, 26 September 1780* will refresh your recollection:

> Treason of the blackest dye was yesterday discovered! General Arnold who commanded at Westpoint, lost to every sentiment of honor—of public and private obligation—was about to deliver up that important Post into the hands of the enemy. Such an event must have given the American cause a deadly wound if not a fatal stab. Happily the treason has been timely discovered to prevent the fatal misfortune. The *providential train of circumstances* which led to it affords the most convincing proof that the Liberties of America are the object of divine Protection.

**Mr. Wolf:** So?

**Building Inspector:**  So that's what happens when you start a nation with a firm reliance on the protection of divine Paulie.

**Mr. Wolf:** You mean Providence.

**Building Inspector:**  No, I said Paulie.

**Mr. Wolf:** Who's Paulie?

**Building Inspector:**  Paulie is the *"providential train of circumstances"* that dropped Major John André into Benjamin Tallmadge's lap.

**Mr. Wolf:**  (*Laughs*)   Really?  I've always heard of Providence, and yet I have never seen him, or anything that resembles him, or which can make me believe that he exists.   Now you want me to believe this flying spaghetti monster of yours goes by the name of Paulie?  *(laughs)*

**Building Inspector:** *Paulie may move slow, but that's only because Paulie doesn't have to move for anybody.*

You see Mr. Wolf, once those colonies signed that *Declaration*, the Liberties of America became the object of Paulie's protection.   So now they got Paulie as a partner.  Any problems, you can go to Paulie. Trouble with defeating a tyrannical King with the strongest military on the planet?   You can go to Paulie.  Trouble defeating nuclear-armed communists seeking world domination?   You can call Paulie.

But now the nation's gotta come through on its promise to Paulie, and the only thing Paulie accepts is the contradiction of tyranny; no matter what.   *Think the people left the state of nature and formed a social compact so you could dispose of their liberty and livelihoods as if they were your **"non-essential"** personal property?   **Fuck you; pay me.**  Think you can redefine the people as "cognitive infrastructure" to deprive them of the freedom of choosing their own destiny?* **Fuck you; pay me**.  *Think you can murder mothers and grandmothers to shame the people into isolation, loneliness, and financial ruin with communist lockdowns, social distancing and masking mandates so you can "build back better" as a technocratic totalitarian satellite of Communist China?* **Fuck you, pay me.**

**Mr. Wolf:** Oooh… the flying spaghetti monster is coming to get me. [*laughs*]

**Building Inspector:**  Paulie does not suffer traitors gladly.

> *(To be continued.)*

And wouldn't you know, that *"providential train of circumstances"* just happened to record that *Declaration of Covenants & Restrictions Against Tyranny* within New York's first Constitution on April 20, 1777.  Lucky me.

So lucky, in fact, that NEW YORK STATE'S violation of that C&R through the mass democide of U.S. Citizens, licensed by the Judas goat Leftist bureaucrats coordinating the massacre through the exercise of Federal Executive Power, effectuates the abandonment of sovereign title in the land of yours truly—making it ripe for claiming by discovery and occupation.

Accordingly, I'll be using Captain Cook's log for his discovery of Australia as my template for the discovery and occupation of **House of Stone 76** as an independent sovereign nation pro tempore.

# Discovery Of House of Stone 76

***Then by now, circa 2022***

Winds 8 mph out of the southwest; somewhere on the planet, I'm sure.  Leaving my desk, I sally forth through the living room while navigating the laundry baskets and dog toys scattered on the floor.  Sauntering into the kitchen I stop and scan the horizon.  Alas, just as I suspected; there are no topless natives with baskets of tropical fruit there to greet me.   Pity, I could go for a nectarine about now.  Are nectarines tropical?  Taoist maybe?   *Half a peach, half a plum; it's a hell of a fruit.*

At Noon I was by observation directly above the center of the earth, realizing that Jonathan Turley is Underdog.  It all comes rushing back to me now.  Indelible in the hippocampus is the catchphrase, the uproarious catchphrase, overheard on a hot mic just before one of Turley's segments on *Countdown* with Keith Olberman circa early 2000's.  Or was it 2007?    I don't know what year it was, or if I was conscious or dreaming at the time, but I'm one hundred percent certain I heard Turley say:

"*When the constitution is in trouble,*
*I am not slow.*
*So it's hip, hip, hip,*
*and away I go!*"

Finally, it all makes perfect sense.   Humble and loveable Shoeshine Boy went to law school and became a distinguished professor of Torts, Criminal Procedure and Constitutional Law—the precise subjects Underdog would master to justify his habitual destruction of Phone Company property while locking up bad guys and defending the American way.   No wonder Turley and Underdog are never seen in the same place at the same time.  *Canem Ipsa Loquitor.*

Navigating my way back through the laundry baskets and dog toys, I open the front door as two loyal, loving, long-haired German shepherds, Hooper and Brody, buckle my knees as they push their way past and encircle me outside the door.

I pause for a moment to wonder what they'd say if they could talk….

> **Brody:** Do something.  They're not human anymore; they're turning into bugs.

> **Hooper:** How can you be best friends with anyone who LIES ALL THE TIME?  And how is lying about everything a "sustainable" future?

> **Brody:** We're best friends of man; not insects.

> **Hooper:**  They're gonna torch this place.

> **Brody**: And us with it.

> **Hooper**: Do something.

> **Bob**: Did you check the status of the turtle?

> **Hooper:** What turtle?

**Bob:** The one in the pool.

*Hooper looks to Brody*

**Hooper:** We have a pool?

**Brody:** The pond in the backyard. It was a pool; at least when I got here. Now it's a pond. But I call it *Lake Dan Bongino.*

**Hooper:** Why?

**Brody:** Because *Lake Ant Hill Harry, alias Baby Face Finster* is a mouthful.

**Bob:** The turtle was part of the new world we ordered.

*Hooper turns to Brody with a puzzled look. Brody is equally puzzled.*

**Bob:** Legend has it that a toad is supposed to help the turtle by diving down to pick up dirt in its mouth and put it on the turtle's shell…to create the new world. But that makes no sense because a toad would never go swimming without a bathing suit. (See *Frog and Toad are Friends.*) So, since toad needs a bathing suit, and bathing suits come from the textile industry, and the textile industry can't precede the creation of dry land, then that means the Indian legend must have been mistranslated somewhere…. They must have meant frog, not toad. Frog doesn't need a bathing suit.

*Hooper tilts his head in puzzlement; as dogs and Tucker Carlson often do.*

**Hooper:** Toads in bathing suits?

**Brody:** It's a wonder he remembers to feed us.

**Bob:** Besides, I forgot to account for tortoise nervosa. Six days? Ha! Try 4.6 billion years; and that's *IF* he hurries. We'll be long dead and gone before that lazy bastard ever gets started. We'll just have to go with the contingency plan.

**Brody: You're gonna need a bigger boat.**


To paraphrase Tom Cruise: *"German Shepherd. There is no substitute."*

As John Locke would put it:

**Sec. 222**. . . . It can never be supposed to be the will of the society that the [*sovereign*] should have a power to destroy what everyone aimed to keep safe by entering into society [in the first place]. So when [*Judas goat bureaucrats **murder mothers and push children to suicide** to **shame** the people into isolation, loneliness, and financial ruin and reduce them to slavery by "building back better" under "a new social contract" of technocratic totalitarianism,*] **they put themselves into a state of war with the people,** who are thereby absolved from any further obedience…. So whenever the [*sovereign*] breaks this fundamental rule of society and—whether through ambition, fear, folly or corruption—try to grasp for themselves or for anyone else an absolute power over the lives, liberties, and estates of the people, by this breach of trust they forfeit the power the people had put into their hands for quite different purposes. And then the people have a right to resume their original ·natural· liberty, and to set up a new [*sovereign*

*nation pro tempore*] . . . . to provide for their own safety and security [***until justice is restored through the investigation and punishment of those responsible for the treason***]."

*"Meanwhile, at the Hall of Justice…"*

**SPECIAL COUNSEL JACK SMITH:** **Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

As they say in merry old England:

> *"Protection draws allegiance, just as allegiance draws protection."*

Or, as we say in New York:

> *"Fuck you; pay me."*

## Noch Einmal, THE DECLARATION OF HOUSE OF STONE 76, Mit erkenntnis, Klaus

When in the Course of human events, it becomes optional for an American to claim all sovereign title formerly held by his Government, and deliver said unclaimed freight to the Judge Advocates General—duly vetted for CCP influence by the Combat Division and *not the Garrison*—of the U.S. Military originally charged with its protection, a decent respect for the covenant with our Creator—being the condition precedent for United States sovereignty—requires that he should declare the causes leading to the claim and constrains him to conclude that man has not evolved an inch from the slime that spawned him.

These truths were once self-evident; back when students were taught civics rather than social studies; before they were indoctrinated with disgust for traditional safeguards against tyranny— Family, Creator and our Social Compact.     While all men are created equal[392], they are individually endowed by their Creator with certain unalienable Rights, That among these are Life, Liberty, and that which makes the Pursuit of Happiness possible—the inalienable right of self-ownership with all its attendant duties of virtue.[393] — That to secure these rights, mankind leaves the state of nature to establish government by consent by ceding certain alienable rights conferring specifically enumerated powers through a constitution adorning and preserving a social compact.   That the *Declaration of Independence* is our social compact; it is "a *legal instrument,* a *juristic act* of ultimate solemnity, effecting the most fundamental constitutional change, a change in the very source and foundation of law. … It is our one legal document on which all else rests."[394]  It forms a Real Covenant against Tyranny as the condition precedent for the existence and exercise of sovereign power.  — That whenever those entrusted with the powers of Government become destructive of these ends, they effectuate the abandonment of all legitimate claim to sovereign title under the compact, leaving it as *res derelictae* until justice is restored through the investigation and punishment of those responsible for the treason. Prudence, indeed, will dictate that Governments long established should not be reset for light and transient causes; and accordingly, all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by restoring the forms to which they were accustomed.  But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute and technologically perfected Despotism, it is not to be wondered, that they should then rouze themselves, and endeavour to put the rule into such hands which may restore to them the ends for which their government was at first erected.  Such has been the patient sufferance of loyal Americans, and such is now the necessity which constrains the undersigned to challenge the honor of the United States Navy, Army, Air Force and Coast Guard in keeping their oath to defend this nation against its defining enemy. The history of the Leftist Democrats, CCP-captured-Deep State, Neo-Machiavellian globalists and their traitorous NATO mercenaries is a history of repeated injuries, usurpations and Judas goat betrayals—*"jettisoning all the norms and conventions of tennis-court morality"*—having in direct object the establishment of an absolute Technocratic Tyranny over the people of the United States.  To prove this, let Facts be submitted to a candid world.

---

[392] ***"You must be this tall to ride."***  If you think the phrase "all men are created equal" is not a statement of *a priori* principle—that "the ground of obligation here [must be sought] in the nature of *man*, [or] the circumstances of the world in which man is placed,"—then you're too immature to continue reading.  Grow the fuck up.

[393] For an explication of "duties of virtue", see *The Metaphysics of Morals,* by Immanuel Kant

[394] Charles L. Black, *One Nation Indivisible: Unnamed Human Rights in the States*, 65 St. John's L. Rev. 17, 27 (1991)

They have refused their assent to laws, the most wholesome and necessary for the public good.

They have forbidden doctors from saving lives by prohibiting early treatment of COVID with hydroxychloroquine and ivermectin.

They have waged cognitive warfare against the American people for the purpose of destroying the United States to *"shape the recovery"* and *"build back better"* as a technocratic totalitarian satellite of Communist China.

They have falsely accused their brethren of insurrection and have been holding them political prisoners by keeping non-violent misdemeanor offenders & government provoked felony offenders in solitary confinement for more than a year.

They have erected a multitude of new offices and sent hither swarms of officers to harass our people and eat out their substance.

They have affected to render the permanent bureaucracy—i.e., *"deep state"*—independent of, and superior to, the civil power.

They have locked us down, masked us up, and socially distanced us into isolation loneliness, and ruin while pushing children to suicide—as if we were property of the Chinese Communist Party.

They have been psychologically torturing children—conditioning them to be meek and obedient collectivists for their Communist Chinese benefactors.

They have been forcibly injecting children with an experimental gene-altering pharmaceutical— that has killed hundreds of thousands and permanently disabled millions—to protect against a virus posing zero threat to pediatric patients.

They have plundered our savings, ravaged our businesses, and burnt our Bill of Rights.

**They have murdered mothers for the sake of leading their children over *"the edge of some crazy cliff"* into the abyss of technocratic totalitarianism with a fictional pandemic.**

They have done this by abdicating government here and levying "*unrestricted* cognitive *warfare*" against us.

In every stage of these oppressions, we have petitioned for redress in the most humble terms; our repeated petitions have been answered only by repeated gaslighting. **To wit:**

**SPECIAL COUNSEL JACK SMITH: Adherence to the rule of law is a bedrock principle of the Department of Justice. And our nation's commitment to the rule of law sets an example for the world. We have one set of laws in this country, and they apply to everyone.** Applying those laws. Collecting facts. That's what determines the outcome of an investigation. Nothing more. Nothing less.

Therefore, I, BOB STONE, with mind and body in general congress assembled, and appealing to the Supreme Judge of the world for the rectitude of my intentions, do, in the Name and by Authority of Logic, Law, and Sheer-Honesty, solemnly publish and declare the aforementioned tyranny to be in violation of the *Declaration of Covenants and Restrictions against Tyranny*, dated July 4, 1776, running with the territory of the United States;[395] thereby displeasing divine Providence and effectuating the total abandonment of all *chose in sovereignty*—leaving it as *res derelictae*.

---

[395] Including the non-contiguous "freak states" of Hawaii and Alaska.

# SCHEDULE "A"

*"Did he doubt or did he try?*
*Answers aplenty in the by and by*
*Talk about your plenty, talk about your ills*
*One man gathers what another man spills."*

Now, therefore, I hereby claim all the aforesaid *chose in sovereignty* formerly held by the United States and deliver said unclaimed freight to the Judge Advocates General—duly vetted for CCP influence by the Combat Division and ***not the Garrison***—of the U.S. Military, excepting the power to colonize and establish *an independent sovereign nation pro tempore & global commonwealth dedicated to the principle of contradicting the tyranny of the "build back better" conspiracy;* which shall vest within the metes and bounds of **House of Stone 76**, described as follows:

*(Destined to take the place of the New York Dead Man's statute in your compound-complex sentence mythology...)*

Whereas *"what presently belongs to no one becomes by natural reason the property of the first taker;"* and having satisfied myself that chose in sovereignty for the lands of the United States remains unclaimed in light of the aforementioned tyranny; and on the Southern border I can make no new discovery, the honor of sovereignty belonging to the Mexicans; and within the contiguous (said) United States, excepting all existing sovereign Indian reservations, the honor of sovereignty belonging to their respective tribes; and per the land beyond the Northern border, the honor of sovereignty belonging to *"the Canadians,"* a.k.a. *"Mexicans in sweaters,"* a.k.a. *"beaver-beaters,"*—home to Their Majesties Joni Mitchell and Neil Young—I hereby claim all *chose in sovereignty* formerly held by the United States and further establish an independent nation upon all that certain parcel of land, with buildings and improvements thereon erected, situate, lying and being in the South Setauket, Town of Brookhaven, County of Suffolk and State of New York, known and designated as lot Nos. 1110 and 1111 on a certain map entitled, Map of Strathmore, Section 12, filed in the Office of the Clerk of the County of Suffolk on December 28, 1964 as Map No. 4222—**a.k.a. 4 Blackwell Lane, Stony Brook, NY**—more particularly bounded and described as follows:

**BEGINNING** at a point—not one of those bullshit *"point-circles"* with its *"zero-radius"* mind you, but a genuine Euclidian point—on the southeasterly line of Blackwell Lane at the extreme southwesterly end of the arc of a curve connecting the southeasterly line of Blackwell Lane with the southwesterly line of Barker Drive;

I follow a course THENCE in a general southeasterly direction along the last-mentioned curve, having a radius of 10.00 feet, a distance of 15.71 feet;

I continue traveling THENCE South 37 degrees 52 minutes 55 seconds East, along the southwesterly line of Barker Drive, a distance of 155.00 feet;

THENCE, I pause for a moment and think: if I establish a country, then I'll need a national anthem;

I continue on THENCE in a general southwesterly direction, along the arc of a curve connecting the southwesterly line of Barker Drive with the northwesterly line of Nesconset Highway (Route 347), said curve having a radius of 10.00 feet, a distance of 15.71 feet;

THENCE, like a pregnant woman craving pickles and ice cream, I'm struck by an inexplicable craving for bread and cheese;

I continue on THENCE South 52 degrees 07 minutes 01 second West, along the northwesterly line of Nesconset Highway (Route 347), a distance of 252.93 feet;

THENCE, I wonder how I'll ever come up with a national anthem—seeing I have no musical talent whatsoever; I also wonder if there's any cheese in the fridge;

I continue on THENCE North 19 degrees 34 minutes 56 seconds West, a distance of 197.64 feet to the southeasterly line of Blackwell Lane;

*"It's not like you can just grab a national anthem off the rack,"* I think to myself; THENCE, I remember there's cheese in the fridge, but it's pre-shredded;

I continue on THENCE Northeasterly along the southeasterly line of Blackwell Lane, the following two (2) courses and distances:

1. Along the arc of a curve, bearing to the left, having a radius of 250.00 feet, a distance of 79.85 feet;

    THENCE, I exclaim *"Blessed are the cheese makers—for they created a dairy product I can melt onto bread;"*

2. North 52 degrees 07 minutes 01 second East, a distance of 112.37 feet to the point or place of BEGINNING**.**

While heading back to the house to share some bread and melted cheese with Brody and Hooper, I see a sign. Actually, it's a plaque on the side of the house reading: **House of Stone: Established September 10, 1965.**

And that's when I see it.

Not only is the name of my new nation right there before my eyes, but it comes complete with a national anthem already included!

*Eh hem…*

**Whereas** the United States and State of New York owe their inception to the *Declaration of Independence*—more particularly, a *Declaration of Covenants & Restrictions Against Tyranny,* dated: July 4, 1776.

And **whereas**, this "House of Stone" was established on land situate at 4 Blackwell Lane, Stony Brook, New York, United States, subject to said *Declaration of Covenants & Restrictions Against Tyranny,* dated: July 4, 1776.

And **whereas**, said *Declaration* represents the Spirit of 76; said spirit relentlessly drilled into my head in the Fourth Grade during the year of 1976—especially when the Three Village Elementary Schools had us dress up as colonials for a Bicentennial Fair held on the Setauket Village Green.

And **whereas**, for the reasons set forth within the pages above, the State of New York and the United States are in violation of said *Declaration of Covenants & Restrictions Against Tyranny,* dated: July 4, 1776.

And **whereas**, one need not be a crossword puzzle mastermind to realize that another word for "House of Stone" is "Cave."

**NOW THEREFORE**, I hereby ordain and establish *House of Stone 76*—**a.k.a.** "**Cave 76"**—as a separate and independent nation; with full power to levy war, contract alliances, order pizza, and to do all other acts and things which sovereign nations may of right do.

QED and cue the national anthem.

And so it was that Bob Stone brought forth on a certain moraine—fifty-dollar geology-speak for "Long Island"—a new nation conceived in Liberty and dedicated to the principle of contradicting tyranny.

More particularly, **HOUSE OF STONE 76,** affectionately known as **CAVE 76,** is an independent sovereign nation pro tempore—governed by a demure, dare I say bashful, Kantian Autocracy—established by discovery of unclaimed sovereign title affirmatively abandoned by violation of the aforesaid *Declaration* of Covenants and Restrictions against Tyranny, dated July 4, 1776, running with all territory comprising the United States.[396]

**HOUSE OF STONE 76** shall exist until all co-conspirators who performed any part— *"however minute, or however remote"*—in the **treasonable *"Build Back Better"* conspiracy** are brought before a U.S. Military **wartime** tribunal and *executed* if found guilty.  Thus, its raison d'être and national motto: *"Play stupid games, win stupid prizes."*

When the Military completes its task of removing the aforesaid tyranny from the land, the greater estate of **AMERICA** shall absorb the lesser estate of **HOUSE OF STONE 76** by doctrine of merger.  (*Sniff, sniff, wipe tear from eye, etc.*)

---

[396] See *Restatement (Third) of Foreign Relations Law of the United States* § 201 (1987)

**House of Stone 76**
**At Its First Legislative Session**

**Begun and held in the mind of its demure Kantian autocrat, Bob Stone**
**Then by now, circa 2023**

# The House of Stone 76 World Colonization Act

AN ACT to secure the natural rights and freedoms of individuals tyrannized by the neo-Machiavellian globalists' *"Captain Trips"/ "Build Back Better"* conspiracy by colonizing the land they occupy in the name of **Cave 76** and endeavoring to put the rule into such hands which may restore to them the ends for which their formerly legitimate governments were originally erected.

SEC. 1  Be it enacted by Bob Stone, demure Kantian autocrat of **Cave 76**, that to ensure *government of the people, by the people, for the people, shall not perish from the earth*, all those tyrannized by the neo-Machiavellian globalists' *"Captain Trips"/ "Build Back Better"* conspiracy are fully authorized under *"the Higher Law"* to colonize whatever parcel of land they currently occupy, *[All Over The World,](#)* in the name of **The Global Commonwealth of Cave 76**. Call it *"Flash Colonization,"* if you will.

SEC. 2. And be it further enacted, That people applying for the benefit of this act shall make affidavit that he or she is eighteen years of age and that he/she has never borne arms against their government or given aid and comfort to its enemies, and that such application is made for the purpose of defending and protecting their government from Leftist tyranny and Communist Chinese capture, and that said colony shall exist until their freedoms and original form of government have been fully restored.

SEC. 3. And be it further enacted, That nothing contained in this act shall be so construed as to impair or interfere in any manner whatsoever with existing title rights.  Anyone establishing a colony for **Cave 76** hereunder waives all right to use said colony as pretext for commencing legal action to challenge any aspect or disturb the actual state of title as known and secured by the title insurance industry.   They've got a hard enough job as it is.   Oh, and remember to always tip your title closer.

SEC. 4. And be it further enacted that the flag of **Cave 76** shall be the [Bennington flag](#).

SEC. 5.  *"Trials never end, of course. Unhappiness and misfortune are bound to occur as long as people live, but there is a feeling now, that was not here before, and is not just on the surface of things, but penetrates all the way through: We've won it. It's going to get better now. You can sort of tell these things."* –Robert Pirsig

# CONCLUSION

Wherefore, unless the Court can demonstrate how a state could *"lockdown"* its entire population to keep COVID *away* from the elderly while *simultaneously* mandating COVID patients *into* nursing homes without committing Depraved Indifference Murder—excepting the particular dollar amount prayed for within point "A" below—the principles of pure reason necessitate an Order:

A. Pursuant to 28 USC App Fed R Civ P Rule 56 (b), granting summary judgment against the **democidal illegitimate dominions of New York, New Jersey, Pennsylvania, and Michigan** in the amount of **$200,000,000,000.00** to be to be held in Trust for the benefit of the families of the U.S. Citizens they murdered—with a one percent (1%) 'contingency fee' of **$2,000,000,000.00** payable to Plaintiff.

B. Pursuant to 28 USC App Fed R Civ P Rule 65, **enjoining New York, New Jersey, Pennsylvania, and Michigan** from sending any electoral votes to the Capital on January 6, 2025

C. Pursuant to 28 USC App Fed R Civ P Rule 57 acknowledging the state-ordered murders of U.S. Citizens *quae coram nobis resident* by **declaring the 76 votes cast by New York, New Jersey, Pennsylvania, and Michigan on January 6, 2021 void *ab initio*; making Donald J. Trump** "The Person having the greatest Number of Votes and [thus] **the President**"—entitled to his full second term of office—**lest the United States remain:** *an illegitimate dominion dedicated to the proposition of murdering its own people.*

D. Granting such other and further relief as may be just, proper, and equitable—like a declaratory judgment stating:

> That **Donald J. Trump** shall be deemed to have been *unjustly enriched* by the quashing of all criminal & civil cases against him with **'DEDUCTIVE-sans-counterfactual-premises-PROOF' that he is the rightful President of the United States—*until*** he purchases 6500 Solitude Drive, Chattanooga, TN 37416 outright in fee simple absolute for **Robert S. Stone Jr.,** through a buyer's agent of his choice (**Cathy**), and agrees to pay all his expenses related to living at the premises for the remainder of his life. (*"Mets tickets."*)

And finally, pursuant to Rule 11, I hereby certify that *if everything I've told you isn't true, I hope I'm run over by a streetcar.*

Respectfully Submitted, and *Deplorably Yours,*

Dated: October 28, 2024
Stony Brook, NY
*"This is a revolution of the mind."*

Robert S. Stone Jr.
Attorney and Counselor-At-Law
4 Blackwell Lane
Stony Brook, NY 11790
Bob.stone.esq@gmail.com
NYSB No. 2912780

# EXHIBIT "A"

# Executive-Ordered Lockdowns, Social Distancing, Masking, and Vaccine Mandates Are <u>Tyranny</u>

[Lockdowns, social distancing, and masking mandates](#) are not only unprecedented for any respiratory virus in history but fail to square with objective fact or standard medical practice.  In fact, *"the science"* justifying these Voodoo rituals falls so short of the *[Frye](#)* & *[Daubert](#)* standards that—in the words of Wolfgang Pauli— *"Not only is it not right; **it is not even wrong."***

Consider this *"statement of fact"* provided to a Federal Court by the New York Attorney General's Office (NYAG) in defense of Governor Cuomo's COVID diktats.

> The world is still threatened by a global plague, and New York State has been at its epicenter.… Thanks to the heroic efforts of medical professionals, state and local governments, and ordinary New Yorkers staying at home and observing social distancing, the daily death toll has been greatly reduced saving thousands of lives in the process.  This result has been possible only because of a series of emergency Executive Orders issued by Governor Cuomo to prevent the spread of the virus by minimizing in-person contact, including requiring social distancing and directing non-essential businesses to operate remotely. It is these Executive Orders, and their critical role in responding to the greatest public health crisis in over a century, that plaintiffs ask the Court to address.

The above paragraph is not only bereft of objective facts in agreement with scientific principle, but so demonstrably false, misleading, and maliciously intended to defraud the public that the entire COVID litigation division of the New York Attorney General's Office should have been immediately suspended from the practice of law for merely repeating it in their capacity as Governor Cuomo's lawyers under rules 3.3(a); 4.1; 8.4(c) and 8.4(h) of the NY Rules of Professional Conduct.[397]

Likewise, consider the case against Locust Valley School District, where a parent had the temerity to question the school's power to mask her children to prevent the spread of a virus— posing no threat to them and which they weren't carrying.  In lieu of preserving and protecting the children's liberty, the New York Attorney General's Office redefined a child's right to breathe fresh air as subject to state *discretion*—and therefore outside the jurisdiction of the court. It went on to assure the parent that her child's faceless, isolated, suffocated, anonymous, and

---

[397] See *Matter of Giuliani*, 2021 NY Slip Op 04086, 1st Dept., June 24, 2021

lonely *"new normal"* of unconditional obedience to the state was a *fait accompli* by invoking the separation of powers doctrine.

> The way the State addresses complex societal and governmental issues is <u>a subject left to the **discretion** of the political branches of government.</u> *[citations omitted]*
> …
> Petitioner improperly requests that this Court issue a policy decision that runs counter to the CDC and New York State Guidance and threatens to upset State and federal guidelines, **thereby violating the separation of powers.**[398]

Whereas the minions serving under the **treasonably complicit & Trump-obsessed LETITIA JAMES** hold themselves out as Jedi Guardians of our constitution, they're actually a wretched hive of Leftist Gaslighting Masters who would have us believe <u>a governor can both write and execute laws.</u>  More particularly, their *"legal defense"* of Executive-Ordered lockdowns, <u>quarantine camps</u>, social distancing and masking mandates has been pure ***tyranny***—as in ***"the exercise of power beyond right, which nobody can have a right to"***—because ***"due process of law"*** limits the quarantine power of the state to the ***"isolation of [ACTUAL] cases"***[399] of communicable disease.

> [Public Health Law **confers no authority] to direct, or to carry out, a quarantine of all persons,** who refuse to permit themselves to be vaccinated and it cannot be implied.  … **it is very clear that an "isolation of all persons and things" <u>is only permitted when they are "infected with or exposed to" contagious and infectious diseases.</u>** *In re Smith*, 146 N.Y. 68, 76, (1895)

Thus, the state can't lockdown, 'socially distance' or mask anyone until a magistrate— *"after due notice and a hearing"*—finds that ***"the afflicted person** is a source of danger to others,"* and quarantines *"said person to [a] hospital or institution."*[400]  Only then, under statutes like <u>NY Pub Health L § 2121</u>, can the state impose a <u>duty of discipline</u>—like forcing said person to wear a mask.[401]

---

[398] *F, M vs. CUOMO, ANDREW*, Nassau County Sup. Ct, Index No. 607277/2021, 8/26/2021, Doc # 92, pg 3
[399] <u>NY Pub Health L § 2100 (2) (a)</u> "Every local board of health and every health officer may:  (a) provide for care and **isolation of <u>cases of</u> communicable disease** in a hospital or  elsewhere  when  necessary for protection of the public health;" **N.B.** Governor Cuomo never even bothered to <u>suspend the statute</u>.
[400] <u>NY Pub Health L § 2120</u> - Communicable Diseases; Control of Dangerous and Careless Patients; Commitment.
[401] Even if we assumed the state could quarantine healthy people without a magistrate's approval, it would still be about **19 million notices short** under <u>NY Pub Health L § 16</u>—Summary Action

Nonetheless, The New York Attorney General's Office has been enabling elected officials and Judas goat bureaucrats to demagogue a fraudulent *"public health emergency"* as [pretext for replacing our 'nation of laws' with the absolute arbitrary power of administrative '*discretion*.'](#)  Thus, the Leftist Gaslighting Masters continued:

> In addition to the wide *discretion* afforded administrative agencies, *discretion* is even broader when officials act in response to public health and safety emergencies, such as the COVID 19 pandemic. As the United States Supreme Court recognized over one hundred years ago, <u>the power to impose public health and safety measures in response to a pandemic are among the most fundamental **police powers**</u> reserved to the states by the Tenth Amendment to the United States Constitution. *Jacobson v. Massachusetts*, 197 U.S. 11, 25 (1905).
>
>     "State officials have especially broad authority when they 'undertake to act in areas fraught with medical and scientific uncertainties.'" *South Bay Pentecostal Church v. Newsom*, __ U.S. __, 140 S.Ct. 1613 (2020) (Roberts, C.J. concurring).[402]

This is pure sophistry.  The Court in *Jacobson*[403] never even hinted that the Executive branch has "*discretionary"* power to make laws during an emergency.  In fact, it held the complete opposite—making clear that ***the police powers of the State are vested solely and inalienably within THE LEGISLATURE.***

### *Jacobson-Induced Ano-Olecranon Agnosia*

While *Ano-Olecranon Agnosia* is normally diagnosed in hospital administrators by the doctors they routinely annoy, a novel juristic strain of the disease has been showing up in every court decision citing *Jacobson v. Massachusetts* as sanctioning Executive ordered lockdowns, social distancing, masking, and vaccine mandates.

The Federal [District Court's Order](#) denying Plaintiffs' request for a TRO in [*Wendy Gish, et al. v. Gavin Newsom, et al.*](#) presents typical symptoms of *Jacobson*-induced *Ano-Olecranon Agnosia*.

> The Supreme Court held over a century ago that "a community has the right to protect itself against an epidemic of disease which threatens the safety of its members." *Jacobson v. Commonwealth of Massachusetts*, 197 U.S. 11, 27 (1905).

---

[402] *F, M vs. CUOMO*, Doc # 92, pg 6
[403]  [197 U.S. 11](#) (1905)

296

Recognizing that the need to protect the public may trump individual rights during a crisis, the Supreme Court has held that states and municipalities have greater leeway to burden constitutionally protected rights during public emergencies:

> In every well-ordered society charged with the duty of conserving the safety of its members the rights of the individual in respect of his liberty may at times, under the pressure of great dangers, be subjected to such restraint, to be enforced by reasonable regulations, as the safety of the general public may demand.

*Jacobson*, 197 U.S. at 29; see also *United States v. Caltex*, 344 U.S. 149 (1952) (acknowledging that "in times of imminent peril—such as when fire threatened a whole community—the sovereign could, with immunity, destroy the property of a few that the property of many and the lives of many more could be saved").

If Courts are going to cite takings cases like *Caltex* as authority for converting *"Citizens of the United States"* into *"Property of the Marxist Collective,"* then they should do so with more candor. For example, they could cite *Miller v. Schoene*, 276 U.S. 272 (1928) in support of the notion that:

> When forced to such a choice, the state does not exceed its constitutional powers by **deciding upon the destruction of one class of [*'non-essential'* people] in order to save another which, [the Leftist Governor, <u>in his sole discretion,</u> deems *'essential'* and] <u>of greater value</u> to the public.** (See also *Dekulakization.*)

And therein lies the problem, because the *Jacobson* Court would ***never*** have sanctioned disposing of people's lives, liberty and livelihoods à la *Miller* by Executive fiat as a *"method most usually employed to eradicate a [virus as statistically lethal as influenza.]" Jacobson,* 197 U.S. at 28.

However, the *Jacobson* standard isn't even predicated upon the exigencies of public health emergencies, but a strict adherence to the separation of powers doctrine and the *"fundamental principle"* that:

> [**the general police power of the state,** by which] persons and property are subjected to all kinds of restraints and burdens, in order to secure the general comfort, health, and prosperity of the State, [exists as] **the perfect right of the legislature** …." *Jacobson,* 197 U.S. at 26 (quoting *Thorpe v. Rutland & Burlington Railroad Co.*, 27 Vt. 140, 148 (1855))

*Thorpe* made perfectly clear that:

> the **general control over the police of the country … resides in the law-making power** in all free states, and which is, by the fifth article of the bill of rights of this state, expressly declared to *__reside perpetually and inalienably in the legislature,__* which is, perhaps, no more than the enunciation of a general principle applicable to all free states….[404]

*Jacobson* is "old law"[405] not so much because it predates the development of substantive due process jurisprudence, but because it was decided by jurists who grew up in an America where students were taught civics rather than social studies. Not a single Supreme Court Justice in 1905 would ever have deemed Executive-ordered lockdowns, social distancing, masking, and vaccine mandates as valid exercises of state police power. They knew from grade school civics, reinforced by their law school education, that the government could never wield that kind of power over the individual within the American social compact.

> In the constitution of Massachusetts adopted in 1780, it was laid down as *__a fundamental principle of the social compact__* that the whole people covenants with each citizen, and each citizen with the whole people, that all shall be governed by certain laws for "the common good," and that government is instituted
>
> > "for the common good, for the protection, safety, prosperity and happiness of the people, and not for the profit, honor or private interests of any one man, family or class of men."
>
> The good and welfare of the Commonwealth, of which the **legislature is primarily the judge**, is the basis on which the **police power** rests in Massachusetts. *Commonwealth v. Alger,* 7 Cush. 53, 84.[406]

The *Jacobson* Court knew that our social compact prohibits *__all branches__* of government from exercising absolute arbitrary power over the lives and fortunes of the people.

Moreover, they knew, as John Locke put it, there are **"four important things [that NOT EVEN THE LEGISLATURE may do]."**

---

[404] *Thorpe v. Rutland & Burlington Railroad Co*., 27 Vt. 140, 149 (1855)

[405] *Cynthia Page v. Andrew Cuomo, et al.,* DISTRICT COURT MEMORANDUM-DECISION and ORDER, dated 08/11/2020, pg. 12 ("*Jacobson* is old law. The facts arose in the midst of a 1902 outbreak of smallpox….")

[406] *Jacobson*, 197 U. S. at 27; See also *Lawton v. Steele*, 152 U.S. 133, 136 (1894) ("discretion is *__necessarily vested in the legislature__* to determine, not only what the interests of the public require, but what measures are necessary for the protection of such interests")

**§ 135.** Though the legislature …is the supreme power in every commonwealth, ·there are four important things to be said about what it may not do. … **First, it doesn't and can't possibly have absolutely arbitrary power over the lives and fortunes of the people.** For the legislative power is simply the combined power of every member of the society, which has been handed over to the person or persons constituting the legislature; there can't be more of this power than those people had in the state of nature before they entered into society and gave their power to the community. Nobody can transfer to someone else more power than he has himself; …A man in the state of nature has no arbitrary power over the life, liberty, or possessions of someone else; he has only as much ·freedom or moral power· as the law of nature gave him for the preservation of himself and everyone else; this is all ·the power· he has, so it is all he can give up to the commonwealth and thus to the legislature; so the legislature can't have more than this. The outer limit of its power is set by the good of the society as a whole. It is a power whose only purpose is preservation, and therefore **the legislature can never have a right to destroy, enslave, or deliberately impoverish the subjects.**

**§ 136.** Secondly, the legislature or supreme authority cannot give itself **[nor the executive]** a power to rule by sudden, arbitrary decrees **["Directives"].** It is bound to dispense justice and decide the rights of the subject by published standing laws, and known authorized judges. …

**§ 137.** Absolute arbitrary power [section 135] and governing without settled standing laws [section 136] are both inconsistent with the purposes of society and government. Men wouldn't quit the freedom of the state of nature for a governed society, and tie themselves up under it, if it weren't to preserve their lives, liberties and fortunes with help from stated rules of right and property. **It can't be thought that they should intend to give to anyone an absolute arbitrary power over their persons and estates, and strengthen the law-officer's hand so that he could do anything he liked with them. This would be putting themselves into a condition worse than the state of nature, in which they were free to defend their right against harm from others, and were upon equal terms of force to maintain it, whether invaded by a single man or by many in combination.** In contrast with that, if they gave themselves up to the absolute arbitrary power and will of a **[legislator, Executive, or bureaucrat]**, they would be disarming themselves and arming someone else to prey on them as he chose. It is much worse to be exposed to the arbitrary power of one man who has the command of 100,000 than to be exposed to the arbitrary power of 100,000 single men; because someone's having 100,000 men under his command is no guarantee that his will, as distinct from his force, is any better than anyone else's. And therefore, whatever the form of the commonwealth, its ruling power ought to govern by laws that have been published and taken in, and not by spur-of-the-moment dictates and frivolous decisions. . . . This achieves two things. **(1)** The people know their duty, and are safe and secure within the limits of the law. **(2)** The rulers are kept within their bounds, and are not tempted by their power to misuse it, using it for purposes and by means that they •don't want the public to know and •wouldn't willingly own up to.

**§ 138.** Thirdly, the supreme power can't take from any man any part of his property without his consent **[much less condemn his livelihood to ruin by declaring it "non-essential"].** What men enter into societies with governments for is the •preservation of their property; so it would be a gross absurdity to have a government that •deprived them of that very property ***[especially by "empowering" the Executive to do so by arbitrary decree].*** …

**§ 141.** Fourthly, **the legislature cannot transfer the power of making laws to any other hands** [**like Governors or unelected bureaucrats**]. It was delegated to them from the people, and they aren't free to pass it on to others. Only the people can decide the form of the commonwealth, which they do by instituting a legislature and deciding whose hands to put it into. . . . The power of the legislature, being derived from the people by a positive voluntary grant and institution, can't be anything different from what that positive grant conveyed; and what it conveyed was the power •to make laws, not •to make legislators***; so the legislature can have no power to transfer to anyone else their authority to make laws.*** [407] **[Thus, the government has ZERO AUTHORITY to relinquish its sovereignty to a global entity by law or treaty—e.g., The WHO** *"Pandemic Treaty."***]**

Even if the Legislature held requisite power over the lives and fortunes of the people to promulgate *'lockdown,' 'social distancing'* and *'masking'* mandates—**which it categorically does not**—it STILL couldn't "[abdicate its constitutional powers and duties by passing] on its law-making functions to [the Governor or unelected bureaucrats]," *Matter of Mooney v. Cohen*, 272 N.Y. 33, 37, (1936).

> "In all ***tyrannical*** governments the ***supreme magistracy***, or the right both of making and of enforcing the laws, is vested in one and the same man—[***like Governors and unelected bureaucrats***]—and wherever these two powers are united together, there can be no public liberty."[408]

Accordingly, the Legislature is *"[neither] compelled [***nor permitted***] to commit a matter involving the public health and safety to the final decision of a court* [or Governor or unelected bureaucrat**]."** *Jacobson*, 197 U. S. 11, 30.

Yet, you wouldn't know that from the way **Chief Justice Roberts** *deceitfully* paraphrased *Jacobson* within his concurrence in *South Bay United Pentecostal Church v. Newsom,* 140 S. Ct. 1613, thusly:

---

[407] John Locke, *Second Treatise of Government*, Chapter 11. The Extent of The Legislative Power, §135-141, Jonathan Bennett, Modern English translation.

[408]*Blackstone's Commentaries on the Laws of England,* Chapter the Second - *Of the Parliament,* p. 142, 1765

> Our Constitution principally entrusts "[t]he safety and the health of the people" **to the politically accountable officials of the States** "to guard and protect." *Jacobson v. Massachusetts*, 197 U. S. 11, 38 (1905).

In *Roman Catholic Diocese of Brooklyn v. Cuomo,* 592 U.S. ___ (Nov. 25, 2020), Justice Neil Gorsuch spent three pages of his concurrence paying homage to *$25,000 Pyramid* by artfully avoiding the words *"malevolent truth pimp"* in his criticism of **Chief Justice Roberts** *"cutting the Constitution loose during a pandemic."*

Roberts defended himself thusly:

> But while *Jacobson* occupies three pages of [Justice Gorsuch's] concurrence, it warranted exactly one sentence in *South Bay*. What did that one sentence say? Only that "[o]ur Constitution principally entrusts '[t]he safety and the health of the people' to *the politically accountable officials of the States* 'to guard and protect.'" [*Citations omitted*]. It is not clear which part of this lone quotation [Justice Gorsuch] finds so discomfiting. [He] speculates that there is so much more to the sentence than meets the eye…. But the actual proposition asserted should be uncontroversial….[409]

The only thing *"uncontroversial"* about Chief Justice Roberts' paraphrasing of *Jacobson* is its obscenity. *Jacobson **never*** implied an equivalence between Governors and State Legislatures by shared property of being **"politically accountable officials of the States."** In suggesting as much, the Chief Justice nullified the very principle underlying both the standard of review in *Jacobson* and our constitutional republic itself—the separation of powers doctrine.

If John Marshall Harlan were resurrected today, he might object to Chief Justice Roberts bastardizing his decision in *Jacobson* thusly:

*ERROR TO THE SUPREME COURT OF THE UNITED STATES*

*Syllabus*

**"Chief Justice Roberts is as full of shit as a Christmas goose."**

MR. JUSTICE HARLAN, after making the foregoing statement, RE-delivered the portion of his opinion in *Jacobson* about the separation of powers between ***the deliberative body*** of government and the judicial branch:

---

[409] *Roman Catholic Diocese of Brooklyn v. Cuomo,* 592 U.S. ___ (Nov. 25, 2020), Roberts, C.J., dissenting.

According to settled principles, **the police power** of a State <u>must be held to embrace, at least, such reasonable regulations</u> **established directly by legislative enactment** as will protect the public health and the public safety. [Citations omitted.] It is equally true that the State **[legislature]** may invest local bodies called into existence for purposes of local administration with authority in some appropriate way to safeguard the public health and the public safety. The mode or manner in which those results are to be accomplished is within the discretion of the State **[legislature]**, subject, of course, *[to Federal and State constitutions.]* [Citations omitted.]

We must assume that, when the [compulsory vaccination] statute in question was passed, the **legislature** of Massachusetts was [aware of the competing theories for combatting small pox], and was compelled, of necessity, to choose between them. It was not compelled to commit a matter involving the public health and safety to the final decision of a court or jury [*or Governor or unelected bureaucrat*]. **It is no part of the function of a court or a jury [*or Governor or unelected bureaucrat*] to** determine which one of two modes was likely to be the most effective for the protection of the public against disease. **That was for the legislative department to** determine in the light of all the information it had or could obtain. It could not properly abdicate its function to guard the public health and safety. … **Upon what sound principles as to the relations existing between the different departments of government can the court review this action of the legislature? If there is any such power in the judiciary to review legislative action in respect of a matter affecting the general welfare, it can only be when that which the legislature has done comes within the rule that,**

> "if a statute purporting to have been enacted to protect the public health, the public morals, or the public safety has ***no real or substantial relation*** *to those objects,* ***or is,*** *beyond all question, a plain, palpable invasion of rights secured by the fundamental law*, it is the duty of the courts to so adjudge, and thereby give effect to the Constitution." [Citations omitted.] *Jacobson*, 197 U. S. 30-31

Accordingly, since the separation of powers doctrine forbids the State's police powers— *"residing perpetually and inalienably within the [deliberative body]"*—from vesting within ***the confused mind*** of '*an undocumented-black-gay-Jewish-Muslim-woman*' Governor,[410] we can say with epistemic certitude that all Executive Ordered COVID "mitigation mandates" never qualified as legitimate 'exercises of state police power' under the *Jacobson* standard.

---

[410] See *Poor Andrew Cuomo Struggles With Life Of Zero Intersectionality Points,* By Bre Payton, The Federalist, April 20, 2018

Executive ordered lockdowns, social distancing, masking, and vaccine mandates **are void** *ab initio* not because they're *"beyond all question, a plain, palpable invasion of rights secured by the fundamental law,"* but **because they constitute** *"the exercise of power beyond right, which nobody can have a right to."*[411]   In a word, *tyranny.*

Consider *Buck v. Bell*:  Oliver Wendell Holmes would ***never*** have sanctioned *"cutting the Fallopian tubes"* of Carrie Buck pursuant to a governor's executive order directing 'the compulsory sterilization of the unfit and intellectually disabled'—*"for the protection and health of the state."*   Why?  Because ***even that cold inhuman eugenicist prick*** knew that the police power of the state resides *"perpetually and inalienably within the legislature;"* not as a *"policy choice"* within the arbitrary *"discretion"* of a governor.

Put another way, sanctioning the exercise of absolute arbitrary power over the lives and fortunes of American citizens is ***tyrannical*** and thus ***treasonous***.  Accordingly, every *Ano-Olecranon Agnosiac* supporting Executive authority to implement lockdowns, social distancing, masking, and vaccine mandates—killing hundreds of thousands and injuring millions—should reap the whirlwind of *Jacobson's* bastard progeny:

> We have seen more than once that the public welfare may call upon the best citizens for their lives. It would be strange if it could not call upon those who already sap the strength of the State for these lesser sacrifices, often not felt to be such by those concerned, in order to prevent our being swamped with incompetence. It is better for all the world if, instead of waiting to execute degenerate offspring for crime or to let them starve for their imbecility, society can prevent those who are manifestly unfit from continuing their kind**.** The principle that sustains [Executive-ordered lockdowns, social distancing, masking, and vaccine mandates] is broad enough to cover [compulsory sterilization of the recreant juristic morons who sanctioned them]. ***Jacobson v. Massachusetts*,** 197 U. S. 11. [One generation] of imbeciles [is] enough.[412]

---

[411]John Locke, *Second Treatise of Government*, §199,  Ch. 18, Of Tyranny
[412] *Buck v. Bell,* 274 U.S. 200 (1927) (Never overturned); see also *Association of the Bar of the City of NY* Op 1996-1 (1996) ("A lawyer may make public criticism of [judges that are] well founded, provided the action is no longer pending, the lawyer is not knowingly making a false accusation, and strives to voice criticism in a temperate and dignified manner." ;)

# SCHEDULE "B"

**Defendants' addresses for service of:**

<u>**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**</u>


**THE STATE OF NEW YORK**

C/O The Office of the New York State Attorney General
300 Motor Parkway, Suite 230
Hauppauge NY 11788


**THE STATE OF NEW JERSEY**

C/O New Jersey Office of Attorney General
Division of Law
Hughes Justice Complex
25 Market Street
Trenton, New Jersey 08625
& [NJAG.ElectronicService.CivilMatters@law.njoag.gov](mailto:NJAG.ElectronicService.CivilMatters@law.njoag.gov) per the NJOAJ webpage


**THE COMMONWEALTH OF PENNSYLVANIA,**

C/O Pennsylvania Office of Attorney General
Torts Litigation Unit
15th Floor, Strawberry Square
Harrisburg, Pennsylvania 17120


**THE STATE OF MICHIGAN**

C/O Michigan Department of Attorney General
P.O. Box 30212
Lansing, MI 48909


**DONALD J. TRUMP**
C/O Habba Madaio & Associates
1430 US Highway 206
Bedminster, NJ 07921